AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Appalachian Voices et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 25-cv-01982 |
| Environmental Protection Agency et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Allegheny; San Francisco; Sacramento; Springfield; Kalamazoo; King Cnty; Vill. of Kipnuk, TIMMA.

Date:    06/25/2025

*Attorney's signature*

Toby Merrill, D.D.C. Bar ID MA0006
*Printed name and bar number*

PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609

*Address*

toby@publicrightsproject.org
*E-mail address*

(510) 738-6788
*Telephone number*

*FAX number*