AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Appalachian Voices, et al.,　　　　　　　　　)
　　　　　　　*Plaintiff*　　　　　　　　　　)
　　　　　　　v.　　　　　　　　　　　　　　)　　Case No.　25-cv-01982-PLF
United States Environmental Protection Agency, et al.,　)
　　　　　　　*Defendant*　　　　　　　　　)

## APPEARANCE OF COUNSEL

To:　　The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Air Alliance Houston, Bessemer Historical Society (d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Institute for Sustainable Communities, Inter-Tribal Council of Michigan, PUSH Buffalo, and WE ACT for Environmental Justice.

Date:　　06/26/2025　　　　　　　　　　　　　　　　　　　　/s/ Hana V. Vizarra
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney's signature*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hana V. Vizcarra
　　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and bar number*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Earthjustice
　　　　　　　　　　　　　　　　　　　　　　　　　1001 G St. NW, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　　　　　　hvizcarra@earthjustice.org
　　　　　　　　　　　　　　　　　　　　　　　　　　*E-mail address*

　　　　　　　　　　　　　　　　　　　　　　　　　　(202) 840-6203
　　　　　　　　　　　　　　　　　　　　　　　　　*Telephone number*

　　　　　　　　　　　　　　　　　　　　　　　　　　*FAX number*