# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES, et al., <br><br> *Plaintiffs*, <br> *on behalf of themselves and* <br> *all others similarly situated* <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL <br> PROTECTION AGENCY, et al., <br><br> *Defendants*. | Civil Action No. 1:25-cv-01982-PLF |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs[1], on behalf of themselves and a class of others similarly situated, hereby move for a preliminary injunction against Defendants United States Environmental Protection Agency and Administrator Lee Zeldin, in his official capacity, pursuant to Federal Rule of Civil Procedure 65. Plaintiffs filed a Complaint alleging that Defendants' termination of the Environmental and Climate Justice Block Grant Programs violates the U.S. Constitution's Separation of Powers and Presentment Clause, and the Administrative Procedure Act, 5 U.S.C. §§ 551 *et. seq.* For the reasons explained in the accompanying memorandum of law, Plaintiffs respectfully asks this Court to grant this motion and enter the Proposed Preliminary Injunction Order, attached to the memorandum of law as "Attachment A."

---

[1] Plaintiffs include Appalachian Voices; 2°C Mississippi; Air Alliance Houston; Allegheny County, Pennsylvania; Bessemer Historical Society, d/b/a Steelworks Center of the West; City and County of San Francisco, California; City of Sacramento, California; City of Springfield, Massachusetts; Deep South Center for Environmental Justice; Downwinders At Risk; Health Resources in Action; Institute for Sustainable Communities; Inter-Tribal Council of Michigan; Kalamazoo County, Michigan; Lowcountry Alliance for Model Communities; Martin Luther King Jr. County, Washington; Native Village of Kipnuk; Parks Alliance of Louisville, Inc.; Pittsburgh Conservation Corps (d/b/a Landforce); PUSH Buffalo; Treasure Island Mobility Management Agency; and WE ACT for Environmental Justice.

DATED: June 27, 2025                    Respectfully submitted,


/s/ Hana V. Vizcarra
Hana V. Vizcarra (D.C. Bar No. 1011750)
Deena Tumeh (D.C. Bar No. 1741543)
Molly Prothero (D.C. Bar No. 1779237)
Andrew Saavedra (N.Y. Bar No: 6062814)
(*Pro Hac Vice*)
Linnet Davis-Stermitz (WA Bar No. 63190)
(*Pro Hac Vice*)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
hvizcarra@earthjustice.org
dtumeh@earthjustice.org
mprothero@earthjustice.org
asaavedra@earthjustice.org
ldavisstermitz@earthjustice.org

*Counsel for Plaintiffs Air Alliance Houston, Bessemer Historical Society (d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Institute for Sustainable Communities, Inter-Tribal Council of Michigan, PUSH Buffalo, and WE ACT for Environmental Justice and the Proposed Class Counsel.*

/s/ Ben Grillot
Ben Grillot (D.C. Bar No. 982114)
Kimberley Hunter (N.C. Bar No. 41333)
(*Pro Hac Vice* forthcoming)
Irena Como (N.C. Bar No. 51812)
(*Pro Hac Vice* forthcoming)
SOUTHERN ENVIRONMENTAL LAW CENTER
122 C St NW, Suite 325
Washington, DC 20001
Telephone: (202) 828-8382
Facsimile: (202) 347-6041
bgrillot@selc.org
kmeyer@selc.org
icomo@selc.org

*Counsel for Plaintiffs Appalachian Voices, 2°C Mississippi, Lowcountry Alliance for Model Communities, Parks Alliance of Louisville, Pittsburgh Conservation Corps (Landforce) and Southwest Renewal Foundation and Proposed Class Counsel.*

/s/ Toby Merrill
Toby Merrill (D.D.C. Bar No. MA0006)
Graham Provost (D.C. Bar No. 1780222)
(*Pro Hac Vice* pending)
Elaine Poon (VA Bar No. 91963)
(*Pro Hac Vice* pending)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
toby@publicrightsproject.org
graham@publicrightsproject.org
elaine@publicrightsproject.org

*Counsel for Plaintiffs Allegheny County, Kalamazoo County, King County, Native Village of Kipnuk, City of Sacramento, City and County of San Francisco, City of Springfield and Treasure Island Mobility Management Agency and Proposed Class Counsel.*


Gary DiBianco (D.C. Bar No. 458669)
Jillian Blanchard (CA Bar No. 203593)
(*Pro Hac Vice* pending)
Larissa Koehler (CA Bar No. 289581)
(*Pro Hac Vice* pending)
LAWYERS FOR GOOD GOVERNMENT
6218 Georgia Avenue NW, # 5001
Washington, D.C. 20011
(202) 258-6826
Gary@lawyersforgoodgovernment.org
Jillian@lawyersforgoodgovernment.org
Larissa@lawyersforgoodgovernment.org

*Counsel for Plaintiffs Institute for Sustainable Communities, Inter-Tribal Council of Michigan, and Kalamazoo County.*

/s/ Julie Wilensky

3

David Chiu (CA Bar No. 189542)
SAN FRANCISCO CITY ATTORNEY
Yvonne R. Meré (CA Bar No. 175394)
Chief Deputy City Attorney
*Pro Hac Vice* forthcoming)
Mollie M. Lee (CA Bar No. 251404)
(*Pro Hac Vice* forthcoming)
Chief of Strategic Advocacy
Sara J. Eisenberg (CA Bar No. 269303)
(*Pro Hac Vice* forthcoming)
Chief of Complex and Affirmative Litigation
Julie Wilensky (CA Bar No. 271765)
(*Pro Hac Vice* forthcoming)

Deputy City Attorney
1390 Market Street, 7th Floor
San Francisco, CA 94102
Telephone: (415) 554-4274
yvonne.mere@sfcityatty.org
mollie.lee@sfcityatty.org
sara.eisenberg@sfcityatty.org
julie.wilensky@sfcityatty.org

*Counsel for Plaintiffs City and County of San Francisco and Treasure Island Mobility Management Agency*


*/s/ Alison Holcomb*
David J. Hackett (WA Bar No. 21234)
(*Pro Hac Vice* forthcoming)
General Counsel to King County Executive & Special Deputy Prosecutor
Alison Holcomb (WA Bar No. 23303)
(*Pro Hac Vice* forthcoming)
Deputy General Counsel to King County Executive & Special Deputy Prosecutor
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
David.Hackett@kingcounty.gov
aholcomb@kingcounty.gov

*Attorneys for Plaintiff Martin Luther King, Jr. County*