# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES, et al., )<br>)<br>*Plaintiffs*, )<br>*on behalf of themselves and* )<br>*all others similarly situated* )<br>)<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, et al., )<br>)<br>*Defendants*. ) | Civil Action No. 1:25-cv-01982-PLF |

## [PROPOSED] PRELIMINARY INJUNCTION ORDER

Upon consideration of Plaintiffs' Motion for Preliminary Injunction, Defendants' opposition, and Plaintiffs' reply, it is hereby:

1. **ORDERED** that the motion is GRANTED;

2. **ORDERED** that Defendants shall immediately reinstate the Environmental and Climate Justice Block Grant program authorized in whole or in part by 42 U.S.C. § 7438 — including Environmental Justice Collaborative Problem-Solving Cooperative Agreements; Environmental and Climate Justice Community Change Grants; Thriving Communities Grantmakers Grants; Environmental Justice Government-to-Government Program awards to non-state entities, and awards to Thriving Communities Technical Assistance Centers.

3. **ORDERED** that Defendants shall immediately resume the processing, disbursement, and payment of Plaintiffs' and Class Members' grants, and release funds previously withheld due to termination of the Environmental and Climate Justice Block Grant program;

4. **ORDERED** that Defendants shall make EPA agency staff available for the administration of the grant programs, including but not limited to processing and approving drawdown requests, requests to modify the grant projects, and statutory partner agreements; reviewing regular reporting; and maintaining regular communications with grantees, including responding to grantee questions;

5. **ORDERED** that Defendants are enjoined from implementing, giving effect to, or reinstating under a different name the directives in *Unleashing American Energy*, Exec. Order No. 14154, 90 Fed. Reg. 8353, 8357 (Jan. 20, 2025) and *Ending Radical and Wasteful Government DEI Programs and Preferencing*, Exec. Order No. 14151, 90 Fed. Reg. 8339, 8339 (Jan. 20, 2025), to terminate funding, including by terminating, freezing, halting, or pausing the Environmental and Climate Justice Block Grant program; from taking any actions to terminate on a non-individualized basis grants awarded under them, including closeout of individual grants or deobligation of funds awarded; and from impeding, blocking, cancelling, and/or terminating Plaintiffs' and Class Members' access to their funds awarded under the programs;

6. **ORDERED** that Defendants shall provide notice of this Preliminary Injunction within 24 hours of entry to all Defendants, their employees, and anyone acting in concert with them, to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2) and 5 U.S.C. §§ 705 and 706;

7. **ORDERED** that Defendants shall provide written notice of the Court's Preliminary Injunction to all grantees who have been awarded funds under the Environmental and Climate Justice Block Grant Programs within 72 hours; and

8. **ORDERED** that Defendants shall file a status report with the Court within 72 hours of entry of this Preliminary Injunction apprising the Court of the status of their compliance with this Order and providing a copy of all directives that Defendants provided pursuant to this Order.

This Preliminary Injunction shall become effective immediately upon entry by this Court. It shall remain in effect until further order of this Court.

SO ORDERED.

Dated: _____  _____
PAUL FRIEDMAN
UNITED STATES DISTRICT JUDGE