# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**DECLARATION OF DOMINIKA PARRY, 2°C MISSISSIPPI**

I, Dominika Parry, declare as follows:

1.      My name is Dominika Parry, and I live in Ridgeland, Mississippi. This declaration is based on my personal knowledge and professional education and experience. I am over the age of eighteen and suffer from no legal incapacity. I submit this declaration in support of 2°C Mississippi (2CM), which is one of several grant recipients affected by the federal grant pause.

2.      I want to be a named plaintiff in this case. I understand that, as a class representative, it would be my responsibility to represent the interests of all the class members in this lawsuit, and not just my own personal interests. I also understand the need to stay informed about what is happening in the case. I understand that I agree to represent other nonprofit groups with terminated Environmental Justice Collaborative Problem-Solving Cooperative Agreements and Environmental and Climate Justice Community Change Grants.

3.      I am the founding President of 2CM. Before founding 2CM, I spent most of my career in academia as an Assistant Professor in the Earth and Environment Department at Boston University, Visiting Assistant Professor at the Martin School of Public Policy and Administration at the University of Kentucky, and a researcher at the Department of Forestry and Wildlife Ecology at the University of Wisconsin-Madison.

4.      I received my PhD in 2003 from Yale University's School of Forestry and Environmental Studies, where I also trained as a Postdoctoral Associate, working on valuation of air pollution damages.

5.      2CM is a 501(c)(3) community-based organization founded in 207, that works with communities in Jackson, Mississippi to create climate resilience through adaption, mitigation and education projects. Our focus is disadvantaged, largely African American communities that suffer most from the severe and negative impacts of climate change on their health and wellbeing. 2CM's current projects include co-designing with communities, green infrastructure solutions to mitigate urban heat islands and flooding in the city's most neglected communities. We have developed strategic partnerships and collaborate with local community-based organizations to increase our capacity to obtain funds for and develop projects that have positive impact on the communities we serve.

6.      2CM is a small organization, with only one full-time (CEO) staff, two hourly (Projects Director and Accountant) staff, and one part-time (Community Coordinator) staff person.

7.      2CM is the recipient of multiple governmental funding agreements, which together constitute the vast majority of our budget. Two of our governmental funding agreements were awarded by the U.S. Environmental Protection Agency (EPA).

8.      2CM was awarded a $500,000 Environmental Justice Collaborative Problem-Solving Cooperative Agreement on August 1, 2024 under Clean Air Section 138. Under the terms of our grant Agreement, 2CM agreed to complete the project over a 3-year period ending in September 2027.

9.      2CM was awarded $19,889,515 through the Environmental and Climate Justice Community Change Grant Program under Clean Air Act Section 138. Under the terms of our grant Agreement, 2CM agreed to complete the project over a 3-year period ending in February 2028.

10. The pursuit of these grants required us to pass up other funding opportunities. While we were in the process of applying for these grant opportunities and negotiating the terms of our award agreement, there were numerous partner organizations reaching out and asking us to partner with them on several grant proposals. We chose to decline these invitations to focus on the Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program and Environmental and Climate Justice Community Change Grant Program.

**Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program**

11. 2CM was awarded an Environmental Justice Collaborative Problem-Solving Cooperative Agreement to replace several abandoned properties, considered blight, in West Jackson, Mississippi with a system of flood controlling microparks. This grant would fund the development of microparks in partnership with community members using our previously developed architectural co-design process. The microparks would offer natural solutions to urban flooding through rain gardens and equitable access to green infrastructure, recreational opportunities and will build and strengthen community cohesion, improve residents' quality of life, mental and physical health and increase access to climate education through local art.

12. Jackson, Mississippi is vulnerable to flooding and became the topic of national news after heavy rains in 2022 led to flooding from the Pearl River, which in turn overwhelmed the O.B. Curtis Water Plant, leaving the city without running water for over 30 days. This nationally recognized crisis accelerated discussion about supporting historically disinvested cities where frontline communities have been left with chronically underfunded, failing infrastructure and with no resources to address the unequally distributed growing risks from climate change. At the same time, neighborhoods in West Jackson experience high levels of

poverty and a history of disinvestment.  In two of the four census tracts in the project area, 68% of residents live below the poverty line, and over 95% are African Americans. In the project area, the prevalence of asthma ranges from the 95th to 100th percentile compared to the US as a whole; heart diseases range from the 90th to the 100th percentile; and overall low life expectancy is in the 95th to the 100th percentile range.  Our project aims to play a part in alleviating these burdens by co-developing with the community system of several microparks on vacant properties to create local flood resilience, as well as to provide recreational, educational, and community-building functions.

13.    Access to our awarded funding was disrupted starting on January 29, 2025 when we learned that our account had been listed as "suspended."  Our account was later reactivated and then suspended again.

14.    On March 28, 2025, we received a letter from the EPA stating that it was terminating our Environmental Justice Collaborative Problem-Solving Cooperative Agreement.

15.    We sent a letter of disagreement with the termination decision to EPA officials on March 28, 2025.

16.    On May 30, 2025, our EPA award official sent a memorandum to the EPA Regional Administrator Dispute Decision Official for Region 4 requesting that the termination decision be upheld.

17.    We had already selected sites for the microparks before the grant was terminated. We hired contractors to do demolition work to develop the parks and agreed to pay them over $20,000 for this work. This work had begun when we received the termination letter. These properties were cleared and ready for reshaping the land to allow for redirecting water. Upon the

termination of our Environmental Justice Collaborative Problem-Solving Cooperative Agreement, we had to pay these contractors to do this demolition work with funding from a foundation grant, which was not the initial plan. Now that this project has been disrupted by the termination, these sites sit unattended with grass growing up to 4 feet tall.

18.     We selected these properties based on the assumption that we would have access to all of the funding. Given the status of our terminated grant, we will have to do a redesign of the microparks with only half of the originally obligated funding.  I am not certain if what we can accomplish with only half of the funding will have an impact on flood control.

19.      The termination of this grant is a disappointment to the community that has been left behind by the federal government for decades. The communities that are the focus of this project are in some of the poorest census tracts in the entire country. 75% of properties in these communities are dilapidated. When we got our grant award, members started believing they could make meaningful changes and formed a neighborhood association to work on this project. The neighborhood association had already set up a schedule for regular maintenance at the microparks. Community members had big plans for how to utilize these parks and what the future could hold. Now that hope has been taken away.

**Environmental and Climate Justice Community Change Grant**

20.     2CM was awarded an Environmental and Climate Justice Community Change Grant to support the renovation and construction of a 35,000 square-foot space to host a community resilience hub designed to provide overnight shelter for 150 people, an independent drinking water supply, an independent energy system, and social support to community members during weather-related emergencies, including power outages during periods of extreme heat and

extreme cold. This award would also support 2CM in hosting emergency response, workforce development, and other trainings at the hub, as well as executing emergency response activities, in coordination with local emergency plans developed by Hinds County. The community resilience hub was planned to be located in West Jackson, where residents experience high levels of poverty, historic underinvestment, and deal with poor and unsafe infrastructure.

21.    Applying for the Environmental and Climate Justice Community Change Grant was a significant lift for my small team, which at the time consisted of just two full-time employees—myself, serving as President and CEO, and my Project Director—along with the part-time support of an accountant working only a few hours per week. We spent seven months dedicating at least 10 hours a week to preparing our application. We built several new partnerships and also worked with existing partners to collaboratively develop our program proposal.

22.    Although our award letter for this grant was issued January 16, 2024, it was withheld and not sent to us until February 6, 2025.

23.    Before our grant was terminated, we only had access to our Automated Standard Application for Payments (ASAP) account for a 3-4 day period in the beginning of March 2025 and then reopened on April 28 2025 and stayed opened for 5 days until the termination on May 2 2025

24.    On May 2, 2025, we received a letter from the EPA stating that it was terminating our Environmental and Climate Justice Community Change Grant.

25.    We sent a letter of disagreement with the termination decision to the EPA Regional Administrator Dispute Decision Official for Region 4 on May 20, 2025.

26.     On June 18, 2025, we received a letter from the EPA acknowledging receipt of this timely dispute.

27.     Before our grant was terminated, we took some preliminary steps, including submitting a compliance letter to EPA, holding inaugural meetings with partners, conducting community outreach, recruiting an architect to design the hub, and purchasing an HVAC and generator for the hub.

28.     We only had access to our grant funding for a few days between March 1, 2025 (our project start day) and May 2, 2025 (when we received a termination letter from the EPA).

29.     We had planned to triple our staff to implement our program, as agreed under our approved budget for the grant. We are unable to do this hiring now that our grant has been terminated.

30.     The community resilience hub would make the difference between people having shelter or not being exposed to extreme temperatures or not. People in the community do not have a place to go when the power is out or when their homes are being flooded. The community resilience hub would provide that place of safety and security.

**Overall impact**

31.     The termination of our Environmental and Climate Justice Community Change Grant and Environmental Justice Collaborative Problem-Solving Cooperative Agreement has put significant financial strain and hardship on 2CM. These two grants combined constituted 93% of our organizational budget. The loss of this funding has impacted the organization's ability to continue to pay staff. I have had to substantially reduce my salary, and expect to continue working fully pro-bono starting June 2025. I also had to reduce a full-time Project Director to a part time Community Coordinator (keeping the Project Director on per hour compensation

totaling up to $10,000). Another full-time staff (Project Director), whose salary was to be 50% funded by our Environmental Justice Collaborative Problem-Solving Cooperative Agreement, became a contract employ with per hour compensation totaling up to $10,000, while most of the work was designated to a part time Community Coordinator with lower pay.  We are also having to think about terminating our office-space lease early due to the reduction in revenue. I am worried the financial constraints caused by the grant terminations will force 2CM to enter into a period of institutional hibernation.

32.     Now that we have had to reduce the capacity of our already small team, it is very challenging to manage all of 2CM's administrative and programmatic workload. In have had to take on a lot of accounting work that we were previously paying an accountant to do. We are no longer able to pay our grant sub-recipients and are relying on volunteers to work on the projects. Additionally, since the bulk of project work is now conducted by me, I have effectively no time for fundraising to replace the lost funding. This basically eliminated our chances to move beyond the funding we still have left and makes it very unlikely that we will be able to develop new projects

33.     If our Environmental Justice Collaborative Problem-Solving Cooperative Agreement is reinstated, 2CM will be able to provide critical investments in the West Jackson community by developing microparks to improve flood resilience and a community resilience hub to provide essential and emergency services. We would put this funding to immediate use by advancing the development of the microparks and establishing the first Resiliency Hub in Jackson, MS. For the microparks, activities would include resuming data collection (interrupted by the termination letter); hiring a contractor to grade and contour the project grounds; developing a detailed planting map; conducting community meetings to approve the planting

plans; hiring a landscaping company to implement the approved design; developing and installing educational signage; conducting post-implementation data collection; analyzing and reporting the project's impact; celebrating the grand opening of the microparks; and providing support for park maintenance throughout the remainder of the project period.

34. For the Resiliency Hub, planned actions include hiring additional staff; engaging an architectural firm to co-design the building renovations through a community-driven process; installing a microgrid and independent water well; launching solar installation and green infrastructure workforce development programs to be hosted at the Hub; and developing a cooperative to support the Hub's long-term financial sustainability. The project will culminate in the grand opening of the Hub's emergency and office wings.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, the foregoing is true and correct.

Executed this #_23_day of _June 2025.

Executed this __23____ day of _June________ 2025.

Dominika Parry

# EXHIBIT 1

## 1.0 PROGRAM OBJECTIVES

### a. Project Summary Page

**Project Title**: Equitable access to green infrastructure for climate resilience through flood mitigation, education and community revitalization. (EMP)

**Project Location**: Virginia and Louisiana Avenue Neighborhood, Jackson, MS 39209

**Applicant Information:** 2°C Mississippi (2CM) is a 501(c)(3) nonprofit organization that works with municipalities and communities to co-create equitable and prosperous climate adaptation, mitigation and educational solutions in Mississippi. We work with communities in Jackson, MS, to empower them to build climate resilience, grow equitable prosperity and increase clean energy and carbon independence. 2CM's current projects include: co-designing with frontline communities, green infrastructure (GI) solutions to mitigate urban heat islands in formerly redlined districts; co-designing neighborhood' heat emergency plan; building a legal base for a first low-income community solar project in Mississippi; providing free climate science curriculum and supplies to school, climate education to any group, organization and elected official interested in climate justice.

**Project Abstract:** The "Equitable access to green infrastructure for climate resilience through flood mitigation, education and community revitalization" project is a partnership effort to address climate change-induced increased risk of flooding in the absence of municipal and state investments. It is designed to, co-develop with communities, nature-based solutions to urban flooding, while providing a range of social, economic, educational, cultural and ecological co-benefits for Jackson's most overburdened and underinvested neighborhoods. The partnership among multiple organizations, provides complementary perspectives, expertise, resources and is expected to create synergies leading to a cumulative, transformative effect for these communities. The project replaces several abandoned properties, considered blight, in West Jackson, MS with a system of flood controlling microparks. The microparks will be developed directly with community members using our previously developed architectural co-design process. The GI will not only offer natural solutions to urban flooding through rain gardens, but also equitable access to green infrastructure, recreational opportunities, build and strengthen community cohesion, improve quality of life, mental and physical health and increases access to climate education through local art. We expect that the project will become a blueprint for building holistic climate, economic and social resilience across Jackson. We set our ambitions even further, hoping this project will have transformative effect across Mississippi and the Southeast, where urban communities face similar challenges.

**Project Type(s**) – planning and development of public access spaces

**Special Considerations** - climate change, weather disaster resilience

**List of Project Partners** -- Jackson Community Design Center; Jayne Avenue Community Association; Voice of Calvary Ministry; Rosemont Human Services, Inc.; CAPA Strategies

**Will you need to develop a QAPP for your project?** Yes

### 1.b. Environmental and Public Health information of the Underserved Community

Jackson, Mississippi, became a topic of national news after heavy rains in 2022 led to flooding from the Pearl River, which in turn overwhelmed the O.B. Curtis Water Plant, leaving the city without running water for over 30 days. This nationally recognized event accelerated discussion about supporting historically disinvested cities where frontline communities have been left with chronically underfunded, failing infrastructure and with no resources to address the unequally distributed growing risks from climate change. Jackson is a poster child for the legacies of systemic and institutional racism: Jim Crow, redlining, and white flight. Communities of color were often forced to live in disinvested neighborhoods, with impoverished city governments that could no longer provide adequate public services. As a result, Jackson is the 13th most segregated out of 100 US cities. Our project area is home to the most overburdened and underserved population, not only in Jackson, but in the country. The EJ SCREEN, socio-demographic index in the area ranges from 90 to 100th percentile. In two of the four census tracks in the project area, 68% of residents live below the poverty line. An analysis of census tract-level data for Jackson from the 500 Cities Projects found a direct correlation of lack of health insurance and health outcomes like obesity, diabetes, and poor mental health to residence in redlined areas. The EJ SCREEN reports that in the project area, the prevalence of asthma ranges from the 95th to 100th percentile relative to the US as a whole; heart diseases range from the 90th to the 100th percentile; and overall low life expectancy is in the 95th to the 100th percentile range. (Appendix I)

The project area crosses several neighborhoods, some self-identified, other neighborhoods in name only. They have similar socio-economic characteristics and face the same challenges of flooding, lack of extreme heat resilience, blight, and high crime rates. But anecdotal evidence from our community meetings reveals a lack of community cohesion that sometimes borders on animosity. Our initial community engagement efforts through other projects in the area found community members would like to form stronger social bonds. We hope this project will provide strategies and opportunities to facilitate such cooperation.

The compounded and interrelated legacies of racist policies are worsened in the face of climate risks. Many parts of the project area are located in the flood zone (Appendix I) as a result of generations of redlining and segregation. Climate change already disproportionately overburdens these communities, and with predicted increased likelihood of more frequent and more extreme weather events, urban and river flooding is expected to intensify and become the "new normal." The international 6th IPCC Climate Change report 2023 finds that severity and frequency of urban, flash and river flooding will continue to increase, affecting an additional 30% of the global population if temperatures rise by 2°C. In areas where flooding is already a severe issue, the predicted effects may be catastrophic. A recent study finds evidence that climate change is shifting the highest risks of flooding in the US to the Gulf Coast states with clearly disproportional impacts on African American communities. According to the authors, areas with at least 20% of African American population will face a 40% increase in risk of flooding (Wing, et al 2022).

Our team acknowledges that the challenges faced by Jackson's residents and local government are daunting and certainly not solvable through a single project. Yet working in conjunction with residents to address the flood and health risks posed by lack of green infrastructure is a

significant and critical piece of the holistic health and community resilience equation. The legacy of racist policies enforced by local, state and federal authorities has eroded trust with communities to the point that many residents feel sidelined and disengaged from local projects and decision-making. Co-creating solutions with residents, community leaders and nonprofit organizations may begin to mend these wounds.

Specifically, the project addresses four main issues: (1) climate change-induced increased risk of flooding in the absence of municipal and state investments; (2) persistence of blight in the most overburdened and underserved communities; (3) the need for equitable access to green infrastructure; and (4) building and strengthening community cohesion. The project is also expected to provide a set of co-benefits, such as improvement in the quality of life, mental and physical health and increased access to climate education through local art.

We plan to address these issues by co-developing with the community a system of several microparks on vacant properties to create local flood resilience, as well as to provide recreational, educational, and community-building functions. An additional focus will be incorporating climate related art designed by local artists in the microparks to promote flood mitigating behavior, local involvement in climate adaptation, and reinforce a sense of place. A community-led naming campaign for each micropark will help create a sense of community ownership.

**1.c. Organization's Historical Connection to Underserved Community**

Since its foundation in 2017, 2CM has worked on behalf of under-resourced and underserved communities in Mississippi, spearheading efforts to build a more resilient and equitable future. Our projects range from climate education to climate mitigation and adaptation. In 2018, we developed the first climate science curriculum for public schools, based on the most recent scientific developments and educational methods, with hands-on activities that can be performed at minimal cost. They were created in collaboration with teachers from Jackson's public schools. Each lesson is offered in a version with and without access to computers and internet, as many public schools in Mississippi still lack electronic hardware and internet access. We also support students and teachers with donations of computers, books, gardening help, and support for climate-related school projects. As a result, 2CM has developed many trusted relationships among students and teachers in South and West Jackson's public schools.

In 2020, 2CM approached the Jackson Mayor's office initiate the city's first climate-related projects focused on heat mitigation. 2CM partnered with the city to secure a $10,000 capacity-building grant from the National League of Cities (NLC) through its 2020 Leadership in Community Resilience program (LCR). 2CM then led the development of a resident survey to better understand the needs and heat risk perception among frontline communities, and held focus groups with heat vulnerable residents (the elderly and parents of very young children). 2CM received technical support through NOAA's Climate Program Office and the National Integrated Heat Health Information System (NIHHIS) for a community science urban heat island (UHI) mapping campaign and partnered with Jackson State University to organize students and residents to collect data on the city's hottest areas. Notably – and not surprisingly – many of the city's worst UHI sites are in formerly redlined neighborhoods in South and West Jackson. In

November 2020, 2CM partnered with the City of Jackson (as a fiscal sponsor) and NLC to garner a Robert Wood Johnson (RWJ) Global Ideas for US Solutions Health, Climate, and Equity grant to double down on an effort to mitigate UHI impacts and provide a range of social, economic, cultural and ecological co-benefits for the city's most at-risk residents. The RWJ-funded project, "Going Green for a Cool, Healthy Jackson" (CHJ), focuses on nature-based solutions and is conducted through community co-creation processes. The site choice was selected after a series of community meetings clearly indicated the need to redevelop a formerly thriving African American business culture district on historic and today mostly abandoned Farish Street. 2CM partnered with a team of architects from the Jackson Community Design Center (JCDC) (the same team which we will be working with on this project) to develop and carry out a co-design process. Based on the plan developed by community members, the team of architects is creating detailed drawings and renderings that will be brought back to the community members for final approval in June.

In June 2022, 2CM began another heat-related project (HEAT), designed to learn from, educate, and organize community members around extreme heat emergency events. It is EPA funded and located in the same area where we are developing the micropark system (Jayne Avenue, Bottom and Country Club; in Appendix I).  The goal of that project is to address (1) climate and heat resilience; (2) emergency preparedness for extreme heat events; and (3) mortality and morbidity during extreme heat events. Specifically, we have been collecting survey data about community knowledge about heat risks and best methods for low-cost cooling solutions. We are also co-designing with the communities a neighborhood-level heat emergency plan, similar to plans usually developed at a municipality or state level.

2CM is also working on access to and affordability of solar power, since every climate adaptation project we work on results in community discussions noting the need for affordable solar power. In January 2021, 2CM started groundwork for the first low-income community solar project in Mississippi. We were a partner in a solar coalition of legal intervenors on Docket No. 2021-AD-19 (Review the Efficacy and Fairness of the Net Metering and Interconnection Rules) before the Mississippi Public Service Commission, arguing that the rule does not adequately provide for community solar capacity accessible to all Mississippians. We provided detailed revisions to support access to solar energy at affordable rates, but the Commission omitted the revisions from the final rule. We are not giving up and currently are working on opening a separate docket for a Community Solar Rule only.

**d. EJCPS Model**

**1. Issue Identification, Visioning and Strategic Goal-Setting**
The first element of the EPA's EJCPS model was initiated through three months of developing vision and strategies through discussions with community members and partner organizations. This project was sparked by an organic process, when participants in other 2CM projects complained of repeated flooding and expressed frustration with governmental inaction in addressing the issue. These concerns were later confirmed by a series of organized community meetings and informal conversations in the neighborhood. During this process a general goal was articulated – to make the neighborhood safer (from floods and from crime), cleaner,

healthier and more enjoyable to live in – and specific objectives identified: Environmental/climate objective: provide flood control that can accommodate more frequent and more intense floods caused by climate change; Wellbeing objectives: provide clean and safe spaces to spend time outside (with specific requests for trash cans and trash removal services) and access to playgrounds; Safety objectives: Reduce the dangers of repeated flooding, gun violence and presence of blight in the neighborhood; Economic objective: increase economic value of the neighborhood by cleaning up dump sites, reducing blight, improving aesthetics and neighborhood walkability; Community objective: establish (currently poor) communication among neighbors to enhance a sense of community and belonging and develop a sense of pride in the neighborhood and willingness to come together to solve problems; and Maintenance objective: devise a practical solution to maintain the microparks, given that the City of Jackson does not have the capacity to do so. All of these objectives have been in different degrees addressed in this GI project's design.

**2. Community Capacity-Building and Leadership Development**
This element of the EJCPS model is already underway over three months of background research and numerous community engagement meetings. 2CM accessed available flood data that confirms that most of the area is in a flood zone already. We confirmed also that the most cost-effective solution to local flooding is green infrastructure with water capturing and redirecting components, such as rain gardens. We brainstormed this solution with partners and stakeholder meetings and secured partial funding for the project from the Hilton Foundation. We hired long term partner/consultant CAPA Strategies to provide technical assistance on the project and have held the first set of stakeholder meetings with its lead advisor Vivek Shandas in March to brainstorm with our partners and stakeholders.

Local leadership development is a major focus of this project, empowering existing leaders and nurturing leadership skills in partner organizations and among additional community members. A large part of this process requires trust among partner organizations, as well as between partners and community members. We believe the key elements to trust building are transparency and accountability; our community events will be opportunities to share details of the project's progress with clear and honest reporting of not only successes but also missteps, delays and challenges. Our previous experience with community co-creation has demonstrated that open discussion of struggles, mistakes and failures can strengthen trust between organizations and community members, enhancing a culture of respect and accountability.

**3. Development of Multi-Stakeholder Partnerships and Leveraging of Resources**;
We have begun working on this third element of the EJCPS model but are eager to expand this work. We have already assembled a large group of engaged partners, with a wide range of perspectives and complementary sets of expertise but hope to develop new ones.

Our plan includes sharing of resources: for example, RHS is offering access to its community center for a VOCM staff member to work on educational and promotional aspects of the project; JACA provides access to its community center; CJPD will contribute financial assistance to the project along with trash cans and assurance that trash will be regularly picked up; JCDC is sharing its facilities for community engagement meetings and offers printing services for the

project. We expect that we can leverage even more resources that we have, but we may not be aware of as a group at this time.

**4. Consensus Building and Dispute Resolution;**

Addressing this aspect of the EJPDS model will be an important and ongoing part of this project's development. The project involves some long-standing partners (CAPA and JCDC), and some brand-new (JACA, VOCM, RHS). Deliberate efforts will be directed towards developing productive cooperation among all the partners, some of whom worked previously together (JACA, VOCM and RHS). We are aware of some interpersonal tensions and frustrations related to perceived unequal effort put into previous collaborative projects. We believe that joining our stable and effective group of partners (2CM, JCDC and CAPA) presents an opportunity to address these issues and work on developing a mechanism that can help with group dynamics among all of us. Our long-standing partnership is deeply rooted in shared governance principles which we believe will enhance cooperation with the new partners. Shared governance is time consuming and may not be the easiest approach to decision making, but we believe it is worth the extra time in the long run. Our current strategies involve weekly meetings of all partners to discuss the past week's progress and challenges, followed by planning for the next week. The discussion is organic, guided by an outline provided by the Project Director. This approach can lead to tensions and disagreements, but open issues are far easier to resolve than hidden ones. We encourage all participants to raise, in a non-confrontational manner, all their opinions and reservations, which then can be openly discussed in hope of reaching a consensus. Occasionally group discussions fuel conflict, in which case one-on-one and small-group mediation have been proven to help. All of our mediation work has been coordinated by the Project Director.

These mechanisms work well for our existing partners, but we expect there will be a lot of learning about how to work together with new partners and their already existing group dynamics. When conflicts arise and current strategies of mediation and facilitation fail, we will explore other techniques such as unassisted negotiation and neutral fact-finding.

**5. Constructive Engagement with Other Stakeholders;**

The fifth element of the EJCPS model is an important element and focus of our work. We look to expand our partnerships with a special focus on engaging departments within the City of Jackson (COJ). Specifically, we hope to partner with the Department of Public Works (as soon as a permanent director is appointed) to consider aligning our green infrastructure plans with plans for "brown" (sewage system) infrastructure redevelopment. Alternatively, if the management of sewage system redevelopment is assigned to a third-party manager (as the water system was) we will seek partnership with that organization. We also hope to cooperate with the COJ Parks and Recreation Department to explore options for handing over the microparks ownership. We would like to also explore options of cooperation with COJ in general to introduce similar flood control and community-building green infrastructure solutions across the city. As this grant proposal is being written, the COJ's Chief of Staff has reached out to 2CM for a meeting and more information about the project, suggesting that the City is interested in working with us to develop and implement corresponding solutions across Jackson. This will be an amazing opportunity to make a difference!

**6. Sound Management and Implementation**;

2CM has a proven record of co-creating with partners and stakeholders, a broad vision of realistic goals and strategies to achieve outcomes. We design projects that build on the strength and capacities of partners and resources. We are also investing significant effort into developing detailed work plans and setting realistic timelines that are co-created with all the partners. Our current projects as well as this project's proposal attest to that.

Further work is needed, however. We plan to work on ensuring not only clear commitments from all partners, but also follow-through, which based on past experiences can be challenging. In the past we had partners (none of which we are still partnering with) who did not provide support they initially committed to and argued that their responsibilities were not clear. Since then, we have been working on very detailed and specific partnership agreements, with lists of both major and minor tasks clearly spelled out. We also feel that our experience has made us more effective in finding partners who are more likely to follow through.

We plan to work on effective communication and coordination. Our previous solutions of weekly meetings and work through shared Google documents may not be efficient with the current number of partners, which is why we are planning to explore other means of communication. Efficient use of time and resources is also an area we hope to improve on. Our staff goes through periodic training on time management and is evaluated on a quarterly basis; however, the same oversight is not possible for partner organizations. We are already aware of potential inefficiencies that may occur while working with some of our partners. We are planning to address this issue as a group and jointly develop a system of accountability that is acceptable to all partners. We also realize that large projects like this one with a multi-year time frame may lead to burnout and partner apathy. This is why we are planning for the first time to incorporate celebrations of accomplished milestones during either the larger or on-site community events described above. We plan to present our progress to the public, clearly acknowledge and appreciate individual efforts of partner organizations as well as individual leaders, and celebrate our accomplishments together with food and fun!

**7. Evaluation**

Addressing the seventh element of the EJCPS model in a comprehensive way is a new addition to our strategy. Until now, our collaborative projects were evaluated based on funding sources' requirements and involved only 2CM's account of progress. In this project, with its multiple partners, we will develop an internal evaluation process with a quarterly cycle. The most general measure of effectiveness will be adhesion to the schedule of milestones (presented below), but more detailed evaluations system are needed as well. We will brainstorm potential evaluation plans for each partner during the inaugural partners' working session.  We will test them during the first quarter of the project, with evaluation and readjustment as needed. Since this project is the first of its kind in Jackson, we will also have the process documented and synthesized as a methodology that can be applied in other parts of the city and in other cities. The project report with a case study and methodological section will be provided by CAPA in cooperation with 2CM.

**e. Project Linkages**

The founding goal for 2CM has been to build equitable climate resilience in Mississippi by working with overburdened and underserved communities. We began our work in Jackson where we quickly realized that the communities that need climate resilience the most also lack basic socio-economic capacity to meet these challenges because of decades of systemic racial discrimination. This led us to make sure that all our climate projects have built-in mechanisms to directly strengthen community social, economic, and political potential to build wealth and self-govern given limited capability of local government and minimal state interest.

We know that a meaningful change cannot occur in places like Jackson without empowerment of both individuals and communities. Our projects aim to promote leadership development for future climate and other initiatives. We work on authentic engagement, illustrated well in our past work on the CHJ's co-design process (Appendix II). We hope that the flood controlling GI can have transformative impact that extends beyond flood control to build socioeconomic prosperity in the project area. The project area was chosen because along with its demonstrable need, local leaders have started self-organizing to create and implement their own vision of this community's future. (There are still many neighborhoods with equally alarming needs, but without any identifiable leaders who could work with us on realizing the community's vision.)

On this project we are not only supporting community members by compensating them for their participation in community meetings, but also by directly sub-granting funds to local organizations (VOCM, JACA and RHS) that work with community members on a daily basis.

We are also striving to strategically engage local and state governments. As mentioned in 1.d.5., we hope and expect that this project will involve cooperation with the Mayor's office, Hinds County and relevant state representatives.

**f. Partner and Collaborate**
The Flood Controlling GI Project is designed to build neighborhood-level climate resilience through flood mitigation, as well as numerous other benefits and services. This cannot be executed without cooperation from numerous partners, each contributing unique skills and resources, working together to create synergies. Currently, 2CM is partner on this project with Jackson Community Design Center (JCDC) at the MSU School of Architecture's Jackson Center; CAPA Strategies, and a local CBO and financial partner Jayne Avenue Community Association (JACA); faith-based organizations and financial partners Voice of Calvary Ministry (VOCM) and Rosemont Human Services, Inc. (RHS) an arm of Rosemont Missionary Baptist Church. This team involves both long-term and new partners to support the project in holistically addressing the intersection of climate justice, health, local redevelopment, and education at a neighborhood level. The long-term objective is to develop not just these sites, but to create a template that can be reproduced across the rest of the city of Jackson and across other cities in Mississippi and across the whole Southeast region that face similar challenges.

**Voice of Calvary Ministry (VOCM**) is our new partner, which as a faith-based organization, plays a crucial role in supporting undeserved members of the community, providing a unique opportunity for us to directly involve them. VOCM assists individuals and families from

overburdened and underserved communities in rebuilding their lives and their communities, with programs ranging from housing stability assistance; to creating and running a veteran pod that houses veterans who have previously experienced homelessness; running a food pantry; providing financial literacy training, and much more. In addition to donating abandoned VOCM-owned properties to the project, VOCM will serve as a community engagement partner, providing a staff member to host weekly informational sessions about the project at an RHS community center. The sessions will be offered to the general public along with field trips from local schools and tours to interested parties.

**Rosemont Human Services, Inc**. (RHS) is a faith-based organization formed as an arm of Rosemont Missionary Baptist Church (house of worship). RHS provides support to low-income families through a food pantry located in Rosemont M.B. Church, and by supporting neighborhood organizations and nearby public schools in whatever way is required. RHS is committed to in-kind contribution of several of their properties to the project. They will provide weekly free access to their community center for informational sessions organized by VOCM. RHS will also organize community events in several of the micropark locations to introduce the community to these spaces and show how they can be used for a variety of purposes. RHS is a trusted organization in the community with several very active leaders who are committed to promoting the project and using their standing in the community to build trust among residents and project partners.

**Jackson Community Design Center (JCDC) at the MSU School of Architecture's Jackson Center** is another long-standing partner of ours, who will provide architectural and landscape designs developed during a community co-creation process. The process involves a series of on-site surveys and community meetings during which "use mapping" and "image collage" charettes will be held to serve as the basis for detailed design drawings that will be used for project implementation. JCDC will lead this co-design process for each location in the system of microparks. Their design will include green infrastructure, as well as design elements, such as benches and playground equipment, plus art and education elements. (The art pieces will be created by local artists, but their specific location will be coordinated with JCDC.)

**Jayne Avenue Community Association (JACA)** became a colleague of ours during our work on the HEAT project in the neighborhood. The Jane Avenue neighborhood is a part of the project area and its residents will be directly involved in our work. JACA will support the project by organizing large community events (two for the first two years and one in the third year – five in total) to inform residents about project development, consult about specific solutions and encourage community members to unify in thinking about how to co-create a resilient future for their community. The community events will be outdoor celebrations with food and music, and hopefully will lead to many discussions about building a stronger more resilient community.

**2.0 Project Activities / Milestone Schedule**

**a. Project Activities**

The project begins with an inaugural meeting with stakeholders, where the project's purpose and vision are discussed, followed by planning the timeline for milestones and setting a plan for

stakeholder communication throughout. The next step is site selection, where several abandoned properties (totaling 2.5-3 acres), currently owned by VOCM for addressing the above-mentioned activities. The site selection process is designed and coordinated by our longstanding partner and a contractor on this project, CAPA Strategies, a minority owned business led by internationally renowned green infrastructure expert Vivek Shandas. Site selection will include the procuring of relevant data from local and State geospatial archives, development of selection criteria and prioritization plan, which will include stakeholder input through key informant surveys, and the development of a geospatial mapping tool for site evaluation. The integrated datasets will help to inform final site selection, and the mapping tool will ensure that criteria for selection are transparent and defensible. Once the sites are preselected, community consultation will be conducted, leading to the final decision.

Simultaneous with site selection process, pre-intervention data will be collected on mental health and wellbeing as well as perceived crime risk. The data will be derived from focus group interviews with community members and leaders as well as in-depth interviews with neighbors whose properties are adjacent or near selected sites.

Design plans for the sites will be developed using co-creation processes led by JCDC. Emphasis will be put on native species with deep root systems (native grasses, sedges and rushes) and high tolerance for temporary water inundation followed by drier periods. Plant selection will be made in close cooperation with community members and their aesthetic preferences, as well as consultations with landscape ecologists from extension branches of local universities.

The community engagement process will be coordinated by our partners VOCM, RHS and JACA. During the co-design process local artists will be invited to submit ideas for art pieces to be installed on the micropark sites. This process will be coordinated by an Art Selection Committee, which will be formed by interested community members. The theme of the art will be related to flood control, climate resilience and environmental awareness. While the co-design process and art competition are taking place, cleaning and clearing of selected sites will be conducted, including demolition, removing debris and excess vegetation.

Concurrently, an in-depth site analysis will be conducted for each of the sites, following standard protocol for ensuring that each site is capable of receiving the anticipated amounts of stormwater and is suitable to intercept or temporarily store it. In-depth site assessment will consist of three steps. First, the team will develop a desktop hydrological model that draws on physical parameters of the site (e.g., slope, land cover, infrastructure, soils, etc.). Currently, neither the city nor its partners have any information about the pluvial flooding currently occurring – anecdotal or otherwise – for any of the site locations, though the State's geospatial data archive hosts several of the necessary datasets for developing a desktop hydrological model. Ancillary data on soil quality will be collected in the field as necessary. Second, a statistical analysis will provide evidence about the expected water flows from differing scenarios of precipitation, ranging from light and long (i.e., two inches over 20 hours) to short and fast (i.e., six inches in one hour), which will help to evaluate the amount of water expected at each site. The second step will further refine planning for capturing stormwater. Finally, the integrated datasets and summary statistics will be presented for public consideration using an

interactive web-mapping platform that will build on the geospatial mapping tool developed for site selection. The final interactive web-mapping platform will allow users to consider the use of each site in relation to total amount of stormwater capture and potential activities and programming. The interactive web-mapping platform will be further refined through feedback from the team and will be instrumental when engaging community members about the subsequent stages of the project.

Lot preparation will begin next and involve grading, soil preparation and planting etc. The work will be conducted by local minority-owned contractors. A community building initiative naming each of the 5 individual sites will be conducted. This process, co-coordinated by all the partners, is meant to further establish community connections with the sites and promote a sense of ownership among community members. Once the sites are named, a set of signs will be produced for each location. Each sign will show the map of the whole system of microparks with a "you are here" mark, and the name of the individual site. This design element is meant to reinforce the ecological and social connectivity of the system. Additionally, educational signage across the sites will be developed and installed to encourage environmental stewardship, building climate resiliency awareness, and strengthening place-based community cohesion. Once the GI is in place, we will celebrate its completion through a grand opening event that recognizes and appreciates everyone involved in the process. After the grand opening, the project will continue with post-intervention assessments, including both hydrological and health perception assessments. Throughout the whole grant period, the co-creation and implementation process will be documented by CAPA and 2CM to provide both the case study and to synthesize the methodology used. This methodology will be then used to develop similar projects across the City of Jackson as well as other cities in Mississippi and the region.

**b. Milestone Schedule**

| | |
|---|---|
| February, 2024 | • inaugural team meeting and role assignment<br>• invitations to cooperate sent to communities and their leaders, youth groups and organizations |
| March, 2024 | • development of the site selection process begins (CAPA) |
| April 2024 | • final selection of the sites for microparks and green infrastructure (GI)<br>• pre-intervention, quantitative, hydrological site assessment begins (CAPA)<br>• environmental site assessment begins (TBD)<br>• pre-intervention, qualitative assessment of health and wellbeing begins (CAPA)<br>• community engagement events (JAA, VOCM, RHS) |
| May 2024 | • general design of the GI system begins (JCDC) |
| June 2024 | • Art Selection Committee formed |
| August 2024 | • detailed design of the microparks and community engagement meetings begin (JCDC)<br>• design of educational signage begins (JCDC and VOCM) |

| | |
|---|---|
| September 2024 | • Art Selection Committee announces art competition |
| December 2024 | • winner(s) of the Art Competition is announced during a community event organized by RHS |
| January 2025 | • selection of contractors to implement the GI design |
| March 2025 | • site clearing and GI construction begins |
| May 2025 | • art installation<br>• on site community event (RHS, VOCM, RHS) |
| September 2025 | • planting GI vegetation |
| October 2025 | • installation of educational signage |
| November 2025 | • **GI Grand Opening!!!**<br>• contractors for maintenance selected |
| January 2026 | • schedule for site maintenance over the next year is developed |
| January-December 2025 | • site maintenance |
| May 2026 | • post-intervention, qualitative assessment of health and wellbeing<br>• post-intervention, quantitative, hydrological site assessment begins (CAPA)<br>• site maintenance<br>• on site community event (RHS, VOCM, RHS) |
| June, 2026-September, 2026 | • site maintenance<br>• impact data analysis (CAPA) |
| October, 2026 | • first draft of the Project Report due (CAPA)<br>• site maintenance |
| November, 2026 | • the Project's Report assessment (partners and community members)<br>• site maintenance |
| December, 2026 | • project ends with a final community meeting where future plans for the GI sites are discussed |

**3.0 Environmental Results – Outputs, Outcomes, and Performance Measures (Logic Model)**

**a. Environmental Results (Logic Model)**

Attachment III

**b. Performance Measurement Plan**

The project's impact will be assessed by (1) measuring effectiveness of the flood mitigation solutions and (2) evaluating the project's impact on residents' quality of life.

The effectiveness of flood control will be evaluated based on a pre and post intervention hydrological assessment (conducted by CAPA). A desktop hydrological model that draws on physical parameters of the site (e.g., slope, land cover, infrastructure, soils, etc.) will be used. The model will be integrated into a spatial analysis platform (e.g., ArcHydro. R statistical

package, Python, etc.) to provide a description of specific flows of water across each of the available sites, with measurement of total pre- and post-intervention volume.

The assessment of the project's impact on health and wellbeing, as well as on the risk of crime perception, will be qualitative, using a pre- and post-intervention set of focus group interviews with stakeholders and in-depth interviews with community members living either adjacent to the micropark sites or within their visual range.

Additionally, several assessments will be conducted during the project. Specifically, we will evaluate the effectiveness of our community engagement strategies by cataloging the number of attendees at the three to six large community events (expected minimum attendance: 50) and four on-site events (expected minimum attendance 15); measuring involvement during sessions by documenting the number of total attendees as well as attendee retention (number of returning versus new participants) and their direct involvement. The engagement will be measured as a percentage of meeting time during which attendees speak versus staff members and the percentage of time participants are taking notes, and/or are actively involved in activities such as analyzing architectural designs and interacting with GIS maps. Additionally, we will be collecting feedback through exit surveys, using general questions such as: Are you satisfied with today's meeting? (Likert scale) and What would you like us to change about the meetings in the future? (Open-ended question). Answers to these questions will be used to modify future sessions.

The art project involvement will be also assessed by counting the number of artists volunteering to participate in the project and measuring the community's satisfaction with the art pieces. For the latter we will use the following survey questions after the art is placed: Are you satisfied with the (title of the art piece)? (Likert scale) Please describe. (Open-ended)

The survey will be administered to immediate neighbors (defined as within one or two block area) of the micropark where the art piece is placed.

Further, we will develop project portals and webpages with publicly available progress reports and documentation using video and audio (as feasible) and written summaries. The development of the microparks architectural solutions will be documented and reported on the project's portal, sharing design sketches, photographs and descriptions throughout the duration of the project. Finally, at project completion, we will produce a comprehensive project report that will include a case study which documents the project's history, cooperation by partners, and the methodology developed during our work. This will also include best practices for the community engagement process, community co-design process, and partnership development and maintenance strategies.

**c. Itemized Sustainability Plan and Community Vision**
This project aims to engage under-resourced and historically marginalized communities in building not only local green infrastructure, but also "community infrastructure," understood as a combination of social, economic and political capacity. Social capacity (or cohesion) building is rooted in place, such that physical spaces and their material elements provide opportunities for developing relationships based on common values and specific goals (Stupar et al.,2022). These

bonds are expected to lead to more grassroots initiatives and a stronger and more resilient community, as well as increasing the sense of safety and wellbeing, aesthetic value, belonging and space ownership. This in tun impacts individual behavior promoting more cleaning and care of the physical spaces and creating a positive feedback loop.

Economic capacity is the ability of communities to maintain existing and obtain future financial resources to develop their long-term goals. The microparks are themselves an economic asset, which will increase value and opportunities for the entire neighborhood. The maintenance of the parks (for at least five years, financed by the Hilton Foundation) will be contracted to a local, minority owned businesses and contribute to local wealth building. Additionally, we expect that some of our partner institutions will strengthen their institutional capacity while working on this project and together we plan to secure funding to replace current blight with low income, energy efficient housing developments.

Finally, the project is expected to strengthen political capacities – communities' abilities to self-organize. This project is entirely based on co-creation processes, working closely with engaged residents and encouraging inactive neighbors to join us in already established partnerships. Working with self-organized communities will help to generate more interest and support from the Mayor's Office, the Hinds County Supervisors, and the state representative (living in and representing the neighborhood) in order to secure more public investment and bring more services into the area. Representatives of all these governmental institutions have already reached out to us to learn more about the project and expressed interest in using it as a blueprint for building holistic climate, economic and social resilience across Jackson. We set our ambitions even further, hoping this project will have transformative effect across Mississippi and the Southeast, where urban communities face similar challenges and have similar goals.

**4.0 Programmatic Capability**

**a. Organizational Experience**

2CM has successfully, simultaneously managed three large projects, described in section 4.c., one of which is the Flood Mitigating Green Infrastructure Project we are seeking additional funding for. We recently hired a second full-time person, bringing our staff to two full-time and two part-time employees with full bookkeeping and financial services provided by a professional accounting firm. We have extensive experience working in partnership with other organizations that complement our expertise and experience and that contribute their staff time. Together, we are confident we have organizational capacity to successfully implement the Flood Mitigating Green Infrastructure Project.

**b. Staff Experience / Qualifications of Project Manager (PM)**

The project manager, Dominika Parry, holds a PhD from the Yale School of the Environment and has spent over 20 years of her professional career working on climate change, 12 of them in Jackson. Dr. Parry is the founding CEO/President of 2CM. All of 2CM's projects (and notably, all climate projects in the city of Jackson) have been spearheaded and managed by Dr. Parry. She has been a principal investigator on approximately $1 million worth of grants and is deeply engaged in the planning, management and implementation of each project.

Dr. Parry directed the heat mapping project, coordinated volunteers and organized and assisted local focus group interviews as part of the broader heat mitigation project. She has managed the CHJ project, coordinating all partners and community engagement participants, and directly contacts all community meeting participants through emails and phone calls, co-designs and co-leads all community engagement sessions, and even brings food and coffee (which seems central to local involvement). Dr. Parry also manages the HEAT project, co-designs with partners each community meeting, attends them to provide "back of the room" support and to build relationships with participants. This is very relevant to the Microparks Project which is located in the same area and cooperates with the same community leaders. Dr. Parry also visits churches and local organizations in Jackson to provide climate workshops, co-leads teacher training workshops, and works directly with students on climate science projects.

This project will also be supported by our full time Project Director, Diane Pruitt, who has extensive experience with project and office management, and is a new and exciting addition to our 2CM staff.

**c. Expenditure of Awarded Grant Funds, and plan for compliance with EPA's Pre-award Compliance Review for Nonprofit Organizations**
2CM is a young organization, which until 2021 operated with a small budget. In 2022, we received meaningful grant funding from RWJF, EPA and the Hilton Foundation as well as a contract with Brown University and individual donations totaling $850,000. In order to assure that our financial operations are well controlled, transparent and secured, 2CM delegated bookkeeping to a professional accounting company, Matthews Cutrer & Lindsay, which came highly recommend by several of our local non-profit partners and proved to be a reliable steward of 2CM's finances. They operate using Quickbooks and are diligent in making sure all transactions are clearly described and assigned to the appropriate grant. Their staff consists of highly trained and experienced accountants with CPA qualifications. 2CM President Parry is the only staff member with access to the Quickbooks account and bank account, to minimize risks.

In order to further assure transparency and accuracy in our finances, are conducting an audit to be submitted along with our 2022 tax filing, and have filed for extension. The audit will be available to share with EPA as soon as it is completed.

Since 2CM is a fortunate recipient of an EPA Small Grant, we have fully set up access to the ASAP system and Dr. Parry is the only person with access to the account. All of the grant funding received and managed by 2CM has been entered in a timely manner with full documentation available on request.

**5.0 Past Performance**
2CM has been generously funded over the past three years by three major grants:

**Robert Wood Johnson Foundation grant: Global Ideas for U.S. Solutions: Cities Taking Action to Address Health, Equity, and Climate Change. Project Title: "Adapting nature-based solutions from Spain, Cuba, and Japan to address the urban-heat-island effect in Jackson, Mississippi." Grant Amount: $475,549; Fiscal Agent: City of Jackson (COJ).** This grant was initially awarded to the City of Jackson in partnership with 2CM (Dr. Parry was a co-Principal

Investigator), but due to decreasing institutional capacity of the COJ administration, the grant was fully transferred to 2CM in 2022, leaving COJ as a fiscal agent only. The administrative process conducted by COJ to transfer the grant money to our account took eight months, effectively stopping work on the project for that time. Consequently, we asked and received a non-financial, six-month extension from RWJF. Despite these adjustments, the project is reaching all milestones, and has strong community support. The green infrastructure design is guided by systematic community engagement meeting and development of a co-creation design process. 2CM in partnership with ACDJ hosted and led monthly community co-design sessions using a charrette format. The co-design process included selecting main functions for the space (recreation, educational, event site, etc.) and choosing design elements (trees, bushes, vertical gardens, green sidewalks, benches, lights etc.). Currently, we are working with ACDJ on the final stages of the design process where all  the community design visions are combined into the final 3D design and detailed architectural drawings, which will be presented to community members in June. If approved by the community, the designs will be ready for implementation. For more information about the project's performance, contact RWJF Project Officer Karabi Acharya (kacharya@rwjf.org).

**Environmental Protection Agency Environmental Justice, Small Grant: "Engaged Communities for a Cool, Healthy Jackson" (ECCHJ): Grant Number: EPA-OP-OEJ-21-01; Grant amount: $75,000.** This grant was awarded for a project about heat emergency preparedness. This project's outcomes involve co-developing heat alert and support networks (such as a buddy- or neighbor-calling system, a church support network, and/or an elder care network) and building community resilience by raising awareness among residents regarding effective methods to stay cool and hydrated. The project is progressing on time, with all milestones reached on or ahead of schedule. The planned number of community meetings has been reached, but we plan to conduct two more to make sure participants are informed about the project progress until its completion. The survey-based data collection is ahead of schedule, with 80% of data collected and ready for analysis. The progress reports are provided during Zoom meetings with the project's officer and since the project's duration is one year, the financial reporting and narrative will be submitted at the end of the project (June 2023). For more details about the project's performance, contact EPA Project Officer Jasmin Muriel (Muriel.Jasmin@epa.gov).

**Conrad N. Hilton Foundation Grant Project: "Micro Parks System: Building Resilience to Climate Disasters in Jackson, MS"; Grant number: 29032; Grant amount: $500,000.** This grant provides planning, implementation and maintenance funding for the basic version of the microparks project that we are seeking additional funding for in this grant application. In the early stages of this project development, we identified the need for more in-depth analysis at the planning stages (hydrological analysis for site selection and detailed on-site data collection), along with additional outcome measurements (health, wellbeing) and further implementation components (e.g. soil additives, vegetation not just for flood control but also recreation and beautification). The Hilton Foundation grant project is developing on schedule, but since only annual reporting is required by the Foundation, and the grant was initiated in 2023, we do not have a report to share yet. For more information, contact Hilton Foundation project officer Robert Miyashiro (robert@hiltonfoundation.org).

**6.0 Quality Assurance Project Plan (QAPP) Information** (If applicable)
The project requires collecting field samples and conducting geospatial analysis requires the completion of a Quality Assurance Project Plan (QAPP, per 40 CFR 30.54 and 31.45). The specific activities of the QAPP in relation to the present project include: GIS mapping, secondary data use, stakeholder and public workshops, surveys, and field assessments. If funded, the project team will provide descriptions to ensure the credibility of information collected/used, and the alignment between the purposes for data collection and their intended use.

# EXHIBIT 2

# U.S. ENVIRONMENTAL PROTECTION AGENCY

## Grant Agreement

| | |
|---|---|
| **GRANT NUMBER (FAIN):** 03D33825<br>**MODIFICATION NUMBER:** 0<br>**PROGRAM CODE:** 5F | **DATE OF AWARD**<br>01/16/2025 |
| **TYPE OF ACTION**<br>New | **MAILING DATE**<br>01/22/2025 |
| **PAYMENT METHOD:**<br>ASAP | **ACH#**<br>41248 |

| | |
|---|---|
| **RECIPIENT TYPE:**<br>Not for Profit | **Send Payment Request to:**<br>Contact EPA RTPFC at: rtpfc-grants@epa.gov |
| **RECIPIENT:** | **PAYEE:** |
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi<br>116 SUMMER LAKE DR<br>RIDGELAND, MS 39157-8630<br>**EIN:** 82-1087260 | 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi<br>116 SUMMER LAKE DR<br>RIDGELAND, MS 39157-8630 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Dominika Parry<br>116 Summer Lake Dr<br>Ridgeland, MS 39157<br>**Email:** dominika.parry@2CMississippi.org<br>**Phone:** 601-709-9401 | Donald Fontenot<br>61 Forsyth Street SW<br>Atlanta, GA 30303<br>**Email:** Fontenot.Donald@epa.gov<br>**Phone:** 404-562-8320 | Larry Prudhomme<br>Grants Management Section<br>61 Forsyth Street SW<br>Atlanta, GA 30303<br>**Email:** Prudhomme.Larry@epa.gov<br>**Phone:** 404-562-9356 |

**PROJECT TITLE AND DESCRIPTION**

Environmental and Climate Justice Block Grant Program

See Attachment 1 for project description.

| BUDGET PERIOD | PROJECT PERIOD | TOTAL BUDGET PERIOD COST | TOTAL PROJECT PERIOD COST |
|---|---|---|---|
| 03/01/2025 - 02/29/2028 | 03/01/2025 - 02/29/2028 | $ 19,889,515.00 | $ 19,889,515.00 |

## NOTICE OF AWARD

Based on your Application dated 08/27/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 19,889,515.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 19,889,515.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 4<br>61 Forsyth Street<br>Atlanta, GA 30303-8960 | U.S. EPA, Region 4, Environmental and Climate Justice Block Grant Program<br>R4 - Region 4<br>61 Forsyth Street SW<br>Atlanta, GA 30303 |

**THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY**

| | |
|---|---|
| **Digital signature applied by EPA Award Official** Shantel Shelmon - Grants Management Officer | **DATE**<br>01/16/2025 |

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 0 | $ 19,889,515 | $ 19,889,515 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contr bution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 0 | $ 19,889,515 | $ 19,889,515 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.616 - Environmental and Climate Justice Block Grant Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

**Fiscal**

| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
|---|---|---|---|---|---|---|---|---|---|
| - | 25125WB095 | 2226 | BSF5 | WF | 000W57XK1 | 4140 | - | - | $ 19,889,515 |
| | | | | | | | | | $ 19,889,515 |

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 1,517,220 |
| 2. Fringe Benefits | $ 0 |
| 3. Travel | $ 34,830 |
| 4. Equipment | $ 135,000 |
| 5. Supplies | $ 174,504 |
| 6. Contractual | $ 1,825,821 |
| 7. Construction | $ 14,260,000 |
| 8. Other | $ 1,518,082 |
| 9. Total Direct Charges | $ 19,465,457 |
| 10. Indirect Costs: 15.00 % Base MTDC | $ 424,058 |
| 11. Total (Share: Recipient 0.00 % Federal 100.00 %) | $ 19,889,515 |
| 12. Total Approved Assistance Amount | $ 19,889,515 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 19,889,515 |
| 15. Total EPA Amount Awarded To Date | $ 19,889,515 |

# Attachment 1 - Project Description

This agreement approves funding in the amount of $19,889,515 under the Inflation Reduction Act (IRA) to 2C Mississippi: Towards Sustainable, Educated, and Empowered Mississippi. Specifically, the project will construct the first Resiliency Historically Underutilized Business (HUB) in Jackson, which will provide shelter, drinking water, electricity, and social support in times of system failure, while serving as an institution with everyday services for community events, services, and education. This project aims to serve as the lead example for a future network of resiliency hubs throughout Mississippi.

The activities include but are not limited to the following: renovation and upgrades to 35,000 sq. feet of public space, equip emergency wing for overnight stay with equipment and supplies, install backup generator, provide self-help and wellness education, provide space for workforce readiness training, provide literacy and parental training, provide financial management and budget counseling; mortgage; non-delinquency post-purchase workshops for homeowners; pre-purchase counseling; distribute food through food pantry; plant trees and native species of shrubs and ground cover; install solar panels and rain gardens, provide space to recycle battery and printer cartridges and install collection rain barrels and water wells.

The anticipated deliverables include but are not limited to the following: renovation of resiliency HUB, trainings, outreach, workshops; a solar microgrid and battery system, electronic waste recycling, water well and rain barrel installations. The expected outcomes include increased building capacity for shelter, community resiliency, increased knowledge of health, wealth, literacy, parental care and workforce development for community members. The intended beneficiaries are disadvantaged communities in the area..

Activities will include co-designing the resiliency hub with the lead applicant and statutory partner; hosting emergency response, workforce development, climate risk, and other trainings at the hub; and executing emergency response activities.

# Administrative Conditions

## General Terms and Conditions

The recipient agrees to comply with the current Environmental Protection Agency (EPA) general terms and conditions available at: https://www.epa.gov/system/files/documents/2024-10/fy_2025_epa_general_terms_and_conditions_effective_october_1_2024_or_later.pdf

These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

## A. Correspondence Condition

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA. Unless otherwise noted, all such correspondence should be sent to the following email addresses:

•Federal Financial Reports (SF-425): rtpfc-grants@epa.gov and Larry Prudhomme, prudhomme.larry@epa.gov

•MBE/WBE reports (EPA Form 5700-52A): Donald Fontenot, fontenot.donald@epa.gov and Larry Prudhomme, prudhomme.larry@epa.gov

•All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: Donald Fontenot, fontenot.donald@epa.gov

•Payment requests (if applicable): Donald Fontenot, fontenot.donald@epa.gov and Larry Prudhomme, prudhomme.larry@epa.gov

•Quality Assurance documents, workplan revisions, equipment lists, programmatic reports and deliverables: Donald Fontenot, fontenot.donald@epa.gov

# Programmatic Conditions

The recipient agrees to comply with the current EPA Community Change Grants Programmatic Terms and Conditions, available at: https://www.epa.gov/inflation-reduction-act/epa-community-change-grants-program-terms-and-conditions.

These terms and conditions are in addition to the General Terms and Conditions, additional programmatic terms and conditions, and the administrative terms and conditions included in the EPA award document.

# EXHIBIT 3

| U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Assistance Amendment | GRANT NUMBER (FAIN): 03D33825<br>MODIFICATION NUMBER: 1<br>PROGRAM CODE: 5F | DATE OF AWARD<br>05/02/2025 |
|---|---|---|
| | TYPE OF ACTION<br>No Cost Amendment | MAILING DATE<br>05/02/2025 |
| | PAYMENT METHOD:<br>ASAP | ACH#<br>41248 |

| RECIPIENT TYPE:<br>Not for Profit | Send Payment Request to:<br>Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:** | **PAYEE:** |
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi<br>116 SUMMER LAKE DR<br>RIDGELAND, MS 39157-8630<br>**EIN:** 82-1087260 | 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi<br>116 SUMMER LAKE DR<br>RIDGELAND, MS 39157-8630 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Dominika Parry<br>116 Summer Lake Dr<br>Ridgeland, MS 39157<br>**Email:** dominika.parry@2CMississippi.org<br>**Phone:** 601-709-9401 | Donald Fontenot<br>61 Forsyth Street SW<br>Atlanta, GA 30303<br>**Email:** Fontenot.Donald@epa.gov<br>**Phone:** 404-562-8320 | Larry Prudhomme<br>Grants Management Section<br>61 Forsyth Street SW<br>Atlanta, GA 30303<br>**Email:** Prudhomme.Larry@epa.gov<br>**Phone:** 404-562-9356 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Environmental and Climate Justice Block Grant Program

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| BUDGET PERIOD | PROJECT PERIOD | TOTAL BUDGET PERIOD COST | TOTAL PROJECT PERIOD COST |
|---|---|---|---|
| 03/01/2025 - 05/02/2025 | 03/01/2025 - 05/02/2025 | $ 19,889,515.00 | $ 19,889,515.00 |

## NOTICE OF AWARD

Based on your Application dated 08/27/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 19,889,515.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 4<br>61 Forsyth Street<br>Atlanta, GA 30303-8960 | U.S. EPA, Region 4, Community Health, and Environmental Review Division<br>R4 - Region 4<br>61 Forsyth Street SW<br>Atlanta, GA 30303 |

**THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY**

| Digital signature applied by EPA Award Official Shantel Shelmon - Grants Management Officer | DATE<br>05/02/2025 |
|---|---|

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 19,889,515 | $ 0 | $ 19,889,515 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contr bution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 19,889,515 | $ 0 | $ 19,889,515 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.616 - Environmental and Climate Justice Block Grant Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 1,517,220 |
| 2. Fringe Benefits | $ 0 |
| 3. Travel | $ 34,830 |
| 4. Equipment | $ 135,000 |
| 5. Supplies | $ 174,504 |
| 6. Contractual | $ 1,825,821 |
| 7. Construction | $ 14,260,000 |
| 8. Other | $ 1,518,082 |
| 9. Total Direct Charges | $ 19,465,457 |
| 10. Indirect Costs: 15.00 % Base MTDC | $ 424,058 |
| 11. Total (Share: Recipient 0.00 % Federal 100.00 %) | $ 19,889,515 |
| 12. Total Approved Assistance Amount | $ 19,889,515 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 19,889,515 |

# Administrative Conditions

## The Following Administrative Condition Is Added:

## B.  UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect.  The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

# Programmatic Conditions

All Programmatic Conditions Remain the Same

# EXHIBIT 4



OFFICE OF MISSION SUPPORT
WASHINGTON, D.C. 20460

May 2, 2025

**MEMORANDUM**

**SUBJECT:** Termination of EPA Assistance Agreement 5F-03D33825 under 2 CFR 200.340

**FROM:** EPA Award Official

**TO:** Dominika Perry, President/CEO
2CMississippi: Towards Sustainable, Educated and Empowered Mississippi

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 5F-03D33825 awarded to 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi. This EPA Assistance Agreement is terminated effective immediately on the grounds that the remaining portion of the Federal award will not accomplish the EPA funding priorities for achieving program goals. The objectives of the award are no longer consistent with EPA funding priorities.

The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)

- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:

- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs

would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), McOmber.Kevin@epa.gov, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, Shelmon.shantel@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc:  Larry Prudhomme, EPA Grant Specialist
     Donald Fontenot, EPA Project Officer
     Dominika Parry, Grantee Program Manager

# EXHIBIT 5



2°C Mississippi

Towards Sustainable, Educated and Empowered Mississippi

From: Dominika Parry, PhD
Founding President/CEO
2°C Mississippi
Ridgeland, MS 39157

Date: May 20, 2025

To: Kevin McOmber
Regional Administrator
Dispute Decision Official
EPA, Region 4
Atlanta, GA 30303

Via Email: McOmber.Kevin@epa.gov

Cc: Shantel Shelmon, EPA Award Official, shelmon.shantel@epa.gov

---

Re: Notice of Disagreement With Grant # 03D33825 Assistance Amendment

Dear Mr. McOmber,

This email provides the EPA Award Official with formal notice that 2°C Mississippi: Towards Sustainable, Educated and Empowered Mississippi disagrees with EPA's Unilateral Termination of Assistance Agreement Number # 03D33825 described in the May 2, 2025 Assistance Amendment and as transmitted in the May 2, 2025 Termination Memorandum on the grounds that will be set forth in our forthcoming dispute submission pursuant to 2 CFR 1500.15 within the 30 day time frame allowed by the regulation and specified in the Termination Memorandum. We have stopped work as directed and will not incur additional costs.

While we do not believe we are required to send this Notice of Disagreement as the regulations clearly allow 30 days to challenge a termination, (2 CFR 200.340(c)), we are sending it in an abundance of caution to state clearly that we do not accept this termination.

The Assistance Agreement suggests that any attempts to draw down could be seen as a waiver, which is contrary to the regulations which authorizes grantees to draw down on eligible costs incurred prior to termination, per 2 CFR 200.305(b)(3).

The EPA is not authorized to unilaterally change the law or implement policies that have not been authorized by Congress. As stated in our Demand Letter response to the termination, this

termination is unlawful and is causing real harm on the ground to communities. The EPA does not have the authority to unilaterally change established regulations by sending out this assistance amendment notice, particularly as it directly contradicts the termination memo. Per 2 CFR 200.340(c)(ii), termination "prior to the end of the period of performance ***due to the recipient's material failure to comply with the terms and conditions of the Federal award"*** cannot move forward if the recipient has not exhausted its opportunities to challenge the decision or sent a dispute indicating intent to appeal to the agency within 30 days of ***receiving notification*** of termination (emphasis added). Accordingly, the timing of our demand letter within 30 days of the date we received our termination memo on May 2, 2025 abides by regulatory requirements.

In addition to the regulatory timeline, the termination memo itself states that we have 30 days to respond. An Assistance Amendment that sets forth a different timeline and conditions for termination cannot unilaterally change this regulatory provision. The termination must comply with clear procedural safeguards to protect individuals and due process. *See Policy and Research, LLC v. U.S. Dep't of Health and Human Servs.* 313 F. Supp. 3d 62 (D.D.C. 2018).

We also want to clarify that because we have not accepted the terms and conditions of the unilateral termination, maintaining the Assistance Agreement # 03D33825 remains a binding obligation of the EPA pursuant to 42 U.S.C. 7438(a) and 31 U.S.C. 1501(a)(5).

Our primary goal is simply to implement Congress' intent to develop a Resiliency HUB in the City of Jackson—the first of its kind and the second in Mississippi. The HUB will offer emergency and recovery services alongside various social, economic, cultural, and ecological co-benefits for the city's most vulnerable residents. We respectfully request that EPA staff work with us to ensure that we do not face severe economic hardships and allow us to bring these benefits to American people.

For these reasons, the demand letter we will send within the 30 day window in a separate document is sufficient notice of our appropriate intent to contest this termination.

Very truly yours,

Dominika Parry, PhD
Founding President/CEO
2°C Mississippi

# EXHIBIT 6



2°C
MISSISSIPPI

2°C Mississippi

Towards Sustainable, Educated and Empowered Mississippi

From: Dominika Parry, PhD
Founding President/CEO
2°C Mississippi
Ridgeland, MS 39157

Date: May 20, 2025

To: Kevin McOmber
Regional Administrator
Dispute Decision Official
EPA, Region 4
Atlanta, GA 30303

Via Email: McOmber.Kevin@epa.gov

Cc: Shantel Shelmon, EPA Award Official, shelmon.shantel@epa.gov

---

Re: Wrongful Termination of EPA Assistance Agreement # 03D33825 under 2 CFR 200.340

Dear Mr. McOmber,

Pursuant to 2 CFR 1500.15, we are writing to notify the EPA Dispute Decision Official that we disagree with the decision to terminate the subject award, as outlined in the EPA Action Official's Memorandum dated 5/2/2025. The termination notice is (1) arbitrarily vague relative to the standards in 2 CFR 200.341; (2) violates Congressional direction for EPA to implement the Environmental and Climate Justice grant program under 42 U.S.C. 7438; (3) is not authorized under the version of 2 CFR 200.340 that governs EPA's administration of Assistance Agreement #03D33825 because none of the acceptable rationales under that provision are applicable here; (4) does not take into account the fact that EPA awarded the Assistance Agreement based on a merit review; and (5) conflicts with the programmatic terms and conditions of our agreement with EPA. The EPA Action Official's letter dated 5/2/2025 indicates that this termination is due to the determination that this grant "will not accomplish the EPA funding priorities for achieving program goals" and that "the objectives of the award are no longer consistent with EPA funding priorities."

In addition, the termination memo states that "the EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority



includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States."

Respectfully, we do not believe the reason given for terminating this grant is allowed under the terms and conditions of our grant or under existing law as interpreted in the judicial opinions described below. Accordingly, we ask that the termination be promptly reversed and that our grant be immediately reinstated. If our request is not granted within 10 business days, we will consider the Dispute Decision Official's decision to deny our requested remedy or failure to issue a decision on our requested remedy to be final agency action under 2 CFR 1500.17 and proceed accordingly. As you are aware, our grant has a statutorily mandated three-year performance period, and waiting 180 days for the dispute process to run its course would create irreparable harm for us.

**(1) EPA's Asserted Grounds for Termination are Arbitrarily Vague and Do Not Provide Adequate Notice of the Reasons for Termination Under 2 CFR 200.341.**

According to the termination memorandum, EPA terminated the Assistance Agreement under 2 CFR 200.340:

*. . . on the grounds that the remaining portion of the Federal award will not accomplish the EPA funding priorities for achieving program goals. The objectives of the award are no longer consistent with EPA funding priorities.*

*The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.*

The termination memorandum does not provide the reasons why the EPA Administrator determined that the Assistance Agreement violates EPA's legal obligations, conflicts with EPA policies on merit, fairness and excellence in performing statutory functions, a description of evidence of fraud, abuse or waste as defined in the General Terms and Conditions of the Assistance Agreement that has taken place, or the specific provision in 2 CFR 200.340 authorizing the termination. Failure to identify particularized reasons for termination based on activities we performed or would perform under the Assistance Agreement is inconsistent with the notice requirement of 2 CFR 200.341 and prevents us from providing a detailed statement of the factual basis for disputing the termination as contemplated by 2 CFR 1500.15(c). The termination, therefore is invalid.

Our research indicates that identical grounds for termination were asserted for many, if not all grants EPA awarded under the Environmental and Climate Justice Community Change Grant

Program Notice of Funding Opportunity, Number EPA-R-OEJECR-OCS-23-04. EPA's actions indicate that our termination was based on categorical determinations applicable to a whole program rather than facts specific to our performance of the Assistance Agreement. Indeed, in EPA's latest Declaration in the *Sustainability Institute v. Trump* lawsuit, EPA confirmed under penalty of perjury that it cancelled grant programs *en masse* without any assessment of the individual grants involved. EPA Assistant Deputy Administrator Travis Voyles explains that on February 25, 2025, he unilaterally, and on a single day, determined that several grant *programs* [rather than individual grants] should be terminated 'for policy reasons.'" (Voyles Sworn Declaration, *Sustainability Institute v. Trump*, Case No. 2-25-cv-02152). This mass termination included Community Change Grants, Environmental Justice Collaborative Problem Solving Grants, and Environmental Justice Government to Government Programs. Our situation is no different.

Moreover, the absence of an individualized basis for terminating the Assistance Agreement conflicts with the Court's decision in *Woonasquatucket River Watershed Council v. United States Dep't of Agric*., which prevents EPA from 'non-individualized' terminations. Not only is this termination a violation of this order, but the basic regulations regulating our grant award

**(2) Terminating this Grant Does Not Comply With Existing Regulations or Law.**

Section 2 CFR 200.340 lays out the circumstances under which federal awards can be terminated in part or in entirety. Termination is **only permissible** in circumstances of non-compliance with terms and conditions of the federal award (200.340(a)(1)); with the recipient's consent ((a)(2)), by mutual agreement of EPA and the Recipient ((a)(3)); or by EPA "to the extent authorized by law ***pursuant to the terms and conditions of the Federal award"*** including if the "award no longer effectuates the program goals or agency priorities." 2 CFR 200.340(a)(4). (Emphasis added). In its April 22, 2024, Preamble to the revisions to 2 CFR Part 200, the Office of Management and Budget (OMB) made it clear that in order for Federal agencies to assert that the grant "no longer effectuates program goals or agency priorities" grounds for termination, the terms and conditions ***must clearly and unambiguously authorize that action***. 89 FR 30046, 30169 (April 22, 2024). Indeed, EPA specifically removed any suggestion that the agency could unilaterally terminate an award based on a change in program priorities in the absence of enabling terms and conditions, as indicated in EPA's July 3, 2024, policy statement (89 FR 55262) regarding EPA's adoption of 2 CFR 200.340 prior to October 1, 2024.

As authorized under OMB's final rule, and in an effort to provide clarity on termination of its awards as expeditiously as possible, EPA previously decided to apply the revised version of 2 CFR 200.340 to EPA financial assistance agreements awarded or amended to add funds on or after July 1, 2024. This decision allowed EPA to implement the revised version of 2 CFR 200.340 through the terms and conditions of awards, as determined by EPA on or after that date. Consistent with the revised termination provision, EPA clearly and unambiguously specified all termination provisions in the terms and conditions of applicable awards, and does not allow for unilateral termination unless such provision is specifically stated in the grant terms and conditions. Our terms and conditions DO NOT allow for unilateral termination. Accordingly, any subsequent changes to the grounds for unilateral termination of an assistance agreement **must be agreed to**

**by both EPA and the grantee. We have not, and unequivocally DO NOT, agree to any attempts to terminate this grant award based on a shift in agency priorities. We believe that Congress intended for these funds to flow in our legally-mandated award and cannot be unilaterally terminated by the executive branch.**

Indeed, EPA specifically removed any suggestion that the agency could unilaterally terminate an award based on a change in program priorities, as indicated in EPA's July 3, 2024, policy statement (89 FR 55262) regarding terminations based on changes in Agency priorities. As such, the language in the EPA general terms and conditions starting on October 1, 2024 through April 2, 2025 clearly do NOT contemplate that the agency can terminate its grants because of a change in agency priorities, particularly one that has not been approved by Congress.

Any reference in our agreement to the terms and conditions pre-dating October 1, 2024, does not allow the federal agency to terminate based on policy grounds. First, our grant agreement clearly references the July 3, 2024, EPA Policy Statement in the Federal Register (89 FR 55262) explains that the Office of Management and Budget (OMB) revised the Code of Federal Regulation at 2 C.F.R. 200.340 "to clarify that an agency may terminate a Federal award if it no longer effectuates the program goals or agency priorities (e.g. unilateral termination), but only when such language is clearly and unambiguously **included in the terms and conditions of the award**." Our grant award does not include any statement regarding the need to comply with a shift in agency priorities, and it does not explicitly allow for this type of unilateral termination based on policy shifts.

**(4) There are No Other Valid Basis for Termination of Our Grant Award**

The other conditions for termination are similarly inapplicable here. Termination for noncompliance is only possible when "the noncompliance with the terms and conditions **is substantial such that effective performance of the Assistance Agreement is materially impaired** or **there is adequate evidence of waste, fraud, or abuse,** prompting adverse action by EPA per 2 CFR 200.339, through either a partial or full termination." Neither case has been shown to exist. Indeed, EPA has neither identified any non-compliance nor requested that 2°C Mississippi take action to cure any deficiencies in its agreement performance. Moreover, it bears noting that all competitive grants were awarded per 2 CFR 200.205, which requires a merit review before awarding funding; nothing that the Agency has stated in our termination letter undermines the meritorious nature of our organization or the project that we are undertaking with our federal funds.

Furthermore:

a. We have not failed to comply with the terms or conditions of this award. On the contrary, we have made every effort to comply with the terms of the award even in the face of extreme hardship caused by the agency's stop and start of our ASAP account. Without being informed, we noticed that the grant was suspended in ASAP on March 7, 2025 only four days after it was officially opened on March 3, 2025. It opened again on April 28, 2025. We received the termination letter on May 2, 2025 and it stated costs could be reimbursed through work completed through the date the letter was issued — though the ASAP account was suspended.

b. We have not mutually agreed to terminate this award, and indeed, we vehemently oppose the termination of this critical award that helps reduce air pollution, increase water quality, and decrease energy costs and burdens for everyday Americans.

c. There has been no claim made that the grant will not accomplish the purposes for which it was made, which includes developing a Resiliency Hub in Jackson, MS.

d. The Programmatic Terms, as described above, do not allow termination based on policy preferences of a new Administration that conflict with the statutory authorization for the grant program as enacted by Congress.

Importantly, we note that this award was authorized by law, using funds appropriated by Congress identified in existing law. The grant was deemed consistent with agency requirements for performance of your statutory functions (evidenced by issuance of the award.) This includes compliance with the agency's stated objectives for prioritizing merit, fairness and excellence as reflected by the fact that EPA awarded the funding on a competitive basis using merit-based selection criteria as provided in 2 CFR 200.205 and EPA Order 5700.5A1, EPA's Policy for Competition of Assistance Agreements.

Moreover, there has been no finding or concern raised on this award relative to fraud, waste or duplication. Congress has not passed any amendments or subsequent laws that would negate that authorization to distribute our legally-obligated funds and the termination provisions have not otherwise been triggered in this instance.

Finally, the termination provisions specify that if EPA partially or fully terminates the Assistance Agreement, EPA must "(1) de-obligate uncommitted funds and re-obligate them to another Eligible Recipient to effectuate the objectives of the Environmental and Climate Justice Community Change Grants Program within 90 days of the de-obligation …" This contractual commitment clearly mandates that this work must continue and underscores the importance that EPA places on the program. Given that there has been no legally-justifiable basis presented for discontinuing the program here, and given the contractual commitment for the work to be continued, the award to 2°C Mississippi should be reinstated immediately to prevent further harm.

Indeed, 2°C Mississippi's implementation of this grant directly implements the program goals as stated in 42 U.S.C. 7438 and the corresponding program guidance. There has been no updated program guidance to suggest otherwise. Accordingly, we respectfully request that you immediately reinstate our grant to allow us to effectuate the program goals established and authorized by Congress in the Inflation Reduction Act to create the Environmental and Climate Justice Community Change Grants Program (ECJCCG Program) under Clean Air Act (CAA) Section 138. **The agency has provided no justifiable cause for terminating a legally obligated grant that clearly implements the will and intent of Congress.**

In addition, the vague nature of this termination leads us to believe that this may be an effort to avoid implementing a clear direct court order. **The District Court of Rhode Island has made it clear that sweeping, non-individualized freezes and terminations are improper and that only well-reasoned terminations based on an individual assessment of the grantee's circumstances**

**prior to April 15, 2025 would be allowed to stand.** The judge "ORDERED that Defendants Energy, EPA, HUD, Interior, and USDA are ENJOINED from freezing, halting, or pausing **on a non-individualized basis** the processing and payment of funding that (1) was appropriated under the Inflation Reduction Act or the Infrastructure Investment and Jobs Act and (2) has already been awarded" (Preliminary Injunction, p.61.)

Per the clear ruling from the Rhode Island District Court, our funds must be immediately released. A non-individualized arbitrary termination completed after the court's order is not lawful and will be challenged in court. We are asking for no more or less than for the agency to follow the law and rescind this unlawful termination and allow our Congressionally-mandated funds to flow to complete crucial public health projects in underserved communities.

**(3) The Termination Letter Is Causing Irreparable Harm to Americans in Mississippi.**

Our award is continuing to produce key deliverables of value to the Trump Administration and the US more generally, including this Administration's stated priorities of supporting energy independence, and protecting clean air and water, thereby reducing the cost of living.

To date, our grant has allowed us to provide necessary support of critical energy, water, and natural resource project in Central Mississippi. Any further delays in reinstating or processing of our award will result in direct harm to residents in Mississippi.

Already through this grant 2°C Mississippi has begun work on an establishing an overnight emergency shelter that will service 150 people, reduce energy needs, provide access to drinking water in Jackson, MS and produce workforce development program for jobs in green infrastructure and energy sector. Despite unprecedented challenges of having access to funding for 8 days only, we kept the project on schedule until we received the termination letter. We have complied with all grant terms and conditions and were achieving all the deliverables and activities within the agreed upon scope of work.

**As noted above, there are no authorizing statutes, regulations, terms, or policies that would support EPA's action to unilaterally terminate our award at this time.** In particular, note that a unilateral termination based on changes in EPA priorities does not, and indeed legally cannot, establish a finding that we have failed to comply with the terms of Grant #03D33825. **Accordingly, the remedy that we are requesting is for EPA to immediately reinstate our grant to ensure timely distribution of Congressionally-authorized funds.**

If you are unable to immediately grant our requested remedy, we demand that, as part of the scheduling order in this termination proceeding, you direct EPA's Action Official to provide in writing a response citing the specific agency statute or regulation that would justify such a termination, and provide clear evidence showing the ways in which our current award is inconsistent with such statute or regulation.

If we do not receive a reply within 10 days or our grant is not reinstated within that same timeframe, **we will be taking action to pursue all remedies available to us in a court of law since we will have exhausted all meaningful administrative remedies**. Pursuant to 2 CFR 200.344(a), we will not complete all administrative actions necessary to close out the grant until EPA's Dispute

Decision Official takes final agency action on the termination under 2 CFR 1500.17(b); we will also object to any claims of noncompliance under 2 CFR 200.344(i).

We will take the course of action necessary to prevent irreparable and continuing harm to our employees, contractors, subrecipients, program beneficiaries, and the communities we serve. We would be happy to answer any questions you may have about this letter or our program. The PI, Dr. Dominika Parry, can be contacted at (601) 709-9401 and dominika.parry@2CMississippi.org

Very truly yours,

DParry

Dominika Parry, PhD
Founding President/CEO
2°C Mississippi

# EXHIBIT 7

## SECTION B. PROJECT WORKPLAN

### Part 1. Community-Driven Investments for Change

### 1.1 Community Vision Description

This project develops the first of its kind Resiliency HUB in the City of Jackson, and the second for Mississippi.[1] The HUB is developed to meet best practice recommendations from the Urban Sustainability Directors Network (USDN) and to provide both emergency and recovery services along with a range of social, economic, cultural and ecological co-benefits for the city's most at-risk residents.

**Community Description**

Jackson's residents are 82 percent African Americans of which 31 percent are living below the poverty line. In contrast, Caucasians comprise 17 percent of the population with just 11 percent below the poverty line. A substantial majority of the white population lives clustered and separately in a more affluent northeastern part of the city, which has significantly better infrastructure and service systems, making Jackson the 13th most segregated city in the nation.

The HUB will be located in West Jackson, which is home to some of the most impoverished communities not only in the city but in the entire nation. Some census tracks have nearly 70 percent of residents living below the poverty line and nearly 100 percent of them are African American. Both Jackson and West Jackson are designated as disadvantaged on the EPA IRA Disadvantaged Community Map (see Appendix A). The project area is also classified by the EJ SCREEN as underserved with the socio-demographic index ranging from 90th to 100th percentile. The EJ SCREEN reports that the local prevalence of asthma ranges from the 95th to 100th percentile relative to the US as a whole; heart diseases range from the 90th to the 100th percentile; and overall low life expectancy is in the 95th to the 100th percentile range, reflecting how West Jackson has some of the greatest needs and disparities in the country. However, even these extreme statistics are only numbers that cannot fully convey the severity of the problem.

West Jackson's neighborhoods resemble suburban design with small, single-story homes and yards, but these are far from a white picket fence cliché. Since desegregation, the city has experienced white flight which recently intensified at an alarming rate, shrinking the taxpayer base and creating a negative feedback loop with escalation of already high taxes. As a consequence, West Jackson is plagued by epidemics of blight. Many still occupied homes are houses in name only, with broken windows, missing front steps and holes in roofs that residents cannot afford to fix. These neighborhoods often are not serviced by the City of Jackson. Since there are no trash cans and infrequent if any trash pickups, streets and yards are filled with garbage that finds its way to drainage pipes and exacerbates urban flooding. Flood waters enter already dilapidated houses where mold creates dangerous conditions and are a meaningful contributor to why asthma is so prevalent. The water pipes serving these areas are often over 100 years old and may contain lead. Water coming out of faucets is often brown and not safe to drink without boiling. However, water pressure at times is too low for Jacksonians to even operate kitchen sinks, restrooms or showers.

Many Jackson houses are abandoned and host not only rodents and wildlife but crime. The properties that cannot be used even by squatters become illegal dumping sites with several story high mountains of trash left. Other blighted properties are taken over by vegetation that is usually dominated by invasive species which weaken already unmaintained trees. These trees frequently fall during even

[1] According to the DHS Resilience Hub Finder, currently there is one Resilience Hub in Mississippi, located at the Gunter Library-University of Southern Mississippi, in Biloxi on the coast. This was established post-Hurricane Katrina and is approximately a three hour drive from Jackson.

minor storms, further destroying the properties and more destructively causing widespread power outages. These outages in West Jackson do not appear prioritized by local utilities, leaving many homes without power for days or even weeks.

Among what seems like endless seas of urban decay, there are sporadic but crucial signs of resilience. On every street, there is at least one house painted in bright colors with flower pots and garden statues. These are homes of people that embody resilience! Many of these residents already work with 2CM's co-design projects that build on personal strengths to create resilient socio-economic systems.

2CM supports West Jackson, focusing specifically on climate equity, but the communities are also supported by numerous crucial organizations that contribute to building stronger neighborhoods. Voice of Calvary Ministries has been supporting the most vulnerable citizens for decades and works with a dense web of churches in the Southeast in general and in Jackson in particular, providing key institutional support to frontline communities. With governmental distrust rooted in experience, churches are an integral element of the social fabric and greatly contribute to developing a resilient system. Pastors and church administration are a unique source of information about who is most vulnerable in their parish and how to reach them in case of emergency.

These resources became apparent during 2CM's work in developing a neighborhood level heat emergency plan, generously funded by the EPA, which became the inspiration for developing a Resiliency HUB in Jackson.

**Community Challenges**

Jackson, Mississippi, became a topic of national news after heavy rains in 2022 led to flooding from the Pearl River, which in turn overwhelmed the O.B. Curtis Water Plant, leaving the city without running water for over 30 days. This nationally recognized event accelerated discussion about supporting historically disinvested cities where frontline communities have been left with failing infrastructure and without resources to address the unequally distributed growing risks from climate change. Jackson is a poster child for the legacies of systemic and institutional racism: Jim Crow, redlining and white flight. State-sanctioned segregation practices, with longstanding inequities for Black residents and other people of color, forced frontline communities to live in disinvested neighborhoods, with a chronically underfunded, impoverished city government that struggles to provide adequate public services. As climate impacts intensify, black residents who live in historically redlined neighborhoods are the least financially prepared to adapt to increasing risks from more frequent and more severe weather events.

Our city experiences a long season of high temperatures and humidity, extending from early May to late September peppered by dangerous heat waves. The NOAA/Esri tool estimates that the City of Jackson (approximated as Hinds County) is currently experiencing up to 47 days with temperatures above 95°F. This number will rise by 2030 to 58 days or more, with greater threats when accounting for humidity levels. Extreme heat is not "an equal opportunity" threat as it disproportionally affects people of color, young children, the elderly, socially isolated individuals, and people with chronic health conditions or limited mobility. In Jackson, 11.6 percent of residents are aged 65 and older and 7.8 percent are children five years or younger. Many Jacksonians live with major chronic health conditions including obesity and diabetes - both of which can increase the risk of death when temperatures rise, and these residents are disproportionately African American.

According to the CDC, 14.5 percent of Jacksonians suffer from diabetes, with some census blocks reaching 28 percent (the national rate is 9.5 percent). Equally notable are the high rates of self-reported poor health (17 percent) and obesity (69 percent).

Extreme heat with high humidity is the primary weather-related cause of death in the United States, and is expected to increase in cities due to climate change, with frontline communities likely to experience more intense Urban Heat Island (UHI) effects (Davis et al., 2003; Harlan et al, 2011; Knowlton et al., 2007). We have plenty of evidence about both heat-related mortality and morbidity from extreme heat exposure in our communities, but, unfortunately, it is only anecdotal and not properly reflected in current local and state level statistics.[2]

The project area is also affected by frequent and often severe urban flooding resulting from a lack of adequate flood controls and storm water management infrastructure. Many neighborhoods are in flood zones, with housing and urban infrastructure not up to codes. All of West Jackson has a poor, dilapidated storm water system, which combined with failing trash collection services leads to flooded yards and ground floor residences, with no support system for families needing to evacuate or vacate residences during crises.[3] The international 6th IPCC Climate Change report 2023 finds that the severity and frequency of urban, flash, and river flooding will continue to increase, affecting an additional 30% of the global population if temperatures rise by 2°C. In areas where flooding is already a severe issue, the predicted effects may be catastrophic. A recent study finds that climate change is shifting the highest risks of flooding in the US to the Gulf Coast states with clearly disproportionate impacts on African American communities. According to the authors, areas with at least 20% of African American population will face a 40% increase in flooding risk (Wing, et al 2022).

Jackson suffers also from frequent tornado outbreaks, which may only intensify as recent research suggests the 'tornado valley' is shifting East.

However, as reflected in national news about Jackson, the weather does not need to be extreme to cause an emergency. Power outages caused by fallen trees become potentially fatal during summers when the heat index often exceeds 100°F, with urban heat islands adding an additional 10 degrees. They are equally dangerous during winter events when temperatures fall even slightly below freezing, because housing quality is so low that many houses become uninhabitable. The forecasted extreme heat episodes, as well as winter emergencies (previously atypical for Mississippi), are expected to only intensify, which when combined with frequent power outages require effective emergency solutions.

Jackson is also plagued with disruption of basic water services, during which water is both unsafe to drink and even unavailable at multiple parts of the city. Jackson's dilapidated and malfunctioning water treatment plant cannot produce enough water pressure to service more distant locations, leaving whole neighborhoods without running water. The inadequate water quality issue in the City of Jackson (COJ) has been identified by the EPA during inspections in 2020 and led to authorization, by a federal court in 2023, of a third party managed JXN Water to reestablish water infrastructure in the city. JXN Water is working on developing a successful and sustainable plan of action, which will be implemented in the coming years, but the timeline is unclear and expected to be over a decade. According to the 2023 Water Quality Report, the COJ's Surface Water System (the water source for most of the city and the entire project area) failed to meet the Lead and Copper Rule (LCR) and had multiple violations during 2018-2023 (Source: JXN_CCR-06072024_Final.pdf

[2] 2CM in collaboration with University of Mississippi Medical Center (UMMC) observed that the current coding protocols (following CDC's two stage causality) obscure the heat impact. For example, heat stroke is often coded as stroke, heat exhaustion emergency visit causes are logged as dehydration, etc. We are working on developing a project that reviews emergency calls and EMTs reporting during summers, in order to develop protocols that clearly categorize heat related mortality and morbidity. Unfortunately, this initiative us not yet fully developed and funded.

[3] Trash piling up in Jackson, Mississippi: What to know. (usatoday.com)

(jxnwater.com)). Infant and children's lead exposure through drinking water is known to cause mental and physical developmental delays. Additionally, according to the EPA's inspection in 2020, the city's water contains harmful bacteria and parasites, which requires boiling water before use. The boiling water alerts have become routine for life in Jackson and according to the available data from JXN Water webpage these alerts were issued 40 times in just the period of June 17th to July 9th 2024!

Poor quality housing in Jackson adds additional stressors through exposure to indoor air pollutants, which are increasing, driven by factors such as the types of chemicals in cleaning products, furnishings, paints and sealants, etc. These concentrations are exacerbated by inadequate ventilation, hotter temperatures, and higher humidity. Jackson experiences both very high heat and humidity during the spring and summer months and these conditions contribute to a range of health issues including respiratory diseases, heart disease, cognitive deficits, and cancer.

Partial solutions to the community's most urgent needs are often through a unique set of community-based organizations and already mentioned individual churches. These organizations frequently have very limited resources but are driven by a strong mission of justice and equity. Many struggle working in silos, but have the potential for significant impact if institutional coalitions are developed and resilient systems are created. This project is designed to bring many of us together to build a more resilient future.

**Community Vision**

2CM and our collaborator on this project, Jackson Community Design Center (JCDC) have been working under the guidance of community members from West Jackson on initiatives to address existing climate threats and to build community resilience in Jackson over the last several years. We co-designed with communities nature-based solutions to UHI and urban flooding in the city and worked directly with West Jackson communities on developing and implementing a heat emergency preparedness plan, generously funded by the Environmental Justice Small Grant (EJSG). The idea of community level emergency plans was created to address the current lack of capacity at the municipal level and the lack of interest at the state level in climate emergency initiatives. During this work we mapped local resources (VOCM and local churches identified as the main ones) and discussed specific needs that must be addressed for any emergency action to be successful. This process also brought to light the profound lack of resources available to West Jackson's communities and led to the apparent yet powerful realization that without crucial resources, the best plans are doomed to fail. As a follow up, discussion focused on creating a list of needs, which in addition to the obvious items such as access to water, power, food, first aid, and WiFi, community members started envisioning a 'safe place' and the need for everybody to 'trust each other and work together.' This generated many subsequent discussions where people started realizing that while 2CM can catalyze progress, more generally they need space and time to create synergies that will facilitate solutions-focused community conversations. From these realizations we started brainstorming different options for a resiliency hub, which eventually became this project. 2CM reached out to VOCM to explore developing the first of its kind Resiliency HUB for Jackson, where in addition to all the emergency services, communities can build social cohesion and individual and group empowerment through the HUB's every day services.

The idea became enthusiastically supported by our current community and institutional partners, which individually struggle with limited capacity but together are able to establish a powerful ecosystem of services that build authentic climate resilience. The resulting grassroots project engages under-resourced and historically marginalized communities in building not only a climate resiliency hub, but also fosters social and economic resiliency. Social capacity (or cohesion) building is rooted in place, such that physical spaces and their material elements provide

opportunities for developing relationships based on common values and specific goals (Stupar et al., 2022). The statutory partner, VOCM, one of the most trusted community organizations in the city, with over 40 years of supporting underserved communities in Jackson, is offering their physical location for the HUB. There is overwhelming evidence that trust and familiarity with the physical space of a hub is a crucial element for the hub's effectiveness during emergencies, as illustrated by perfectly equipped but empty cooling centers located in unfamiliar spaces across many US cities.[4] The importance of familiarity for potential cooling spaces has also been documented during 2CMississippi's focus group interview studies conducted in West Jackson in 2022-23.

The long-term purpose of this HUB will be to function as headquarters for a system of sub-hubs across the city that offer emergency services in close proximity. This long-term plan is inspired by the 'Community Lighthouse, Together New Orleans' initiative to build a network of solar and storage resilience hubs located in churches. Jackson is uniquely positioned to engage churches, which after small investments in solar power and basic equipment for overnight stays, can offer reliable and trusted 'spillover' locations during emergencies. We expect that the project will become a blueprint for grassroot processes to develop effective resilience hubs across Mississippi and build holistic climate, economic and social resilience across the frontline communities in the Southeast. At the same time, our team acknowledges that the challenges faced by Jackson's residents and local government are daunting and certainly not fully solvable through a single project. Yet working in conjunction with residents to develop the first resiliency HUB in Jackson is a significant and critical piece of the holistic health and community resilience equation. The legacy of racist policies enforced by local, state, and federal authorities has eroded trust with communities to the point that many residents feel sidelined and disengaged from local projects and decision-making. Co-creating solutions with residents, community leaders and nonprofit organizations can help mend these wounds.

**1.2 Selected Strategies***:*

This project develops the first Resiliency HUB (Strategy 5CA) in Jackson, which will be an example of an institutional solution that holistically addresses both climate and pollution resilience. It is meant to be a pilot project for a future web of resiliency hubs across the state but and, hopefully, a template for community-based organizations to tackle both climate and pollution challenges. The project is designed to addresses a wide variety of needs, which will probably exceed the number of needs addressed by many other hubs. This approach is a direct consequence of the vast number of services missing in West Jackson. The HUB will be hosted in buildings that are currently in sub-optimal conditions, but will be brought up to energy-efficient and healthy buildings standards (Strategy 3CA), simultaneously addressing indoor air quality to improve community health (Strategy 1CA). The HUB will be powered by a microgrid (Strategy 4CA) and supplied with an independent, reliable source of drinking water (Strategy 3PR). The HUB's grounds will be equipped with heat mitigating and flood controlling green infrastructure (Strategy 1CA) that also increase outdoor air quality (Strategy 2PR). The HUB's services will contribute to building a circular economy (Strategy 7CA) and support local economic development through green house gasses (GHG) and Air Pollution reducing workforce development programs (Strategy 8CA).

**Strategy 5CA: Community Resilience Hubs**

---

[4] Resilience Hubs Can Help Communities Thrive—and Better Weather Disasters | The Pew Charitable Trusts (pewtrusts.org); Survey: Most people unaware of cooling center locations despite increasing heat wave frequency (news-medical net); Why Cooling Centers Go Empty | WNYC News | WNYC

The idea of resiliency hubs assumes that they are local, easily accessible, physical spaces. While a crucial requirement for an effective hub, this HUB is expected to serve both residents living in close physical proximity as well as all Jacksonians in need, regardless of their zip code.[5]

The location of the HUB was chosen based on its central location in one of the poorest census tracks in the US, and an expressed interest in the project from Voice of Calvary Ministries (VOCM), who will provide the two buildings and grounds. VOCM is one of the most reliable local organizations serving communities for over 40 years and its campus is perceived as a trusted and familiar place. It requires extensive renovations to create an emergency wing equipped with bathrooms, showers, locker rooms along with kitchen updates. The other part of the HUB, the educational building, will host offices and classrooms, which also require renovations to provide spaces for overflow housing needs. The roofs of both buildings will be replaced and used for solar panel installation (overlapping with Strategy 4CA) and if feasible, rain water collection, which together with energy efficiency and weatherization upgrades will address also Strategy 3CA. Additionally, a new construction of a 3-story elevator and staircase will be developed to secure access and double as a tornado shelter.

The HUB will provide three core categories of services during: (1) emergencies, (2) recovery, and (3) normal operations. It will be included in the operational protocols of the Emergency Department of Hinds County and offer a 24/7 shelter *during emergencies* for 40 people.[6] An additional 110 disaster victims can be accommodated in what are community spaces during normal times. During emergencies parents will be supported with childcare (and activities for children). The HUB will provide uninterrupted sources of energy from a microgrid (Strategy 4CA) and a redundant system of conventional generators. It will guarantee access to drinking water (Strategy PR3); and basic medical assistance (collaborators: University of Mississippi Medical Center (UMMC)). The HUB's parking lot will be renovated, with pervious materials and water redirecting design contributing to local flood mitigation.

During the r*ecovery period*, access to overnight stays will continue being offered, as well as potential post-trauma medical assistance (mental health support), counseling, and childcare for families working during recovery. These are the recommended recovery services prioritized by a newly developed coalition for this purpose.[7]

During *normal times*, the HUB will provide programs and services addressing a more broadly defined resilience. Specifically, the HUB will host education, technical assistance and workforce development activities. These services will be provided in already existing classrooms, after minor renovations and weatherization. Educational services, in addition to those already provided by VOCM ('Parenthood Initiative,' 'Homebuyer Education,' 'Digital Inclusion,' and technical assistance through their 'Turning Point Housing Program.'), will include emergency preparedness and first aid training (provided by the Red Cross MS); and potential after school programs. The HUB will also contribute to the circular economy (Strategy 7CA) by enhancing VOCM's donation center and adding a battery/ink cartridge collection for recycling.

The HUB will also host workforce development programs (see Strategy 8CA) and provide free spaces for community convening.

---

[5] As a part of our long-term plan (extending beyond this project) this HUB will ideally become the headquarters of a large ecosystem of sub-hubs strategically located across multiple neighborhoods.

[6] As identified by our collaborators, immediately available shelter space is missing and a desperately needed element of the emergency system offered by the Emergency Department of Hinds County.

[7] The coalition includes both of our collaborators, MS Red Cross and the Hinds County Emergency Department.

In order to assure reliable operations of the HUB in all three modes, proper staffing and management structures will be established. The HUB will be managed by a HUB manager, who will take on the role of an Emergency and Recovery Director during the emergency and recovery time. HUB's operations will be supported by a Community Support Team (CST) with volunteer-based representation from partners and collaborating organizations, as well as other stakeholders. The CST will also develop and implement HUB emergency response plans and establish safety protocols for staff, volunteers, visitors and disaster victims.

Establishing the HUB is the primary objective of the project and as such all of the project costs ($19.9M) will be attributed to it. The total HUB's cost was developed based on quotes from local contractors, advice from SME and average regional prices. Details of these quates can be provided if desired.

**Strategy 1CA: Green Infrastructure and Nature-based Solutions**

The project area is highly vulnerable to extreme heat, is prone to urban flooding and is a known food desert. These vulnerabilities are addressed by green infrastructure and nature-based solutions developed on the grounds surrounding the HUB buildings. Specifically, heat mitigating green infrastructure will be developed and include shade casting tree canopies, which may include fruit and/or nut trees as an element of food production, as well as vertical gardens and a green roof on the office building. In addition to lowering ambient temperatures, these green spaces will also contribute to the HUB's energy efficiency (overlapping with Strategy 3CA). Native, heat resilient, perennial, deep roots ground cover will require minimal watering, providing water retention and water erosion control serving a secondary function of urban flood control. A perennial deep-roots system of native grasses will help with water retention and water erosion control. The grounds will also be used to redirect and retain water through a system of rain gardens and bioswales. The final grounds design will be decided through a community co-creation process and may also include community gardens to provide fresh, fruits, vegetables and nuts to the local community and HUB users. Based on expenditures incurred by 2CM on other green infrastructure projects in Jackson, we estimate that this strategy will account for about $400,000. Note that the cost of 1CA is a subset of the 5CA cost, which is the total project's cost.

**Strategy 3CA: Energy-Efficient, Healthy, Resilient Housing and Buildings**

The HUB's buildings will be remodeled and/or retrofitted to minimize their carbon footprint, while reducing energy needs and thus lowering the HUB's operating costs. This requires energy efficient upgrades, exterior doors and windows weatherization (3,330 sq. feet), window shading/glazing, ENERGY STAR® HVAC installations (commercial 30 T RTUs), smart thermostats, filters (MERV 12+), WaterSense approved faucets and low-flow toilets. Additionally, new roofs with insulation will be installed (10,699 + 8,276 sq feet). Building energy needs will also be reduced by installing cooling vertical walls (overlapping with S1CA) and a system of external shading solutions. This strategy will account for approximately $6.5M, which is estimated assuming that 50% of renovation costs are directly related to energy efficiency and weatherization plus adding the cost of equipment HVACs and vertical gardens (for details see the budget in Attachment A)

**Strategy 4CA: Microgrid Installation for Community Energy Resilience**

A key service provided by the HUB is an uninterrupted energy supply provided by a system of solar panels (currently estimated to provide 70.2kW) plus battery storage, with a redundancy system of gas-powered backup generators (30 kW). This microgrid will be, to our best knowledge, the first example of energy independence in Jackson and the key component of resiliency for Jackson's LMI communities. In addition to providing reliable, clean and cost-effective energy to support all the HUB's functions throughout the year, it will also be a crucial element during emergency and

recovery periods, since our project's location is particularly prone to weather related power outages. The solar panels will be installed on roofs and over a parking lot in front of the HUB.

The panels are expected to be mounted over the HUB's parking lot for 40 cars to lower often dangerously high temperatures of parked cars in the summer. The cost of this strategy is estimated by a local solar system installer, Sundial, to be $350,000.

**Strategy 7CA: Waste Reduction and Management to Support a Circular Economy**

The project will also contribute to developing and promoting a circular economy by extending the already established VOCM's donation center and adding to it a redistribution component. This initiative will be accompanied by starting a battery and printer cartridges collection, and both will be used not only to minimize carbon emissions but also to promote circularity, an approach that is not well known in many frontline communities and which is mistakenly negatively branded as a sign of poverty rather than as contributing to sustainability. The donation/exchange center will be available 24/7 during emergencies to provide access to material goods the disaster victims may need. The required estimated investment in this strategy will be approximately $100,000 invested in developing a storage system for donations, staffing for exchange services, and the cost of transportation to recycling centers. This estimate is developed based on local prices.

**Strategy 8CA: Workforce Development Programs for Occupations that Reduce GHG Emissions and Air Pollutants**

The HUB will provide workforce development for careers in the solar industry implementing an already developed curriculum (provided in-kind by a partnership between Sundial and Tougaloo College). This hands-on program will be hosted in the educational wing of the building (about a half of the total HUB's space) repurposed to serve as a training space. Additionally Refill Jackson will develop and implement a green infrastructure/landscaping workforce development, for careers in developing and maintaining nature solutions. The participants will be recruited prioritizing local unemployed and underemployed Jacksonians and supported during the job placement process. The local placement of graduates (30 in the solar industry and 10 in landscaping annually) will ultimately contribute not only to equitable climate resilience but also to economic resilience through building regional wealth. The cost of this strategy is $400,000, as estimated by the collaborators.

***Strategy 3PR: Water Quality and Community Health Improvement***

The HUB will also be equipped with an independent water well to provide a publicly accessible, reliable source of drinking water. The municipal water quality in Jackson is currently being newly addressed by the recently established JXN Water, but given the scale of the problem, the time frame required to ensure access to safe drinking water in the entire city is expected to be long, with no publicly available dates. This project is meant to provide an immediate local solution to the contamination problem, which will serve as a bridge for safe drinking water access until a citywide solution is implemented. The cost of construction of a private well at the HUB (estimated at $1,500,000) will provide both water quality and, as described in the Strategy 5AC above, sustainable water quantity. This cost estimate was developed with the assistance of Endyna's SMEs from Jacobs Engineering.

***Strategy 1PR: Indoor Air Quality (IAQ) and Community Health Improvements For Strategy 1PR***

The HUB will be hosted in buildings which require renovations to ensure high indoor air quality. As described above, West Jacksonians are often exposed to poor air quality both in their places of residence and work. The HUB will offer a healthy indoor space and promote the importance of clean air. The HUB's IAQ strategy will be based on EPA's IAQ guidelines for source control and improved ventilation. We will include IAQ monitoring, filter upgrades and maintenance, installation of operable windows, use of low VOC products and materials, development and implementation of

a pest control plan, a cleaning and maintenance plan with eco-friendly products and equipment and a construction pollution control plan (during the construction phase of the project), as well as use of ecofriendly paints, finishes and flooring for renovations and eco-friendly furnishings in the emergency and educational wings, and numerous indoor plants. Educational materials (e.g. didactic placards, instructional boards) will be placed during the construction phase, with "sustainable" construction protocols. After the HUB's opening, educational materials will inform staff, visitors and disaster victims about the importance of IAQ and share updates from monitoring of PM, CO, VOCs, $SO_2$, $NO_x$ and humidity in the buildings.

Addressing the IQA strategy substantially overlaps with investments in Energy Efficiency and Weatherization (S3CA) with an addition of potted plants. The total cost of S1PR is approximately $6.5M, most of which overlaps with the expenses towards S2AC. The estimate is created based on quotes from local architects and prices of plants.

***Strategy 2PR: Outdoor Air Quality and Community Health Improvement***

Since the project involves installing green infrastructure on the HUB's grounds, there will be expected improvement in outdoor air quality. Jackson ranks as the second worst city for particle pollution in the Southeast, receiving a 'failing grade' from the American Lung Association in the *State of the Air, 2022 Report*. High PM concentrations result from locating industrial facilities in too close proximity to metropolitan areas combined with a lack of adequate public transportation that leads to increased car usage.

Due to the small scale of the GI intervention, the effects of $PM_{10}$, $PM_{2.5}$, UFP, $NO_x$ reduction (e.g. respiratory and cardiovascular), are expected to be confined to the project area and its immediate vicinity. The cost of this strategy overlaps with S1CA and is $500,000. Additionally, S2PR will include the cost of monitoring, estimated at $40,000 (estimate provided by our Heat and Air Quality Research partner CAPA Strategies).

**1.4. Community Strength Plan**

Maximizing Economic Benefits of Projects and Displacement Avoidance are in Attachment F.

***Part 2. Program Management, Capability and Capacity***

***2.1 Performance Management Plan, Outputs / Outcomes:***

| OUTPUTS | OUTCOMES |
|---|---|
| **Climate Action Strategy 5CA: Resilience Hub** | |
| **Buildings' Renovation, Construction and Equipment** | |
| Renovation and upgrades to 35,000 sq. feet of public space | Increase building capacity by 18,000 sq. ft; double the size available as the Resiliency HUB; increase physical safety during and after emergencies together leading to increased climate resilience |
| Emergency wing equipped for overnight stay with: 40 permanent beds, lockers, nightstands, bedding; 110 portable cots and sleeping bags; 10 cribs and bedding; building/renovating 6 bathrooms and 6 showers | Provide: overnight safety and comfort; ensure hygienic conditions for emergency and restful nights for emergency wing users contributing to increased community resilience for weather related emergencies |
| A 30 kW backup generator | Supply a redundancy system to ensure continuous and reliable power provision leading to trust in the effectiveness of the HUB and building climate resilience |
| A 3-story elevator and an additional set of emergency stairs and lobby doubling as a tornado shelter for up to 180 people | Provide safety and access for all HUB users to all levels (including a previously not accessible two extra floors) and build institutional trust among people with limited mobility; provide safety during tornados for up to 180 people and increase climate resilience |
| **HUB's Services: Everyday (that are already provided by VOCM)** | |

| | |
|---|---|
| Provide self-help and wellness education to 100 people a year | Increase the number of people capable of self-blood pressure checks; enhance knowledge of diabetes management, healthful eating and exercise; lower chances of diabetes, heart attack, stroke, amputation, etc.; improve health outcomes and reduce health disparities |
| Provide space for workforce readiness trainin (developed and provided by collaborators) | Increase the number of persons receiving training and certification in certain industries; reduce un- and under-employment; assist employment for jobs paying living wages; strengthen resilience, through building wealth and individual self-sufficiency |
| Literacy training for 150 people a year | Increase the number of financially secure community members; increase the percentage of home ownership, and decrease homelessness so as to build wealthier communities |
| Parental training for 150 people a year | Increase the number of people educated about the formation and maintenance of families leading to increased family stability and functionality resulting in community resilience |
| Case work supporting 10 aging out of foster care children a year | Provide individualized training to improve life skills and knowledge necessary for independence resulting in self-sufficiency and independence for adults who grew up in foster care |
| Provide financial management and budget counseling; mortgage; non-delinquency post-purchase workshops for homeowners; pre-purchase counseling; for 200 people annually | Increase knowledge about financial management, mortgage payments, home improvements collectively leading to more people that purchase and keep their homes long term and community wealth building through home ownership |
| Distribute food to LMI families through a food pantry | Provide supplemental food assistance; decrease food insecurities; reduce poverty |
| **Services: Everyday (new)** | |
| Annual training of 20 community members in emergency preparedness | Increase the number of trained volunteers capable of a proper response to disasters; decrease injuries and property damage so as to enhance community resilience |
| Monthly basic health screenings conducted by 2 UMMC staff members | Basic health assessment for Jacksonians unable to afford paid services; remove barriers to access for primary care; increase the likelihood that participants will take action to increase their health in other ways leading to improved health outcomes and reduced health disparities in Jackson |
| **Emergency Services** | |
| Serve 3 meals a day for up to 150 people | Provide nutrition necessary to function under stress; remove the additional stressor of the cost of affording meals; establish a regular schedule; support physical and mental health leading to community health and resilience |
| Basic first aid provided by 2 UMMC staff members and, when appropriate, emergency medical assistance provided by the Red Cross (at least 1 nurse) | Assess the need for medical care; attend to minor injuries; triage to appropriate medical locations; reduce disaster caused health damages; build the community's health and resilience |
| Place up to 20 babies and toddlers in daycare centers; provide in-house child care for up to 20 children and in-house after-school activities to school age children | Protect children's safety; provide parents with time and peace of mind to address the crisis; support children's healthy growth and development; stabilize families during disasters; expedite recovery efforts; decrease potential trauma leading to better community resilience |
| Provide 24/7 security during emergencies, prevent potential crime during stressful and chaotic situations created by disasters | Assure physical safety of all HUB users; reassure disaster victims coming to the HUB to seek help leading to building resilience |
| Provide 24/7 safe accommodations for up to 150 people to weather a hazard | Provide comfort and dignity during crisis; support physical and mental health leading to increased resilience |
| Provide 24/7 access to the food pantry for non-HUB residents | Support proper nutrition during disasters; decrease food insecurities during disasters leading to reduced stress and increased comfort during disasters |
| Provide 24/7 access to the donation/exchange center | Provide clothes and other needed items that got damaged, lost or left behind during disaster, reduce stress and increase comfort and dignity during crisis |
| **Climate Action Strategy 3: Energy-Efficient, Healthy, Resilient Housing and Buildings** | |

| | |
|---|---|
| 6 commercial 10T RTUs energy efficient HVACs and weatherized exterior doors and windows (3,330 sq. feet) and new roofs (10,699 + 8,276 sq feet) | Lower energy needs (~60%) – fewer solar panels and a smaller battery reducing GHG emissions and contributing to climate mitigation by reducing the institutional carbon footprint |
| **Climate Action Strategy 4: Microgrid Installation for Community Energy Resilience** | |
| Solar panels (rooftop and car park) generating ~72,000kWh and battery storage for 1-3 days backup of 70kW usage | Increase community education about the benefits of microgrids and energy independence by providing the first example of energy independence (close to 'getting off the grid') in Mississippi; provide reliable and uninterrupted 24/7 energy services, which increase community resilience to electric grid emergencies; provide clean power generation that reduces the institutional carbon footprint by 278T of CO2 equivalent; create positive health outcomes from heat exposure reduction for parking lot users which decreases health risk from heat exposure at the parking lot and in parked cars |
| **Climate Action Strategy 3: Green Infrastructure and Nature Based Solutions** | |
| **Pollution Strategy 1: Outdoor Air Quality** | |
| Establish heat mitigating green infrastructure: plant trees and native species of shrubs and ground cover; install vertical gardens on sites of the buildings; install a green roof on one of the buildings (~3000 sq. feet) | Reduce energy needs for cooling the adjacent buildings leading to energy savings and wealth building, as well as decreasing the institutional carbon footprint; lower ambient temperatures around the HUB resulting in lower heat exposures for people visiting or working at the HUB increasing community heat resilience; provide exposure to higher quality outdoor air and thus increasing community health |
| Establish flood controlling green infrastructure: install rain gardens (2-3) and bioswales | Increase storm water capturing and retention, and reduce runoff leading to reduced flood risk to the HUB buildings and surrounding areas, and ultimately increasing community flood resilience; increase air quality improving outdoor vegetation, leading to positive health outcomes |
| Community garden on the HUB's grounds | Reduce food insecurities and food desert (where VOCM is located) by providing fresh, healthy fruits, vegetables and nuts to the local community and HUB users, which support healthy diets and increase community health; increase air quality improving outdoor vegetation, leading to positive health outcomes |
| **Climate Action Strategy 8: Workforce Development Programs for Occupations that Reduce GHG Emissions and Air Pollutants** | |
| Provide solar job training for 30 people a year[1] and green infrastructure workforce development[8] for 20 of people a year | Increase the number of skilled workforce in Jackson, build local expertise in developing future-proof jobs, facilitate local employment, increase the chances of the graduates to secure 'good' jobs; encourage small business growth and new business development facilitating climate and socio-economic resilience |
| **Climate Action Strategy 7: Waste Reduction and Management to Support a Circular Economy** | |
| Provide space to drop off donations and select from the available products; collect battery and printer cartridges and direct them to places of safe disposal/recycling | Poverty reduction by supporting low-income individuals, while promoting the circular economy; reduce the number of batteries and printer cartridges disposed in landfills, which reduces the amount of toxic and hazardous substances reentering the environment, reducing soil and water pollution, while lowering waste and methane emissions from landfills |
| **Pollution Strategy 2: Indoor Air Quality[9]** | |
| Renovations with ecofriendly paints, finishes and flooring; ecofriendly furnishings for healthy indoor conditions; biophilic elements with indoor plants; interior painting according to biophilic principles; maintenance with ecofriendly products and regular pest control for a clean and safe space | Indoor pollution reduction to improve health outcomes, well-being and comfort for HUB staff and users; increase productivity for HUB staff |
| **Pollution Strategy 3: Water Quality and Community Health Improvement** | |
| Install 10 rain collecting barrels and capture water from 8200 sq. feet of roof | Secure an average of 40,000 [10] gallons per rain event for non-consumptive uses, reducing GHG emissions and increase community resilience with the malfunctioning water system in Jackson |

[9] In addition to the outcomes/outputs listed below, PS2 is served by all weatherization actions listed under CSA3.

[10] How Much Water Can a Rain Barrel Collect?

| Install a water well | Provide drinking quality water for the HUB yearlong and for community members as needed; assure continuous, sufficient water pressure leading to increased community resilience for the malfunctioning water system in Jackson |
|---|---|

The program will be evaluated based on an Evaluation and Compliance Plan developed by 2CM in cooperation with the Community Support Team (CST) during the first 30 days after the awards. The plan will include but not be limited to with the following elements:

The Project's impact on Climate Mitigation and Adaptation (Goal 1)

- Urban Heat Island Mitigation Assessment conducted by a contractor and based on stationary and handheld heat sensors, and thermal imaging cameras with measurements collected during summer months before (baseline) and after intervention;
- Energy savings assessed based on changes in energy used before the intervention (baseline) and after the project's completion;
- Recycling center performance: annual volume of batteries and printer cartridges collected and delivered to recycling centers;
- Carbon footprint impact assessment: baseline energy audit compared to the energy audit after the HUB's grand opening conducted by 2CM;
- HUB's emergency and recovery performance: annual number of days the HUB functions in emergency and recovery modes; number of emergency HUB users; number of meals served; number of people assisted by medical staff.

The Project's impact on Clean and Healthy Air for All Communities (Goal 4)

- Indoor Air Quality Impact Assessment conducted by a contractor and based on stationary and hand air quality monitoring devices with measurements pre- and post-intervention (building renovations) $PM_{10}$, $PM_{2.5}$, UFP, $NO_x$ concentrations, and measuring the project's impact on indoor air quality (Goal 4)

The Project's impact on Clean and Safe Water for All Communities (Goal 5)

- Water quality assessment based on samples from municipal water samples before the well's installation and well water samples (evaluation by the Mississippi Department of Environmental Quality)

The Project's contribution towards safeguarding and revitalization (Goal 6)

- Workforce development effectiveness: the number of people trained through the solar and GI programs
- Health Assessment: the number of people seen at the HUB by UMMC staff during normal time, measuring the project's contribution towards community revitalization (Goal 6)

**2.2 Project Linkages to the EPA Strategic Plan:**

Establishing the Resilience HUB in Jackson MS directly contributes to ***Goal 1, 4, 5 and 6.***

***Goal 1 - Tackle the Climate Crisis***:

The project tackles the climate crises through:

- Climate mitigation: solar power and storage; GI installation (energy use reduction; flood mitigation; carbon sequestration through tree planting and establishing native perennial land cover); contribution to circular economy; energy efficiency and weatherization of the buildings;
- Climate adaptation: UHI mitigation through GI and Solar Carport; climate emergency resilience building through developing the resiliency HUB; native habitats restoration as GI outcome
- Climate education: solar sector and GI workforce development training; outdoor educational posters about solar power and battery storage; UHI and flood mitigation; native habitat building; energy savings and carbon sequestration through GI; indoor posters about indoor air quality and

energy savings from particular energy efficiency and weatherization solutions implemented at the HUB.

***Goal 2.1 - Promote Environmental Justice and Civil Rights at the Federal, Tribal, State, and Local Levels***

The project builds climate resilience and capacity for overburdened and underserved communities in Jackson by direct community engagement in project development and oversight, combined with engagement of local governmental representatives. Specifically, the project involves a series of community meetings/workshops organized by the partners (VOCM and 2CM) to:

- Provide transparency and continuous community engagement throughout the project's development and implementation stages
- Seek ongoing community and governmental input on project design elements,
- Communicate the project's schedule and any necessary changes to it
- Build consensus over potential adjustments to the project

The workshops will be advertised through partners' and collaborators' social media and local press releases, in addition to personal invitations issued to governmental representatives, and primary stakeholders. It is expected that approximately 10 to 20% of participants will be governmental representatives and 80 to 90% community members and stakeholders. All workshops will be free as charging fees as a form of program income would be a significant deterrent to participation. Moreover, attendees will be offered, as a token of appreciation, refreshments and nonalcoholic beverages. Additionally, the first 50 community participants (for each meeting) will receive $25.00 gift cards. Summaries of workshops' proceedings and their direct impact on project development will be included in monthly communication send to participants in the form of project's newsletters. All written materials will include partners and funders logos.

***Goal 4 - Ensure Clean and Healthy Air for All Communities***, is addressed through GI's impact on outdoor air quality and the GI workforce development, which will contribute to long term air quality improvement across the city. Indoor air quality improvements will benefit all users of HUB buildings (emergency victims, HUB's and coop staff and visitors). Air quality monitoring will additionally offer opportunities for education.

***Goal 5 - Ensure Clean and Safe Water for All Communities***

The project invests in building a private well to ensure both sufficient water quantity and quality for both the HUB's functions and community support during water crises (as the HUB will provide free water distribution during these times); along with water quality through the use of ground water (instead of poor-quality surface water provided by the municipal water system). Additionally, water quantity will be supplemented through the system of rainwater barrels to maintain green infrastructure. The GI incorporates rain gardens and bioswales, which, in addition to flood mitigating services, will also contribute to water quality improvement.

***Goal 6 - Safeguard and Revitalize Communities*** In the project area, the goal of addressing the climate crisis cannot be delivered without simultaneously implementing safeguards and revitalization, because the project serves the most underserved communities in the nation. The HUB builds equitable climate emergency resilience, which requires direct economic investment in infrastructure and services accessible to frontline communities in West Jackson. It builds climate resilience at the community level, in the absence of governmental support, by equipping and empowering communities through grassroot initiatives. Investment in renovating and upgrading the HUB's buildings serves both the need for a safe and secure place to seek overnight refuge during emergencies but also to build economic resilience and advances potential future wealth building

through offering workforce development for future proof, 'good' solar and GI sector jobs. The HUB also serves economic needs through free meals during emergencies, and offers a food pantry during normal circumstances. It builds financial support through the circular economy's donation/exchange and recycling center, as well as through financial literacy education. The HUB also provides community building services through free meeting spaces.

***2.3 CBO Experience and Commitment***

Since its foundation in 2017, ***2°C Mississippi (2CM)*** has worked on behalf of under-resourced and underserved communities in Mississippi, spearheading efforts to build a more resilient and equitable future. 2°CM's projects range from climate education to climate mitigation and adaptation. We developed the first climate science curriculum for public schools, and in the process established many trusted relationships among students and teachers in West Jackson. 2CM organized a community science, urban heat island (UHI) mapping campaign to collect data on the city's hottest areas.[11] Notably – and not surprisingly – many of the city's worst UHI sites are in formerly redlined neighborhoods in West Jackson, where we developed a heat mitigating project, generously sponsored by the Robert Wood Johnson Foundation. All stages of this project from site choice to final design of nature-based solutions were conducted through a series of community meetings in cooperation with a team of architects from the Jackson Community Design Center (JCDC), a collaborator on this application. We developed and carried out a co-design process, where each meeting featured a new "gameboard" focusing on a different aspect of the project (location, activity, image, etc.). This methodology became our standard procedure on other projects, including another heat-related project (HEAT), designed to learn from, educate, and organize community members around extreme heat emergency events. This project involved 400 resident survey and focus group interviews for understanding the needs of and heat risk perceptions among heat vulnerable residents.

Out of its 6 years of existence, 4 years of 2CM's work was conducted entirely pro-bono, and all fundraised resources were dedicated towards project expenses. Only last year, the organization directed funds towards indirect costs, which previously were entirely covered by the founding CEO. Last year was the first year when the founding CEO accepted salary.

All work conducted by 2°C Mississippi, is driven by local communities' needs and preferences revealed during visioning sessions. Consequently, we are proud to share that community members often refer to the projects as theirs, which we treat as the ultimate testimony to the co-operative processes we are practicing.

***Our statutory partner, Voice of Calvary Ministries (VOCM)*** is a community and faith organization dedicated to facilitating leadership and community development among frontline populations in Mississippi. Since its foundation in 1975, VOCM focuses on equipping and empowering community residents with skills, opportunities and perspectives for making better decisions. Driven by this philosophy of rebuilding people, VOCM connects the development of human capacity and change to the revitalization of the built environment. Often where others see destroyed neighborhoods or lives, VOCM see assets, beauty and competency. VOCM's service activities center on its core values and principles that those who are most vulnerable in society have voices that should be heard; diversity and inclusiveness are essential for creativity and innovation; all communities have value, including history, knowledge and the power to define and solve their own problems; partnership, collaborations, and civic participation are fundamental to improving organizations and institutions and assuring sustainable social change; and that long-term sustainability should be encouraged through the wise use of human and natural resources.

---

[11] This project was conducted under technical support through NOAA's Climate Program Office and the National Integrated Heat Health Information System (NIHHIS).

Their programs and offices are housed at a property purchased in 2009 for $1, envisioning that one day this dilapidated site would be a community facility where residents in West Jackson could congregate for meetings, resources, training and empowerment. Today, the partnership between VOCM and 2CMississippi is realizing this vision through the Resiliency HUB project.

***2.4. Programmatic and Managerial Capability and Resources:***

The general project's responsibilities will be shared between 2CM and VOCM, delegating grant management and project directing (including cooperation among collaborators) to 2CM and delegating the building and grounds renovation's oversight (including the design) along with the HUB management to VOCM.

2CM has extensive experience leading and managing projects that were developed and implemented in partnership with numerous organizations. 2CM has successfully and simultaneously managed three large projects and 2 smaller projects over the last 3 years, cumulatively supported by over $3M in grants ($2M of which are from federal funds). 2CM intentionally keeps its organizational footprint low in order to maximize cost effectiveness of the available funding, by working with an ecosystem of partners. The organizational collaborations allow for complementary expertise and experience. The institutional teamwork approach has proven to be both financially efficient and effective in outcomes.

2CM is led by Dominika Parry, who holds a PhD from the Yale School of the Environment and has spent over 20 years of her professional career working on climate change, 12 of them in Jackson. Dr. Parry, the founding CEO/President, has been a principal investigator on all of the above-mentioned 2CM grants and is deeply engaged in the planning, management and implementation of each project.

Dr. Parry leads transdisciplinary teams of organizational partners and coordinates cooperation and co-creation of projects with community leaders and members. Many of this project's collaborators are current partners of 2CM on other projects and have a history of trusting and effective collaboration with Dr. Parry.

2CM will delegate bookkeeping and financial services to a professional accounting firm, and is currently in the process of hiring a part time grant manager with experience in federal grant management in order to provide the highest quality financial reporting and quality assurance. After receiving $2M in federal funding in 2023, 2CM conducted a voluntary audit in order to evaluate all current procedures, confirmed no errors were being made, that and all the bookkeeping process adhered to the highest standards of financial transparency and accountability. The audit results (available upon request) were very positive. Due to the size of this potential award, 2CM budgeted to expand its permanent staff, and would hire a full-time grant manager (current 20% FTE), and a full time Finance Officer.

This project will also be supported by our Environmental Equity Director, Diane Pruitt, who holds a Master's degree in Public Administration and a B.A. in Urban and Environmental Studies. She further pursued WELL Healthy Buildings Certification and LEED for Cities and Communities to deepen her capabilities and impact around programs that involved (1) the interior environmental impact on health and well-being and (2) the impact of climate and other environmental threats to frontline communities. Diane brings a broad skillset to resilience HUB development, program management and collaboration. She conceived, developed, and managed the implementation of the 1st building certifications program for her former employer, Schneider Electric, a global company with over 120,000 employees. Her work involved strategy development, gaining consensus and support from corporate executives, creating operational policies and procedures, and collaborating with cross-functional teams across two continents to drive healthy

building sustainability initiatives, including energy efficiency, healthy building performance, LEED, and WELL certifications across the company. In addition to her corporate accomplishments, Diane's experience as an entrepreneur has prepared her for developing and managing the intricacies of building the 1st Resilience HUB of its kind in Jackson, MS. Ms. Pruitt will direct the project, working closely with the PI, Dr. Parry, the statutory partner's staff, and oversee all collaborating entities.

2CM recently updated its policies to meet the EPA's criteria provided during the award process of the EJCPS. The EPA's approved Policy Handbook contains accounting and financial management policies; payroll; procurement; services and other organizations; disadvantaged business enterprises; personnel and time keeping policies, as well as organization gift acceptance, whistleblower and dissolution policies (documents available on request).

Margaret Johnson from VOCM has more than 30 years in federal grant management experience. She has worked for state, city, and nonprofit organizations for her professional career. She holds an MBA Degree with a concentration in Strategic Management from Davenport University. Margaret has a proven track record in managing more than $50 million in government funding during her career. She has overseen the Low-Income Housing Tax Credit Program for the State of Mississippi; she successfully oversaw a $4 million grant through the Neighborhood Stabilization Program which directed the acquisition, rehabilitation and sale of 37 single family homes in Jackson, MS. In her role administering grants, she has been tasked with developing program manuals and processes to ensure compliance and success. As President/CEO of a 49-year-old nonprofit organization, she is responsible for the day-to-day management of the organization and guides its strategic direction.

The project's manager will be Sandra Thompson, graduate of Mississippi State University with a Bachelor of Business and Industry Degree. She has more than 30 years of experience in commercial and residential real estate sales and development. Mrs. Thompson creates residential and commercial development projects by identifying land, developers, government subsidies, financing options and community engagement strategies. These have been crucial for sustainable community development. As a consultant and advisor, she has assisted developers with concept and design of housing units based on target market as well as provided supervision of construction sites, inspections, bid process, and material purchase and inventory. Sandra expanded her role in housing and joined VOCM as a certified HUD Housing Counselor. Her primary focus is development projects which create new and rehabilitated housing for low-income families, underscoring her commitment to social equity and urban revitalization. Through the Resilience HUB, Mrs. Thompson will work with impacted residents to ensure their recovery and long-term robustness.

**Table 2.3.1. Project Timeline: The project's operations will follow two parallel pathways: buildings and grounds renovations and HUB services development.**

| Date | | Action |
|---|---|---|
| **Y1** | **Month 1-3** | ❖ Partners/collaborators inaugural meeting<br>❖ Phasing plan developed to maintain uninterrupted VOCM services<br>❖ Community outreach and CST's formation<br>❖ Ordering engineering surveys and hiring architect-of-record<br>❖ Architect-of-record secured and building design process begins<br>❖ HUB's coop formation<br>❖ Emergency Preparedness Training for the CST |
| | **Month 4-8** | ❖ Solar workforce development planning and coordination begins |

| | | |
|---|---|---|
| | | ❖ GI community co-design begins<br>❖ Monthly basic health screenings begin |
| | **Month 9-12** | ❖ Microgrid installation<br>❖ Emergency preparedness training for VOCM and 2CM staff |
| **Y2** | **Month 13-19** | ❖ Emergency wing renovations completed, and<br>❖ Office building renovations begin<br>❖ HUB manager hired<br>❖ Emergency wings equipment set-up<br>❖ All HUB's activities move to the emergency wing |
| | **Month 20-24** | ❖ Well construction close-out<br>❖ Microgrid installation |
| **Y3** | **Month 25-31** | ❖ GI construction and GI workforce development training begins |
| | **Month 32-35** | ❖ Office building renovations close-out and coop organizations move-in<br>❖ Community gardens open for volunteers |
| | **Month 36** | ❖ GRAND OPENING!!!!! |

*This is a place holder for the pre-intervention heat measurements, because they need to be conducted during the hottest months. They will be carried out during each July and August of the project's grant period.

**2.5 Past Performance:**

2CM has been generously funded over the past three years by three federal grants:

**Environmental Protection Agency, Environmental Justice, Small Grant: "Engaged Communities for a Cool, Healthy Jackson" (ECCHJ)**: Grant Number: EPA-OP-OEJ-21-01; Grant amount: $75,000.

This grant funded development of a community level heat emergency preparedness plan, based on community level heat alerts and support networks (a buddy and neighbor-calling system, with a church support network from one of the project's partners) and built community resilience by raising awareness among residents regarding effective methods to stay cool and hydrated.

The project progressed on time, with all milestones reached on or ahead of schedule. The community level data collected during this project became a direct input into the visioning process that led to development of the HUB project. The progress reports have been provided during Zoom meetings with the project's officer (who has visited Jackson, stays in close contact with our team, and follows our work). Since the project's duration is one year, the financial reporting and narrative was submitted (and accepted) only once at the end of the project period (June, 2023). For more details about the project's performance, contact EPA Project Officer Jasmin Muriel at Muriel.Jasmin@epa.gov.

**USDA, Forest Service Southern Region, Program Title: Inflation Reduction Act Urban and Community Forestry Expansion; "Green Infrastructure for Heat Mitigation in Jackson, MS."** GRANT 24-DG-11083150-543; Grant Amount: $1,512,500.00.

This project established nature-based solutions to address Urban Heat Islands in formerly redlined districts, affecting overburdened, underserved communities in Jackson. The grant was awarded in November, 2023 and the award letter issued in April, 2024, with the first reporting period ending on June 30th, 2024. The project is ahead of schedule, with several milestones planned for the next reporting period already reached. For more details about the project's performance, contact:

Annie Hermansen-Baez, Urban and Community Forestry Program Manager, USDA Forest Service, Region 8 - State, Private, and Tribal Forestry at 352-727-3378; annie.hermansen@usda.gov.

**Environmental Protection Agency, Environmental Justice Collaborative Program Solving, Cooperative Agreement Program**; **Project Title**: **"Equitable access to microparks for climate resilience through flood mitigation, education and community revitalization."** Grant Amount: $500,000.00

This project is a partnership effort to address climate change-induced increased risk of flooding in the absence of municipal and state investments. It is designed to co-develop with communities nature-based solutions. The award letter was issued very recently, but since the federal funds are matched by $500,000 provided through the Hilton Foundation, the project's work is underway and on track. For more information, please contact EPA Project Officer, Ferry Akbar Buchanan**,** Environmental Justice Coordinator, Strategic Programs Office, USEPA Region 4, at 404-562-9482, AkbarBuchanan.Ferry@epa.gov

## PART 3. FEASIBILITY, SUSTAINABILITY, AND BUDGET

***3.1 Feasibility:***

VOCM and 2CM, despite being smaller nonprofit organizations, have extensive, documented experience with efficient and timely project development. Both organizations have a proven record of managing federal funds and collaborating with numerous entities. All of 2CM's projects have been developed and led by 2CM, with oversight and synchronization of multielement, transdisciplinary project teams. The VOCM and 2CM partnership is confident that this project will be successfully completed within the three-year grant period.

The project will be entirely developed on a property belonging to the statutory partner VOCM, who will also directly oversee the construction portion of the project's development. This setup eliminates potential uncertainties about continuous access to the project site, will not require third party supervision, and will ensure that all legal requirements and access to documents such as deeds, will be swift and unobstructed. Additionally, VOCM has a long history of successful cooperation with the City of Jackson, which facilitates construction related permits being issued in a timely fashion. Any permits required by the Hinds County government will be prioritized, as the County is a keen collaborator on this project.

The project's work plan (presented in 2.4) has three distinct phases developed to maximize project efficiency and ensure continuity for the construction project services. The phases coordinate among buildings' renovations, GI development, parking development and HUB's services. Each phase involves only a partial disruption to the buildings and grounds, leaving the majority of the space available to provide uninterrupted everyday services by the HUB, and after completion of Phase I, at least partial emergency and recovery services. Additionally, construction and design activities will also partially overlap, when the design of the office building, GI and parking lot will continue after the Emergency Wing building renovations begin.

Additionally, the project efficiency and adherence to best practices will be overseen by the CST, which will be provided with quarterly project reports and financial statements. CST will identify a Compliance Officer (from the partner's staff) in order to provide systematic oversight and early detection of potential inefficiencies, followed by immediate introduction of corrective measures. Additionally, both partner organizations highly value ethical conduct, which is reflected in their EPA approved Whistleblower Protection policies. Annual, voluntary partners' organization audits will be offered as well if needed.

Most importantly, this project was developed by a group of passionate and dedicated social justice organizations driven by the urgency of the climate crisis. This passion, aligned with extensive expertise and experience, provides reassurance that this project will be successfully completed in the planned, three-year period, after which the full stream of project benefits will be delivered to some of the most overburdened and underserved communities in the country.

***3.2 Sustainability***

With our collaborators, we are creating a cooperative agreement to share the work and training space with VOCM, while also sharing the costs of maintaining the facility after the grant period ends. Currently, dedicated coop members include the local, minority-owned solar developer Sundial and the non-profit Refill Jackson.[12] The Sundial is a private sector, long term partner of 2CM, who will be moving its office operations and workforce development activities to the HUB. This will be an example of what we expect to be many private sector partnerships for the HUB. The financial contributions from each coop member will be negotiated among the members and approved by the Community Support Team (CST). The rates for non-profits will be lower than rates for for-profit members, for which the rates will be at or just below market prices. It is estimated that the Coop will contribute 20-50% of the maintenance costs.

The CST, created in year one of the project, will develop a comprehensive fundraising plan addressing grant seeking strategies; private donation solicitation methods, fundraising events, and private sponsorship. We will consider federal grant sources such as FEMA (e.g. Emergency Food and Shelter Program, Preparedness Grants); Homeland Security's Resilience Hub's grants; EPA (e.g. Environmental Justice and Climate Resilience Grants and assistance through TCTAC); U.S. Department of Housing and Urban Development (HUD)' Community Development Grants. We will also explore private foundation funding such as the Bloomberg Foundation, the Hilton Foundation's Disaster Relief Program; the Kellog Foundation and more.

Specific fundraising strategies will be developed and carried by the CST, under the leadership of and oversight from the project's partners (VOCM and 2CM).

Additionally, it is important to note that the operational costs of the HUB will be substantially reduced (contrasting with current building maintenance costs) through implementation of the energy efficient and weatherization solutions; minimization of energy costs by switching away from the current utility provider to the microgrid developed by the project; and substantial reduction of water expenses due to the project's investment in the well.

***3.3 Program Budget Description**:*[13]

[12] The University of Mississippi Medical Center and Hinds County Emergency Department will set up temporary work spaces in the HUB during emergency periods only.

[13] See Appendix A.

# EXHIBIT 8

| U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Cooperative Agreement | GRANT NUMBER (FAIN): 03D03224<br>MODIFICATION NUMBER: 0<br>PROGRAM CODE: 51 | DATE OF AWARD<br>08/01/2024 |
|---|---|---|
| | TYPE OF ACTION<br>New | MAILING DATE<br>08/06/2024 |
| | PAYMENT METHOD:<br>ASAP | ACH#<br>41248 |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |
| **RECIPIENT:** | **PAYEE:** |
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi<br>116 SUMMER LAKE DR<br>RIDGELAND, MS 39157-8630<br>EIN: 82-1087260 | 2C Mississippi:Towards sustainable, educated, and empowered Mississippi<br>116 Summerland Dr<br>2CMississippi: Towards Sustainable, Educated and Empowered Mississippi<br>Ridgeland, MS 39157 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Dominika Parry<br>116 Summer Lake Dr<br>RIDGELAND, MS 39157<br>**Email:** dominika.parry@2cmississippi.org<br>**Phone:** 601-709-9401 | Ferry AkbarBuchanan<br>61 Forsyth Street SW<br>Atlanta, GA 30303-8960<br>**Email:** AkbarBuchanan.Ferry@epa.gov<br>**Phone:** 404-562-9482 | Jessica Hamrick<br>Grants Management Section<br>61 Forysth St SW<br>Atlanta, GA 30303-8960<br>**Email:** hamrick.jessica@epa.gov<br>**Phone:** 404-564-8889 |

**PROJECT TITLE AND DESCRIPTION**

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

See Attachment 1 for project description.

| BUDGET PERIOD | PROJECT PERIOD | TOTAL BUDGET PERIOD COST | TOTAL PROJECT PERIOD COST |
|---|---|---|---|
| 03/01/2024 - 09/30/2027 | 03/01/2024 - 09/30/2027 | $ 500,000.00 | $ 500,000.00 |

## NOTICE OF AWARD

Based on your Application dated 04/13/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 500,000.00. EPA agrees to cost-share 50.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 500,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 4<br>61 Forsyth Street<br>Atlanta, GA 30303-8960 | U.S. EPA, Region 4, Environmental Justice, Community Health & Environmental Review Division<br>R4 - Region 4<br>61 Forsyth Street SW<br>Atlanta, GA 30303-8960 |

**THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY**

| Digital signature applied by EPA Award Official Shantel Shelmon - Grants Management Officer | DATE<br>08/01/2024 |
|---|---|

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 0 | $ 500,000 | $ 500,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contr bution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 500,000 | $ 500,000 |
| Allowable Project Cost | $ 0 | $ 1,000,000 | $ 1,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.306 - Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

**Fiscal**

| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
|---|---|---|---|---|---|---|---|---|---|
| - | 24124WB008 | 2226 | BSF5 | WF | 000W57XK1 | 4183 | - | - | $ 500,000 |
| | | | | | | | | | $ 500,000 |

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 235,400 |
| 2. Fringe Benefits | $ 0 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 2,810 |
| 6. Contractual | $ 330,000 |
| 7. Construction | $ 0 |
| 8. Other | $ 334,146 |
| 9. Total Direct Charges | $ 902,356 |
| 10. Indirect Costs: 10.00 % Base De minimus of Direct Costs | $ 97,644 |
| 11. Total (Share: Recipient 50.00 % Federal 50.00 %) | $ 1,000,000 |
| 12. Total Approved Assistance Amount | $ 500,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 500,000 |
| 15. Total EPA Amount Awarded To Date | $ 500,000 |

# Attachment 1 - Project Description

This action approves funding in the amount of $500,000 to 2C Mississippi: Towards Sustainable, Educated and Empowered, Mississippi. The purpose of this project is to replace several abandoned properties, considered blight in West Jackson, MS with a system of microparks, and design green infrastructure to mitigate flooding at Jim Hill Hight School. Activities include identify additional partners and stakeholders from the community, community-based organizations, universities & other departments at the City of Jackson to draft and implement a neighborhood, flood mitigating green infrastructure plan and arrange meetings. Anticipated deliverables include health, wellbeing and crime perception impact report, hydrological assessment of water volume and distribution patterns, quantitative assessment of flood control using pre and post hydro tools for properties selected for stormwater management, general architectural and conceptual plans for the system of microparks, detailed architectural drawings and 3D images for the 15 sites' designs. Direct beneficiaries are the residents of Jackson, Mississippi. Subaward will be provided to Jayne Avenue Community Association(JACA), Voice of Calvary Ministries(VOCM), and Rosemont Human Services(RHS).--JACA will receive $10,000 and will organize large community events to inform residents about project development, consult about specific solutions, and encourage community members to unify in thinking about how to co-create a resilient future for their community. VOCM will receive $10,000 and will be donating abandoned VOCM-owned properties while also serving as a community engagement partner. RHS will receive $10,000 and will organize community events in several of the micropark locations to introduce the community to these spaces and show how they can be used for a variety of purposes.

# Administrative Conditions

## General Terms and Conditions

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2023-or-later

These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

## A.  Correspondence Condition

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA.  Unless otherwise noted, all such correspondence should be sent to the following email addresses:

• Federal Financial Reports (SF-425):  rtpfc-grants@epa.gov and Jessica Hamrick, hamrick.jessica@epa.gov, 404-562-8889

• MBE/WBE reports (EPA Form 5700-52A): Jessica Hamrick, hamrick.jessica@epa.gov, 404-562-8889

• All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: Ferry Akbar Buchanan, akbarbuchanan.ferry@epa.gov, 404-562-0000

• Payment requests (if applicable): Ferry Akbar Buchanan, akbarbuchanan.ferry@epa.gov, 404-562-0000

• Quality Assurance documents, workplan revisions, equipment lists, programmatic reports and deliverables: Ferry Akbar Buchanan, akbarbuchanan.ferry@epa.gov, 404-562-0000

# Programmatic Conditions

**Environmental Justice Collaborative Problem Solving Cooperative Agreement Terms and Conditions**

## A. PERFORMANCE REPORTING AND FINAL PERFORMANCE REPORT

**Performance Reports – Content**

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas: 1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) other pertinent information, including, when appropriate, analysis and explanation of cost overruns or high unit costs. This description may include overall best practices and/or lessons learned over the project performance period, and attachments and links for materials that may be helpful to other Environmental Grants recipients or similar organizations (e.g., tip sheets, “how-to” sheets, communication materials, outreach materials, web tools, etc).

These reports shall cover work status, work progress, difficulties encountered, preliminary data results and a statement of activity anticipated during the subsequent reporting period, including a description of equipment, techniques, and materials to be used or evaluated. A discussion of expenditures along with a comparison of the percentage of the project completed to the project schedule and an explanation of significant discrepancies shall be included in the report. The report shall also include any changes of key personnel concerned with the project.

Additionally, the recipient agrees to inform EPA as soon as problems, delays, or adverse conditions which will materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan are known.

**Performance Reports - Frequency**

The recipient agrees to submit **semi-annual** performance reports electronically to the EPA Project Officer within 30 days after the reporting period (every six-month period). The reporting periods are September and March.

The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance. The final report shall document project activities over the entire project period.

**Subaward Performance Reporting**

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(d). Examples of items that must be reported if the pass-through entity has the information available are:

1. Summaries of results of reviews of financial and programmatic reports.

2. Summaries of findings from site visits and/or desk reviews to ensure effective subrecipient performance.

3. Environmental results the subrecipient achieved.

4. Summaries of audit findings and related pass-through entity management decisions.

5. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332(e), 2 CFR 200.208 and the 2 CFR Part 200.339 Remedies for Noncompliance.

## B. Review and Oversight

1. Products - The recipient agrees that any product (e.g., publication, outreach materials, training manuals) produced through this assistance agreement and made available for public view must be first reviewed by the EPA Project Officer for comment before release. The recipient shall make all final decisions on the product content.

2. Monthly Calls - The recipient shall consult with the EPA Project Officer on a monthly basis in order to obtain input on program activities and products produced. However, the recipient should make all final decisions on project implementation and product content. It is at the EPA Project Officer's discretion to determine any change to the

with which calls are held.

3. Prior Approval - Any proposed changes to the project must be submitted in writing to the EPA Project Officer for approval prior to implementation. The recipient incurs costs at its own risk if it fails to obtain written approval before implementing any changes.

**C. Post-Project Period Follow-up and Engagement**

For no less than one year after completion of the project, recipient agrees to periodically update its designated EPA Project Officer on current community-based and environmental justice work the recipient is performing and how/if that work relates to its now completed EJCPS project. These periodic updates may include (but are not limited to) recent local media reports, additional grant funding received, new initiatives, and developing partnerships. The EPA EJ Grants program is invested in the long-term success of each EJ Grant recipient and its long-term impact on addressing the disproportionate environmental and public health impacts plaguing their communities. These post-project period updates allow the EJ Grants program to provide past recipients with additional guidance about applicable funding opportunities, potential collaborations, and technical assistance that may assist recipients in their future work*. The periodic updates also allow the program to track best practices that lead to greater project sustainability and long-term community revitalization for impacted community residents. The frequency of these periodic updates will be at the discretion of the designated EPA Project Officer and will be discussed with the recipient before the end of the project period. Recipients are also encouraged to continue providing updates and engaging with their EPA Project Officers beyond the additional year after the end of the project.

*NOTE – Compliance with this term & condition will not give the recipient priority during future EPA EJ grant competitions and is not a guarantee for future EPA grant funding.

**D. Cybersecurity Condition**

**Cybersecurity Grant Condition for Other Recipients, Including Intertribal Consortia**

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

**E. Competency Policy**

**Competency of Organizations Generating Environmental Measurement Data**

In accordance with Agency Policy Directive Number FEM-2012-02, Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements,

Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process. A copy of the Policy is available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

**F. Procurement Terms and Conditions**

The recipient agrees to conduct all procurement actions under this assistance agreement in accordance with the procurement standards set forth in Title 2 CFR, Parts 200.317 through 200.327, 2 CFR Part 1500 and 40 CFR Part 33. EPA provides additional guidance on complying with these requirements in the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements which is available at https://www.epa.gov/grants/best-practice-guide-procuring-services-supplies-and-equipment-under-epa-assistance Any costs incurred by the recipient under contracts and/or small purchases that EPA determines to be in noncompliance with EPA procurement standards shall be unallowable for Federal reimbursement.

**G. Geospatial Data Standards**

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards. Information on these standards may be found at https://www.fgdc.gov/.

**H. EPASS Security**

In accordance with Homeland Security Presidential Directive-12 (HSPD-12), “Policy for a Common Identification Standard of Federal Employees and Contractors;” Executive Order 13467, "Reforming Processes Related to Suitability for Government Employment, Fitness for Contractor Employees, and Eligibility for Access to Classified National Security Information;" and Executive Order 13488, "Granting Reciprocity on Excepted Service and Federal Contractor Employee Fitness and Reinvestigating Individuals in Positions of Public Trust," the recipient agrees to follow instructions from the EPA project officer to ensure compliance with the EPA Personnel Access and Security System (EPASS).

Prior to beginning work at an EPA facility, the recipient, or its employees or program participants, must complete either:

A. A favorable fingerprint check for recipients (and their employees or program participants) who require six (6) months or less of unescorted physical access to EPA facilities; or
B. A favorable background investigation and fingerprint check for recipients (and their employees or program participants) who require more than six (6) months of unescorted physical access to EPA facilities.

Recipients, their employees, or program participants may not be permitted access to EPA facilities until meeting these requirements.

Recipients may initiate the appropriate check through the following link: https://cdx.epa.gov

Failure of a recipient, their employees, or program participants to receive a favorable fingerprint or background check, whichever is applicable, shall result in the termination of the recipient, the employees, or program participants from continued enrollment in the program.

**I. Quality Assurance**

Authority: Quality Assurance applies to all assistance agreements involving environmental information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient shall ensure that subawards involving environmental information issued under this agreement include appropriate quality requirements for the work. The recipient shall ensure sub-award recipients develop and implement [a/the] Quality Assurance (QA) planning document[s] in accordance with this term and condition; and/or ensure sub-award recipients implement all applicable approved QA planning documents.

**1. Quality Management Plan (QMP)**

a. Prior to beginning environmental information operations, the recipient must:

i. Develop a QMP,

ii. Prepare the QMP in accordance with the current version of EPA's Quality Management Plan (QMP) Standard. Submit the document for EPA review, and

iv. Obtain EPA Quality Assurance Manager or designee (hereafter referred to as QAM) approval.

b. The recipient must review their approved QMP at least annually. These documented reviews shall be made available to the sponsoring EPA organization if requested. When necessary, the recipient shall revise its QMP to incorporate minor changes and notify the EPA PO and QAM of the changes. If significant changes have been made to the Quality Program that affect the performance of environmental information operations, it may be necessary to re-submit the entire QMP for re-approval. In general, a copy of any QMP revision(s) made during the year should be submitted to the EPA PO and QAM in writing when such changes occur. Conditions requiring the revision and resubmittal of an approved QMP can be found in section 6 of EPA's Quality Management Plan (QMP) Standard.

d. The recipient must submit a QMP crosswalk with the QMP.

**2. Quality Assurance Project Plan (QAPP)**

a. Prior to beginning environmental information operations, the recipient must:

i. Develop a QAPP,

ii. Prepare QAPP in accordance with the current version of EPA's Quality Assurance Project Plan (QAPP) Standard,

iii. Submit the document for EPA review, and

iv. Obtain EPA Quality Assurance Manager or designee (hereafter referred to as QAM) approval.

**For Reference:**

• Quality Management Plan (QMP) Standard and EPA's Quality Assurance Project Plan (QAPP) Standard; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.

• EPA QA/G-5: *Guidance for Quality Assurance Project Plans*.

• (QAM and/or PO may insert QA references that inform or assist the recipient here).

• EPA's Quality Program website has a list of QA managers, and Non-EPA Organizations Quality Specifications.

• The Office of Grants and Debarment Implementation of Quality Assurance Requirements for Organizations Receiving EPA Financial Assistance.

**J. Use of Logos**

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that the [Insert Recipient or subrecipient NAME] received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy

**K. Paperwork Reduction Act**

**Recipient is planning to conduct a survey or other information collection of identical information from 10 or more parties but EPA will not sponsor the information collection for the purposes of OMB's Paperwork Reduction Act rules. EPA will not fund the design and administration of the information collection (e.g. survey) and will not be substantially involved in these activities which will be excluded from the scope of**

**work for the cooperative agreement.**

Notwithstanding any references to collection of information in the recipient's application or proposal for EPA funding, the scope of work for this cooperative agreement does not include a survey or other information collection of identical information from 10 or more parties. No EPA funds (directly paid by EPA or from the recipient's cost share) may be used for the design or administration of such an information collection, and EPA personnel may not participate in such activities. Reasonable costs for analyzing independently collected information and publishing the results of such information collections are allowable to the extent authorized in the EPA approved budget for this agreement.

**L. DURC/iDURC**

The recipient agrees to not initiate any life sciences research involving agents and toxins identified in Section 6.2.1 of the *United States Government Policy for Institutional Oversight of Life Sciences Dual Use Research of Concern* *(iDURC Policy)* until appropriate review and clearance by the recipient institution's Institutional Review Entity (IRE). The recipient also agrees to temporarily suspend life sciences research in the event that, during the course of the research project, the IRE determines that the life sciences research meets the definition of DURC in the iDURC Policy, and the recipient agrees to notify the EPA Institutional Contact for Dual Use Research (ICDUR) (DURC@epa.gov) of the institution's determination.

**M. Substantial Involvement**

EPA will be substantially involved in this agreement. Substantial involvement by the EPA Project Officer may include:

1.) monthly telephone calls and other monitoring,

2.) reviewing project phases and providing approval to continue to the next phase,

3.) reviewing and commenting on any documents, web content, or other materials developed under this agreement (the recipient will make final decisions on these matters),

4.) approving substantive terms included in contracts or subawards (EPA's Project Officer will not suggest, recommend or direct the recipient to select any particular contractor or subrecipient except to the extent permitted in Section 10 of EPA's Subaward Policy).

5.) reviewing and commenting on the programmatic progress reports

6) Consultation with EPA regarding the selection of key personnel (EPA's involvement is limited to reviewing the technical qualifications of key personnel and the recipient will make the final decisions on selection. EPA's Project Officer will not suggest, recommend or direct the recipient to select any individual).

7.) Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

**N. National Programmatic Term and Condition for Fellowship, Internship Programs and Similar Programs Supported by EPA Financial Assistance**

1. EPA funds for this program may only be used for participant support cost payments, scholarships, tuition remission and other forms of student aid for citizens of the United States, its territories, or possessions, or for individuals lawfully admitted to the United States for permanent residence.

2. The recipient and program participants are responsible for taxes, if any, on payments made to or on behalf of individuals participating in this program that are allowable as participant support costs under 2 CFR 200.1 or 2 CFR 200.456 and scholarships and other forms of student aid such as tuition remission under 2 CFR 200.466. EPA encourages recipients and program participants to consult their tax advisers, the U.S. Internal Revenue Service, or state and local tax authorities regarding the taxability of stipends, tuition remission and other payments. However, EPA does not provide advice on tax issues relating to these payments.

3. Participant support cost payments, scholarships, and other forms of student aid such as tuition remission are lower tiered covered Nonprocurement transactions for the purposes of 2 CFR 180.300 and EPA's Suspension and Debarment Term and Condition. Recipients, therefore, may not make participant support cost payments to individuals who are excluded from participation in Federal Nonprocurement programs under 2 CFR Part 180. Recipients are responsible for

checking the eligibility of program participants in the System for Award Management (SAM) or obtaining eligibility certifications from the program participants.

See EPA Guidance on Participant Support Costs.

# EXHIBIT 9

| U.S. ENVIRONMENTAL PROTECTION AGENCY<br>**Assistance Amendment** | GRANT NUMBER (FAIN): 03D03224<br>MODIFICATION NUMBER: 1<br>PROGRAM CODE: 51 | DATE OF AWARD<br>03/28/2025 |
|---|---|---|
| | TYPE OF ACTION<br>No Cost Amendment | MAILING DATE<br>03/28/2025 |
| | PAYMENT METHOD:<br>ASAP | ACH#<br>41248 |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |
| **RECIPIENT:** | **PAYEE:** |
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi<br>116 SUMMER LAKE DR<br>RIDGELAND, MS 39157-8630<br>**EIN:** 82-1087260 | 2C Mississippi:Towards sustainable, educated, and empowered Mississippi<br>116 Summerland Dr<br>Ridgeland, MS 39157 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Dominika Parry<br>116 Summer Lake Dr<br>RIDGELAND, MS 39157<br>**Email:** dominika.parry@2cmississippi.org<br>**Phone:** 601-709-9401 | Ferry AkbarBuchanan<br>61 Forsyth Street SW<br>Atlanta, GA 30303-8960<br>**Email:** AkbarBuchanan.Ferry@epa.gov<br>**Phone:** 404-562-9482 | Holley Taylor<br>Grants Management Section<br>61 Forysth St SW<br>Atlanta, GA 30303-8960<br>**Email:** Taylor.Holley@epa.gov<br>**Phone:** 404-562-8612 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| BUDGET PERIOD | PROJECT PERIOD | TOTAL BUDGET PERIOD COST | TOTAL PROJECT PERIOD COST |
|---|---|---|---|
| 03/01/2024 - 03/21/2025 | 03/01/2024 - 03/21/2025 | $ 500,000.00 | $ 500,000.00 |

## NOTICE OF AWARD

Based on your Application dated 04/13/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 500,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 4<br>61 Forsyth Street<br>Atlanta, GA 30303-8960 | U.S. EPA, Region 4, Community Health and Environmental Review Division<br>R4 - Region 4<br>61 Forsyth Street SW<br>Atlanta, GA 30303-8960 |

**THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY**

| Digital signature applied by EPA Award Official Shantel Shelmon - Grants Management Officer | DATE<br>03/28/2025 |
|---|---|

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 500,000 | $ 0 | $ 500,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contr bution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 500,000 | $ 0 | $ 500,000 |
| Allowable Project Cost | $ 1,000,000 | $ 0 | $ 1,000,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.306 - Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 235,400 |
| 2. Fringe Benefits | $ 0 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 2,810 |
| 6. Contractual | $ 330,000 |
| 7. Construction | $ 0 |
| 8. Other | $ 334,146 |
| 9. Total Direct Charges | $ 902,356 |
| 10. Indirect Costs: 10.00 % Base De minimus of Direct Costs | $ 97,644 |
| 11. Total (Share: Recipient 0.00 % Federal 100.00 %) | $ 1,000,000 |
| 12. Total Approved Assistance Amount | $ 1,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 500,000 |

## Administrative Conditions

The Following Administrative Conditions Is Added:

### B. UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

b. Explanations on why established outputs/outcomes were not met; and

c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

# Programmatic Conditions

All Programmatic Conditions Remain the Same

# EXHIBIT 10



OFFICE OF MISSION SUPPORT
WASHINGTON, D.C. 20460

March 28, 2025

**MEMORANDUM**

**SUBJECT:** Termination of EPA Assistance Agreement 51 03D03224 under 2 CFR 200.340

**FROM:** EPA Award Official SHANTEL SHELMON Digitally signed by SHANTEL SHELMON Date: 2025.03.28 14:26:30 -04'00'

**TO:** Dominika Parry, President / CEO
2CMississippi: Towards Sustainable, Educated and Empowered Mississippi

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 51-03D03224 awarded to 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi. This EPA Assistance Agreement is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)

- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:

- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO),Mcomber.Kevin@epa.gov, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, Shelmon.Shantel@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc:  Holley Taylor Grant Specialist
     Dominika Parry, President / CEO
     Ferry AkbarBuchanan, EPA Project Officer

# EXHIBIT 11

Re: Wrongful Termination of EPA Assistance Agreement #03D03224 under 2 CFR 200.340

Summarize this email

**Dominika Parry <dominika.parry@2cmississippi.org>** Fri, Mar 28, 6:54 PM

to Shantel, Mcomber.Kevin, Ferry, Kyle, Jacob, Taylor.Holley, holtzclaw.brian, Clark.Meredith

Dear Ms. Shelmon,

Pursuant to 2 CFR 1500.15, we are writing to provide notification to the EPA Dispute Decision Official of our dispute of the decision to terminate the subject award, as outlined in your letter of March 28th 2025. The EPA Action Official's letter [dated 3/28/25] indicates that this termination is due to the determination that "the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities."

Respectfully, we do not believe the reason given for terminating this grant is allowed under the terms and conditions of our grant or under existing law. Accordingly, we ask that the termination be promptly reversed and that our grant be immediately reinstated, for the following reasons:

**(1) Terminating this Grant Does Not Comply With Existing Regulations or Law.**

Section 2 CFR 200.340 lays out the circumstances under which federal awards can be terminated in part or in entirety. Termination is only permissible in circumstances of non-compliance with terms and conditions attached to the federal award (200.340(a)(1)); when mutually agreed upon ((a)(2)), by the recipient or subrecipient request, as long as such a request is accompanied by written notification and an explanation for termination ((a)(3)); or by the Federal agency or pass-through entity "***pursuant to the terms and conditions of the Federal award"*** including if the "award no longer effectuates the program goals or agency priorities." The first part of that provision is operative - that is, if the terms and

conditions do not contain mention of a particular rationale, it cannot be used as a reason for terminating an agreement.

The EPA terms and conditions, as of October 1, 2024, state that "EPA may terminate this award in part or its entirety" for the following reasons:

(a)  If a recipient or subrecipient fails to comply with the terms and conditions of the award, including statutory or regulatory requirements;

(b)  With the consent of the recipient when both the recipient and the EPA agree upon the termination conditions, which include the effective date and, in the case of partial termination, the portion to be terminated;

(c)  If a recipient sends the EPA a written notification of the reasons for such termination, the effective date, and in the case of partial termination, the portion to be terminated; however, if the EPA determines that the remaining portion of the Federal award will not accomplish the purposes for which the Federal award was made, the EPA may terminate the award in its entirety; or

(d)  Pursuant to the programmatic terms and conditions specified in the Federal award.

Indeed, EPA specifically removed any suggestion that the agency could unilaterally terminate an award based on a change in program priorities, as indicated in EPA's July 3, 2024, policy statement (89 FR 55262) regarding terminations based on changes in Agency priorities. As such, the language in the EPA general terms and conditions post October 1, 2024 clearly do NOT contemplate that the agency can terminate its grants because of a change in agency priorities, particularly one that has not been approved by Congress.

    a.  We have not failed to comply with the terms or conditions of this award. On the contrary, we have made every effort to comply with the terms of the award even in the face of extreme hardship caused by the agency's stop and start of our ASAP account. Over the past few months, the agency has paused access to our ASAP account (as of January 27th), reopened it again on February 7th, then closed it again on February 10th, re-opened on February 19th and suspended one more time on March 7th!

    b.  We have not mutually agreed to terminate this award, and indeed, we vehemently oppose the termination of this critical award that helps reduce air pollution,

increase water quality, and decrease energy costs and burdens for everyday Americans.

c. There has been no claim made that the grant will not accomplish the purposes for which it was made, which include providing technical assistance support to a wide variety of communities across the deep south.

d. The Programmatic Terms, as described above, do not allow termination based on policy whims of a new Administration that have not been approved by Congress.

Importantly, we note that this award was authorized by law, using funds appropriated by Congress to support a program identified in existing law. The grant was deemed consistent with agency requirements for performance of your statutory functions (evidenced by issuance of the award.) This includes compliance with the agency's stated objectives for prioritizing merit, fairness and excellence.

Furthermore, there has been no finding or concern raised on this award relative to fraud, waste or duplication. Congress has not passed any amendments or subsequent laws that would negate that authorization to distribute our legally-obligated funds and the termination provisions have not otherwise been triggered in this instance.

Indeed, 2C Mississippi's implementation of this grant directly implements the program goals as stated in 42 U.S.C. 7438 and the corresponding program guidance. There has been no updated program guidance to suggest otherwise, and the anti-DEI Executive Orders referenced above, cannot be used to justify terminating these legally-obligated funds without cause. Accordingly, we respectfully request that you immediately reinstate our grant to allow us to effectuate the program goals established and authorized by Congress in the Inflation Reduction Act to create Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program (CPS Program) under Clean Air Act (CAA) Section 138. **The agency has provided no justifiable cause for terminating a legally obligated grant that clearly implements the will and intent of Congress.**

2C Mississippi wants nothing more than to be able to work directly with you to implement the will of Congress and help hundreds of communities in Mississippi.

**(2) The Termination Letter Is Causing Irreparable Harm to Americans in Mississippi.**

Our award is continuing to produce key deliverables of value to the Trump Administration and the US more generally, including this Administration's stated priorities of protecting clean air and water, thereby reducing the cost of living.

To date, our grant has allowed us to provide necessary investment in support of critical flood controlling needs in Jackson, MS. Any further delays in reinstating our award will result in direct harm to residents in Jackson, MS.

Accordingly, we request that our grant be reinstated immediately to avoid further economic harm to American citizens **or we will take all actions available to us to find an adequate remedy in the courts.**

**As noted above, there are no authorizing statutes, regulations, terms, or policies that would support EPA's action to unilaterally terminate our award at this time. Accordingly, the remedy that we are requesting is for EPA to immediately reinstate our grant to ensure timely distribution of Congressionally-authorized funds.** Please note that in the event our request for immediate revocation of the termination is denied, we reserve the right to submit claims under 2 CFR 200.305(b)(6) and 2 CFR 200.343 for allowable costs incurred by grant #03D03224.

In particular, note that a unilateral termination based on changes in EPA priorities does not, and indeed legally cannot, establish a finding that we have failed to comply with the terms of the grant #03D03224.

If you are unable to immediately grant our requested remedy, we demand that you direct EPA's Action Official to provide in writing a response citing the specific agency statute or regulation that would justify such a termination, and provide clear evidence showing the ways in which our current award is inconsistent with such statute or regulation.

Finally, if we do not receive a reply within 10 days or our grant is not reinstated within that same timeframe, **we will be taking action to pursue all remedies available to us in a court of law since we will have exhausted all meaningful administrative remedies**.

We will take the course of action necessary to prevent irreparable and continuing harm to our employees, contractors, subrecipients, program beneficiaries, and the communities we serve. We would be happy to answer any questions you may have about this letter or our program. The PI Dr. Dominika Parry, can be contacted at dominika.parry@2cmississippi.org.

Very truly yours,

Dominika Parry

--

**Dominika Parry, PhD**

*Founding President/CEO*

*2C Mississippi*

*(601) 709-9401*

# EXHIBIT 12

Supporting Exhibits to EPA's Formal

Response Were Removed



**REGION 4**
ATLANTA, GA 30303

MEMORANDUM

| | |
|---|---|
| Date: | May 30, 2025 |
| To: | Kevin J. McOmber, PE |
| | Regional Administrator/Dispute Decision Official, U.S. EPA - Region 4 |
| From: | Shantel Shelmon, Grants Management Officer, Grants and Acquisition Management Branch/OMS/ EPA Action Official |
| Subject: | Agency Response to 2C Mississippi: Towards Sustainable, Educated and Empowered Mississippi Termination Dispute |

**Introduction**

In response to 2C Mississippi: Towards Sustainable, Educated and Empowered Mississippi (2C Mississippi) dispute challenging the Agency's termination of Assistance Agreement 51-03D03224, dated August 1, 2024, and submitted by Dr. Dominika Parry, its Founding President and CEO, on March 28, 2025, and at the direction of the Dispute Decision Official (DDO), the Environmental Protection Agency (EPA or Agency) and the Mission Support Division, timely submit this response.

As discussed in more detail below, EPA respectfully requests the DDO uphold and affirm its termination of 2C Mississippi's assistance agreement (also referred to as grant or award). 2C Mississippi disputed the Agency decision, dated March 28, 2025, to terminate the Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program (EJCPS) grant awarded to 2C Mississippi. EPA's grant, in the amount of $500,000, to 2C Mississippi, with an effective date of August 1, 2024, was for the purpose of replacing several abandoned properties, considered blight in West Jackson, MS, with a system of microparks, and designing green infrastructure to mitigate flooding at Jim Hill High Schools. The General Terms and Conditions applicable to 2C Mississippi's grant have an effective date of October 1, 2023, and include the below outlined termination provision. The Agency terminated the award on the grounds that the award no longer effectuates the program goals or agency priorities. Specifically, the Agency's termination memo stated the grant "provides funding for programs that promote initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing [its] statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States." The

termination concluded that the grant was therefore inconsistent with, and no longer effectuated, Agency priorities.

**Summary**

In response to the Agency's termination memo, 2C Mississippi contends the Agency's unilateral termination of its award does not comply with existing regulations or laws and has caused and is continuing to cause, irreparable harm to Americans in Mississippi.

**Background and Facts**

In January 2025, and in accordance with the priorities of the new Administration, the EPA announced its commitment to ensuring taxpayer dollars would be expended to achieve EPA's core mission of protecting human health and the environment. To ensure the accountability and responsible stewardship of taxpayer dollars, EPA's Office of Mission Support immediately began limiting activity on grant awards and actions so programmatic and priority alignment determinations could be made by the new administration. According to the Declaration of Daniel Coogan, the Deputy Assistant Administrator for EPA's Infrastructure and Extramural Resources in the Office of Mission Support, as part of the transition between Presidential Administrations, the ". . . [Agency] leadership conducted an individualized, grant-by-grant review to determine which grants should continue, which should be modified, and which should be terminated based on alignment with Administration priorities or the purposes for which the Federal award was made. EPA began this process for the Administration in January 2025. . . . [and according to Mr. Coogan, the review resulted in] decisions to terminate tranches of IRA grants." See Ex. 1 Declaration of Daniel Coogan submitted in the matter of *Woonasquatucket River Watershed Council et al v. U.S. Dep't of Agriculture,* Doc 51-1, Case 1:25-cv-00097-MSM-PAS at 1 (Apr. 23, 2025).

To remain consistent with the new Administration's and agency priorities, on March 20, 2025, Melissa Wise, Director of EPA's Office of Grants and Debarment in the Office of Mission Support, informed the Region 4 Director of Mission Support Division, Kristy Eubanks, and the Grants Management Officer (GMO), Shantel Shelmon, that the grant awarded to 2C Mississippi along with others was identified and cleared for termination. See, Exhibit 2, Wise email dated March 20, 2025. Based on instructions received from Ms. Wise, Region 4 began the grant termination process to include termination of 2C Mississippi's grant.

**Agency Decision Does Not Comply with Existing Regulations or Laws**

In its dispute, 2C Mississippi states the Agency Decision to unilaterally terminate the grant award is impermissible under the terms and conditions of its grant and refers to EPA's terms and conditions dated October 1, 2024, as the basis of its argument. According to 2C Mississippi's Cooperative Agreement, dated August 1, 2024, the applicable general terms and conditions are those dated October 1, 2023, not October 2024. The terms and conditions dated October 1, 2024, do not automatically apply to 2C Mississippi's grant and would only be

applicable if there was a specific grant amendment noting this change in the Assistance Amendment. No such amendment occurred in this instance.

Accordingly, 2C Mississippi's Cooperative Agreement states the recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2023-or-later. The termination provision that applies to this grant is specified in paragraph 3, titled Termination. Specifically, on page 2 it provides:

Consistent with 2 C.F.R. Section 200.340, EPA may unilaterally terminate this award in whole or in part: if the award no longer effectuates the program goals or agency priorities. Situations in which EPA may terminate an award under this provision include when EPA determines that the objectives of the award are no longer consistent with funding priorities for achieving program goals. EPA's leadership conducted "an individualized, grant-by-grant review" and determined that 2C Mississippi's grant did not align with Administration priorities or the purposes for which the Federal award was made. Based on the Agency's review as set-forth in Mr. Coogan's declaration, the grant was appropriately terminated in accordance with its general terms and conditions. See Ex. 1 Coogan Declaration.

Additionally, 2 C.F. R. Section 200.341(a) requires the Federal agency to provide written notice of termination that includes the reasons for termination, the effective date, and the portion of the Federal award to be terminated, if applicable, to the recipient. The Agency's termination memo complied with the unilateral termination provisions and notice requirements in accordance with EPA regulations and the applicable Terms and Conditions. Accordingly, EPA acted within its scope of authority, and appropriately terminated an award that it deemed no longer effectuated either program goals or agency priorities.

**Agency's Decision is Causing Irreparable Harm to Americans in Mississippi**

Finally, 2C Mississippi contends the Agency's termination has caused and is continuing to cause irreparable harm to Americans in Mississippi. 2C Mississippi states its project continues to produce key deliverables of value including protecting clean air and water, thereby reducing the cost of living. 2C Mississippi also states that, through the grant, it has provided necessary investment in support of critical flood controlling needs in Jackson, MS. 2C Mississippi neither specifies what project activities support the above-identified key deliverables nor explains what irreparable harm has resulted from the Agency's termination of its grant. 2C Mississippi does not provide any evidence to support this contention.

**Agency Response to DDO**

The DDO requested EPA Region 4 submit all documents it wants to have considered relevant to this dispute. EPA Region 4 submits:

- Exhibit 1 – Daniel Coogan's Declaration, dated April 23, 2023

- Exhibit 2 – Email from Melissa Wise, dated March 20, 2025, Subject: Please Resume: Grant Cancellations/Terminations
- Exhibit 3 – Complete Award Package for Assistance Agreement No. 51-03D03224

**Conclusion**

To remain consistent with Administrator Zeldin's Powering the Great American Comeback initiative for the EPA, the grant to 2C Mississippi was unilaterally terminated as permitted in its general terms and conditions. Based on the foregoing and attachments, the Agency requests the DDO affirm its termination of the grant awarded to 2C Mississippi: Towards Sustainable, Educated and Empowered Mississippi.

Respectfully submitted,

SHANTEL SHELMON
Digitally signed by SHANTEL SHELMON
Date: 2025.05.30 17:33:15 -04'00'

Shantel Shelmon
Grants Management Officer
Grants Management Section
Grants and Acquisition Management Branch
Mission Support Division
Agency Representative

Attachments