# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APPALACHIAN VOICES, et al., <br><br> *Plaintiffs, on behalf of themselves and all others similarly situated*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> *Defendants*. | Civil Action No. 1:25-cv-01982-PLF |

## <u>DECLARATION OF TILLY CHANG</u>
## <u>(TREASURE ISLAND MOBILITY MANAGEMENT AGENCY)</u>

I, Tilly Chang, declare as follows:

1.      I am the Executive Director of the Treasure Island Mobility Management Agency ("TIMMA") and the Executive Director of the San Francisco County Transportation Authority ("SFCTA"). The following facts are known to me personally, and if called as a witness, I would testify to them competently.

2.      I have been the Executive Director of TIMMA since 2014. I have been the Executive Director of SFCTA since 2013 and was SFCTA's Deputy Director for Planning from 2003 to September 2013. Previously, I worked at the World Bank, the Metropolitan Transportation Commission, and a wireless technology startup. I have an M.S. in Transportation from the Massachusetts Institute of Technology and a B.A. from the University of California, Berkeley.

3.      SFCTA is a transportation agency that plans, funds, and delivers transportation projects to improve travel choices for residents, commuters, and voters throughout San Francisco. It is a separate legal entity from the City and County of San Francisco.

4.      Pursuant to State law, in 2014, the San Francisco Board of Supervisors designated SFCTA as the agency to act as the Treasure Island Mobility Management Agency ("TIMMA"). TIMMA is a transportation agency that is responsible for developing and implementing the Treasure Island Transportation Program, a comprehensive transportation program for Treasure Island, defined also to include Yerba Buena Island. Treasure Island and Yerba Buena Island are islands located within the City and County of San Francisco. TIMMA is a separate legal entity from SFCTA and from the City and County of San Francisco. The San Francisco Board of Supervisors acts as the Treasure Island Mobility Management Agency Board. As Executive Director of SFCTA, I am also the Executive Director of TIMMA.

5.      Treasure Island is a 390-acre man-made island in the San Francisco Bay, and

Yerba Buena Island is a natural island connected to Treasure Island. As part of the

redevelopment plan for Treasure Island, a former U.S. Naval Base, the Treasure Island

neighborhood will grow by approximately 8,000 homes—27% of them offered at below-market

rates—housing more than 20,000 new residents by 2042. This will result in tens of thousands of

additional trips to and from the island each day.

6.      Treasure Island currently has approximately 2,000 residents. It is one of San

Francisco's lowest income neighborhoods, with 42.1% of its residents below the federal poverty

level, as well as one of San Francisco's most racially and ethnically diverse neighborhoods. A

critical challenge facing Treasure Island residents is the lack of affordable and environmentally

clean transportation options. More than two-thirds of residents do not have access to a vehicle for

off-island trips. The only public transportation option on Treasure Island is a Muni bus that has

one stop in downtown San Francisco. There is also a privately operated diesel ferry service to

San Francisco that is open to the public. There is a bike/pedestrian path on the east span of the

Bay Bridge, but no bus service or any other public transportation option between Treasure Island

and the East Bay cities of Berkeley and Oakland. Treasure Island residents are also challenged

by poor air quality resulting from living adjacent to the Bay Bridge, which carries 260,000

vehicles per day. Treasure Island has a pollution score higher than that of 85-90% of all census

tracts in California.

7.      In May 2024, TIMMA applied for a grant through the U.S. Environmental

Protection Agency's ("EPA") Community Change Grant Program to fund a project called

Treasure Island Connects ("TI Connects"). As described in the grant proposal, TI Connects will

benefit disadvantaged communities living on Treasure Island by expanding clean public

3

transportation resources serving the area, reducing exposure to harmful pollutants and promoting equitable access to education, employment, and health facilities. TI Connects comprises six complementary projects: (1) a microtransit pilot connecting Treasure Island residents to key resources on mainland San Francisco; (2) a community circulator shuttle providing Treasure Island residents improved access to more locations on Treasure Island and Yerba Buena Island; (3) enhancements to the existing Muni bus service and the purchase of an additional Battery Electric Bus for use on the Muni line; (4) electric ferry charging infrastructure to support conversion to zero-emission ferry service; (5) implementation of bikeshare on Treasure Island; and (6) a Transportation Resource Center to provide high quality jobs, training and affordable transit planning for low-income Treasure Island residents. TI Connects was developed from a community-based planning process in partnership with One Treasure Island ("One TI"), a local nonprofit community-based organization.

8.      On November 25, 2024, TIMMA was awarded a $19,965,495 grant for the three-year project period January 1, 2025 to December 31, 2027. A true and correct copy of the Grant Agreement is attached as Exhibit A.

9.      As set forth in the Grant Agreement, TIMMA's "statutory partner" under the grant is One TI. Under the Grant Agreement, One TI is to lead the community engagement work. It will also implement the workforce development components of the initiative and will be the implementing agency for the Transportation Resource Center.

10.      The Grant Agreement also provides that TIMMA will subcontract with other public agencies on the project funded by the grant. Under the Grant Agreement, the San Francisco Municipal Transportation Agency ("SFMTA"), a constituent department of the City and County of San Francisco, will be responsible for implementing the enhanced Muni Fixed

4

Route Service, including procuring an additional (electric) bus, evaluating ridership, and evaluating performance trends. The San Francisco Bay Area Water Emergency Transportation Authority ("WETA") will be responsible for implementing the electric ferry charging infrastructure, including procuring a qualified contractor, constructing terminal electrification, and evaluating operating impacts.

11.    In January 2025, TIMMA began work under the grant, including drafting subaward agreements.

12.    On January 28, 2025, however, the EPA notified TIMMA that the grant was "paused." Due to the uncertainty around the funding, TIMMA slowed its work on the project, and did not send out subaward agreements to its partners. TIMMA learned in February 2025 that the online funding portal for the grant was accessible.

13.    On May 1, 2025, however, the EPA informed TIMMA by email that the grant was terminated "effective immediately." True and correct copies of the Termination Memorandum and Assistance Amendment are attached as Exhibit B.

14.    The loss of this funding has been devastating. Without this federal grant funding, key transportation service improvements for Treasure Island may be significantly delayed, curtailed or not implemented at all, leaving residents without access to sufficient transportation and making development of additional housing more challenging. Without the clean transportation improvements from this project, TIMMA will be less able to avoid harmful tailpipe emissions from motor vehicles and ferry vessels, impacting Treasure Island's residents.

15.    This project is very important to TIMMA, its partners, and the Treasure Island community. TIMMA is currently evaluating whether it might be able to implement certain aspects of the proposed project, including the on-island shuttle and bikeshare programs, and has

begun exploring alternative funding opportunities. One TI has a small amount of private philanthropic funding to develop the Transportation Resource Center, and TIMMA is exploring whether it can leverage that private funding to obtain additional funding for that component of the project. That said, TIMMA has not yet identified any viable alternative funding sources. Moreover, these fundraising efforts take time and resources away from other projects. TIMMA's annual budget includes only confirmed funding, and now that this grant has been terminated, TIMMA does not have any funds in its proposed budget for the upcoming fiscal year (starting on July 1, 2025) for this project.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of June, 2025 in San Francisco, California.

_Tilly Chang_
Tilly Chang

# EXHIBIT A

5F - 97T24301 - 0    Page 1

| | | GRANT NUMBER (FAIN): 97T24301 | |
|---|---|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** **Grant Agreement** | | MODIFICATION NUMBER: 0 | **DATE OF AWARD** 11/25/2024 |
| | | PROGRAM CODE: 5F | |
| | | **TYPE OF ACTION** New | **MAILING DATE** 11/29/2024 |
| | | **PAYMENT METHOD:** ASAP | **ACH#** |

| **RECIPIENT TYPE:** Special District | **Send Payment Request to:** Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:** | **PAYEE:** |
| TREASURE ISLAND MOBILITY MANAGEMENT AGENCY 1455 Market Street, 22nd Floor San Francisco, CA 94103 EIN: 82-1020880 | TREASURE ISLAND MOBILITY MANAGEMENT AGENCY 1455 Market Street, 22nd Floor San Francisco, CA 94103 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Lily Yu 1455 Market Street, 22nd Floor San Francisco, CA 94103 **Email:** lily.yu@sfcta.org **Phone:** | Emily Pimentel 75 Hawthorne Street, CED-1 San Francisco, CA 94105 **Email:** pimentel.emily@epa.gov **Phone:** 415-972-3326 | Mackenzie Whitby Grants Branch, MSD-6-1 75 Hawthorne Street San Francisco, CA 94105 **Email:** Whitby.Mackenzie@epa.gov **Phone:** 415-972-3615 |

**PROJECT TITLE AND DESCRIPTION**

Inflation Reduction Act – Environmental and Climate Justice

See Attachment 1 for project description.

| **BUDGET PERIOD** 01/01/2025 - 12/31/2027 | **PROJECT PERIOD** 01/01/2025 - 12/31/2027 | **TOTAL BUDGET PERIOD COST** $ 19,965,495.00 | **TOTAL PROJECT PERIOD COST** $ 19,965,495.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 05/22/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 19,965,495.00. EPA agrees to cost-share 100.0% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 19,965,495.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 9, U.S. EPA, Region 9 Grants Branch, MSD-6 75 Hawthorne Street San Francisco, CA 94105 | U.S. EPA, Region 9, Environmental Justice, Community Engagement, and Environmental Review Division, CED-1 R9 - Region 9 75 Hawthorne Street San Francisco, CA 94105 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official Carolyn Truong - Grants Management Officer | **DATE** 11/25/2024 |

5F - 97T24301 - 0    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 0 | $ 19,965,495 | $ 19,965,495 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 0 | $ 19,965,495 | $ 19,965,495 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.616 - Environmental and Climate Justice Block Grant Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 25125WB033 | 2226 | BSF5 | WF | 000W57XK1 | 4140 | - | - | $ 19,965,495 |
| | | | | | | | | | $ 19,965,495 |

5F - 97T24301 - 0     Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 424,835 |
| 2. Fringe Benefits | $ 214,244 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 0 |
| 6. Contractual | $ 8,485,940 |
| 7. Construction | $ 0 |
| 8. Other | $ 10,452,683 |
| 9. Total Direct Charges | $ 19,577,702 |
| 10. Indirect Costs: 0.00 % Base | $ 387,793 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 19,965,495 |
| 12. Total Approved Assistance Amount | $ 19,965,495 |
| 13. Program Income | $ 150,000 |
| 14. Total EPA Amount Awarded This Action | $ 19,965,495 |
| 15. Total EPA Amount Awarded To Date | $ 19,965,495 |

# Attachment 1 - Project Description

This agreement provides funding under the Inflation Reduction Act (IRA) to Treasure Island Mobility Management Agency (TIMMA). Specifically, the project will Treasure Island Connects will further benefit disadvantaged communities living on Treasure Island by expanding clean public transportation resources serving the area, thereby reducing exposure to harmful pollutants and promoting equitable access to education, employment, and health facilities. TI Connects comprises six complementary projects: 1) A microtransit pilot connecting TI residents to key resources on mainland San Francisco; 2) A community circulator shuttle providing TI residents improved access to more locations on TI and YBI; 3) enhancements to the existing Muni bus service; 4) electric ferry charging infrastructure to support conversion to zero-emission ferry service; 5) implementation of bikeshare on TI; and 6) a Transportation Resource Center to provide high quality jobs, training and affordable transit planning for low-income TI residents.

This assistance agreement provides full federal funding in the amount of $19,965,495. See terms and conditions.The activities to be performed comprise six complementary projects: 1) A microtransit pilot connecting TI residents to key resources on mainland San Francisco; 2) A community circulator shuttle providing TI residents improved access to more locations on TI and YBI; 3) enhancements to the existing Muni bus service; 4) electric ferry charging infrastructure to support conversion to zero-emission ferry service; 5) implementation of bikeshare on TI; and 6) a Transportation Resource Center to provide high quality jobs, training and affordable transit planning for low-income TI residents.

TI Connects comprises six complementary projects: 1) A microtransit pilot connecting TI residents to key resources on mainland San Francisco; 2) A community circulator shuttle providing TI residents improved access to more locations on TI and YBI; 3) enhancements to the existing Muni bus service; 4) electric ferry charging infrastructure to support conversion to zero-emission ferry service; 5) implementation of bikeshare on TI; and 6) a Transportation Resource Center to provide high quality jobs, training and affordable transit planning for low-income TI residents. TI Connects will result in GHG reduction, improved accessibility to resources by low-income TI residents, and quality employment opportunities for low-income residents as a result of mode shifts away from driving personal vehicles through implementation of six complementary, multimodal projects.

The intended beneficiaries are disadvantaged communities.

One Treasure Island (One TI), a Community Based Organization (CBO), is the Statutory Partner. One TI will lead the community engagement work, including convening the TI Connects Work Group (see Community Engagement Plan). One TI will also implement the workforce development components of the initiative and will be the implementing agency for Project 6 – the Transportation Resource Center.

The San Francisco Municipal Transportation Agency (SFMTA): SFMTA is the agency responsible for providing transit service throughout San Francisco, including TI. SFMTA will be responsible for implementing Project 3: Enhanced MUNI Fixed Route Service, including procuring additional bus, evaluating ridership, and evaluating performance trends.

San Francisco Bay Area Water Emergency Transportation Authority (WETA): responsible for and for implementing Project 4: Electric Ferry Charging Infrastructure, including procuring a qualified contractor, constructing terminal electrification, and evaluating operating impacts.

# Administrative Conditions

## General Terms and Conditions

The recipient agrees to comply with the current Environmental Protection Agency (EPA) general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2024-or-later

These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

## A. Federal Financial Reporting (FFR)

For awards with cumulative project and budget periods greater than 12 months, the recipient will submit an annual FFR (SF 425) covering the period from the project/budget period start date to **September 30** of each calendar year to the EPA Finance Center in Research Triangle Park, NC.  The annual FFR will be submitted electronically to rtpfc-grants@epa.gov no later than **December 30** of the same calendar year. Find additional information at https://www.epa.gov/financial/grants.  (Per 2 CFR § 200.344(b), the recipient must submit the Final FFR to rtpfc-grants@epa.gov within 120 days after the end of the project period.)

## B. Procurement

The recipient will ensure all procurement transactions will be conducted in a manner providing full and open competition consistent with 2 CFR § 200.319. In accordance with 2 CFR § 200.324, the recipient and subawardee(s) must perform a cost or price analysis in connection with applicable procurement actions, including contract modifications. *State and Tribal government entities must follow procurement standards as outlined in 2 CFR § 200.317.*

## C. MBE/WBE Reporting, 40 CFR, Part 33, Subpart E (EPA Form 5700-52A)

The recipient agrees to submit a "MBE/WBE Utilization Under Federal Grants and Cooperative Agreements" report (EPA Form 5700-52A) annually for the duration of the project period. The current EPA Form 5700-52A with instructions is located at https://www.epa.gov/grants/epa-grantee-forms

This provision represents an approved exception from the MBE/WBE reporting requirements as described in 40 CFR Section 33.502.

Reporting is required for assistance agreements where funds are budgeted for procuring construction, equipment, services and supplies (including funds budgeted for direct procurement by the recipient or procurement under subawards or loans in the "Other" category) with a cumulative total that exceed the **Simplified Acquisition Threshold (SAT) currently set at $250,000** (the dollar threshold will be automatically revised whenever the SAT is adjusted; See 2 CFR Section 200.1), including amendments and/or modifications. All procurement actions are reportable when reporting is required, not just the portion which exceeds the SAT.

Recipients with expended and/or budgeted funds for procurement are required to report annually whether the planned procurements take place during the reporting period or not. If no budgeted procurements take place during the reporting period, the recipient should check the box in section 4A when completing the form.

When completing the annual report, recipients are instructed to check the box titled "annual" in section 1B of the form. For the final report, recipients are instructed to check the box indicated for the "Final Report (project completed)" in section 1B of the form.

The annual reports are due by October 30th of each calendar year and the final report is due within 120 days after the end of the project period, whichever comes first.  The recipient will submit the MBE/WBE report(s) and/or questions to GrantsRegion9@epa.gov and the EPA Grants Specialist identified on page 1 of the award document.

## D.  Subaward(s)

The recipient's approved budget includes subaward(s). As applicable, the recipient will comply with the General Term and Condition on reporting of first tier subawards to www.fsrs.gov per "Reporting Subawards and Executive Compensation" requirement.

## E.  New Recipient Training Requirement

The recipient agrees to complete the EPA Grants Management Training for Applicants and Recipients and the How to Develop a Budget training within 90 calendar days of the date of award of this agreement. The recipient must notify the EPA Grant Specialist via email when the required training is complete. For additional information on this training requirement, the recipient should refer to RAIN-2024-G01.

The recipient is precluded from drawing down funds under this assistance agreement until such time the recipient receives from EPA written confirmation of completing the required online courses. Please note, any costs incurred prior to receiving EPA confirmation are at Treasure Island Mobility Management Agency's own risk. If Treasure Island Mobility Management Agency fails to respond or is unable to satisfactorily address all identified deficiencies within 90 days of the award date of this assistance agreement or within any extension of time granted by EPA, the agreement may be terminated.  Noncompliance with this term and condition may result in adverse action by EPA per 2 CFR § 200.339.

5F - 97T24301 - 0     Page 7

## Programmatic Conditions

The recipient agrees to comply with the current EPA Community Change Grants Programmatic Terms and Conditions, available at: https://www.epa.gov/inflation-reduction-act/epa-community-change-grants-program-terms-and-conditions.

These terms and conditions are in addition to the General Terms and Conditions, additional programmatic terms and conditions, and the administrative terms and conditions included in the EPA award document.

** END OF DOCUMENT **

# EXHIBIT B



## OFFICE OF MISSION SUPPORT

WASHINGTON, D.C. 20460

May 1, 2025

**MEMORANDUM**

**SUBJECT:**     Termination of EPA Assistance Agreement No. 5F-97T24301-1 under 2 CFR 200.340

**FROM:**         EPA Award Official

**TO:**            Tilly Chang, Executive Director
                  Treasure Island Mobility Management Agency

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 5F-97T24301-1 awarded to Treasure Island Mobility Management Agency. This EPA Assistance Agreement is terminated effective immediately on the grounds that the remaining portion of the Federal award will not accomplish the EPA funding priorities for achieving program goals. The objectives of the award are no longer consistent with EPA funding priorities.

The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a):
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully

review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), Josh F.W. Cook, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO at grantsregion9@epa.gov , with a copy to the EPA Award Official, mendiola.angela@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

Cc:     Lily Yu, Finance Manager
        Elizabeth Plascencia, EPA Project Officer
        Mackenzie Whitby, EPA Grant Specialist

5F - 97T24301 - 1    Page 1

| | **U.S. ENVIRONMENTAL PROTECTION AGENCY** <br><br> **Assistance Amendment** | **GRANT NUMBER (FAIN):** 97T24301 <br> **MODIFICATION NUMBER:** 1 <br> **PROGRAM CODE:** 5F | **DATE OF AWARD** <br> 05/01/2025 |
|---|---|---|---|
| | | **TYPE OF ACTION** <br> No Cost Amendment | **MAILING DATE** <br> 05/01/2025 |
| | | **PAYMENT METHOD:** <br> ASAP | **ACH#** <br> 91015 |

| **RECIPIENT TYPE:** <br> Special District | **Send Payment Request to:** <br> Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:** | **PAYEE:** |
| TREASURE ISLAND MOBILITY MANAGEMENT AGENCY <br> 1455 Market Street, 22nd Floor <br> San Francisco, CA 94103 <br> EIN:  82-1020880 | TREASURE ISLAND MOBILITY MANAGEMENT AGENCY <br> 1455 Market Street, 22nd Floor <br> San Francisco, CA 94103 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Lily Yu <br> 1455 Market Street, 22nd Floor <br> San Francisco, CA 94103 <br> **Email:** lily.yu@sfcta.org <br> **Phone:** 415-522-4811 | Elizabeth Plascencia <br> 75 Hawthorne Street, CED-4-1 <br> San Francisco, CA 94105 <br> **Email:** Plascencia.Z@epa.gov <br> **Phone:** 415-972-3792 | Mackenzie Whitby <br> Grants Branch, MSD-6 <br> 75 Hawthorne Street <br> San Francisco, CA 94105 <br> **Email:** Whitby.Mackenzie@epa.gov <br> **Phone:** 415-972-3615 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Inflation Reduction Act – Environmental and Climate Justice

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| **BUDGET PERIOD** <br> 01/01/2025 - 05/01/2025 | **PROJECT PERIOD** <br> 01/01/2025 - 05/01/2025 | **TOTAL BUDGET PERIOD COST** <br> $ 19,965,495.00 | **TOTAL PROJECT PERIOD COST** <br> $ 19,965,495.00 |
|---|---|---|---|

# NOTICE OF AWARD

Based on your Application dated 05/21/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 19,965,495.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 9, U.S. EPA, Region 9 Grants Branch, MSD-6 <br> 75 Hawthorne Street <br> San Francisco, CA 94105 | U.S. EPA, Region 9, Environmental Justice, Community Engagement and Environmental Review, CED-1 <br> R9 - Region 9 <br> 75 Hawthorne Street <br> San Francisco, CA 94105 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official Angela Mendiola - Acting Grants Management Officer | **DATE** <br> 05/01/2025 |

5F - 97T24301 - 1     Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| **EPA Amount This Action** | $ 19,965,495 | $ 0 | $ 19,965,495 |
| **EPA In-Kind Amount** | $ 0 | $ 0 | $ 0 |
| **Unexpended Prior Year Balance** | $ 0 | $ 0 | $ 0 |
| **Other Federal Funds** | $ 0 | $ 0 | $ 0 |
| **Recipient Contribution** | $ 0 | $ 0 | $ 0 |
| **State Contribution** | $ 0 | $ 0 | $ 0 |
| **Local Contribution** | $ 0 | $ 0 | $ 0 |
| **Other Contribution** | $ 0 | $ 0 | $ 0 |
| **Allowable Project Cost** | $ 19,965,495 | $ 0 | $ 19,965,495 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.616 - Environmental and Climate Justice Block Grant Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

5F - 97T24301 - 1     Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 424,835 |
| 2. Fringe Benefits | $ 214,244 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 0 |
| 6. Contractual | $ 8,485,940 |
| 7. Construction | $ 0 |
| 8. Other | $ 10,452,683 |
| 9. Total Direct Charges | $ 19,577,702 |
| 10. Indirect Costs: 0.00 % Base : see General T/C | $ 387,793 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 19,965,495 |
| 12. Total Approved Assistance Amount | $ 19,965,495 |
| 13. Program Income | $ 150,000 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 19,965,495 |

# Administrative Conditions

## UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

   a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

   b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

   c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect.  The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

   a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

   b. Explanations on why established outputs/outcomes were not met; and

   c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

   a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

   b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

## Programmatic Conditions

END-OF-DOCUMENT