# EXHIBIT MM

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APPALACHIAN VOICES, et al., | |
| *Plaintiffs, on behalf of themselves and all others similarly situated*, | |
| v. | Civil Action No. 1:25-cv-01982-PLF |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| *Defendants*. | |

**<u>DECLARATION OF TYRONE JUE</u>**
**<u>(CITY AND COUNTY OF SAN FRANCISCO)</u>**

1

I, Tyrone Jue, declare as follows:

1.      I am the Director of the San Francisco Department of the Environment ("SF Environment"), a constituent department of the City and County of San Francisco ("San Francisco"). The following facts are known to me personally, and if called as a witness, I would testify to them competently.

2.      I have been the Director of SF Environment since July 2023, and served as the Acting Director since April 2022. Before joining SF Environment, I held various positions in the past five San Francisco mayoral administrations, working on environmental and public health issues. I also have extensive experience in the water and energy utility space, working at the San Francisco Public Utilities Commission. I have a B.S. in Cell Biology and a B.A. in Psychology from the University of California, Davis.

3.      SF Environment advances climate protection and enhances quality of life for all San Franciscans. As Director, I lead San Francisco's efforts to advance climate action, environmental justice, and sustainability policies. I oversee a team of nearly 100 people who work on key issues such as clean energy, clean air, zero waste, clean transportation, toxics reduction, and biodiversity. I am also responsible for developing and implementing the City's ambitious 2021 Climate Action Plan, which aims to reach net-zero carbon emissions by 2040.

4.      In April 2023, SF Environment applied for San Francisco to receive a $1 million grant through the U.S. Environmental Protection Agency's ("EPA") Environmental Justice Government-to-Government Program ("EJG2G"). San Francisco is home to several communities that suffer greater environmental burdens than other neighborhoods in the city. San Francisco's Environmental Justice ("EJ") communities are designated geographic areas that have the highest pollution and are predominantly low-income. The project outlined in the grant application is to

engage San Francisco's EJ communities to recommend and implement community-led climate action and use this engagement to inform ongoing implementation of San Francisco's Climate Action Plan. The project goals are to increase EJ communities' capacity to understand and act on climate change, improve government response and services, and ultimately improve health outcomes and reduce greenhouse gas emissions in EJ communities. The grant activities include workshops, listening sessions, development of community engagement tools, and resources for the implementation of community-led climate justice projects. Prior to applying for this funding, in keeping with our commitment to bring resources into communities and ensure that use of the resources for climate action is community driven, SF Environment held a listening session with 19 participants from community-based organizations.

5.      On November 1, 2023, SF Environment was notified by the EPA that San Francisco was selected for an award, and was connected with an EPA project officer to schedule a "workplan negotiation call within the coming weeks." SF Environment staff actively engaged with the project officer and project support staff, and spent significant time over the subsequent seven months on negotiations with the EPA to finalize the proposed project and grant contract.

6.      On June 21, 2024, SF Environment received a notice of award of a $1 million grant to San Francisco for a three-year project period. A true and correct copy of the Cooperative Agreement is attached as Exhibit A.

7.      SF Environment subsequently began work on the project, the first part of which was focused on planning. As set forth in the grant application, $580,000 was committed to go to community partners: $250,000 was for environmental and climate justice grants to community-based organizations, another $200,000 was to go to subrecipients (including for coordinating listening sessions, community outreach, and stipends for participation to improve communication

3

and collaboration among participants), and another $130,000 was for providing building decarbonization incentives for low-income San Francisco renters (for installation of equipment such as induction stoves or electric water heaters) to be distributed to SF residents through a community partner.

8.      SF Environment prepared a subcontract with our statutory partner identified in the grant application, Bayview Hunters Point Community Advocates. We also prepared, issued, and reviewed responses to a Request for Proposals for community-based organizations to provide culturally competent outreach and education to EJ communities, including conducting a listening session in Spanish and a listening session in Chinese (Cantonese).

9.      SF Environment was ready to move from the planning phase to the execution phase when we received notification in late January 2025 that the grant funding was "paused." At that time, SF Environment's G2G grant was not accessible in EPA's Automated Standard Application for Payments ("ASAP") system, which is the electronic system that EPA grantees use to request and receive funds under EPA grants. Due to the uncertainty about the funding, we paused work under the grant. We did not execute the subcontract with Bayview Hunters Point Community Advocates or award subgrants in response to the RFP for outreach and community education.

10.     In late February 2025, SF Environment was once again able to access the grant in the EPA's ASAP system, and successfully requested reimbursement for work completed through December 31, 2024.

11.     On March 21, 2025, however, SF Environment received a notice from the U.S. EPA stating that the grant was terminated "effective immediately." True and correct copies of the Memorandum and Assistance Amendment are attached as Exhibit B.

4

12.     The loss of this funding has had a significant harmful impact. Without this federal funding, we will not be able to accomplish most of the goals of the project, and as a result, we will be serving fewer people in San Francisco's EJ communities. A key aspect of this project is partnering with and providing funding to community-based organizations to serve our mutual goals of reducing greenhouse gas emissions and indoor pollution in EJ communities. SF Environment deeply values our community partners, and we spend a lot of time working to build relationships with them. But we will no longer be able to move forward with the intended subcontract with Bayview Hunters Point Community Advocates or award smaller subgrants and stipends to other community-based organizations for their work. Without this funding, San Francisco will miss out on valuable community input that we want and need in order to implement our Climate Action Plan. In addition, we will not be able to provide the anticipated financial incentives to low-income households in San Francisco to switch from gas to electric heat pump water heaters. We also anticipate being unable to move forward with other activities under the grant, for example, conducting a Health Impact Assessment that would inform government decision-making on public health and climate policy.

13.     We are still in the process of evaluating what aspects of the project we might still be able to do without the federal funding, though at a significantly stripped-down level. For example, SF Environment held an Environmental Justice Workshop for the Climate Action Plan in May 2025, but it was a much smaller event than originally planned due to the termination of federal funding. We had some volunteer assistance from community-based organizations, but we were unable to pay community-based organizations to do outreach and to host the event as planned under the grant. We held an Environmental Justice leaders group meeting on June 11, 2025, after having spent more than 40 hours of staff time interviewing more than 20 community

leaders in preparation, but we were unable to pay stipends to the leaders for their participation as planned under the grant. We are still planning to host workshops in Spanish and Cantonese in June 2025, but again, those will be smaller than originally anticipated under the grant, because we will not be able to pay community-based organizations to work with us on outreach and to host the events.

14.     To date, SF Environment has drawn down $43,924.93 and currently has unreimbursed expenses of $39,651.38 from January 1, 2025 to March 21, 2025. From March 21, 2025 to May 23, 2025, SF Environment has incurred at least $18,742.25 in expenses that would otherwise be reimbursable under the grant. And SF Environment continues to incur expenses that would otherwise be reimbursable under the grant.

15.     We are looking for other funding opportunities for the project that was funded by the G2G grant, but we have not identified viable alternative sources of funding.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13th day of June, 2025 in San Francisco, California.

Tyrone Jue

# EXHIBIT A

5C - 98T89601 - 0    Page 1

| | U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>**Cooperative Agreement** | **GRANT NUMBER (FAIN):** 98T89601<br>**MODIFICATION NUMBER:** 0<br>**PROGRAM CODE:** 5C | **DATE OF AWARD**<br>06/21/2024 |
|---|---|---|---|
| | | **TYPE OF ACTION**<br>New | **MAILING DATE**<br>06/26/2024 |
| | | **PAYMENT METHOD:**<br>ASAP | **ACH#**<br>90147 |

| **RECIPIENT TYPE:**<br>County | **Send Payment Request to:**<br>Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:** | **PAYEE:** |
| CITY AND COUNTY OF SAN FRANCISCO<br>1 DR. CARLTON B. GOODLETT PL<br>SAN FRANCISCO, CA 94102-4694<br>EIN:  94-6000417 | CITY AND COUNTY OF SAN FRANCISCO<br>1 DR. CARLTON B. GOODLETT PL<br>ROOM 300<br>SAN FRANCISCO, CA 94102-4694 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Raymond Manion<br>1 Dr. Carlton B Goodlett Place<br>San Francisco, CA 94102-4694<br>**Email:**  Raymond.manion@sfgov.org<br>**Phone:** 415-355-3719 | Hannah Donart<br>1200 Pennsylvania Ave NW, WJC Building North, 1402 V<br>Washington, DC 20460<br>**Email:** Donart.Hannah@epa.gov<br>**Phone:** 202-564-0067 | Danielle Tucker<br>Grants Branch, MSD-6<br>75 Hawthorne Street<br>San Francisco, CA 94105<br>**Email:**  Tucker.Danielle.E@epa.gov<br>**Phone:** 415-972-3871 |

**PROJECT TITLE AND DESCRIPTION**

Inflation Reduction Act – Environmental Justice Government-To-Government (EJG2G) Program

See Attachment 1 for project description.

| **BUDGET PERIOD**<br>07/01/2024 - 06/30/2027 | **PROJECT PERIOD**<br>07/01/2024 - 06/30/2027 | **TOTAL BUDGET PERIOD COST**<br>$ 1,000,000.00 | **TOTAL PROJECT PERIOD COST**<br>$ 1,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 04/14/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 1,000,000.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 1,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 9, U.S. EPA, Region 9 Grants Branch, MSD-6<br>75 Hawthorne Street<br>San Francisco, CA 94105 | U.S. EPA, Region 9, Environmental Justice, Community Engagement, and Environmental Review Division, EJCEERD-1<br>R9 - Region 9<br>75 Hawthorne Street<br>San Francisco, CA 94105 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official Carolyn Truong - Grants Management Officer | **DATE**<br>06/21/2024 |

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 0 | $ 1,000,000 | $ 1,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contr bution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 0 | $ 1,000,000 | $ 1,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.312 - Environmental Justice Government-to-Government (EJG2G) Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 24124WB115 | 2226 | BSF5 | WF | 000W57XK1 | 4183 | - | - | $ 1,000,000 |
| | | | | | | | | | $ 1,000,000 |

5C - 98T89601 - 0     Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 260,210 |
| 2. Fringe Benefits | $ 102,987 |
| 3. Travel | $ 4,700 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 1,000 |
| 6. Contractual | $ 9,782 |
| 7. Construction | $ 0 |
| 8. Other | $ 585,000 |
| 9. Total Direct Charges | $ 963,679 |
| 10. Indirect Costs: 0.00 % Base See terms and conditions | $ 36,321 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 1,000,000 |
| 12. Total Approved Assistance Amount | $ 1,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 1,000,000 |
| 15. Total EPA Amount Awarded To Date | $ 1,000,000 |

## Attachment 1 - Project Description

This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to San Francisco Environment Department (SFE) to address indoor and outdoor air quality and concerns. This project will engage San Francisco's communities with environmental justice (EJ) communities to recommend and implement community-led climate action and use this engagement to inform ongoing implementation of the city's Climate Action Plan (CAP). Program goals are to increase EJ communities' capacity to understand and act on climate change, improve government response and services, and ultimately improve health outcomes and reduce greenhouse gas (GHG) emissions in EJ communities. Specifically, the recipient will 1) Bring communities with EJ concerns together to identify climate action solutions and priorities appropriate to their communities; Provide grants and incentives to community based organizations (CBOs) and small businesses that serve EJ communities to implement climate justice projects and support their climate action; Host a participatory Health Impact Assessment (HIA) workshop focusing on the health effects of climate change and discuss incorporating these impacts into a future update of the City's Racial and Social Equity Assessment Tool (RSEAT) to ensure they provide equitable benefits, avoid unintended consequences, and advance citywide racial, social, and health equity goals; Assess the City's Racial and Social Equity Assessment Tool's inclusion of components of the HIA and use the tool to assess future policies and projects to ensure they provide equitable benefits, avoid unintended consequences, and advance citywide racial, social, and health equity goals; Engage and educate stakeholders on health and equity impacts of climate change and provide tools and technical assistance to mitigate climate change; and use community-driven solutions to inform and guide implementation of the City's EJ Framework and updates to the General Plan.

This cooperative agreement provides full federal funding in the amount of $1,000,000.00. See terms and conditions.

Supporting activities include workshops, listening sessions, and community engagement tools.The activities are driven by 7 objectives comprised of the following activities.

Objective 1 is to ensure that investment outlined in the General Plan and California Action Plan reflect communities with EJ concerns and improve outcomes for black, indigenous, people of color (BIPOC) and low-income communities. The project activities under objective one include conducting a series of listening sessions to understand residents' challenges and barriers related to climate action and use this to inform the City's General Plan. These listening sessions will be held between October 2024 and March 2025.

Objective 2 includes conducting a Rapid Health Impact Assessment (HIA) to inform decision making in climate policy and updates to the health section of the City's Racial and Social Equity Assessment Tool (RSEAT) to ultimately improve health outcomes for residents of EJ communities. Specifically, this project activity includes selecting a climate-related policy or program on which to conduct rapid HIA. SFE in partnership with CBOs and the community will decide on the scope of the assessment, including data to present to the community, affected groups/populations to include at the workshop, likely areas of health consequences and activities to conduct the assessment and recommendation phases at a community workshop. Use the RSEAT to support the assessment. Organizers will develop an event invitation ensuring objectives and outcomes and develop pre-survey; conduct the rapid HIA workshop focused on assessment and recommendation portion of HIA; post-meeting follow-up to capture stakeholder input on the assessment and recommendations; and revise existing the RSEAT based on findings and understand how the tool can support monitoring and evaluating on the HIA.

Objective 3 is to increase capacity of CBOs to engage in climate and EJ work, access resources and improve communication and collaboration between stakeholders across neighborhoods with EJ concerns. Project activities include working with the community to launch a working group of EJ community leaders by way of hosting quarterly meetings. The quarterly meeting will start in October of 2024 and go through September of 2026. Objective 3 also includes developing and distributing environmental and climate justice grants based on review of feedback from March 2023 EJ Listening session to understand community needs around climate justice grants. In addition, objective 3 activities will include conducting capacity building workshops to help CBOs understand IRA tax credits and financial incentives and how to access these.

Objective 4 is focused on increasing equitable access to electrification to ultimately improve air quality and reduce health disparities for residents living in communities with EJ concerns, such as reduction in asthma. Project activities under this objective include Distribute incentives for building electrification in these communities. SFE will partner with the Climate Equity Hub to develop electrification incentive initiatives for low-income households. They will conduct outreach and education to connect residents and small businesses to Hub incentives. They will also develop an RPF to contract with an electrification assessment company to distribute the incentives.

Objective 5 includes understanding whether project activities are achieving objectives above. The main project activity here is to develop a Performance Measurement Plan for EPA G2G grant by collecting and analyzing information on the evaluation processes to conduct an overall assessment of process and impacts with the intent of refining the process/program as needed.

Objective 6 sets out to increase communities with EJ concerns' understanding of the impacts of climate change, as well as potential mechanisms and resources for mitigating these impacts. The project activity is comprised of community education/outreach on climate change and health. Specifically, it includes 1) identifying the target audience, hone decision space, determine roles, partners, and speakers; 2) Developing an agenda, content for workshop, as well as planning for working with a facilitator; 3) ensuring continuity and effectiveness when presenting information and leading discussions; 4) developing event invitation ensuring objectives and outcomes and develop pre-survey; 5) determining labor hours for supporting community partners; 6) ensuring day of event flow and day of event staff for workshop; 7) hosting an educational workshop and disseminate post-survey; and 8) Post-meeting follow-up to capture key themes, feedback, conversations, and next steps.

Finally, objective 7 of the project intends to disseminate lessons learned to support a goal of improving government operations and provide better services to communities with EJ concerns. This portion of project activity includes creating a dissemination plan by way of identifying best practices and lessons learned, creating presentations for partners, city agencies and others on promoting awareness of climate change, health, and racial equity, and scheduling presentations on the project to at least three partner networks (USDN, C40 Cities, Green Cities CA, CRRA, etc.)

Deliverables of Objective 1 include 3 listening sessions, including Spanish and Chinese in-language session.

Outcomes of objective 1 include stakeholder feedback incorporated into the Climate Action Plan implementation and General Plan updates.

The intended beneficiaries of Objective are communities in San Francisco with EJ concerns. These listening sessions will better inform policy makers on the impacts of the Climate Action Plan (CAP) on

communities with EJ concerns and will assist in updating the General Plan to better serve these communities.

Deliverables included a completed workshop to inform climate policy and updated the City's Racial and Social Equity Assessment Tool (RSEAT).

Outcomes of Objective 2 will be to better inform climate policy and updates to the City's Racial and Social Equity Assessment Tool (RSEAT).

The intended beneficiaries of Objective 2 communities in San Francisco with EJ Concerns. This workshop and update to the City's Racial and Social Equity Assessment Tool (RSEAT) will inform San Francisco policy makers who in turn will be able to better assess policy effectiveness to determine whether it improves environmental health protections for communities with EJ concerns.

Deliverables of Objective 3 include: 1) A support system to enhance EJ and community-based activities; 2) 3-7 projects funded for activities such as urban greening, building decarbonization, workforce development, and youth empowerment in EJ neighborhoods; and 3) at least one annual grantee convening. Deliverables of Objective 3 also include one capacity building workshop for CBOs serving neighborhoods with EJ concerns which is scheduled for April 2026.

Outcomes of Objective 3 are building community capacity to better support climate mitigation activities and reduce burdens in communities in San Francisco with EJ concerns.

The intended beneficiaries of Objective 4 include communities in San Francisco with EJ concerns in San Francisco.

Deliverables of Objective 4 include 10 – 20 incentives distributed to install electric equipment in homes or small businesses serving in communities with EJ concerns.

Outcomes of Objective 4 are to increase incentives utilized to decarbonize homes and small businesses in communities with EJ concerns.

The intended beneficiaries of Objective 4 are households and small businesses in communities with EJ concerns in San Francisco.

Deliverables of Objective 5 are a Performance Measurement Plan for EPA G2G grant and overall project assessment.

Outcomes of Objective 5 are an assessment of the impact of the overall project to determine its effectiveness in reducing the burden on communities in San Francisco with EJ concerns.

The intended beneficiaries of Objective 5 are communities in San Francisco with EJ concerns. This assessment will inform SFE and other stakeholders in San Francisco in order for them to better serve these communities with EJ concerns.

Deliverables of Objective 6 include one educational workshop for 50-100 people to educate and engage and showcase community-led climate and EJ projects. This is tentatively scheduled for October 2025 and will include a final report on the educational workshop. All activities included in this project will support this objective.

Outcomes of Objective 6 are to amplify and support increased knowledge base on community-led climate and EJ projects.

The intended beneficiaries of Objective 6 include communities with EJ concerns in San Francisco.

Deliverables of Objective 7 include the further development of environmental justice best practices as examples for other municipalities to learn from and adopt San Francisco's model for addressing climate and EJ issues with community-led solutions.

Outcomes of Objective 7 are to share climate and EJ community-led solutions with other disproportionately impacted communities outside of San Francisco.

The intended beneficiaries of Objective 7 include communities with EJ concerns in other municipalities.

CBO Grant Subrecipients (up to five CBOs) will go towards coordinating listening sessions, community outreach, advising on grantmaking ($192,000) providing incentives and stipends ($40/hr benchmark x estimated number of hours involved for approximately 150 @ $6000), and $2000 for incentives that CBOs will provide to constituents such as public transportation cards, water bottles, reuseable bag, reuseable food containers.

Community EJ Grants to CBOs will include $25K – $75K each for 3 - 7 grants totaling $250,000 through RFP process.

# Administrative Conditions

## General Terms and Conditions

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2023-or-later.

 These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.


## A.  Federal Financial Reporting (FFR)

For awards with cumulative project and budget periods greater than 12 months, the recipient will submit an annual FFR (SF 425) covering the period from "project/budget period start date" to **June 30** of each calendar year to the EPA Finance Center in Research Triangle Park, NC.  The annual FFR will be submitted electronically to rtpfc-grants@epa.gov no later than **September 30** of the same calendar year. Find additional information at https://www.epa.gov/financial/grants. (NOTE: The grantee must submit the Final FFR to rtpfc-grants@epa.gov within 120 days after the end of the project period.)

## B.  Procurement

The recipient will ensure all procurement transactions will be conducted in a manner providing full and open competition consistent with 2 CFR Part 200.319.  In accordance with 2 CFR Part 200.324, the grantee and subgrantee(s) must perform a cost or price analysis in connection with applicable procurement actions, including contract modifications.

*State recipients must follow procurement procedures as outlined in 2 CFR Part 200.317.*

## C. Subaward(s)

The recipient's approved budget includes subaward(s). As applicable, the recipient will comply with the General Term and Condition on reporting of first tier subawards to www.fsrs.gov per "Reporting Subawards and Executive Compensation" requirement.

# Programmatic Conditions

**Environmental Justice Government to Government (EJG2G) Cooperative Agreement Terms and Conditions (Updated 01/17/2024)**

**a. PERFORMANCE REPORTING AND FINAL PERFORMANCE REPORT**

**Performance Reports – Content**

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas:  1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) other pertinent information, including, when appropriate, analysis and explanation of cost overruns or high unit costs. This description may include overall best practices and/or lessons learned over the project performance period, and attachments and links for materials that may be helpful to other Environmental Grants recipients or similar organizations (e.g., tip sheets, "how-to" sheets, communication materials, outreach materials, web tools, etc).

These reports shall cover work status, work progress, difficulties encountered, preliminary data results and a statement of activity anticipated during the subsequent reporting period, including a description of equipment, techniques, and materials to be used or evaluated. A discussion of expenditures along with a comparison of the percentage of the project completed to the project schedule and an explanation of significant discrepancies shall be included in the report. The report shall also include any changes of key personnel concerned with the project.

Additionally, the recipient agrees to inform EPA as soon as problems, delays, or adverse conditions which will materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan are known.

**Performance Reports - Frequency**

The recipient agrees to submit semi-**annual** performance reports electronically to the EPA Project Officer within 30 days after the reporting period (every three- or six-month period). The reporting periods are January 30 and July 30 of the three consecutive years.

The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance. The final report shall document project activities over the entire project period.

**Subaward Performance Reporting**

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(d). Examples of items that must be reported if the pass-through entity has the information available are:

1. Summaries of results of reviews of financial and programmatic reports.

2. Summaries of findings from site visits and/or desk reviews to ensure effective subrecipient performance.

3. Environmental results the subrecipient achieved.

4. Summaries of audit findings and related pass-through entity management decisions.

5. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332 (e), 2 CFR 200.208 and the 2 CFR Part 200.339 Remedies for Noncompliance.

### b. EJ Grantee Workshops (Virtual and/or In-Person)

All EJG2G recipients will be required to attend at least one EJ Grantee training workshop hosted by your EPA Region. These trainings will assist all current EPA EJ grant recipients with strategic planning and project management of their grants and/or cooperative agreements, as well as afford recipients opportunities to learn from their peers and other experts. Recipients will need to identify at least one authorized official to participate. Virtual workshops will utilize webinar technology that can be accessed via personal computer. A conference call line will be available for any recipient who doesn't have the technical capability (i.e. slow internet connection) to access the webinar. Your EPA Project Officer will keep you informed of the dates of the workshops. Each EPA Regional Office will tailor their workshop agenda to the environmental needs and priorities of workshop participants and local communities in the region. Workshops may include a mix of current and former EJ grant recipients, local community stakeholders, other EPA and federal program personnel, and other attendees. Workshop attendees will come together to provide perspective, insight, and lessons learned regarding environmental justice issues plaguing their communities and ways to address them. Recipients will need to identify at least one authorized official to participate. Recipients are permitted to use awarded funds to pay for travel to the workshops.

### c. Review and Oversight

1. Products - The recipient agrees that any product (e.g., publication, outreach materials, training manuals) produced through this assistance agreement and made available for public view must be first reviewed by the EPA Project Officer for comment before release. The recipient shall make all final decisions on the product content.

2. Monthly Calls - The recipient shall consult with the EPA Project Officer on a monthly basis in order to obtain input on program activities and products produced. However, the recipient should make all final decisions on project implementation and product content. It is at the EPA Project Officer's discretion to determine any change to the frequency with which calls are held.

3. Prior Approval - Any proposed changes to the project must be submitted in writing to the EPA Project Officer for approval prior to implementation. The recipient incurs costs at its own risk if it fails to obtain written approval before implementing any changes.

### d. Post-Project Period Follow-up and Engagement

For no less than one year after completion of the project, recipient agrees to periodically update its designated EPA Project Officer on current community-based and environmental justice work the recipient is performing and how/if that work relates to its now completed EJG2G project. These periodic updates may include (but are not limited to) recent local media reports, additional grant funding received, new initiatives, and developing partnerships. The EPA EJ Grants program is invested in the long-term success of each EJ Grant recipient and its long-term impact on addressing the disproportionate environmental and public health impacts plaguing their communities. These post-project period updates allow the EJ Grants program to provide past recipients with additional guidance about applicable funding opportunities, potential collaborations, and technical assistance that may assist recipients in their future work*. The periodic updates also allow the program to track best practices that lead to greater project sustainability and long-term community revitalization for impacted community residents. The frequency of these periodic updates will be at the discretion of the designated EPA Project Officer and will be discussed with the recipient before the end of the project period. Recipients are also encouraged to continue providing updates and engaging with their EPA Project Officers beyond the additional year after the end of the project.

*NOTE – Compliance with this term & condition will not give the recipient priority during future EPA EJ grant competitions and is not a guarantee for future EPA grant funding.

### e.  Cybersecurity Condition

Cybersecurity Grant Condition for Other Recipients, Including Intertribal Consortia

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient willbe in compliance withthis condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

**f. Payment to Consultants**

Consultant Cap as of January 1, 2023 - $88.22/hour, $705.77/day

Consultant Cap EPA participation in the salary rate (excluding overhead) paid to individual consultants retained by recipients or by a recipient's contractors or subcontractors shall be limited to the maximum daily rate for a Level IV of the Executive Schedule, available at: https://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/, to be adjusted annually. This limit applies to consultation services of designated individuals with specialized skills who are paid at a daily or hourly rate. This rate does not include transportation and subsistence costs for travel performed (the recipient will pay these in accordance with their normal travel reimbursement practices).

Information on how to calculate the maximum daily rate and the daily pay limitation is available at the Office Of Personnel Management's Fact Sheet: How to Compute Rates of Pay and Fact Sheet: Expert and Consultant Pay. Specifically, to determine the maximum daily rate, follow these steps: 1. Divide the Level IV salary by 2087 to determine the hourly rate. Rates must be rounded to the nearest cent, counting one-half cent and over as the next higher cent (e.g., round $18.845 to $18.85). 2. Multiply the hourly rate by 8 hours. The product is the maximum daily rate.  Contracts and subcontracts with firms for services that are awarded using the procurement requirements in Subpart D of 2 CFR Part 200 are not affected by this limitation unless the terms of the contract provide the recipient with responsibility for the selection, direction and control of the individuals who will be providing services under the contract at an hourly or daily rate of compensation. See 2 CFR 1500.10.

**g.  Competency Policy**

**Competency of Organizations Generating Environmental Measurement Data**

In accordance with Agency Policy Directive Number FEM-2012-02, Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements,

Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process.  A copy of the Policy is available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

## h. Procurement Terms and Conditions

The recipient agrees to conduct all procurement actions under this assistance agreement in accordance with the procurement standards set forth in Title 2 CFR, Parts 200.317 through 200.327, 2 CFR Part 1500 and 40 CFR Part 33.  EPA provides additional guidance on complying with these requirements in the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements which is available at https://www.epa.gov/grants/best-practice-guide-procuring-services-supplies-and-equipment-under-epa-assistance  Any costs incurred by the recipient under contracts and/or small purchases that EPA determines to be in noncompliance with EPA procurement standards shall be unallowable for Federal reimbursement.

## i. SIGNAGE REQUIRED (BIL and IRA) - Investing in America Signage Required Term and Condition (Updated May 11, 2023)

### 1. Signage Requirements

a. Investing in America Emblem: The recipient will ensure that a sign is placed at construction sites supported in whole or in part by this award displaying the official Investing in America emblem and must identify the project as a "project funded by President Biden's Bipartisan Infrastructure Law" or "project funded by President Biden's Inflation Reduction Act" as applicable. The sign must be placed at construction sites in an easily visible location that can be directly linked to the work taking place and must be maintained in good condition throughout the construction period.

The recipient will ensure compliance with the guidelines and design specifications provided by EPA for using the official Investing in America emblem available at: https://www.epa.gov/invest/investing-america-signage.

b. Procuring Signs: Consistent with section 6002 of RCRA, 42 U.S.C. 6962, and 2 CFR 200.323, recipients are encouraged to use recycled or recovered materials when procuring signs. Signage costs are considered an allowable cost under this assistance agreement provided that the costs associated with signage are reasonable. Additionally, to increase public awareness of projects serving communities where English is not the predominant language, recipients are encouraged to translate the language on signs (excluding the official Investing in America emblem or EPA logo or seal) into the appropriate non-English language(s). The costs of such translation are allowable, provided the costs are reasonable.

### 2. Public or Media Events

EPA encourages the recipient to notify the EPA Project Officer listed in this award document of public or media events publicizing the accomplishment of significant events related to construction projects as a result of this agreement and provide the opportunity for attendance and participation by federal representatives with at least ten (10) working days' notice.

## j. Geospatial Data Standards

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards.  Information on these standards may be found at https://www.fgdc.gov/.

## k. EPASS Security

In accordance with Homeland Security Presidential Directive-12 (HSPD-12), "Policy for a Common Identification Standard of Federal Employees and Contractors;" Executive Order 13467, "Reforming Processes Related to Suitability for Government Employment, Fitness for Contractor Employees, and Eligibility for Access to Classified National Security Information;" and Executive Order 13488, "Granting Reciprocity on Excepted Service and Federal Contractor Employee Fitness and Reinvestigating Individuals in Positions of Public Trust," the recipient agrees to follow instructions from the EPA project officer to ensure compliance with the EPA Personnel Access and Security System (EPASS).

Prior to beginning work at an EPA facility, the recipient, or its employees or program participants, must complete either:

A. A favorable fingerprint check for recipients (and their employees or program participants) who require six (6) months or less of unescorted physical access to EPA facilities; or
B. A favorable background investigation and fingerprint check for recipients (and their employees or program participants) who require more than six (6) months of unescorted physical access to EPA facilities.

Recipients, their employees, or program participants may not be permitted access to EPA facilities until meeting these requirements.

Recipients may initiate the appropriate check through the following link: https://cdx.epa.gov

Failure of a recipient, their employees, or program participants to receive a favorable fingerprint or background check, whichever is applicable, shall result in the termination of the recipient, the employees, or program participants from continued enrollment in the program.

## I. Quality Assurance

Authority: Quality Assurance applies to all assistance agreements involving environmental information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient shall ensure that subawards involving environmental information issued under this agreement include appropriate quality requirements for the work. The recipient shall ensure sub-award recipients develop and implement [a/the] Quality Assurance (QA) planning document[s] in accordance with this term and condition; and/or ensure sub-award recipients implement all applicable approved QA planning documents.

## 2. Quality Assurance Project Plan (QAPP)

a. Prior to beginning environmental information operations, the recipient must:

i. Develop a QAPP,

ii. Prepare QAPP in accordance with the current version of EPA's Quality Assurance Project Plan (QAPP) Standard,

iii. Submit the document for EPA review, and

iv. Obtain EPA Quality Assurance Manager or designee (hereafter referred to as QAM) approval.

## For Reference:

• Quality Management Plan (QMP) Standard and EPA's Quality Assurance Project Plan (QAPP) Standard; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.

• EPA QA/G-5: *Guidance for Quality Assurance Project Plans*.

• (QAM and/or PO may insert QA references that inform or assist the recipient here).

• EPA's Quality Program website has a list of QA managers, and Non-EPA Organizations Quality Specifications.

• The Office of Grants and Debarment Implementation of Quality Assurance Requirements for Organizations Receiving EPA Financial Assistance.

**m.  Use of Logos**

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that the San Francisco Environment Department (SFE) received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy

**n.  Paperwork Reduction Act**

The scope of work for this cooperative agreement includes a survey or other information collection of identical information from 10 or more parties.  As provided by 5 CFR 1320.3(d), EPA is a sponsor of the information collection for purposes of obtaining approval from the Office of Management and Budget for collecting information.  The recipient agrees to assist EPA in complying with OMB procedures at 5 CFR Part 1320 for obtaining Information Collection Request authorization.  The recipient may not collect information until EPA obtains OMB approval.

**o. DURC/iDURC**

The recipient agrees to not initiate any life sciences research involving agents and toxins identified in Section 6.2.1 of the United States Government Policy for Institutional Oversight of Life Sciences Dual Use Research of Concern (iDURCPolicy) until appropriate review and clearance by the recipient institution's Institutional Review Entity (IRE). The recipient also agrees to temporarily suspend life sciences research in the event that, during the course of the research project, the IRE determines that the life sciences research meets the definition of DURC in the iDURCPolicy, and the recipient agrees to notify the EPA Institutional Contact for Dual Use Research (ICDUR) (DURC@epa.gov) of the institution's determination.

**p.  Substantial Involvement**

EPA will be substantially involved in this agreement. Substantial involvement by the EPA Project Officer may include:

1. monthly telephone calls and other monitoring,

2. reviewing project phases and providing approval to continue to the next phase,

3. reviewing and commenting on any documents, web content, or other materials developed under this agreement (the recipient will make final decisions on these matters),

4. approving substantive terms included in contracts or subawards (EPA's Project Officer will not suggest, recommend or direct the recipient to select any particular contractor or subrecipient except to the extent permitted in Section 10 of EPA's Subaward Policy).

5. reviewing and commenting on the programmatic progress reports

6. Consultation with EPA regarding the selection of key personnel (EPA's involvement is limited to reviewing the technical qualifications of key personnel and the recipient will make the final decisions on selection.  EPA's Project Officer will not suggest, recommend or direct the recipient to select any individual).

7. Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

**q.  National Programmatic Term and Condition for Fellowship, Internship Programs and Similar Programs Supported by EPA Financial Assistance**

1. EPA funds for this program may only be used for participant support cost payments, scholarships, tuition remission and other forms of student aid for citizens of the United States, its territories, or possessions, or for individuals lawfully admitted to the United States for permanent residence.

2. The recipient and program participants are responsible for taxes, if any, on payments made to or on behalf of individuals participating in this program that are allowable as participant support costs under 2 CFR 200.1 or 2 CFR 200.456 and scholarships and other forms of student aid such as tuition remission under 2 CFR 200.466. EPA encourages recipients and program participants to consult their tax advisers, the U.S. Internal Revenue Service, or state and local tax authorities regarding the taxability of stipends, tuition remission and other payments. However, EPA does not provide advice on tax issues relating to these payments.

3. Participant support cost payments, scholarships, and other forms of student aid such as tuition remission are lower tiered covered Nonprocurement transactions for the purposes of 2 CFR 180.300 and EPA's Suspension and Debarment Term and Condition. Recipients, therefore, may not make participant support cost payments to individuals who are excluded from participation in Federal Nonprocurement programs under 2 CFR Part 180. Recipients are responsible for checking the eligibility of program participants in the System for Award Management (SAM) or obtaining eligibility certifications from the program participants.

See EPA Guidance on Participant Support Costs

**r. Conditional Award—Execution of Subaward to Implement Qualifying Community-based Nonprofit Organization (CBO) Partnership Agreement**

In order to demonstrate eligibility for EPA's Environmental Justice Government-to-Government (EJG2) Program, San Francisco Environment Department submitted a Partnership Agreement to EPA that did not include a binding subaward agreement between the recipient and Bayview Hunters Point Community Advocates (BVHPCA), San Francisco Public Libraries, and the San Francisco Planning Department due to the recipient's local policies and laws that restrict the recipient from entering into subaward agreements prior to receipt of a Notice of Award. The recipient may not draw down funds for this award until the subaward with the subrecipient is executed through a written subaward agreement that is consistent with the requirements in 2 CFR 200.332(a). The recipient may refer to Appendix D of the EPA Subaward Policy for additional guidance. Once the subaward agreement with the subrecipient is executed and submitted to EPA's Project Officer, the EPA Grants Management Officer or the EPA Award Official will issue written notification that this condition has been satisfied and that the recipient is authorized to draw down EJG2G funds in accordance with the standards described in the EPA General Term and Condition Automated Standard Application Payments (ASAP) and Proper Payment Draw Down.

**END-OF-DOCUMENT**

# EXHIBIT B



# OFFICE OF MISSION SUPPORT
## WASHINGTON, D.C. 20460

March 21, 2025

**MEMORANDUM**

**SUBJECT:**    Termination of EPA Assistance Agreement 5C-98T89601-1 under 2 CFR 200.340

**FROM:**       EPA Award Official

**TO:**         Tyrone Jue, Director
                City and County of San Francisco


The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 5C-98T89601-1 awarded to City and County of San Francisco. This EPA Assistance Agreement is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), Drake.Kerry@epa.gov, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, Mendiola.Angela@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc:  Danielle Tucker, EPA Grant Specialist
     Elizabeth Plascencia, EPA Project Officer
     Jesus Lozano, Program Manager

5C - 98T89601 - 1    Page 1

| | | |
|---|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY**<br><br>**Assistance Amendment** | **GRANT NUMBER (FAIN):** 98T89601<br>**MODIFICATION NUMBER:** 1<br>**PROGRAM CODE:** 5C | **DATE OF AWARD** 03/21/2025 |
| | **TYPE OF ACTION**<br>No Cost Amendment | **MAILING DATE** 03/21/2025 |
| | **PAYMENT METHOD:**<br>ASAP | **ACH#** 90147 |

| | |
|---|---|
| **RECIPIENT TYPE:**<br>County | **Send Payment Request to:**<br>Contact EPA RTPFC at: rtpfc-grants@epa.gov |
| **RECIPIENT:** | **PAYEE:** |
| CITY AND COUNTY OF SAN FRANCISCO<br>1 DR. CARLTON B. GOODLETT PL<br>ROOM 300<br>SAN FRANCISCO, CA 94102-4694<br>EIN:  94-6000417 | CITY AND COUNTY OF SAN FRANCISCO<br>1 DR. CARLTON B. GOODLETT PL<br>ROOM 300<br>SAN FRANCISCO, CA 94102-4694 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Raymond Manion<br>1 Dr. Carlton B Goodlett Place<br>San Francisco, CA 94102-4694<br>**Email:**  Raymond.manion@sfgov.org<br>**Phone:** 415-355-3719 | Elizabeth Plascencia<br>75 Hawthorne Street, 20460<br>San Francisco, CA 94105<br>**Email:**  Plascencia.Z@epa.gov<br>**Phone:** 415-972-3792 | Danielle Tucker<br>Grants Branch, MSD-6<br>75 Hawthorne Street<br>San Francisco, CA 94105<br>**Email:**  Tucker.Danielle.E@epa.gov<br>**Phone:** 415-972-3871 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Inflation Reduction Act – Environmental Justice Government-To-Government (EJG2G) Program

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| **BUDGET PERIOD** | **PROJECT PERIOD** | **TOTAL BUDGET PERIOD COST** | **TOTAL PROJECT PERIOD COST** |
|---|---|---|---|
| 07/01/2024 - 03/21/2025 | 07/01/2024 - 03/21/2025 | $ 1,000,000.00 | $ 1,000,000.00 |

## NOTICE OF AWARD

Based on your Application dated 04/13/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 1,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 9, U.S. EPA, Region 9 Grants Branch, MSD-6<br>75 Hawthorne Street<br>San Francisco, CA 94105 | U.S. EPA, Region 9, Environmental Justice, Community Engagement, and Environmental Review Division, EJCEERD-1<br>R9 - Region 9<br>75 Hawthorne Street<br>San Francisco, CA 94105 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official Angela Mendiola - Acting Grants Management Officer | **DATE** 03/21/2025 |

5C - 98T89601 - 1    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 1,000,000 | $ 0 | $ 1,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contr bution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 1,000,000 | $ 0 | $ 1,000,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.312 - Environmental Justice Government-to-Government (EJG2G) Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

5C - 98T89601 - 1    Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 260,210 |
| 2. Fringe Benefits | $ 102,987 |
| 3. Travel | $ 4,700 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 1,000 |
| 6. Contractual | $ 9,782 |
| 7. Construction | $ 0 |
| 8. Other | $ 585,000 |
| 9. Total Direct Charges | $ 963,679 |
| 10. Indirect Costs: 0.00 % Base See terms and conditions | $ 36,321 |
| 11. Total (Share: Recipient ___0.00 % Federal _100.00 %) | $ 1,000,000 |
| 12. Total Approved Assistance Amount | $ 1,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 1,000,000 |

# Administrative Conditions

## UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect.  The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

## Programmatic Conditions

##### END OF DOCUMENT #####