# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Civil Action No. 1:25-cv-01982-PLF |
| v. ) | |
| ) | |
| UNITED STATES ) | |
| ENVIRONMENTAL ) | |
| PROTECTION AGENCY, et al., ) | |
| ) | |
| *Defendants*. ) | |

## PLAINTIFFS' MOTION IN SUPPORT OF CLASS CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(2), and Local Civil Rule 23.1(b), Plaintiffs[1], on behalf of themselves and all others similarly situated, respectfully move this Court for an order certifying the following class:

> All entities that received awards from the EPA authorized in whole or in part by 42 U.S.C. § 7438 which EPA then terminated after January 20, 2025 (including statutory partners). The covered awards are Environmental Justice Collaborative Problem Solving Cooperative Agreements (CFDA 66.306); Environmental and Climate Justice Community Change Grants (CFDA 66.616); Thriving Communities Grantmaking Grants (CFDA 66.615); Environmental Justice Government-to-Government Program awards awarded to non-State entities (CFDA 66.312), as well as awards to Thriving Communities Technical Assistance Centers (CFDA 66.309).
>
> This class excludes the plaintiffs in *Sustainability Institute v. Trump*, No. 25-cv-2152-RMG (D.S.C.) or *Green & Healthy Homes Initiative, Inc. v. EPA*, No. 25-cv-01096 (D. Md.) and excludes entities whose awards were expressly terminated for identified financial or performance failures.

---

[1] Plaintiffs include Appalachian Voices; 2C Mississippi; Air Alliance Houston; Allegheny County, Pennsylvania; Bessemer Historical Society, d/b/a Steelworks Center of the West; City of Springfield, Massachusetts; Clean Air Council; Deep South Center for Environmental Justice; Health Resources in Action; Institute for Sustainable Communities; Inter-Tribal Council of Michigan; Kalamazoo County, Michigan; King County, Washington; Lowcountry Alliance for Model Communities; Native Village of Kipnuk; Parks Alliance of Louisville; Pittsburgh Conservation Corps (Landforce); PUSH Buffalo; Sacramento, California; San Francisco, California; Treasure Island Mobility Management Agency; and WE ACT for Environmental Justice.

Plaintiffs further request that the Court appoint all named Plaintiffs as class representatives and Southern Environmental Law Center, Earthjustice, and Public Rights Project as class counsel. Plaintiffs filed a Complaint alleging that Defendants' termination of the Environmental and Climate Justice Block Grant Programs violates the U.S. Constitution's Separation of Powers and Presentment Clause, and the Administrative Procedure Act, 5 U.S.C. §§ 551 *et. seq.* For the reasons explained in the accompanying memorandum of law, Plaintiffs respectfully asks this Court to grant this motion and enter the attached Proposed Class Certification Order.

Respectfully submitted this 27th day of June 2025,

/s/ Ben Grillot
Ben Grillot (D.C. Bar No. 982114)
Kimberley Hunter (N.C. Bar No. 41333)
(*Pro Hac Vice* forthcoming)
Irena Como (N.C. Bar No. 51812)
(*Pro Hac Vice* forthcoming)
James Whitlock (N.C. Bar No. 34304)
(*Pro Hac Vice* forthcoming)
SOUTHERN ENVIRONMENTAL LAW CENTER
122 C Street NW, Suite 325
Washington, DC 20001
Telephone: (202) 828-8382
Facsimile: (202) 347-6041
bgrillot@selc.org
kmeyer@selc.org
icomo@selc.org
jwhitlock@selc.org

*Counsel for Appalachian Voices, 2°C Mississippi, Lowcountry Alliance for Model Communities, Parks Alliance of Louisville, Pittsburgh Conservation Corps (Landforce) and Southwest Renewal Foundation and Proposed Class Counsel*

/s/ Hana V. Vizcarra
Hana V. Vizcarra (D.C. Bar No. 1011750)
Deena Tumeh (D.C. Bar No. 1741543)
Linnet Davis-Stermitz (WA Bar No. 63190)
(*Pro Hac Vice*)

2

Molly Prothero (D.C. Bar No. 1779237)
Andrew Saavedra (N.Y. Bar No. 6062814)
(*Pro Hac Vice*)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001
Telephone: (202) 667-4500
hvizcarra@earthjustice.org
dtumeh@earthjustice.org
ldavisstermitz@earthjustice.org
mprothero@earthjustice.org
asaavedra@earthjustice.org

*Counsel for Air Alliance Houston, Bessemer Historical Society (d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Institute for Sustainable Communities, Inter-Tribal Council of Michigan, PUSH Buffalo, and WE ACT for Environmental Justice and Proposed Class Counsel*

/s/ Toby Merrill
Toby Merrill (D.D.C. Bar ID MA0006)
Graham Provost (D.C. Bar No. 1780222)
(*Pro Hac Vice* pending)
Elaine Poon (VA Bar No. 91963)
(*Pro Hac Vice* pending)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
toby@publicrightsproject.org
graham@publicrightsproject.org
elaine@publicrightsproject.org

*Counsel for Allegheny County, Kalamazoo County, King County, Native Village of Kipnuk, City of Sacramento, City and County of San Francisco, City of Springfield, and Treasure Island Mobility Management Agency and Proposed Class Counsel*

/s/ Julie Wilensky
David Chiu (CA Bar No. 189542)
SAN FRANCISCO CITY ATTORNEY

3

Yvonne R. Meré (CA Bar No. 175394)
(Pro Hac Vice forthcoming)
Chief Deputy City Attorney
Mollie M. Lee (CA Bar No. 251404)
(*Pro Hac Vice* forthcoming)
Chief of Strategic Advocacy
Sara J. Eisenberg (CA Bar No. 269303)
(*Pro Hac Vice* forthcoming)
Chief of Complex and Affirmative Litigation
Julie Wilensky (CA Bar No. 271765)
(*Pro Hac Vice* forthcoming)
Deputy City Attorney
1390 Market Street, 7th Floor
San Francisco, CA 94102
Telephone: (415) 554-4274
yvonne.mere@sfcityatty.org
mollie.lee@sfcityatty.org
sara.eisenberg@sfcityatty.org
julie.wilensky@sfcityatty.org

*Counsel for City and County of San Francisco and Treasure Island Mobility Management Agency*

/s/ David J. Hackett
David J. Hackett (WA Bar No. 21234)
(*Pro Hac Vice* forthcoming)
General Counsel to King County Executive & Special Deputy Prosecutor
Alison Holcomb (WA Bar No. 23303)
(*Pro Hac Vice* forthcoming)
Deputy General Counsel to King County Executive & Special Deputy Prosecutor
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
David.Hackett@kingcounty.gov
aholcomb@kingcounty.gov

*Counsel for Martin Luther King, Jr. County*

**CERTIFICATE OF SERVICE**

I certify that on June 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that arrangements have been made to deliver a true and correct courtesy copy of the foregoing to the following via Certified U.S. Mail, Return Receipt Requested:

United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Lee Zeldin, in his official capacity as
Administrator of the United States Environmental
Protection Agency
Mail Code 1101A
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Jeanine Ferris Pirro, in her official capacity as
United States Attorney for the District of Columbia
601 D Street, NW
Washington, DC 20579

Pamela Bondi, in her official capacity as
Attorney General of the United States Department
of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ Ben Grillot
*Counsel for Plaintiffs*