APPALACHIAN VOICES, ET AL v. EPA, ET AL

1:25-CV-01982-PLF

# EXHIBIT 2

# Appalachian Voices

# Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DECLARATION OF ADAM WELLS, APPALACHIAN VOICES

I, Adam Wells, declare as follows:

1. My name is Adam Wells, and I live in Abingdon, Virginia. This declaration is based on my personal knowledge and professional education and experience. I am over the age of eighteen and suffer from no legal incapacity. I submit this declaration in support of Appalachian Voices, which was awarded a Collaborative Problem-Solving Cooperative Agreement under Clean Air Act Section 138.

2. I want Appalachian Voices to be a named plaintiff in this case. I understand that, as a class representative, it would be my responsibility to represent the interests of all the class members in this lawsuit, and not just my own personal interests or those specific to Appalachian Voices. I also understand the need to stay informed about what is happening in the case. I understand that I agree to represent other nonprofit groups like mine.

3. I am the Regional Director of Community and Economic Development at Appalachian Voices. I have held this position since 2020 and have worked at Appalachian Voices since 2015. I first got involved with Appalachian Voices as a college student in 2004 in a volunteer capacity.

4. Appalachian Voices is a 501(c)(3) nonprofit organization that works in Central and Southern Appalachian communities and has offices in North Carolina, Tennessee, and Virginia. Founded in 1997, Appalachian Voices brings people together to protect the land, air and water of Central and Southern Appalachia and advance a just transition to a generative and equitable clean energy economy. Through our New Economy Program, we work to advance

1

economic solutions that create community wealth and sustain Appalachia's communities and ecosystems.

5.  On October 20, 2023, EPA notified Appalachian Voices that it had been selected to receive an EPA award under the FY2023 Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program (opportunity # EPA-R-OEJECR-OCS-23-01). Following this announcement we began our negotiation period. On March 19, 2024, EPA issued a Cooperative Agreement to Appalachian Voices with an award amount of $500,000. Under the terms of our grant agreement, Appalachian Voices agreed to complete the project over a 3-year period ending in January 2027.

6.  We secured this grant after working over the course of 4 months to prepare our application. During that time, we built a cohort of 5 communities to develop the project proposal and had over 25 meetings to work together to build a shared vision.

7.  Appalachian Voices was awarded this grant to spur community engagement and cooperation to address legacy environmental and economic challenges across five small communities in Virginia's coalfield counties. Coal mining has been the lifeblood of these communities for generations, providing thousands of jobs and economic prosperity at the industry's peak. As the coal industry has declined, these communities have suffered economically and deal with environmental degradation from abandoned infrastructure and increased risk from extreme weather events. For example, flooding in the region has intensified as severe storms encounter degraded land lacking vegetation and creek and stream banks weakened by erosion and debris.

8.      With our awarded funding, we began working with five communities in the coalfield region of Southwest Virginia to build and model resiliency in the face of economic difficulties, weather-related disasters and other hurdles by helping them create shovel-ready projects in their areas, develop toolkits for other communities to replicate these efforts and produce meaningful, community-led projects for future funding opportunities.

9.      The project includes the creation of a Coal Community Resilience Planning Model and Toolkit, development of community engagement and planning, and sustainability measures. We hosted a series of listening sessions with community members from five Virginia communities in which community members collaboratively developed a vision for physical infrastructure projects such as emergency resilience hubs, flood-mitigating river walks, and public green spaces.

10.     With our grant funding, the Appalachian Voices New Economy team agreed to provide technical assistance, project support, and planning expertise to make these projects shovel-ready. This grant is meant to be the tip of the spear to do deeply impactful work with these communities over years to come. This EPA-funded investment in developing these projects is meant to situate these communities to be more competitive for future funding opportunities and have the capacity to receive transformative funding over the long term.

11.     We received funding under this agreement under a reimbursement model, which means that our organization spends our own funds in compliance with our agreements, and in return, we expect reimbursement for those expenses.

12.     Appalachian Voices has been fully compliant with all grant terms and conditions and reporting requirements. We received feedback from our EPA program officer speaking to our exemplary implementation.

13.     Access to our awarded funding was disrupted starting on January 31, 2025 when our Automated Standard Application for Payments (ASAP) account was frozen, later reactivated, and then resuspended.

14.     On February 22, 2025, we received an email and letter dated February 21, 2025 stating that the Environmental Protection Agency was terminating our Environmental Justice Collaborative Problem-Solving Cooperative Agreement. The letter stated that the "objectives of the award are no longer consistent with EPA funding priorities" and "[t]he grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States."

15.     On March 21, 2025, Appalachian Voices submitted a formal appeal disputing the termination of our assistance agreement.

16.     Before our grant was terminated, we invested significant organizational and partner resources into implementing our project in compliance with our grant agreement. Between February 2024 and February 2025, when our grant was terminated, Appalachian Voices organized and facilitated 10 listening sessions across five Virginia communities. As a result of these sessions, each community was in the process of selecting a physical infrastructure project.

4

We committed to working with the communities to get these projects shovel-ready by providing technical assistance, grant support, and planning expertise with our grant funding.

17. This grant termination means that we will no longer have the funding to develop shovel-ready infrastructure projects in rural Virginia communities that suffer persistent poverty and are adversely and disproportionately affected by environmental and human health harms and risks. One of the five Virginia Communities, the unincorporated Town of Pound selected a project involving addressing dilapidated buildings with mold and asbestos that are impeding floodplain improvements and developing a flood-mitigating riverwalk. Now that the EPA funding has been terminated, these plans are in jeopardy. The uncertainty of this project is particularly dire for Pound, where there is an active debate about whether to remain a state-chartered town due to economic distress from the decline of the coal industry. Pound's ability to bring in tax revenue has been so diminished by economic decline that its ability to pay its bills is a continual struggle. The continuation of funding for this project would provide vital resources for the town at a time when its very existence is uncertain.

18. Dante is a tiny coal camp and unincorporated community in Russell County with a population of 650. Parts of Dante are in the 97th percentile for flood risks and the town falls in the 99th percentile for unemployment rates. In 2016, community members formed the Dante Community Association, a group of residents, organizations, and businesses striving to transform the town. Appalachian Voices has worked closely with local leadership to actualize Dante's Downtown Master Plan. With our grant funding, we planned to support the planning and design of improvement to the Dante Depot, a historic community hub, in furtherance of the building's energy and emergency resilience.

19. Now that our Environmental Justice Collaborative Problem-Solving Cooperative Agreement has been terminated, community members and leaders lack grant support, technical assistance, and planning expertise to develop critical infrastructure projects that would provide essential social, economic, and environmental services. At the time of termination, we were entering into the second phase of the project period which would have advanced approximately $300,000 toward these community-benefiting projects.

20. In working with Appalachian communities that have experienced years of systemic underinvestment and have been left out of opportunities, I am mindful of the fatigue and distrust that community members can feel when well-meaning entities ask them to commit their time and energy to a project and later disengage when the federal government abruptly cuts off funding without reason or explanation. These cycles of broken commitments have resulted in the erosion of trust, a dynamic we have worked hard to restore. Despite receiving the news that our grant had been terminated, we made the organizational decision to proceed with the next phase of listening sessions. It was of critical importance that we uphold our commitment to each of the communities, even if those activities would not be supported by EPA funds.  During the first of these sessions, community members expressed feeling like their time had been wasted now that the funding has been terminated by the EPA. I worry about the impact EPA's decision to terminate this grant will have on the trust we have spent years building with community members.

21. Appalachian Voices has continued with listening sessions in the five Virginia communities, but is now having to fund this work with its general operating budget.

22. Appalachian Voices has invested significant staff time and resources into implementing this project. Three staff members worked on program implementation

approximately 50% of their time, and four staff members have played supporting roles. In March 2025 a staff person who was part of the three-person program implementation team left the organization. We still have a vacancy on our team due to this departure and have been hesitant to fill the now-empty role due in part to the loss of this funding.

23. Since our grant was terminated, my team and I have been forced to direct our attention and time to navigating the programmatic and administrative impacts of the termination. This has been a significant diversion that has slowed down other programmatic work.

24. I am also concerned about the impact of this grant termination on Appalachian Voices' ability to fundraise in the future. A key to successful fundraising is having impactful work. If our grants are terminated, we risk not being able to successfully carry out our funded programs.

25. It has been challenging to lead my team through the loss of this grant. The uncertainty of what comes next for this program has impacted morale. Staff have confided in me that they are worried about the security of their jobs and whether there will be layoffs.

26. If our Environmental Justice Collaborative Problem-Solving Cooperative Agreement is reinstated, Appalachian Voices will be able to ensure the continuation of our work with five towns in the coalfield region of Southwest Virginia to address legacy environmental and economic challenges. We would put this funding to use immediately by completing the remaining planning process and rapidly shifting to project implementation of the projects communities have identified through the Environmental Justice Collaborative Problem-Solving process.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, the foregoing is true and correct.

Executed this 23rd day of June 2025.

Adam Wells