APPALACHIAN VOICES, ET AL v. EPA, ET AL

1:25-CV-01982-PLF

EXHIBIT 3

PUSH Buffalo

Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DECLARATION OF DAWN WELLS-CLYBURN, PUSH BUFFALO**

I, Dawn Wells-Clyburn, declare and state as follows:

1. I am the Executive Director at PUSH Buffalo (PUSH). In my role as Executive Director, I lead the organization, am responsible for overseeing its strategic direction, and I work to ensure its sound fiscal management.

2. I have worked at PUSH for 12 years. I am familiar with PUSH's organization, policies, practices, and programs.

3. Established in 2005, PUSH works to mobilize the residents of Buffalo, New York to create strong neighborhoods with quality, affordable housing, to expand local hiring opportunities, and to advance racial, economic, and environmental justice.

4. One way PUSH works to implement its mission is by running programs that retrofit residential homes to prepare them for weatherization work, that connect unemployed and underemployed residents of Buffalo with job training for clean energy initiatives and hiring opportunities in construction, and that provide community leadership and governance tools to community members.

5. These programs are funded through a mix of public and private dollars. We receive support from individual donors, as well as grants from philanthropic funds. PUSH also receives funding from the New York State Department of Homes and Community Renewal, and the New York State Energy Research and Development Authority. Since 2016 or 2017, PUSH has also received funds from the Environmental Protection

1

Agency's (EPA) workforce grant, which has been renewed since then every two to three years.

6. In 2024, we applied for an EPA Community Change Grant to implement the following initiatives: (1) Establish one hundred and fifty Community Resilience Hubs throughout the City of Buffalo; (2) create communication and technology accessibility by purchasing portable network kits and solar power kits and distributing them to the Community Resilience Hubs; (3) create Workforce Development Training Centers; (4) conduct green jobs employment training; (5) create and distribute a $5 million fund for home improvements related to environmental health; (6) conduct outdoor air quality monitoring and outreach; and (7) develop an air quality intervention plan for each neighborhood in the City of Buffalo.

7. Within the Community Resiliency Hubs, we proposed to establish a first responder training program for four residents per Hub to create a network of volunteers who could respond in extreme weather events to ensure the safety of their neighbors and coordinate with other volunteers across the city. These volunteers would also receive training in conflict de-escalation and on community health issues.

8. The $5 million home improvements fund would be used to pay for costs associated with lead, mold, and asbestos remediation in homes throughout the city. This work would make homes eligible for additional improvements to improve their energy efficiency, like installing new insulation and double-paned windows, installing solar panels, and converting home heating from natural gas to electric heat pump systems.

9. On December 11, 2024, our application for the Community Change Grant was approved. EPA approved a total funding amount of $20,152,214.00. Ex. 1.

2

10. After being awarded the grant, PUSH began to take steps to implement the grant. The organization hired one additional full-time employee whose salary was to be fully paid from the grant funds, started discussions with six potential subcontractors, and started conversations with partner organizations about how the grant money would be spent in the neighborhoods we serve. Specifically, PUSH convened several planning meetings with partner organizations and formed a governance committee to ensure that all pre- and post-award requirements would be met. PUSH employees dedicated significant hours to ensure that the organization would have the capacity necessary to administer the grant funds.

11. PUSH could not begin drawing down funds from the grant until we satisfactorily completed EPA's pre-award certification review process. On March 21, 2025, we received confirmation from EPA of PUSH's satisfactory completion of EPA's pre-award certification review process. Ex.2.

12. On March 25, 2025, PUSH requested guidance from EPA on when we would receive our login credentials for the Automated Standard Application for Payments (ASAP) system—the system through which federal grantees can withdraw the funds that they have been awarded. Ex. 3.

13. We sent follow up emails to EPA again on April 3, 2025 and April 16, 2025. Aside from a March 27, 2025 reply from an EPA employee requesting our grant number, we did not receive a response to our requests. *Id.*

14. Despite these multiple requests, and despite meeting the necessary prerequisites to begin drawing down funds from the grant, PUSH has never received login credentials for ASAP.

3

15. On May 2, 2025, we received notice from EPA that our Community Change Grant was terminated. The only reason listed on the termination letter was that "the remaining portion of the Federal award will not accomplish the EPA funding priorities for achieving program goals," and that "the objectives of the award are no longer consistent with EPA funding priorities." Ex. 4.

16. Since we received the termination notice, we have attempted to increase our fundraising to implement the programs that were planned under the grant at a dramatically reduced scale. We have not yet had to reduce any staff hours, but we have had to shift funds within our budget to cover a new employee's salary that was supposed to be paid for through the CCG grant. We have also had to put an indefinite hold on hiring the six subcontractors.

17. Our increased fundraising efforts have impacted our organization's planning, organizing, and policy work. For example, an increasing share of my own work as Executive Director is being directed toward fundraising to make up the gap caused by the termination of our Community Change Grant, which is preventing me from dedicating an appropriate amount of attention to the launch and support of two of PUSH's newest initiatives—Community Engagement and Climate and Community Homes. Additionally, PUSH's Director of Movement Building has had to focus on fundraising efforts to the detriment of his work building out PUSH's Community Organizing and Sustainability teams.

18. If the CCG grant program is not restored soon, I am concerned that our organization will be unable to enact the programs as we had originally planned. For example, PUSH went through a significant process to identify six subcontractors to take on different aspects of the grant, but we have not been able to access the grant funds to pay them. If the grant

4

funds are released now, we can begin paying the contractors. If we are forced to wait several more months for the funds to be released, some or all of the contractors may need to take on different work in the meantime, and our hiring process will need to start again. This would require a significant use of PUSH's resources and would take time and employee effort that would otherwise be spent on actually administering the grant.

19. PUSH is similarly concerned that consultants with subject matter expertise who we had intended to hire for this grant will walk away from this project and take on other work in the coming months.

20. In addition to the above-described consequences to our organization, I am concerned about the impact to the Buffalo community that will result if our programs are not enacted as originally planned. The need for a decentralized network of community resiliency hubs in the face of increasing extreme weather events has been clear for several years now, and was put on tragic display during Winter Storm Elliott in 2022. Forty-one people died in Erie County as a result of the storm, 911 service for certain areas was not restored for three days, and some neighborhoods in Buffalo went without electricity for two weeks. Our CCG grant funds were to be spent on purchasing portable network devices and solar power kits for one-hundred and fifty Buffalo neighborhoods to ensure people remain connected to vital services during the next storm, as well as on providing first responder training to four individuals in each of the one-hundred and fifty neighborhoods.

21. Without these funds, I am gravely concerned that Buffalo residents will be as vulnerable to harm from the next major winter storm as we were from Winter Storm Elliott.

5

22. If the Community Change Grant program is restored and our awarded grant reinstated, PUSH will be able to begin paying our project consultants and contractors, senior staff will be able to refocus on core operational work and away from fundraising activities to make up for the lost grant funds, and our community will begin to benefit from the investments made possible by this grant.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

DocuSigned by:
*Dawn Wells-Clyburn*
971C147077774CB...

Date: 6/27/2025

Dawn Wells-Clyburn