APPALACHIAN VOICES, ET AL v. EPA, ET AL

1:25-CV-01982-PLF

# EXHIBIT 4

# Landforce

# Declaration

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### DECLARATION OF ILYSSA MANSPEIZER, LANDFORCE

I, Ilyssa Manspeizer, declare as follows:

1.      My name is Ilyssa Manspeizer, and I live in Pittsburgh, Pennsylvania. This declaration is based on my personal knowledge, professional education and experience. I am over the age of eighteen and suffer from no legal incapacity. I submit this declaration on behalf of the Pittsburgh Conservation Corps d/b/a Landforce, a nonprofit organization affected by the federal grant terminations.

2.      Landforce is a 501(c)(3) nonprofit organization that collaborates with public and private agencies to build a network of greenspace experts. Landforce recruits, trains, educates, employs, and supports adults who faced structural barriers to stable employment due to race or personal history. Employees work on a variety of land stewardship services such as trail building, erosion control, reforestation, and garden bed installation to make Pittsburgh communities more sustainable and healthy places to live.

3.      I am the CEO of Landforce. I have worked at Landforce for 10 years. In my role, I am responsible for overseeing the organization's overall performance, functions, employees, and volunteers. I oversee and ensure Landforce's financial stability while also driving the organization's mission, maintaining company direction, and helping create and implement strategic planning to benefit and promote the organization.

**Community Change Grant Project: "Leveraging Pittsburgh/Philadelphia Workforce Development Partnerships to Multiply the Impact of Decarbonization, Pollution Remediation, and Circular Economy through Woody Biomass Utilization"**

4.      Landforce applied for a Community Change Grant ("CCG") in February 2024. The grant process was highly competitive and required several months of staff time and resources to develop a comprehensive and successful application.

5.    Landforce was awarded $15,309,845 for their workforce development program focused on urban wood reuse. The 3-year project is in collaboration with our partner PowerCorpsPHL, as well as several subawardees, to create and expand two woody biomass workforce development campuses, strengthen the urban lumber and biochar market, and deploy soil-remediation biochar in both Pittsburgh and Philadelphia.

6.    Pittsburgh and Philadelphia are two examples of communities across the United States that struggle to effectively manage their wood waste. By creating and implementing our wood reuse project, Landforce will be able to create opportunities for disadvantaged residents and increase neighborhood access to materials that increase soil health and mitigate pollution. 20 jobs will be created for Project Area residents and the program will allow people to stay employed for a full year where they otherwise would not have been able to.

**Pause of Grant Funding Without Notice**

7.    On January 27, 2025, the Office of Management and Budget ("OMB") issued a memorandum directing agencies to freeze spending on all federal loans and grants.

8.    Shortly thereafter, on January 28, 2025, we were advised by partners to drawdown as much funding as possible. When making a drawdown in the ASAP system, grant recipients have five days to spend the money. Our team worked around the clock strategizing the best use of our drawdown because we were unsure if we would have another opportunity to access our award.

9.    Between January and April, Landforce made four successful drawdowns: $15,844.00 on January 16, 2024, $481,080.40 on January 28, 2025, $380,997.89 on February 19, 2025, and $126,076.49 on April 29, 2025. We currently have one outstanding request for $172,233.77 that we were unable to drawdown.

2

10.     On April 25, 2025, I emailed EPA staff requesting $123,906.00 in reimbursements for costs incurred prior to and during EPA's suspension of our grants in the ASAP system. This request was for expenses incurred from February 20 through March 31, in addition to expenses incurred by one of our subawardees between January and February. We received no response.

11.     On April 30, 2025, we submitted our Quarterly Report and SF-425 (federal financial reporting) to EPA as evidence that we continued to make remarkable progress on meeting and exceeding our metric for the quarter despite impacts to our funding.

12.     Throughout the funding pause, we were unable to meaningfully get in touch with our project officer despite multiple attempts to communicate. Communications with our project officer, in the rare instances that we receive a reply, were limited to one word answers or canned responses.

13.     As the CEO, my workload increased significantly during this period. I was working 18 hour days 5 days per week to ascertain the status of our funding. The chaotic and dysfunctional nature of the pause forced us to make strategic decisions about the future of our organization in a vacuum with no guidance from EPA.

**Termination of Grant Funding Without Notice**

14.     On May 1, 2025, Landforce was notified via email that its CCG award was terminated. The termination was a form letter document with no individual insight into why EPA terminated our particular award.

15.     On May 19, 2025, Landforce submitted a formal notice of disagreement to EPA for its unilateral termination of our grant award. No response was received.

16.     On May 20, 2025, Landforce submitted a timely dispute to EPA for the wrongful termination of our Assistance Agreement. No response was received.

17.    On June 1, 2025, I emailed EPA Region 3 Administrator reiterating our dispute and that we continue to suffer irreparable harm because of EPA's arbitrary termination of our award.

18.    EPA provided notice of receipt of the dispute on June 3, 2025. The agency also notified Landforce that we would be able to complete a final drawdown for all allowable costs incurred up to the date of termination. However, we did not make a final drawdown because we no longer had access to our funding within the ASAP account, and we were concerned that doing so would be tantamount to accepting the termination.

**Harm Resulting from Award Termination**

19.    As the CEO, 80 to 90 percent of my time has been redirected towards federal grant response. This work includes outreach to elected officials in Washington, D.C., constant communication with our partners and board of directors, as well as dedicating time to advocating on behalf of the grant.

20.    Landforce signed a lease in reliance on the community change grant. In November 2024, we began renting a warehouse to be used in our urban wood reuse program. The Mill is a 10,000 square feet warehouse one block from our training center that will be our base of operations for milling and drying lumber, manufacturing lumber byproducts, making biochar, and instructing trainees in all of these skills. Despite the pause in funding, our successful drawdowns allowed us to purchase all the equipment needed for the Mill to be operational. Our intention is to find and secure funding from other sources to cover the expense of the lease so that we can keep the program operational. However, if we are unable to find alternative funding and must break the lease, we will need to pay $18,000 out of pocket.

21.     Landforce also built its budget around the EPA award. In the past, we made sure that our income was diverse, meaning we derived income from various funding sources to ensure financial stability and protect ourselves from external changes. Then, only about 30-40% of Landforce's income was sourced by federal grants. However, now, because the CCG award was so substantial, about 60 percent of Landforce's annual budget for FY2025 is sourced by the federal award.

22.     Due to the loss of funding, Landforce staff has dedicated significant time to cranking out grant applications to make up for the budget shortfall. However, much of the funds raised are going towards supporting staff salaries and indirect costs of the organization. We have minimal financial resources to put towards our critical program work.

23.     For example, Landforce cancelled two contracts: one with our technical advisor's urban reuse wood production facility and the other with a consultant for the alumni program.

24.     Our alumni program provided a community for former crewmembers to meet monthly with one another. The program helped to cultivate meaningful relationships among Landforce's past and present participants while contributing to ongoing professional development for former participants. As a result of the loss of funding, this program has been temporarily suspended.

25.     Budget constraints have also led to the temporary suspension of our 2025 workforce program. In the past, Landforce trained about 20 people per year. Recently, we were able to increase that number to 40 people per year with 2 trainings offered. As a result of the loss of funding, these numbers decreased to 18 people per year and only 1 training offered for 2025. The decision to downsize the training program was incredibly difficult, but it became necessary in order to keep our full time staff on payroll.

26.    Although we have managed to keep most of our staff on payroll, about 30 full time employees were supported by the CCG award. We worry about the viability of our workforce if funding is not swiftly restored. Not only that, but several subawardees have already experienced hiring freezes and furloughs. The impacts of the termination have filtered through to our partners and communities.

27.    For example, we are constantly doing damage control with partners, donors, and funders. We spend significant time reassuring our partners that the critical work of our organization is not dead. While we have done our best to keep our foundation partners apprised of our progress and the impact of the terminations, we are deeply concerned that if we are unable to report positive progress on our programming that our reputation among our partners and funders will take a significant hit.

28.    Moreover, Landforce has earned a longstanding reputation for being well-trusted in the communities it serves. Trust is critical to the success of our programs, so significant disruptions to our programming make it impossible to estimate how long it may take to repair those relationships.

29.    In all, the emotional toll of the termination has been substantial. The entire process has been chaotic and illogical, causing significant stress on everyone involved. The terminations have been a mental drain on myself, my staff, and my community.

30.    Despite all this, we feel we have no other choice but to continue to advocate for our organization, our partners, and our community who depend on our critical programs. Immediate grant funds are needed to resume this project and restore momentum toward environmental justice, resilience, and long-term sustainability.

31.     If the grant is restored, across the three years of the grant we will be able to hire a second staff member to work with trainees in wood reuse and support the Director of Wood Reuse to ensure we can begin earning revenue from the operations of The Mill, train 15 to 20 individuals in advanced manufacturing skills and support their transition to future employment, deploy 56 MT of biochar to reduce soil contaminants like lead and improve soil conditions for agriculture in our region, sequester 214 MT of CO2e in wood-based products, and mill 52,000 Board Feet of lumber for resale. In addition, we will be able to pay our subawardees so that they may move forward with their plans to accomplish similar goals across Philadelphia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed this 17th day of June, 2025.

Ilyssa Manspeizer