APPALACHIAN VOICES, ET AL v. EPA, ET AL

1:25-CV-01982-PLF

# EXHIBIT 6

# Parks Alliance of Louisville, Inc.

# Declaration

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**DECLARATION OF ALICE BRIDGES, PARKS ALLIANCE OF LOUISVILLE, INC.**

I, Alice Bridges, declare as follows:

1.     My name is Alice Bridges, and I live in Louisville, Kentucky. This declaration is based on my personal knowledge and professional education and experience. I am over the age of eighteen and suffer from no legal incapacity. I submit this declaration in support of the Parks Alliance of Louisville, Inc. ("Parks Alliance of Louisville"), which was awarded an Environmental Justice Collaborative Problem-Solving Cooperative Agreement under Clean Air Act Section 138.

2.     I want to be a named plaintiff in this case. I understand that, as a class representative, it would be my responsibility to represent the interests of all the class members in this lawsuit, and not just my own personal interests. I also understand the need to stay informed about what is happening in the case. I understand that I agree to represent other nonprofit groups with terminated Environmental Justice Collaborative Problem-Solving Cooperative Agreements.

3.     I am the Director of Special Projects at the Parks Alliance of Louisville. I have held this position since 2024 and worked with the Parks Alliance of Louisville since 2020.

4.     The Parks Alliance of Louisville is a 501(c)(3) nonprofit organization based in Louisville, Kentucky. The mission of the Parks Alliance of Louisville is to drive equitable investment in Louisville's public parks to improve the health and wellbeing of the entire community. The Alliance attracts charitable investments to support more than 100 parks and community centers—most located in under-resourced neighborhoods.

1

5.      On April 27, 2024, the Parks Alliance of Louisville was awarded an EPA $500,000 Environmental Justice Collaborative Problem-Solving Cooperative Agreement under Clean Air Act Section 138. Under the terms of our grant Agreement, the Parks Alliance of Louisville agreed to complete the project over a 3-year period ending in January 2027.

6.      The Parks Alliance of Louisville was awarded this grant to engage residents of Louisville's California Neighborhood and surrounding neighborhoods in the planning, programming, and stewardship of the new 20-acre Alberta O. Jones Park. The 20-acre area that is being transformed into Alberta O. Jone Park is a low-lying, flood-prone site that was once a residential neighborhood. In 2009, Louisville experienced historic rainfall that flooded and severely damaged the homes in this area with both rain and combined sewer overflows. To improve public health and safety, Louisville's Metropolitan Sewer District secured a FEMA Hazard Mitigation Grant that enabled homeowners in the highest-risk areas to sell their property at pre-flood value and relocate.  Once purchased, the flooded homes were razed, and all 114 properties were permanently conserved as greenspace—significantly reducing impervious surfaces and creating more open ground for the absorption of rainfall.

7.      The nearly seven city blocks of vacant lots were unusable to the public and plagued by illegal dumping and homeless encampments. In 2020, the Parks Alliance began a community-driven planning and fundraising process that ultimately enabled completion of the first five acres of Alberta O. Jones Park in 2023. The park serves a predominantly Black community in an urban heat island where less than 1% of land is dedicated to parks and greenspace.

8.      The grant funding was awarded to build upon that progress by providing funding for the Parks Alliance of Louisville to perform a Health Impact Assessment to engage the

2

community in identifying core strategies through which the park's programming and infrastructure can impact residents' physical and mental health and wellbeing. The primary outcome of the project is the creation of a new model of community-driven park leadership that can be replicated in other Louisville public parks, particularly those in historically underserved and disadvantaged neighborhoods. According to the Louisville Metro Department of Public Health and Wellness, this is the first Health Impact Assessment it has conducted in Louisville to examine the impact on health and wellbeing of a physical space.

9.      The CEO of the Parks Alliance of Louisville and I spent over 100 combined hours preparing this grant application. The grant application process also involved the time and investment of several other community partners and stakeholders.

10.     In addition to the time and resources spent applying for the grant, my colleagues and I worked with EPA grant officials for six months after we received a Notice of Selection in October 2023 to comply with EPA's terms and conditions required to secure the award agreement.

11.     The Parks Alliance of Louisville has been fully compliant with all reporting requirements. We were informed by our EPA Grant Officer during monthly meetings that we were exemplary in our progress reporting and drawing down of funds. Our organization's reporting and record-keeping actions were featured as a best practice for complying with EPA's requirements during an EPA webinar in November 2024.

12.     We received funding under this agreement through a reimbursement model, which means that our organization spends our own funds in compliance with our agreements, and in return, we expect reimbursement for those expenses.

3

13.    Access to our awarded funding was disrupted starting on January 30, 2025 when our Automated Standard Application for Payments (ASAP) account was suspended and reactivated twice in the course of 21 days.

14.    On February 21, 2025, Brooke Pardue, the CEO of the Parks Alliance of Louisville, received an email with an attached letter stating that the Environmental Protection Agency is terminating our Environmental Justice Collaborative Problem-Solving Cooperative Agreement. The letter stated that the "objectives of the award are no longer consistent with EPA funding priorities" and "[t]he grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States."

15.    On March 21, 2025, the Parks Alliance of Louisville submitted a dispute of our assistance agreement termination. EPA has since confirmed receipt of the dispute and responded on May 30, 2025 requesting that the EPA Region 4 Dispute Decision Official uphold and affirm its termination of the grant award.

16.    We are owed $9,509.70 from the EPA to reimburse approved project expenses prior to the termination. We have been unable to draw down these funds from our ASAP account since we received the termination letter.

17.    Upon termination of this grant, we were forced to let a full-time staff member go, whose salary and benefits were provided by the grant funding. As laid out in our grant agreement, we hired a Park Superintendent to oversee the stewardship and ongoing programming of the Alberta O. Jones Park, to form and operationalize the Park Community Council, perform a

4

Health Impact Assessment, conduct community outreach events, survey residents' experience, acquire parcels of land for Phase II of the park, and incorporate planning and engineering best practices to mitigate risk of exposure to flooding and combined sewer overflows. We brought this individual on after a four-month hiring process that involved multiple staff and board members. The Park Superintendent began work in April 2024. We were forced to eliminate this position after we received notice that our grant was terminated.

18.     The loss of this critical funding has prevented the Parks Alliance of Louisville from continuing work that serves important community needs. This grant represented approximately 95% of our programming budget for the park and 50% of our operating budget for the park.

19.     We have had to significantly reduce environmental educational programming planned at the park this summer and cancelled all such programming for 2026 which included, among other items, children's story times, family movie nights, and gardening workshops.

20.     Since our grant was terminated, we have been forced to find alternative funding sources to continue the Health Impact Assessment and roll back plans to disseminate Health Impact Assessment findings to the community. The Health Impact Assessment would identify the core strategies through which park design and programming can impact residents' health and wellbeing.

21.      Upon notice of the award termination, we had to cancel phase 2 of a biodiversity study to measure changes in the biodiversity of plants and animals at the park over time as a result of building the park on formerly vacant land.

22.     The Parks Alliance of Louisville has had to pick up the cost of stipends for the Park Community Council. The Council plays a key role in the Health Impact Assessment by

informing core strategies through which park design and programs can impact residents' health and wellbeing to guide decisions that optimize positive outcomes. This group is now in the final phase of the Health Impact Assessment. We previously used our grant funding to provide stipends to participants for each meeting and are now covering these costs with funds from our general operating budget.

23.    Community members have volunteered their time and energy to participate in the Council, but now our ability to carry this work forward is jeopardized. The Parks Alliance of Louisville worked for many years to earn the trust of community members in the California Neighborhood and surrounding neighborhoods which have experienced decades of broken promises from government-sanctioned redlining and urban "renewal." The community's trust in our organization is diminished by the termination of our grant.

24.    The termination of our grant has also disrupted and delayed progress on future planned work we agreed to carry out under the 3-year grant agreement. The grant included funds to acquire private property within the park planning boundary to complete Phase II of park construction. We will be forced to find another source of funding to proceed with these acquisitions.

25.    If our Environmental Justice Collaborative Problem-Solving Cooperative Agreement is reinstated, the Parks Alliance of Louisville will be able to continue to make Alberta O. Jones Park a space that supports the health and wellbeing of the California Neighborhood and surrounding neighborhoods. We would put this funding to use immediately to reactivate the Park Community Council, reinstate environmental educational programming, complete the biodiversity study, move forward with property acquisitions, and widely disseminate the findings of the Health Impact Assessment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, the foregoing is true and correct.

Executed this __19th__ day of _June_ 2025.

Alice Bridges