APPALACHIAN VOICES, ET AL v. EPA, ET AL

1:25-CV-01982-PLF

# EXHIBIT 8

# Lowcountry Alliance for Model Communities Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## DECLARATION OF RODLY MILLET, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES

I, Rodly Millet, declare as follows:

1. My name is Rodly Millet, and I live in Mount Pleasant, South Carolina. This declaration is based on my personal knowledge and professional education and experience. I am over the age of eighteen and suffer from no legal incapacity. I submit this declaration in support of Lowcountry Alliance for Model Communities, which was awarded an Environmental Justice Collaborative Problem-Solving Cooperative Agreement under Clean Air Act Section 138.

2. I want to be a named plaintiff in this case. I understand that, as a class representative, it would be my responsibility to represent the interests of all the class members in this lawsuit, and not just my own personal interests. I also understand the need to stay informed about what is happening in the case. I understand that I agree to represent other nonprofit groups with terminated Environmental Justice Collaborative Problem-Solving Cooperative Agreements.

3. I am the CEO of Lowcountry Alliance for Model Communities. I have held this position since July 1, 2024. Previously, I served as the chair of the organization's board.

4. Lowcountry Alliance for Model Communities is a 501(c)(3) nonprofit located in North Charleston, South Carolina. It was founded in 2005 with the purpose of advocating for environmental justice and promoting community development, education, employment, quality housing, and community involvement. Its work focuses on sustainable development through meaningful community engagement that leads to local community action.

5. On November 11, 2024, the Lowcountry Alliance for Model Communities was awarded a $500,000 Environmental Justice Collaborative Problem-Solving Cooperative Agreement under Clean Air Act Section 138. Under the terms of our grant agreement, Lowcountry Alliance for Model Communities agreed to complete the project over a three-year period ending in December 2027.

6. We secured this grant after working for 4 months to prepare our application. After we received notice that our application was selected, I worked with EPA grant officers to create a manual demonstrating how Lowcountry Alliance for Model Communities would comply with the terms and conditions of the awarded grant. Throughout this time, I also met regularly with the subrecipients under the grant to plan budgets and programming.

7. We chose not to apply for other grant opportunities while pursuing an Environmental Justice Collaborative Problem-Solving Cooperative Agreement, such an EPA Thriving Communities Grant.

8. Lowcountry Alliance for Model Communities was awarded this grant to work with community, academic, non-governmental and governmental organizations to increase civic engagement, address environmental and public health concerns in Environmental Justice communities throughout the Southeast. Specifically, this effort targets organizations that work with predominantly Black and low-wealth communities in the eight states that make up EPA Region IV. We planned to offer a series of trainings to better prepare communities and develop leaders to locally prepare for, respond to, and recover from disasters while strengthening community capacity to lower vulnerabilities to environmental hazards. Each training offers various modules that are used to teach participants about the roles of local, state, and federal government; conflict resolution; problem identification and prioritization; policy; developing a

better understanding of environmental and public environmental concerns and terminology; leadership and capacity building in a community, and other topics. At the end of the training, participants will be well positioned to understand the project area profile for the impacted communities and an action plan that will guide their future community improvement activities. The final goal is to create a network of community resiliency hubs in order to increase community capacity to build climate resilience.

9.  Lowcountry Alliance for Model Communities has been fully compliant with all grant terms and conditions and reporting requirements.

10. We received funding under this agreement under a reimbursement model, which means that our organization spends our own funds in compliance with our agreements, and in return, we expect reimbursement for those expenses.

11. We did not have access to our award funding when our award became active because the EPA did not properly submit documentation regarding our grant to Automated Standard Application for Payments (ASAP). After this was initially resolved, access to our awarded funding was disrupted at the end of January 2025 when our ASAP account was repeatedly suspended and reactivated.

12. On April 10, 2025, my colleague and I had a meeting with our EPA grant officer in which we were asked to amend our work plan to remove words listed on keyword list that are disfavored or are not considered to be in alignment with the administration's priorities. Our EPA grant officer sent us revised version of our work plan with suggested changes to remove words including "environmental justice", "Black", "climate change", "underserved", "planet",

"inequities", "socioeconomic indicators", "inclusive", "racial injustice", "marginalized", and "racism".

13.     We were in the process of working with our EPA grant officer to revise our workplan based on these suggested changes when we received an amendment to our assistance agreement on May 2, 2025 unilaterally terminating our Environmental Justice Collaborative Problem-Solving Cooperative Agreement.

14.     The program was set to begin on March 1, 2025, but was disrupted by pauses in access in funding and uncertainty of the continuation of the award. I did not want to reach out to communities and potential partner organizations to begin to form relationships and work together when our funding was not reliably available. I did not want to start building hope in case the funding went away. Instead, during this period before our grant was terminated, I began conversations with potential partner organizations that I had existing relationships with.

15.     This termination has prevented us from passing on subawards to organizations that agreed to support work leading to community-led data collection and monitoring of environmental hazards and public health impacts and to facilitate environmental justice trainings.

16.     The sudden termination of this grant funding has harmed Lowcountry Alliance for Model Communities' relationships with community members. One community leader made an announcement to the community that this funding was coming only to later learn it was not. Now that we have had this experience, I am hesitant to share with community members about programs we are working on until I know the money is secure.

17.     The loss of this grant funding has harmed the financial health of Lowcountry Alliance for Model Communities. We had to revise our budget for this year after the grant was

terminated. Our projected annual revenue decreased by 43%. I stopped taking a salary at the end of May to avoid laying off employees.

18.  Since our grant was terminated, my team and I have been forced to direct much of our attention and time to pursuing other grant opportunities with the hopes of being able to find funding to continue this work. We have not found other grant opportunities that would offer comparable amounts of funding to the $500,000 we were granted through our Environmental Justice Collaborative Problem-Solving Cooperative Agreement. Additionally, this administration's cancellation and termination of grant programs has meant that my organization is competing with a larger pool of applicants across the country for private grant opportunities.

19.  If our Environmental Justice Collaborative Problem-Solving Cooperative Agreement is reinstated, Lowcountry Alliance for Model Communities will be able to continue our work to address environmental and public health concerns in Environmental Justice communities throughout the Southeast. We would provide a series of training courses to better prepare communities and develop leaders to prepare locally for, respond to, and recover from disasters while strengthening community capacity to lower vulnerabilities to environmental hazards

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, the foregoing is true and correct.

Executed this #__day of _June 2025.

Executed this __24__ day of __June__ 2025.

_____
Rodly Millet