APPALACHIAN VOICES, ET AL v. EPA, ET AL

1:25-CV-01982-PLF

# EXHIBIT 10

# Declaration of Hana Vizcarra

# Earthjustice

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **APPALACHIAN VOICES,** *et al.,* on behalf of themselves and those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**, *et al.*,<br><br>        Defendants. | Civil Action No. 1:25-cv-01982-PLF<br>(Class Action) |

**<u>DECLARATION OF HANA VIZCARRA IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION</u>**

I, Hana Vizcarra, hereby declare under penalty of perjury that the following is true and correct:

1.      I am a Supervising Senior Attorney at Earthjustice, one of the country's premier nonprofit public interest environmental law organizations. I am one of the attorneys for the named Plaintiffs and the putative class members in this case. I am licensed to practice law in the District of Columbia and admitted to the U.S. District Court for the District of Columbia.

2.      I submit this declaration in support of the Plaintiffs' Motion for Class Certification.

3.      I graduated from Georgetown University Law Center in 2010 and am admitted to practice in the District of Columbia and Maryland and before this court. From 2010 until mid-2018 I was an associate at two national law firms. I was in the environmental practice group of Vinson & Elkins LLP and then at the environmental law firm Beveridge and Diamond, P.C. I worked on complex environmental litigation, compliance, and transactional matters covering a broad array of statutory areas and industries.

4. In 2018, I joined Harvard Law School's Environmental & Energy Law Program as a Staff Attorney where I analyzed federal climate, environmental, and energy regulation and policy and how federal actions comported with or affected the law. This included detailed analysis of the federal government's administrative actions and publication of scholarship.

5. I joined Earthjustice in November 2021 as a Senior Attorney. I became a Supervising Senior Attorney in Fall 2023. At Earthjustice, I litigate cases involving federal action on climate change, including challenging or defending federal agency actions. I am the lead attorney on our litigation addressing the freeze of federal funding appropriated by the Inflation Reduction Act, *Cultivate KC, et al. v. USDA*, 1:25-cv-00737-RC (filed March 13, 2025).

6. Founded in 1971, Earthjustice, a 501(c)(3) nonprofit, is a public interest environmental law organization whose mission includes wielding the power of law and the strength of partnership to protect people's health, to advance clean energy, and to combat climate change. Earthjustice's over 200 full-time attorneys litigate regularly on behalf of community-based organizations, tribes, and environmental groups and frequently bring complex litigation in federal courts, including against federal agencies. Earthjustice has hundreds of cases currently in litigation, including many Clean Air Act and Administrative Procedure Act matters and matters before this court.

7. Earthjustice has significant knowledge and experience with the Inflation Reduction Act ("IRA") and the programs it funded. Many longstanding partners and clients are recipients of these grants, and Earthjustice participated in the public comment period for various IRA implementation rules. Since January, we have been closely tracking the developments regarding the freeze and termination of IRA-funded grant programs. Earthjustice is currently

litigating a case challenging the freeze of IRA funded grants at the USDA as well as a case challenging terminations of USDA grants. *See Cultivate KC et al. v. U.S.D.A. et al*., Civil Action No. 1:25-cv-00737-RC (D.D.C. Mar. 19, 2025); *Urban Sustainability Directors Network, et. al v. USDA*, Civil Action No. 1-25-cf-01775 (D.D.C. June 5, 2025).

8.     Earthjustice has assigned four qualified attorneys to litigate this case: myself, Deena Tumeh, Linnet Davis-Stermitz, Molly Prothero, and Andrew Saavedra. The case team is also relying on regular input and support from other experienced Earthjustice attorneys and litigation support staff.

9.     Deena Tumeh is a Senior Attorney at Earthjustice, where she has worked since November 2020. She was first licensed to practice law in 2017. At Earthjustice, she has litigated Clean Air Act lawsuits and a case challenging federal funding freezes, *Cultivate KC v. U.S.D.A*. She previously clerked on the U.S. District Court for the Middle District of Alabama and the U.S. Court of Appeals for the Eleventh Circuit. Before clerking, she worked as a fellow at Public Counsel, where she was part of the team that litigated a class action, *J.P. v. Sessions*, No. 18-cv-6081 (C.D. Cal.). She also contributed to research and drafting on two other class actions, *Kevin S. v. Blalock*, No. 18-cv-896 (D.N.M.), and *Stephen C. v. Bureau of Indian Education*, No. 17-cv-8004 (D. Ariz.).

10.     Linnet Davis-Stermitz is Senior Counsel for Strategic Legal Advocacy at Earthjustice, where she has worked since May 2024. At Earthjustice, she assists case teams in navigating cross-cutting doctrinal challenges, including issues relating to justiciability, jurisdiction, the scope of federal power, and judicial review of agency actions. Prior to joining Earthjustice, she worked at Gupta Wessler, a plaintiffs'-side appellate and complex litigation boutique, where she regularly counseled class-action attorneys and drafted briefs addressing

complex litigation and class-certification questions at every level of the state and federal courts. She has also served as a law clerk on the U.S. District Court for the Southern District of New York and the U.S. Court of Appeals for the Ninth Circuit.

11. Molly Prothero is an Associate Attorney at Earthjustice, where she has worked since September 2023. She was first licensed to practice law in 2021. At Earthjustice, she has litigated Clean Air Act cases, as well as other environmental laws. She also has experience litigating issues addressing the freeze or termination of federal funding appropriated by the Inflation Reduction Act as part of the *Cultivate KC* case team. Prior to joining Earthjustice, she worked as a Skadden Fellow/Staff Attorney at Bread for the City, where she built out a medical-legal partnership to address the legal barriers to clients achieving better health outcomes.

12. Andrew Saavedra is an Associate Attorney at Earthjustice, where he has worked since January 2025. He was first licensed to practice law in 2023. At Earthjustice, he has worked with frontline groups facing hazardous waste pollution in their communities. Prior to joining Earthjustice, he worked at the Public Utility Law Project of New York where he advocated on behalf of low-income utility customers throughout the state before the Public Service Commission.

13. In bringing this action, Earthjustice is co-counseling with experienced attorneys from Southern Environmental Law Center, Public Rights Project, and Lawyers for Good Government. In partnership with these organizations, Earthjustice has worked diligently to investigate the specific claims in this case.

14. The organizations have committed significant resources to the preparation and filing of this case. Earthjustice is prepared to commit the staff and resources necessary to represent the class in this case and pursue the litigation to its resolution.

15. Together, Earthjustice and Southern Environmental Law Center have committed to paying all costs associated with this litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 25, 2025.

_____
Hana Vizcarra
D.C. Bar. No. 1011750
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
202-667-4500
hvizcarra@earthjustice.org