APPALACHIAN VOICES, ET AL v. EPA, ET AL

1:25-CV-01982-PLF

# EXHIBIT 11

# Declaration of Toby Merrill

# Public Rights Project

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **APPALACHIAN VOICES,** *et al.,* on behalf of themselves and those similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**, *et al.*,<br><br>                    Defendants. | Case No. 1:25-cv-01982-PLF<br><br>(Class Action) |

### DECLARATION OF TOBY MERILL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Toby Merrill, hereby declare under penalty of perjury that the following is true and correct:

1. I am the Litigation Director of the Public Rights Project ("PRP"). I am one of the attorneys for the named Plaintiffs and the putative class members in this case. I submit this declaration in support of the motion for class certification.

2. I was first licensed as an attorney in 2012 and have continuously practiced law since then. Prior to joining PRP in 2025, I worked at the U.S. Department of Education Office of General Counsel as Principal Deputy General Counsel and, before that, as Deputy General Counsel for Postsecondary Education. A significant part of those roles was working with the Department of Justice to represent the agency in complex litigation matters.

3. Before joining the Department of Education, I founded and directed the Project on Predatory Student Lending, which was a part of the Legal Services Center of Harvard Law School at the time. In that role, I was counsel of record in several complex and class action federal lawsuits on behalf of plaintiffs seeking declaratory and injunctive relief in federal courts, including but not

1

limited to: a class action on behalf of 7,200 people cheated by Corinthian Colleges, Inc.'s two campuses in Massachusetts, resulting in the first court-ordered "borrower defense discharge" and full loan relief for the entire class, *Vara v. DeVos*, 19-cv-12175 (D. Mass. filed Oct. 22, 2019); a class action on behalf of tens of thousands of former students of the predatory Corinthian Colleges, Inc. chain, successfully challenging a federal policy of misusing federal data to deny loan relief to these borrowers, *Calvillo Manriquez v. DeVos*, 17-cv-07210 (N.D. Cal. filed Dec. 20, 2017); a class action that reversed an agency policy and eventually resulted in approximately $6 billion in relief for more that 270,000 student loan borrowers by a settlement reached after I withdrew as counsel to begin a new position, *Sweet v. Cardona*, No. 19-cv-03674 (N.D. Cal. filed June 25, 2019); and a class action on behalf of approximately 750,000 former ITT Technical Institute students in the corporation's Chapter 7 bankruptcy proceeding, securing millions of dollars of private student loan relief as well as a distribution to former students, Villalba v. ITT, No. 16-07207 (S.D. Ind. Bry. filed Jan. 3, 2017).

4.      PRP's mission is to help local governments and local officials fight for civil rights. It has significant expertise in representing local governments and has developed a docket of federal litigation on behalf of local governments across the country. PRP has experience bringing complex litigation in federal courts, including on behalf of large groups of local governments. *See, e.g.*, *King County v. Trump*, 25-cv-00814 (W.D. Wa. filed May 2, 2025) (thirty-one local government plaintiffs challenging unlawful funding conditions imposed by the Department of Housing and Urban Development and the Department of Transportation); *San Francisco v. Trump*, 25-cv-01350 (N.D. Cal. filed Feb. 7, 2025) (sixteen local government plaintiffs challenging unlawful executive orders and memoranda threatening to terminate federal funding based on alleged "sanctuary city" status). PRP has numerous other federal court cases related to federal funding to local

governments, including the source of federal funding at issue in this case. *See Sustainability Inst. v. Trump*, 25-cv-02152 (D.S.C. filed Mar. 19, 2025).

5. PRP has assigned three qualified attorneys to litigate this case: myself, Elaine Poon, and Graham Provost.

6. Ms. Poon is a Senior Staff Attorney at PRP, where she has worked since August 2024. Ms. Poon was first licensed as an attorney in 2008 and has continuously practiced law since that time. Prior to joining PRP, she was the Co-Deputy Director of Advocacy of the Legal Aid Justice Center in Virginia, where she oversaw all of the organization's advocacy, including litigation. She has worked on cases where a class was proposed and the case was resolved without class certification, including: a challenge to a Virginia vagrancy law on behalf of a class of unhoused individuals suffering from alcohol addiction who had been repeatedly prosecuted and incarcerated, resulting in the Fourth Circuit striking down the statute as unconstitutional, *see Manning v. Caldwell*, 930 F.3d 264 (4th Cir. 2018); and a Fair Debt Collection Practices Act challenge on behalf of a proposed class of tenants to a law firm's practice of sending out notices of eviction on behalf of landlords, *see Crawford et. al. v. Senex Law,* 259 F.Supp.3d 464 (W.D. Va. 2017).

7. Mr. Provost is a Staff Attorney at PRP, where he has worked since February, 2024. Mr. Provost was first licensed to practice law in 2021. At PRP, he has litigated complex federal cases including *Sustainability Institute*. He previously clerked on the U.S. District Court for the Northern District of New York and the Ninth Circuit Court of Appeals.

8. In bringing this action, PRP is co-counseling with experienced attorneys from the Southern Environmental Law Center, Earthjustice, and Lawyers for Good Government. In partnership with co-counsel from these organizations, PRP has dedicated significant time and

effort investigating this case to understand the operation of the impacted grant programs and their importance to impacted communities. In addition to direct engagement with our clients in this case, PRP's legal team has developed a full understanding of the legal and factual context of the actions at issue here by litigating and conducting extensive discovery in Sustainability Institute.

9. PRP is prepared to contribute significant pro bono resources to represent the class in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 26, 2025.

TOBY MERRILL
D.D.C. Bar ID No. MA0006
Public Rights Project
490 43rd Street, Suite 115
Oakland, CA 94609
toby@publicrightsproject.org
(510) 738-6788