UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES, et al.,<br><br>              *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>              *Defendants*. | Civil Action No. 1:25-cv-01982-PLF |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Class Certification, Defendants' opposition, and Plaintiffs' reply, it is hereby:

1. **ORDERED** that the motion is GRANTED;

2. **ORDERED** that the named Plaintiffs are appointed as class representatives; and

3. **ORDERED** that counsel from the Southern Environmental Law Center, Earthjustice, and Public Rights Project are appointed as class counsel.

Dated: _____

                                                                             _____<br>
                                                                             UNITED STATES DISTRICT JUDGE<br>
                                                                             PAUL FRIEDMAN