IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

APPALACHIAN VOICES, ET AL.,

    *Plaintiffs, on behalf of themselves and
all others similarly situated,*

v.                                                                  Civil Case No. 1:25-cv-01982

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

and

LEE ZELDIN, in his official capacity as
Administrator of the United States
Environmental Protection Agency

    *Defendants.*

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(c), Plaintiffs move for admission and appearance of attorney James S. Whitlock pro hac vice in the above-captioned case. This motion is supported by the Declaration of James S. Whitlock and Mr. Whitlock's Certificate of Good Standing from the North Carolina Supreme Court, attached as Exhibits A and B, respectively.

Respectfully submitted this 1st day of July 2025,

                                              /s/ Ben Grillot
                                              Ben Grillot (D.C. Bar No. 982114)
                                              Kimberley Hunter (N.C. Bar No. 41333)
                                              (*Pro Hac Vice* forthcoming)
                                              Irena Como (N.C. Bar No. 51812)
                                              (*Pro Hac Vice* forthcoming)
                                              James Whitlock (N.C. Bar No. 34304)
                                              (*Pro Hac Vice* pending)
                                              SOUTHERN ENVIRONMENTAL LAW CENTER
                                              122 C St NW, Suite 325
                                              Washington, DC 20001
                                              Telephone: (202) 828-8382
                                              Facsimile: (202) 347-6041

bgrillot@selc.org
kmeyer@selc.org
icomo@selc.org
jwhitlock@selc.org

*Counsel for Appalachian Voices, 2°C Mississippi, Lowcountry Alliance for Model Communities, Parks Alliance of Louisville, Pittsburgh Conservation Corps (Landforce) and Southwest Renewal Foundation and Proposed Class Counsel*

/s/ Hana V. Vizcarra
Hana V. Vizcarra (D.C. Bar No. 1011750)
Deena Tumeh (D.C. Bar No. 1741543)
Linnet Davis-Stermitz (WA Bar No. 63190)
(*Pro Hac Vice*)
Molly Prothero (D.C. Bar No. 1779237)
Andrew Saavedra (N.Y. Bar No. 6062814)
(*Pro Hac Vice*)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001
Telephone: (202) 667-4500
hvizcarra@earthjustice.org
dtumeh@earthjustice.org
ldavisstermitz@earthjustice.org
mprothero@earthjustice.org
asaavedra@earthjustice.org

*Counsel for Air Alliance Houston, Bessemer Historical Society (d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Institute for Sustainable Communities, Inter-Tribal Council of Michigan, PUSH Buffalo, and WE ACT for Environmental Justice and Proposed Class Counsel*

/s/ Toby Merrill
Toby Merrill (D.D.C. Bar ID MA0006)
Graham Provost (D.C. Bar No. 1780222)
(*Pro Hac Vice* pending)
Elaine Poon (VA Bar No. 91963)
(*Pro Hac Vice* pending)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115

2

Oakland, CA 94609
Telephone: (510) 738-6788
toby@publicrightsproject.org
graham@publicrightsproject.org
elaine@publicrightsproject.org

*Counsel for Allegheny County, Kalamazoo County, King County, Native Village of Kipnuk, City of Sacramento, City and County of San Francisco, City of Springfield, and Treasure Island Mobility Management Agency and Proposed Class Counsel*

/s/ Julie Wilensky
David Chiu (CA Bar No. 189542)
SAN FRANCISCO CITY ATTORNEY
Yvonne R. Meré (CA Bar No. 175394)
(Pro Hac Vice forthcoming)
Chief Deputy City Attorney
Mollie M. Lee (CA Bar No. 251404)
(*Pro Hac Vice* forthcoming)
Chief of Strategic Advocacy
Sara J. Eisenberg (CA Bar No. 269303)
(*Pro Hac Vice* forthcoming)
Chief of Complex and Affirmative Litigation
Julie Wilensky (CA Bar No. 271765)
(*Pro Hac Vice* forthcoming)
Deputy City Attorney
1390 Market Street, 7th Floor
San Francisco, CA 94102
Telephone: (415) 554-4274
yvonne.mere@sfcityatty.org
mollie.lee@sfcityatty.org
sara.eisenberg@sfcityatty.org
julie.wilensky@sfcityatty.org

*Counsel for City and County of San Francisco and Treasure Island Mobility Management Agency*

/s/ David J. Hackett
David J. Hackett (WA Bar No. 21234)
(*Pro Hac Vice* forthcoming)
General Counsel to King County Executive & Special Deputy Prosecutor
Alison Holcomb (WA Bar No. 23303)
(*Pro Hac Vice* forthcoming)
Deputy General Counsel to King County Executive &

3

Special Deputy Prosecutor
OFFICE OF KING COUNTY PROSECUTING ATTORNEY
LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
David.Hackett@kingcounty.gov
aholcomb@kingcounty.gov

*Counsel for Martin Luther King, Jr. County*

## CERTIFICATE OF SERVICE

I certify that on July 1st, 2025, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system.

/s/ Ben Grillot
Ben Grillot (D.C. Bar No. 982114)
Southern Environmental Law Center
122 C St NW, Suite 325
Washington, DC 20001
Telephone: (202) 828-8382
Facsimile: (202) 347-6041
bgrillot@selc.org
