UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| APPALACHIAN VOICES, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 25-01982 (PLF) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

In light of plaintiffs' Motion for a Preliminary Injunction [Dkt. No. 29] and plaintiffs' Motion in Support of Class Certification [Dkt. No. 30], it is hereby

ORDERED that the parties shall meet and confer and file a joint status report on or before July 3, 2025; it is

FURTHER ORDERED that the joint status report shall include proposed deadlines for defendants' responses to plaintiffs' Motion for a Preliminary Injunction [Dkt. No. 29] and plaintiffs' Motion in Support of Class Certification [Dkt. No. 30], as well as proposed deadlines for plaintiffs' replies in support of both motions; and it is

FURTHER ORDERED that the joint status report shall indicate the parties' availability to appear for oral argument on plaintiffs' motions at 3:00 p.m. on Wednesday, July 23, 2025, in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse, 333 Constitution Avenue N.W., Washington, D.C. 20001.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 7/2/25