**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

APPALACHIAN VOICES, et al.,

       *Plaintiffs*,

    v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, et al.,

       *Defendants*.

Case No. 1:25-cv-01982

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of

attorney Graham Provost *pro hac vice* in the above-entitled action. This motion is supported by

the Declaration of Graham Provost, filed herewith. As set forth in Mr. Provost's declaration, he is

admitted and an active member in good standing of the District of Columbia Bar. This motion is

supported and signed by Toby Merrill, an active member of the Bar of this Court.

Dated: July 2, 2025

Respectfully submitted,

*/s/ Toby Merrill*
Toby Merrill (MA0006)
Public Rights Project
490 43rd Street, Unit #115
Oakland, California 94609
(510) 214-6960 (phone)
toby@publicrightsproject.org

*Counsel for Allegheny County, Kalamazoo County,
King County, Native Village of Kipnuk, City of
Sacramento, City and County of San Francisco,
City of Springfield and Treasure Island Mobility
Management Agency*