# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **ELAINE POON** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **ELAINE POON** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **SEPTEMBER 20, 2017,** AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

Issued March 31, 2025

*DaVida M. Davis*

DaVida M. Davis
**Director of Regulatory Compliance**