# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES, et al., | ) |
| *Plaintiffs*, on behalf of themselves and all others similarly situated | ) ) ) ) ) |
| v. | ) Civil Action No. 1:25-cv-01982-PLF ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) |
| *Defendants*. | ) |

## JOINT STATUS REPORT

Plaintiffs[1], and Defendants United States Environmental Protection Agency and Administrator Lee Zeldin respectively propose the following schedule to govern preliminary injunction proceedings:

| **Filing** | **Date** |
|---|---|
| Defendants' Response to Plaintiffs' Preliminary Injunction Motion | July 14 |
| Defendants' Response to Class Certification | July 16 |
| Plaintiffs' Reply on PI | July 18 |
| Plaintiffs' Reply on Class Certification | July 21 |

Parties agree to be available for a hearing at 3:00pm ET, Wednesday July 23, 2025.

---

[1] Plaintiffs include Appalachian Voices; 2°C Mississippi; Air Alliance Houston; Allegheny County, Pennsylvania; Bessemer Historical Society (d/b/a Steelworks Center of the West); City and County of San Francisco, California; City of Sacramento, California; City of Springfield, Massachusetts; Deep South Center for Environmental Justice; Downwinders At Risk; Health Resources in Action; Institute for Sustainable Communities; Inter-Tribal Council of Michigan; Kalamazoo County, Michigan; Lowcountry Alliance for Model Communities; Martin Luther King Jr. County, Washington; Native Village of Kipnuk; Parks Alliance of Louisville, Inc.; Pittsburgh Conservation Corps (d/b/a Landforce); PUSH Buffalo; Treasure Island Mobility Management Agency; and WE ACT for Environmental Justice.

| | |
|---|---|
| DATED: July 2, 2025 | Respectfully submitted, |

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division | */S/ HANA V. VIZCARRA*<br>Hana V. Vizcarra (D.C. Bar No. 1011750)<br>Deena Tumeh (D.C. Bar No. 1741543)<br>Molly Prothero (D.C. Bar No. 1779237) |
| JOSEPH E. BORSON<br>Assistant Branch Director | Andrew Saavedra (N.Y. Bar No: 6062814)<br>(*Pro Hac Vice*)<br>Linnet Davis-Stermitz (WA Bar No. 63190) |
| */S/ JESSICA A. LUNDBERG*<br>Jessica A. Lundberg (WA Bar No. 60100)<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 880-0344<br>Email: jessica.a.lundberg@usdoj.gov | (*Pro Hac Vice*)<br>EARTHJUSTICE<br>1001 G Street NW, Suite 1000<br>Washington, D.C. 20001<br>(202) 667-4500<br>hvizcarra@earthjustice.org<br>dtumeh@earthjustice.org<br>mprothero@earthjustice.org<br>asaavedra@earthjustice.org<br>ldavisstermitz@earthjustice.org |
| *Attorneys for Defendants.* | *Counsel for Plaintiffs Air Alliance Houston, Bessemer Historical Society (d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Institute for Sustainable Communities, Inter-Tribal Council of Michigan, PUSH Buffalo, and WE ACT for Environmental Justice and Proposed Class Counsel.* |
| | */s/ Ben Grillot*<br>Ben Grillot (D.C. Bar No. 982114)<br>Kimberley Hunter (N.C. Bar No. 41333)<br>(*Pro Hac Vice* pending)<br>Irena Como (N.C. Bar No. 51812)<br>(*Pro Hac Vice*)<br>James Whitlock (N.C. Bar No. 34304)<br>(*Pro Hac Vice*)<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>122 C St NW, Suite 325<br>Washington, DC 20001<br>Telephone: (202) 828-8382 |

Facsimile: (202) 347-6041
bgrillot@selc.org
kmeyer@selc.org
icomo@selc.org

*Counsel for Plaintiffs Appalachian Voices, 2°C Mississippi, Lowcountry Alliance for Model Communities, Parks Alliance of Louisville, Pittsburgh Conservation Corps (Landforce) and Southwest Renewal Foundation and Proposed Class Counsel.*


<u>/s/ Toby Merrill</u>
Toby Merrill (D.D.C. Bar No. MA0006)
Graham Provost (D.C. Bar No. 1780222)
(*Pro Hac Vice* pending)
Elaine Poon (VA Bar No. 91963)
(*Pro Hac Vice* pending)
Cassandra Crawford (N.C. Bar No. 45396)
(*Pro Hac Vice* pending)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
toby@publicrightsproject.org
graham@publicrightsproject.org
elaine@publicrightsproject.org

*Counsel for Plaintiffs Allegheny County, Kalamazoo County, King County, Native Village of Kipnuk, City of Sacramento, City and County of San Francisco, City of Springfield and Treasure Island Mobility Management Agency and Proposed Class Counsel.*

 <u>/s/ Gary DiBianco</u>
Gary DiBianco (D.C. Bar No. 458669)
Jillian Blanchard (CA Bar No. 203593)
(*Pro Hac Vice*)
Larissa Koehler (CA Bar No. 289581)
(*Pro Hac Vice*)
LAWYERS FOR GOOD GOVERNMENT
6218 Georgia Avenue NW, # 5001
Washington, D.C. 20011
(202) 258-6826

3

Gary@lawyersforgoodgovernment.org
Jillian@lawyersforgoodgovernment.org
Larissa@lawyersforgoodgovernment.org

*Counsel for Plaintiffs Institute for Sustainable Communities, Inter-Tribal Council of Michigan, and Kalamazoo County.*

<u>*/s/ Julie Wilensky*</u>
David Chiu (CA Bar No. 189542)
SAN FRANCISCO CITY ATTORNEY
Yvonne R. Meré (CA Bar No. 175394)
Chief Deputy City Attorney
*Pro Hac Vice* forthcoming)
Mollie M. Lee (CA Bar No. 251404)
(*Pro Hac Vice* forthcoming)
Chief of Strategic Advocacy
Sara J. Eisenberg (CA Bar No. 269303)
(*Pro Hac Vice* forthcoming)
Chief of Complex and Affirmative Litigation
Julie Wilensky (CA Bar No. 271765)
(*Pro Hac Vice* forthcoming)

Deputy City Attorney
1390 Market Street, 7th Floor
San Francisco, CA 94102
Telephone: (415) 554-4274
yvonne.mere@sfcityatty.org
mollie.lee@sfcityatty.org
sara.eisenberg@sfcityatty.org
julie.wilensky@sfcityatty.org

*Counsel for Plaintiffs City and County of San Francisco and Treasure Island Mobility Management Agency*

<u>*/s/ Alison Holcomb*</u>
David J. Hackett (WA Bar No. 21234)
(*Pro Hac Vice* forthcoming)
General Counsel to King County Executive & Special Deputy Prosecutor
Alison Holcomb (WA Bar No. 23303)
(*Pro Hac Vice* forthcoming)

4

Deputy General Counsel to King County
Executive & Special Deputy Prosecutor
OFFICE OF KING COUNTY PROSECUTING
ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
David.Hackett@kingcounty.gov
aholcomb@kingcounty.gov

*Attorneys for Plaintiff Martin Luther King, Jr. County*