# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

Appalachian Voices, et al.                              )
          Plaintiff(s)                              )
                              )
vs.                              )      Case Number: 1:25-cv-01982-PLF
                              )
United States Environmental Protection Agency, et al.   )
          Defendant(s)

### DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Sara Jennifer Eisenberg

2. State bar membership number:  CA 269303, NY 4434551

3. Business address, telephone and fax numbers: San Francisco City Attorney's Office
Fox Plaza, 1390 Market Street, 6th Floor, San Francisco, CA  94102
Tel: (415) 554-3874; Fax: (415) 437-4644

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: California (all state courts); New York (all state courts); U.S. District Court for the Northern District of California; U.S. Court of Appeals for the Ninth Circuit; U.S. Supreme Court

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐      No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?      Yes ☐      No ☑

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  1

(If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No.

9. Do you have a pending application for admission into USDC for the District of Columbia? No.

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

June 26, 2025
_____
DATE

_____
SIGNATURE OF ATTORNEY

2



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### <u>SARA JENNIFER EISENBERG</u>

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that SARA JENNIFER EISENBERG, #269303, was on the 12th day of April, 2010 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 18th day of June, 2025.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
*Robert R. Toy, Senior Deputy Clerk*