AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| APPALACHIAN VOICES | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01982 |
| U.S. EPA, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Allegheny County, Kalamazoo County, King County, Native Village of Kipnuk, City of Sacramento, City and County of San Francisco, City of Springfield and Treasure Island Mobility Management Agency.

Date: July 3, 2025

*/s/ Cassandra Crawford*
*Attorney's signature*

Cassandra Crawford (NC: 45396)
*Printed name and bar number*

490 43rd Street
Unit 115
Oakland, CA 94609
*Address*

cassie@publicrightsproject.org
*E-mail address*

(510) 214-6960
*Telephone number*

*FAX number*