AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| Appalachian Voices, et al. <br> *Plaintiff* <br> v. <br> United States Environmental Protection Agency, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:25-cv-01982 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs (see attached list)

Date: 07/04/2025

*Attorney's signature*

Kimberley Claire Hunter (Pro Hac Vice)
*Printed name and bar number*

136 East Rosemary Street, Suite 500
Chapel Hill, NC 27514
*Address*

kmeyer@selc.org
*E-mail address*

(919) 967-1450
*Telephone number*

(919) 929-9421
*FAX number*

**Appalachian Voices, et al v. U.S. Environmental Protection Agency, et al.**
**1:25-cv-01982**

**Plaintiffs**

Appalachian Voices

 2°C Mississippi

Lowcountry Alliance for Model Communities

Parks Alliance of Louisville

Pittsburgh Conservation Corps (Landforce)

Southwest Renewal Foundation

and Proposed Class Counsel