AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Appalachian Voices, et al. )
*Plaintiff* )
v. ) Case No. 1:25-cv-01982
United States Environmental Protection Agency, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs (see attached list)

Date:    07/08/2025

*Attorney's signature*

James S. Whitlock (Pro Hac Vice)
*Printed name and bar number*

48 Patton Avenue, #304
Asheville, NC 28801

*Address*

jwhitlock@selc.org
*E-mail address*

(828) 258-2023
*Telephone number*

(828) 258-2024
*FAX number*

**Appalachian Voices, et al v. U.S. Environmental Protection Agency, et al.**
**1:25-cv-01982**

**Plaintiffs**

Appalachian Voices

2°C Mississippi

Lowcountry Alliance for Model Communities

Parks Alliance of Louisville

Pittsburgh Conservation Corps (Landforce)

Southwest Renewal Foundation

and Proposed Class Counsel