UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-01982-RJL |

**UNOPPOSED MOTION OF GATHER, AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS, CLEAN AIR COALITION OF WESTERN NEW YORK, CLIMATE AND ENERGY PROJECT, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS, EASTERN RHODE ISLAND CONSERVATION DISTRICT, EMERALD CITIES COLLABORATIVE, ENGINEERS WITHOUT BORDERS, ERIE COUNTY RESTORATIVE JUSTICE COALITION, GREENROOTS, HEALTHY BOURBON COUNTY ACTION TEAM, CITY OF OAKRIDGE, RACIAL & ENVIRONMENTAL JUSTICE COMMITTEE, RHODE ISLAND SCHOOL RECYCLING PROJECT, SANTA FE GREEN CHAMBER OF COMMERCE, TRANSPORTATION FOR MASSACHUSETTS, URBAN SUSTAINABILITY DIRECTORS NETWORK FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Gather, American Society of Adaptation Professionals, Clean Air Coalition of Western New York, Climate and Energy Project, Connecticut Roundtable on Climate and Jobs, Eastern Rhode Island Conservation District, Emerald Cities Collaborative, Engineers Without Borders, Erie County Restorative Justice Coalition, GreenRoots, Healthy Bourbon County Action Team, City of Oakridge, Racial & Environmental Justice Committee, Rhode Island School Recycling Project, Santa Fe Green Chamber of Commerce, Transportation for Massachusetts, Urban Sustainability Directors Network (collectively, Amici) respectfully request leave to file the

accompanying amici curiae brief in support of Plaintiffs' Motion for Preliminary Injunction[1] (Plaintiff's Motion) in the above-captioned matter.

Amici may file a brief only upon leave of the Court,[2] which has "broad discretion"[3] and "inherent authority"[4] to grant leave to third parties seeking to participate as amici. This Court generally grants such motions where it finds that amici have demonstrated relevant expertise or hold "unique information or perspective that can help the court,"[5] have stated a concern in the issues at stake in the case,[6] and where such motion is timely.[7]

Amici are a cohort of nonprofit organizations that were beneficiaries of Environmental Protection Agency (EPA) grant funds that the EPA, under direction from the Administration, subsequently withdrew. Amici received grant funds from the direct recipients of EPA's grant funds, which in many cases functioned as regional grant makers distributing funds to local groups to carry out grant work. Amici were not eligible for inclusion in Plaintiffs' class but nonetheless suffered significant harm when EPA's grant funds were summarily withdrawn. Those harms would be redressed by a favorable ruling in this case, giving Amici a strong interest in the outcome. Amici can also help provide the Court insight into the full impacts of EPA's decision to withdraw funding for its Thriving Communities Grantmaking, Thriving Communities Technical Assistance Centers, Government-to-Government, and Community Change Grants grant

---

[1] *Pl.'s Mot. for Preliminary Injunction*, June 27, 2025, Dkt. No. 29.
[2] D.D.C. Local Civ. R. 7(o)(1).
[3] *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007).
[4] *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008).
[5] *Jin*, 557 F. Supp. 2d at 137 (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997)).
[6] *D.C. v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).
[7] *Ellsworth Assocs., Inc. v. United States*, 917 F. Supp. 841 (D.D.C. 1996) (quoting *Waste Management of Pennsylvania v. City of York*, 162 F.R.D. 34, 36 (M.D.Pa.1995)).

programs. This motion is timely filed before briefing on Plaintiffs' Motion is concluded and prior to oral argument.

Amici's request is also compliant with D.C. District Court Local Rule 7(o)(5) and Federal Rule of Appellate Procedure 29(a)(4)(E). Amici confirm that this brief was not authored, in whole or in part, by any party to this proceeding and its preparation and submission were not funded by any party to this proceeding or by any person other than the *amicus curiae*, their members, or their counsel.

Given the "unique . . . perspective"[8] Amici bring to the case, their vested interest in the outcome, this motion's timely and compliant filing, and the fact that all Parties have consented to the filing of this amicus brief, we respectfully request that the Court grant this motion and consider Subrecipients' attached amicus brief.

Respectfully submitted,

*/s/ Chloe C. Fross*
Chloe Fross (D.C. Bar No. MA0048)
Alexandra Enríquez St. Pierre
(MA Bar No. 706739)
(*Pro Hac Vice* pending)
Erica Kyzmir-McKeon
(N.Y. Bar No. 4987376)
(*Pro Hac Vice* pending)
Rachel Genna Briggs
(AK Bar No. 2103012)
(*Pro Hac Vice* pending)
Conservation Law Foundation
62 Summer Street
617-850-1790
Boston, MA 02110
cfross@clf.org
aestpierre@clf.org
ekyzmir-mckeon@clf.org

---

[8] *Jin*, 557 F. Supp. 2d at 137 (quoting *Ryan*, 125 F.3d at 1064).

rbriggs@clf.org

*Counsel for Amici Gather, American Society of Adaptation Professionals, Clean Air Coalition of Western New York, Climate and Energy Project, Connecticut Roundtable on Climate and Jobs, Eastern Rhode Island Conservation District, Emerald Cities Collaborative, Engineers Without Borders, Erie County Restorative Justice Coalition, GreenRoots, Healthy Bourbon County Action Team, City of Oakridge, Racial & Environmental Justice Committee, Rhode Island School Recycling Project, Santa Fe Green Chamber of Commerce, Transportation for Massachusetts, Urban Sustainability Directors Network*

Heidi Trimarco (NH Bar No. 266813)
(*Pro Hac Vice* pending)
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
617-850-1790
htrimarco@clf.org

*Counsel for Amicus Transportation for Massachusetts*

Dated: July 17, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Motion of Gather, American Society of Adaptation Professionals, Clean Air Coalition of Western New York, Climate and Energy Project, Connecticut Roundtable on Climate and Jobs, Eastern Rhode Island Conservation District, Emerald Cities Collaborative, Engineers Without Borders, Erie County Restorative Justice Coalition, GreenRoots, Healthy Bourbon County Action Team, City of Oakridge, Racial & Environmental Justice Committee, Rhode Island School Recycling Project, Santa Fe Green Chamber of Commerce, Transportation for Massachusetts, Urban Sustainability Directors Network for Leave to File an Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction with the Clerk of the U.S. District Court for the District of Columbia by using the appellate CM/ECF system on July 17, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully submitted,

/s/ Chloe C. Fross
Chloe Fross (D.C. Bar No. MA0048)
Alexandra Enríquez St. Pierre
(MA Bar No. 706739)
(*Pro Hac Vice* pending)
Erica Kyzmir-McKeon
(N.Y. Bar No. 4987376)
(*Pro Hac Vice* pending)
Rachel Genna Briggs
(AK Bar No. 2103012)
(*Pro Hac Vice* pending)
Conservation Law Foundation
62 Summer Street
617-850-1790
Boston, MA 02110
cfross@clf.org

aestpierre@clf.org
ekyzmir-mckeon@clf.org
rbriggs@clf.org

*Counsel for Amici Gather, American Society of Adaptation Professionals, Clean Air Coalition of Western New York, Climate and Energy Project, Connecticut Roundtable on Climate and Jobs, Eastern Rhode Island Conservation District, Emerald Cities Collaborative, Engineers Without Borders, Erie County Restorative Justice Coalition, GreenRoots, Healthy Bourbon County Action Team, City of Oakridge, Racial & Environmental Justice Committee, Rhode Island School Recycling Project, Santa Fe Green Chamber of Commerce, Transportation for Massachusetts, Urban Sustainability Directors Network*

Heidi Trimarco (NH Bar No. 266813)
(*Pro Hac Vice* pending)
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
617-850-1790
htrimarco@clf.org

*Counsel for Amicus Transportation for Massachusetts*

Dated: July 17, 2025

## **CORPORATE AND FINANCIAL DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(A), Gather, American Society of Adaptation Professionals, Clean Air Coalition of Western New York, Climate and Energy Project, Connecticut Roundtable on Climate and Jobs, Eastern Rhode Island Conservation District, Emerald Cities Collaborative, Engineers Without Borders, Erie County Restorative Justice Coalition, GreenRoots, Healthy Bourbon County Action Team, City of Oakridge, Racial & Environmental Justice Committee, Rhode Island School Recycling Project, Santa Fe Green Chamber of Commerce, Transportation for Massachusetts, Urban Sustainability Directors Network state they have no parent companies, subsidiaries, or affiliates that have issued shares to the public in the United States and that no publicly held corporation holds 10% or more of their stocks because they have never issued any stock or other security.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-01982-RJL |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF GATHER, AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS, CLEAN AIR COALITION OF WESTERN NEW YORK, CLIMATE AND ENERGY PROJECT, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS, EASTERN RHODE ISLAND CONSERVATION DISTRICT, EMERALD CITIES COLLABORATIVE, ENGINEERS WITHOUT BORDERS, ERIE COUNTY RESTORATIVE JUSTICE COALITION, GREENROOTS, HEALTHY BOURBON COUNTY ACTION TEAM, CITY OF OAKRIDGE, RACIAL & ENVIRONMENTAL JUSTICE COMMITTEE, RHODE ISLAND SCHOOL RECYCLING PROJECT, SANTA FE GREEN CHAMBER OF COMMERCE, TRANSPORTATION FOR MASSACHUSETTS, URBAN SUSTAINABILITY DIRECTORS NETWORK FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Upon review of the Amici's Unopposed Motion for Leave to File an Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction, this Court hereby ORDERS that the Motion is GRANTED, and the attached proposed amici curiae brief shall be docketed.

Dated: _____                                       _____

HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE