UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **APPALACHIAN VOICES, et al.,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 1:25-cv-01982-PLF** |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,** | |
| **Defendants.** | |

## DECLARATION OF ANNE HAYES, GATHER

I, Anne Hayes, declare and state as follows:

1. My name is Anne Hayes, and I live in Bedford, Massachusetts. This declaration is based on my personal knowledge and professional education and experience. I am over the age of eighteen and suffer no legal incapacity. I submit this declaration in support of Gather, a subgrantee of EPA's Thriving Communities Environmental Justice for New England Grant – Tier 3 Project Implementation Award.

2. Gather, headquartered in Portsmouth, has fought food insecurity in New Hampshire since 1816. Our mission is to offer innovative programs that build food security in welcoming and dignified ways.

3. We are the largest food access organization in southern New Hampshire, serving residents across 119 New Hampshire and southern Maine towns. Since 2023, there has been a 50% increase in demand across our work. Last year we served 125,000 people, distributed 1.7 million pounds of food, and made 89,500 nutritious, prepared meals for clients.

4. Our advocacy includes our food access initiatives to reduce barriers for low-to-moderate income NH and ME residents to have a consistent provision of fresh, nutritious food at no cost. These initiatives include our pantry market, Mobile Markets, Fresh Food Bus, Meals 4 Kids programming, Cooking 4 Community, and Gather Cafe management at Great Bay Community College.

5. Gather's food recovery initiatives divert edible food from landfills to be repurposed into nutritious, prepared takeaway meals that are distributed through our food access pathways. Gather's food-focused education programs provide skill-building opportunities that facilitate community belonging. Participants learn ways to make affordable, nutritious meals while building connections and combatting social isolation.

6. I am the Executive Director at Gather. I have worked at Gather for almost three years. As Gather's Executive Director, I am responsible for the leadership and strategic decision-making required to advance the organization's mission. I oversee an executive team of four staff, report to Gather's 16-person board, and represent Gather through community engagement and fundraising initiatives. Therefore, I am familiar with Gather's organization, policies, practices, and programs.

7. On May 28, 2025, Health Resources in Action (HRiA) awarded Gather a $347,155.09 grant as a subrecipient of EPA's Thriving Communities Environmental Justice for New England Grant – Tier 3 Project Implementation Award. This award was to fund our

project Scaling the Seacoast Waste Not Coalition: Increasing sustainable food recovery efforts to meet rising hunger needs.

8. The TCGP is part of EPA's Environmental and Climate Justice Grant Program and provides pass-through funding via subawards to community-based nonprofit organizations representing underserved and disadvantaged communities.

9. We were delighted to receive this grant. The funds would have supported the scaling of our very successful and unique food recovery initiative called Seacoast Waste Not, which helps divert surplus food from ending up in landfills, a critical issue for the state at this point in time. This surplus food from regional restaurants, caterers, clubs, and industry professionals (spanning NH, Maine, and northern Massachusetts) would have doubled the number of well-balanced meals (90,000 to 180,000+) we could have created using this recovered food to distribute to hungry residents. It also would have supported efforts to incrementally increase the sustainability of all of Gather's food recovery operations over time by decreasing the carbon footprint of how we carry out our work.

10. However, in the same email letter notifying us that our grant application had been selected, we were also notified that funding had been withdrawn and HRiA would not be able to proceed. Gather has therefore not received any funding.

11. While Gather had not yet spent any grant funds, the termination of our award has nonetheless been a huge setback. We have not been able to start scaling our food recovery programming because we have not received any funds. There is substantial demand from the food industry for our food recovery services, and we have been forced to turn down food pick-ups due to infrastructure constraints.

12. The termination of these funds means that more excess food will be thrown into landfills, further harming New Hampshire's environment and the health of its residents; and fewer

meals prepared by our staff and volunteers will be distributed to food-insecure community members. At a time when the demand for free food is greater than ever, the claw back of this grant is unfortunate and impactful.

13. Gather has experienced a 50% increase in demand for its continuum of food access initiatives since 2023. At the same time, our food donation pathways have stagnated and/or decreased depending upon the time of year. With the $1,000,000 cut to the USDA's Local Food Purchase Assistance Cooperative Agreement Program (LFPA) to New Hampshire's Food Bank, Gather will receive less food donations from this pathway. Funding through the USDA's Emergency Food Assistance Program (TEFAP) has also been reduced, affecting more additional food donation pathways. Therefore, we are facing rising service demand and declining food donation pathways. Scaling Gather's Seacoast Waste Not initiative would not only help bridge this gap in food donations but would have enabled Gather to be less dependent upon federal funding programs long-term. Without this funding, Gather will not be able to achieve its goals and realize the environmental, social, and economic impacts it was relying on grant funds to implement.

14. Gather has had to reallocate staff time to seeking alternate funding for work that otherwise would have been covered by the grant. For example, Gather is in the process of relocating to a larger, centralized building in order to meet increased need. This includes upgrading cold storage and kitchen equipment. $63,000 from the grant was to be put toward covering this equipment. We will now need to dedicate staff time to support additional fundraising for these items.

15. Approximately $42,000 of this award was dedicated to staff capacity-building through conferences. Costs incurred for multiple leadership positions to attend a professional event, the ReFED Food Waste Solutions Summit, two years in a row will need to be

fundraised for because of the loss of these funds. Costs included flight and ground transport, registrations, per diem meal rates, and per diem hotel stays.

16. Gather will also need to find additional funding to cover staff positions that would have been covered by this award. This award would have enabled the hiring of an additional part-time staff member to support increasing the scale of Seacoast Waste Not activities. We will have to seek out other funding, amounting to $55,000 over two years, in order to hire this position. Additionally, this award was going to cover the salary of an existing Operations and Logistics Manager, moving this position from part to full-time, costing $104,000 over two years. Additional fundraising capacity is needed to replace these funds.

17. The injury to Gather and its interests would be redressed by an order from this Court granting the Plaintiffs the relief they have requested.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Anne Hayes

Date: 7/9/2025