UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

APPALACHIAN VOICES, et al.,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

Defendants.

Civil Action No. 1:25-cv-01982-PLF

## DECLARATION OF DEBRA BUTLER, AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS (ASAP)

I, Debra M. Butler, declare and state as follows:

1. My name is Debra M. Butler. I live in Mobile, Alabama.

2. I am the Executive Director at the American Society of Adaptation Professionals ("ASAP"). As Executive Director, I manage a virtual network of nearly 700-800 individuals across the United States and its territories who are members of a network of professionals engaged in climate adaptation and resilience..

3. I have worked at ASAP since April 2023. I am familiar with ASAP's organization, policies, practices, and programs.

4. Established in 2011, ASAP provides a platform for knowledge exchange, technical and educational resources/databases, event planning for conferences. ASAP connects professionals with private organizations, universities, independent consultants, federal employees, and

municipalities as intermediaries /resources for their climate adaptation projects. ASAP was formed as a professional society bridging geographies, disciplines and methodologies throughout diverse and dynamic fields of climate work, with a goal of making applications and processes of adaptation and resilience more efficient.

5. ASAP is a sub-grantee of the Institute of Sustainable Communities ("ISC"), a national Thriving Communities Technical Assistance Center. In its work with ISC, ASAP provided technical assistance to communities anticipating federal grant opportunities in the United States and its territories. For example if a technical assistance center in Region 1 (Northeast) had a client (municipality, CBO, university, etc.) needing training or expertise which they lacked "in-house", ASAP would be able to match the request with the contractor(s) having the expertise required by the specific request. Examples of assistance requests might include flood-plain mapping, grant writing templates, project management, heat island or mini-solar consultancy on "best practices" for project planning or execution.

6. Federal funds are critically important for ASAP to secure a quality staff and resources to plan and execute systemic climate resilience efforts that are sustainable over time. As a sub-contractor for ISC, ASAP TCTAC committed resources over a period of five years in order to recruit, vet, hire contractors with specific expertise in climate resilience. We recruited technical assistance providers, built training and development infrastructure, and expanded our network of partners (including Hawaii, the Commonwealth of Puerto Rico and U.S. territories). We actively engaged ASAP members in the private sectors, universities, and municipalities to support and administer this grant.

7. In June 2023, ASAP applied for the EPA-TCTAC grant to act as a sub-contractor

under the Institute for Sustainable Communities' Thriving Communities Technical Assistance Centers Grant (TC-TAC)

8. The sub-award agreement is effective from June 1, 2023, through January 31, 2028, and the total estimated amount of the sub-award is up to $1,048,968).

9. ASAP partnered with ISC to support all of the regional TCTACs through (a) peer learning for both contractors and requestors, (b) increased facility with appropriate scientific tools, and information sharing; (c) increased facility and understanding of underserved communities using ISC's community engagement expertise; and (d) development of an accessible online National EJ - TCTAC Platform for interactive communication, networking, collaboration, and additional funding access.

10. Specifically, ASAP contributed to the national platform website (ATMA), internal and external social media platforms, direct email contact, and in house and virtual training with and for ASAP contributors. With localized support from the regional TCTACs, underserved and rural and remote communities are better positioned to successfully access grant opportunities and to design and implement environment and energy justice decision-making,

11. ASAP's application for a subgrant of ISC's TCTAC grant was approved for a total of $1,048,968.00 over a five-year period. The amount budgeted and approved for YR2 is approximately $400,000. This budget was designed to position TA providers to respond in areas requiring mapping, risk assessment, workforce development, energy grid development, fresh/cost water systems, urban heat island mitigation, and other critical areas determined by local and regional requests.

12. After receiving the grant, ASAP began work on requests sent to ISC from the nine regional technical assistance centers. Based on anticipated funding, ASAP began collaborations across all regions, which required that we expand our staff, develop, plan and execute recruitment, vet and train technical assistance providers. For example, if a municipality or tribal government contacted ISC requesting training materials to plan and apply for federal grants for local water purification systems, ASAP would determine which practitioners are qualified and/or available to liaison and provide advice on the appropriate system, then assist with the planning and resourcing the applicant for its grant application. ASAP would use its database to locate the right partner, vet the partner, and determine the appropriate length of its contract for the specific request. The process for each request depends on the complexity of the request and availability of the TA provider. ASAP also worked to provide ethical procedural guidelines as pathways to successful communication and understanding throughout each phase of the technical-community relationship. We required accounting and reporting guidelines for feedback from the contractors and clear communication between parties. ASAP also provided basic training resources for communities interested in writing grants. Throughout the process, TA services are available for pre-grant application assistance. Services included GIS mapping, reviews of federal contractual language and terms, strategies for developing relationships with entities (community development banks) which could receive, administer and steward federal funding of the grants..

13. In 2025, ASAP entered the second year of the grant, which would be our most prolific year of growth and resourcing. The ASAP budget for YR 2 exceeded $400,000. The Year Two budget projections were expanded to include a 200% increase in training, support, reporting and analyses that would monitor initial engagement and processes, define actionable goals and adequate resourcing, measure incremental outcomes, and evaluate the balance of effective

provider engagement with community expectations and outcomes. Our database and roster of potential TCTAC providers, as well as ASAP's presence on the national website had expanded. ASAP also had begun promoting the TCTAC symposium in March 2025 in St, Louis, MO on all of its media platforms.

On February 14, 2025, ISC received a notice that its grant funding was frozen by the EPA. At that point in time, The termination letter from ISC to ASAP, is dated February 21, 2025. ASAP had recently submitted invoices for the previous quarter of October 2024-March 2025 and to date, has not been reimbursed for work performed.. ASAP incurred additional personnel costs incurred for producing a number of financial reports for the last reporting period ending March 31, 2025. Currently, ASAP has an unpaid outstanding draw-down of approximately $18,000 dollars.

15. Due to the termination of this grant, ASAP had to reduce staff hours, which effectively eliminated positions heavily integrated into the scope of work for Year Two. The grant funded 50% of the training specialist and communication managers positions. These employees also played critical roles within our organization, and we are now struggling with an understaffed team. We are unable to hire staff because we have lost the $400,000 of funding we budgeted to support TCTAC work planned for this YR2, nor is ASAP able to replace the grant in the short term. We must revise our external and internal business plan to accommodate a fiscal structure without this grant.

16. If ASAP does not receive the funds EPA allocated for this grant, I am concerned that ASAP's reputation and credibility will be irrevocably damaged. We have always been a transparent organization that has done what we promised, and now we can no longer keep those promises to the communities that we serve and to the educational institutions where we have invested time and resources. Without staffing and resources, our work with other partners and

funders is compromised— the TCTAC was integrated into all of our programming and served a larger audience due to EPA's stature with the U.S. Government. The reports, guidelines and data anticipated from TCTAC funding would have had a positive, recurring impact by resourcing communities as more informed grant recipients and better stewards of federal dollars awarded. The reports, guidelines and data anticipated from TCTAC funding would have recruited and engaged community banking and investment wherein human capital and local infrastructure become beneficiaries. ASAP is currently unable to complete work on other grants whose outcomes depended on the reports generated by TCTAC.

17. ASAP had planned to apply for other grants, but we no longer have the capacity to do so. Currently, we are critically short staffed and lack time and personnel.

18. If the grant program is restarted, ASAP's first priority is to hire an experienced federal grants manager. Secondly, we would develop a new public relations campaign to re-introduce the scope and purpose of TCTAC and regain our communities' trust. Unfortunately, many of the smaller institutions we worked along with may not exist because their funds were terminated. We must be prepared to engage a completely different landscape of partners.

19. The injury to ASAP and its interests would be redressed by an order from this Court granting the Plaintiffs the relief they have requested.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

_____ *Debra M Butler* _____   Date: 14 JULY 2025.

Debra M. Butler

6