# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-01982-PLF |

### DECLARATION OF ALLISON PILCHER, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS

I, Allison Pilcher, declare and state as follows:

1. My name is Allison Pilcher, and I live in Coventry, Connecticut. This declaration is based on my personal knowledge and professional education and experience. I am over the age of eighteen and suffer no legal incapacity. I submit this declaration in support of the Connecticut Roundtable on Climate and Jobs (CRCJ), which was awarded a subgrant by Health Resources in Action (HRiA) to support their implementation of the EPA Region 1 Thriving Communities Grantmakers Program.

2. CRCJ was founded as a coalition in 2012 and became an independent 501(c)(3) in 2018. Our mission is to build alliances among diverse constituencies to combat climate change, create jobs, and promote racial, economic, and environmental justice.

3. Most of our work is in issue advocacy, policy advocacy at the state and local level, coalition building, community organizing, public education, developing public resources, and stakeholder engagement around issues such as air quality, clean energy, workforce development, and green jobs.

4. I am the Policy Director at CRCJ. I joined the organization in October of 2020. I work primarily on facilitating public-facing programs and campaigns including stakeholder-led efforts. I am familiar with CRCJ's organization, policies, practices, and programs.

5. HRiA awarded us a subgrant to serve as the Connecticut Anchor Organization to connect small, resource-constrained organizations working on environmental justice issues to the subgrant program and related technical assistance opportunities. We were notified of our grant award on August 19, 2024. We were granted $226,333.03 to be used over three years.

6. We planned to use the grant to fund work to break down silos and strengthen coordination between different pockets of work happening around the state, as well as to coordinate with the other New England anchor organizations on a broader regional strategy for environmental justice to be led by frontline communities. More importantly, it was an opportunity to bring a meaningful amount of funding to deserving organizations that don't have the resources to access federal funding through traditional application processes.

7. Work completed before termination included identifying small, community-based organizations (CBOs) working on environmental justice and intersectional issues (e.g. food access, healthy affordable housing); compiling contact information for hundreds of CBOs, tribal entities, statewide organizations who work with CBOs, and municipal leaders who may be aware of environmental justice projects in need of funding and other resources; communicating funding opportunities available under the EPA Thriving Communities program with these contacts and our broader network through our website, emails, social media, webinars, and bi-weekly office hours; meeting one-on-one with

dozens of organizations to narrow project ideas, responding to questions about available funding, and making referrals to technical assistance providers as applicable; building and maintaining a publicly-accessible database of funding opportunities for environmental justice-related work in Connecticut; participating in a federal environmental justice funding working group with government and organizational leaders in Connecticut through weekly meetings; meeting and coordinating with regional partners of the EPA Thriving Communities program.

8. We were notified by HRiA via a phone call on April 28, 2025 that one tranche of the program's funding had been terminated and through a second call on May 1, 2025, that the program was officially terminated. We spent $94,534.81 under the grant but have not yet received reimbursement.

9. CRCJ is a small organization with limited capacity. While some operating funds are available for our work, we primarily rely on project-based grants. As a result, work on one project limits our ability to work on and seek funding for other projects. The Anchor Organization funding accounted for 46% of CRCJ's 2025 budget. If not for our work on this program and its significant use of organizational resources, we would have been able to fundraise more for our other programs and campaigns.

10. The $94,534.81 shortfall we are now facing due to nonpayment for eight months of already-completed work puts us in a precarious position. If we cannot find new funding swiftly CRCJ will be forced to lay off staff and is at risk of shutting down.

11. As a small organization, we do not have an endowment or any type of investment to provide a safety net in these situations. CRCJ staff went seven weeks without pay in early 2025 awaiting our other funding sources to land and experienced individual financial

hardship as a result; this would not have happened had CRCJ been paid on time or even received partial payment.

12. In addition, CRCJ has suffered reputational and relational harm stemming from the broken trust with communities we pushed towards federal funding opportunities, including Thriving Communities, and who invested their limited resources in developing applications only to have the program vanish unexpectedly.

13. Diverse communities and constituencies across Connecticut rely on our work. Many Connecticut organizations were interested in the grant program, and several were selected for the award despite the program termination. These projects are still ready to move forward, but the time spent seeking federal funding was largely wasted. This is particularly damaging to small organizations with limited time and resources.

14. The injury to CRCJ and its interests would be redressed by an order from this Court granting the Plaintiffs the relief they have requested.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

*Allison Pilcher*                                              Date: 07/10/2025

Allison Pilcher