AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Appalachian Voices, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01982-RJL |
| United States Environmental Protection Agency, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City and County of San Francisco and Treasure Island Mobility Management Agency .

Date: July 25, 2025

/s/ Mollie M. Lee
*Attorney's signature*

Mollie M. Lee, Pro Hac Vice; CA SBN 251404
*Printed name and bar number*

San Francisco City Attorney's Office
Fox Plaza 1390 Market Street, 7th Floor
San Francisco, CA 94102
*Address*

Mollie.Lee@sfcityatty.org
*E-mail address*

(415) 554-4260
*Telephone number*

(415) 437-4644
*FAX number*