**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APPALACHIAN VOICES, *et al.*,<br><br>Plaintiffs,<br>v.<br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY, *et al.*,<br>Defendants. | No. 25-cv-01982 (RJL) |

**DEFENDANTS' MOTION TO EXTEND TIME TO REPLY TO PLAINTIFFS'
MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Defendants respectfully ask the Court to enlarge the time to reply to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss by three days. Plaintiffs filed a motion for preliminary injunction in this case on June 27, 2025. A hearing on Plaintiffs' motion is scheduled for August 5, 2025. Defendants, in their memorandum in opposition to Plaintiffs' preliminary injunction motion, included a motion to dismiss primarily on the bases of mootness and lack of subject matter jurisdiction. Plaintiffs filed their opposition to the Defendants' motion to dismiss on July 28, 2025. Defendants have seven calendar days to submit a reply brief. *See* Local Civil Rule 7(d). This due date falls on August 4, the day before the hearing on Plaintiffs' motion for preliminary injunction. Defendants propose a new due date of August 7, 2025.[1] That timeframe will allow the parties to focus on preparing for the August 5 hearing, and it will not prejudice Plaintiffs as a hearing on Defendants' Motion to Dismiss has not yet been set. Plaintiffs, however, oppose Defendants' request for an extension of time to file a reply in support of the motion to dismiss and will be prepared to argue all pending motions at the August 5 hearing.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court enlarge their time to respond to Plaintiffs' opposition to Defendants' motion to dismiss by three days, until August 7, 2025.

Dated: July 30, 2025

                                                  Respectfully submitted,

                                                  BRETT A. SHUMATE
                                                  Assistant Attorney General

                                                  JOSEPH E. BORSON
                                                  Assistant Branch Director

---

[1] As required by Local Civil Rule 7(m), undersigned counsel conferred with counsel for Plaintiffs, who indicated that they oppose Defendants' request for additional time.

                          /s/ *Jessica A. Lundberg*
                         Jessica A. Lundberg (WA Bar #60100)
                         Trial Attorney
                         U.S. Department of Justice
                         Civil Division, Federal Programs Branch
                         1100 L Street, N.W.
                         Washington, D.C. 20005
                         (202) 880-0334
                         jessica.a.lundberg@usdoj.gov
                         *Attorneys for Defendants*