IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| APPALACHIAN VOICES, et al.,<br><br>*Plaintiffs*,<br>on behalf of themselves and<br>all others similarly situated<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01982-RJL |

**CONSENT MOTION TO ALLOW REMOTE LISTENING TO THE AUGUST 5, 2025 HEARING VIA PUBLIC ACCESS AUDIO LINE**

Plaintiffs Appalachian Voices et al., through counsel, respectfully request that this Court make available the audio call-in line for remote listening to the August 5, 2025 hearing in the above-captioned case. As grounds for this motion, Plaintiffs state as follows:

1. The parties' motions are currently scheduled for hearing at 4pm on August 5, 2025, in Courtroom 18. (*See* Jul. 15 Minute Order).

2. The District Court's "Public Access Teleconference Information" webpage states that interested parties "may listen remotely to some civil non-trial proceedings by using designated call-in lines," and that the availability is "at the discretion of the presiding Judge."[1]

3. Representatives of Named Plaintiff City of Springfield, Massachusetts are interested in listening to the proceedings during the August 5 hearing but are unable to attend in person.

---

[1] *See* Public Access Teleconference Information, *available at* https://www.dcd.uscourts.gov/public-access-teleconference-information (last visited July 28, 2025).

4. Some of the undersigned counsel are likewise unable to attend the hearing in person but hope to listen remotely. To be clear: these additional counsel would be listening only and do not seek to participate via telephone on the record.

5. Several putative class members, and representatives of other named plaintiffs, also have interest in listening to the proceedings remotely.

6. Allowing interested parties to listen in to courtroom proceedings is consistent with the traditional right of access to judicial proceedings. *See generally United States v. Thomas*, 840 F. Supp. 2d 1, 3 (D.D.C. 2011) (addressing motion to seal).

7. Counsel for Defendants consents to this motion.

DATED: July 30, 2025

Respectfully submitted,

*/S/ HANA V. VIZCARRA*
Hana V. Vizcarra (D.C. Bar No. 1011750)
Deena Tumeh (D.C. Bar No. 1741543)
Molly Prothero (D.C. Bar No. 1779237)
Andrew Saavedra (N.Y. Bar No: 6062814)
(*Pro Hac Vice*)
Linnet Davis-Stermitz (WA Bar No. 63190)
(*Pro Hac Vice*)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
hvizcarra@earthjustice.org
dtumeh@earthjustice.org
mprothero@earthjustice.org
asaavedra@earthjustice.org
ldavisstermitz@earthjustice.org

*Counsel for Plaintiffs Air Alliance Houston, Bessemer Historical Society (d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Institute for Sustainable Communities, Inter-Tribal Council of Michigan, PUSH Buffalo, and WE ACT for*

*Environmental Justice and Proposed Class Counsel.*


*/s/ Ben Grillot*
Ben Grillot (D.C. Bar No. 982114)
Kimberley Hunter (N.C. Bar No. 41333)
(*Pro Hac Vice*)
Irena Como (N.C. Bar No. 51812)
(*Pro Hac Vice*)
SOUTHERN ENVIRONMENTAL LAW CENTER
122 C St NW, Suite 325
Washington, DC 20001
Telephone: (202) 828-8382
Facsimile: (202) 347-6041
bgrillot@selc.org
kmeyer@selc.org
icomo@selc.org

*Counsel for Plaintiffs Appalachian Voices, 2°C Mississippi, Lowcountry Alliance for Model Communities, Parks Alliance of Louisville, Pittsburgh Conservation Corps (Landforce) and Southwest Renewal Foundation and Proposed Class Counsel.*


*/s/ Toby Merrill*
Toby Merrill (D.D.C. Bar No. MA0006)
Graham Provost (D.C. Bar No. 1780222)
(*Pro Hac Vice*)
Elaine Poon (VA Bar No. 91963)
(*Pro Hac Vice*)
Cassandra Crawford (NC Bar No. 45396)
(*Pro Hac Vice*)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
toby@publicrightsproject.org
graham@publicrightsproject.org
elaine@publicrightsproject.org
cassandra@publicrightsproject.org

*Counsel for Plaintiffs Allegheny County, Kalamazoo County, King County, Native Village of Kipnuk, City of Sacramento, City and County of San Francisco, City of Springfield and*

3

*Treasure Island Mobility Management Agency and Proposed Class Counsel.*

/s/ Gary DiBianco
Gary DiBianco (D.C. Bar No. 458669)
Jillian Blanchard (CA Bar No. 203593)
(*Pro Hac Vice*)
Larissa Koehler (CA Bar No. 289581)
(*Pro Hac Vice*)
LAWYERS FOR GOOD GOVERNMENT
6218 Georgia Avenue NW, # 5001
Washington, D.C. 20011
(202) 258-6826
Gary@lawyersforgoodgovernment.org
Jillian@lawyersforgoodgovernment.org
Larissa@lawyersforgoodgovernment.org

*Counsel for Plaintiffs Institute for Sustainable Communities, Inter-Tribal Council of Michigan, and Kalamazoo County, and Native Village of Kipnuk.*

/s/ Julie Wilensky
David Chiu (CA Bar No. 189542)
SAN FRANCISCO CITY ATTORNEY
Yvonne R. Meré (CA Bar No. 175394)
Chief Deputy City Attorney
(*Pro Hac Vice*)
Mollie M. Lee (CA Bar No. 251404)
(*Pro Hac Vice*)
Chief of Strategic Advocacy
Sara J. Eisenberg (CA Bar No. 269303)
(*Pro Hac Vice*)
Chief of Complex and Affirmative Litigation
Julie Wilensky (CA Bar No. 271765)
(*Pro Hac Vice*)
Deputy City Attorney
1390 Market Street, 7th Floor
San Francisco, CA 94102
Telephone: (415) 554-4274
yvonne.mere@sfcityatty.org
mollie.lee@sfcityatty.org
sara.eisenberg@sfcityatty.org
julie.wilensky@sfcityatty.org

*Counsel for Plaintiffs City and County of San Francisco and Treasure Island Mobility Management Agency.*

*/s/ Alison Holcomb*
David J. Hackett (WA Bar No. 21234)
(*Pro Hac Vice*)
General Counsel to King County Executive & Special Deputy Prosecutor
Alison Holcomb (WA Bar No. 23303)
(*Pro Hac Vice*)
Deputy General Counsel to King County Executive & Special Deputy Prosecutor
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
David.Hackett@kingcounty.gov
aholcomb@kingcounty.gov

*Counsel for Plaintiff Martin Luther King, Jr. County.*