### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Civil Action No. 1:25-cv-01982-RJL |
| v. ) | |
| ) | |
| UNITED STATES ) | |
| ENVIRONMENTAL PROTECTION ) | |
| AGENCY, et al., ) | |
| ) | |
| *Defendants*. ) | |

### AFFIDAVIT OF SERVICE

Pursuant to Rule 4(*l*)(1) of the Federal Rules of Civil Procedure, Ben Grillot being first duly sworn, deposes and says that:

1. On June 25, 2025, Plaintiffs filed the Complaint in the above-captioned action and caused to be issued a Civil Summons directed to the Defendants.

2. On June 26, 2025, Summonses directed to the Defendants were issued by the Clerk for the United Stated District Court for the District of Columbia.

3. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, a copy of the Civil Summons and Complaint was served in that it was delivered via U.S. certified mail on or before July 1st, 2025, to the Defendants listed below:

> United States Environmental Protection Agency
> 1200 Pennsylvania Avenue, NW
> Washington, DC 20460
>
> Lee Zeldin, in his official capacity as
> Administrator of the United States Environmental
> Protection Agency
> Mail Code 1101A
> 1200 Pennsylvania Avenue, NW
> Washington, DC 20460

4. Regarding service on the Environmental Protection Agency:

    - Certified Mail was, in fact, received on July 1, 2025, by an employee of the United States Environmental Protection Agency on behalf of the United States Environmental Protection Agency.

    - I have received the Domestic Return Receipt (attached hereto as Exhibit 1) demonstrating delivery of the Summons and Complaint upon said defendant.

5. Regarding service on Lee Zeldin, in his official capacity:

    - The Domestic Return Receipt for Lee Zeldin was not returned.

    - Attached as Exhibit 2 is a United States Postal Service Product Tracking and Reporting document which indicates that delivery of Summons and Complaint was made upon said Defendant on July 1, 2025.

6. In addition, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, a copy of the Civil Summonses and Complaint was delivered to the Attorney General of the United States via U.S. Certified Mail on or before July 3rd, 2025, addressed to:

    > Pamela Bondi, in her official capacity as Attorney General of the United States
    > Department of Justice
    > 950 Pennsylvania Avenue, NW
    > Washington, DC 20530

7. I have received the Domestic Return Receipt (attached hereto as Exhibit 3) demonstrating delivery of the Summons and Complaint upon the Attorney General.

8. In addition, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, a copy of the Civil Summonses and Complaint was delivered to the United States Attorney for the District of Columbia via U.S. certified mail on or before July 3rd, 2025, addressed to:

    > Jeanine Ferris Pirro, in her official capacity as
    > United States Attorney
    > for the District of Columbia

      601 D Street NW
      Washington, DC 20579

9.  I have received the Domestic Return Receipt (attached hereto as Exhibit 4) demonstrating delivery of the Summons and Complaint upon the United States Attorney for the District of Columbia.

    I declare under the penalty of perjury that the foregoing is true and correct.

This 12th day of August 2025.

        */s/ Ben Grillot*
        Ben Grillot (D.C. Bar No. 982114)
        SOUTHERN ENVIRONMENTAL LAW CENTER
        122 C St NW, Suite 325
        Washington, DC 20001
        Telephone: (202) 828-8382
        Facsimile: (202) 347-6041
        bgrillot@selc.org

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 12, 2025, a copy of the foregoing Affidavit of Service was filed via CM/ECF. All counsel of record have access to this filing through the Court's electronic filing system.

        */s/ Ben Grillot*
        Ben Grillot (D.C. Bar No. 982114)