# EXHIBIT 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S Department of Justice
   Attn: Pamela Bondi
   950 Pennsylvania Ave NW
   Washington, DC 20530

   9590 9402 7962 2305 9764 15

2. Article Number (Transfer from service label)

   7022 3330 0001 4526 0086

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                              ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                 JUL 03 2025

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

INSPECTED 2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Return Receipt Registered

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

