# EXHIBIT 4



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney office
Attn: Jeanine Ferris Pirro
601 D St. NW
Washington, DC 20579

9590 9402 7962 2305 9764 08

2. Article Number (Transfer from service label)

7022 3330 0001 4526 0093

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature    Evie Sassak
X    ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)  JUL 2 2025   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

INSPECTED 22

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

* Return Receipt Requested

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

