## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Appalachian Voices, *et al.*,<br><br>       *Plaintiffs,*<br><br>*v.*<br><br>United States Environmental Protection<br>Agency, *et al.*,<br><br>       *Defendants.* | Civil Action No. 25-1982 (RJL) |

### ORDER
August 29, 2025 [Dkt. #29, 30, 66]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for Preliminary Injunction [Dkt. #29] is **DENIED**; it is further

**ORDERED** that plaintiffs' Motion for Class Certification [Dkt. #30] is **DENIED**; it is further

**ORDERED** that defendants' Motion to Dismiss [Dkt. #66] is **GRANTED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge