APPEAL,CLOSED,TYPE–D

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: <u>1:25–cv–01982–RJL</u>
## *Internal Use Only*

APPALACHIAN VOICES et al v. UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY et al
Assigned to: Judge Richard J. Leon
Cause: 05:702 Administrative Procedure Act

Date Filed: 06/25/2025
Date Terminated: 09/04/2025
Jury Demand: None
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

**<u>Plaintiff</u>**

**APPALACHIAN VOICES**

represented by **Irena Como**
SOUTHERN ENVIRONMENTAL LAW
CENTER
136 E Rosemary St
Suite #500
Chapel Hill, NC 27514
773–623–9904
Fax: 919–929–9421
Email: <u>icomo@selc.org</u>
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James S. Whitlock**
SOUTHERN ENVIRONMENTAL LAW
CENTER
48 Patton Avenue
Suite 304
Asheville, NC 28801–3321
828–258–2023
Email: <u>jwhitlock@selcnc.org</u>
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberley Hunter**
SOUTHERN ENVIRONMENTAL LAW
CENTER
136 East Rosemary Street
Suite 500
Chapel Hill, NC 27514
919–967–1450
Email: <u>kmeyer@selc.org</u>
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
SOUTHERN ENVIRONMENTAL LAW
CENTER
122 C Street NW
Suite 325
Washington, DC 20001
202–963–1141
Email: bgrillot@selc.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**2C MISSISSIPPI**                     represented by  **Irena Como**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James S. Whitlock**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberley Hunter**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AIR ALLIANCE HOUSTON**               represented by  **Andrew Saavedra**
EARTHJUSTICE
48 Wall Street
15th Floor
New York, NY 10005
347–705–0903
Email: asaavedra@earthjustice.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deena Tumeh**
EARTHJUSTICE
1001 G Street, NW
Suite 1000
Washington, DC 20001

202−793−6482
Email: dtumeh@earthjustice.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hana Veselka Vizcarra**
EARTHJUSTICE
1001 G Street, NW
Suite 1000
Washington, DC 20001
202−840−6203
Email: hvizcarra@earthjustice.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linnet Rose Davis−Stermitz**
EARTHJUSTICE
810 Third Avenue
Suite 610
Seattle, WA 98104
206−343−7340
Email: ldavisstermitz@earthjustice.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Prothero**
EARTHJUSTICE
1001 G Street, NW
Suite 1000
Washington, DC 20001
617−869−6669
Email: mprothero@earthjustice.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALLEGHENY COUNTY,**                    represented by    **Cassandra Crawford**
**PENNSYLVANIA**                                          PUBLIC RIGHTS PROJECT
490 43rd Street
Suite 115
Oakland, CA 94609
510−738−6788
Email: cassandra@publicrightsproject.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham Provost**

PUBLIC RIGHTS PROJECT
490 43rd Street
Suite 115
Oakland, CA 94609
530–828–3554
Email: graham@publicrightsproject.org
*ATTORNEY TO BE NOTICED*

**Toby R. Merrill**
PUBLIC RIGHTS PROJECT
490 43rd Street
Suite 115
Oakland, CA 94609
617–863–2534
Email: toby@publicrightsproject.org
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BESSEMER HISTORICAL SOCIETY**
*doing business as*
STEELWORKS CENTER OF THE
WEST

represented by **Andrew Saavedra**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deena Tumeh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hana Veselka Vizcarra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linnet Rose Davis–Stermitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Prothero**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA**     represented by     **Cassandra Crawford**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham Provost**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julie Wilensky**
SAN FRANCISCO CITY ATTORNEY'S
OFFICE
Complex and Affirmative Litigation
1390 Market Street
Ste 7th Floor
San Francisco, CA 94102
415–554–4274
Fax: 415–437–4644
Email: julie.wilensky@sfcityatty.org
*TERMINATED: 08/14/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mollie Mindes Lee**
SAN FRANCISCO CITY ATTORNEY'S
OFFICE
1390 Market Street
Suite 7th Floor
San Francisco, CA 94102
415–554–4260
Fax: 415–437–4644
Email: mollie.lee@sfcityatty.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara J. Eisenberg**
SAN FRANCISCO CITY ATTORNEY'S
OFFICE
1390 Market Street
6th Floor
San Francisco, CA 94102
415–554–3800
Fax: 415–437–4644
Email: sara.eisenberg@sfcityatty.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Toby R. Merrill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yvonne Mere**
SAN FRANCISCO CITY ATTORNEY'S
OFFICE
City Hall
1 Dr Carlton B Goodlett Place
Room 234
San Francisco, CA 94102
415–554–4708
Fax: 415–554–4715
Email: yvonne.mere@sfcityatty.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CITY OF SACRAMENTO,**                    represented by **Cassandra Crawford**
**CALIFORNIA**                                             (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Graham Provost**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Toby R. Merrill**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Benjamin James Grillot**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CITY OF SPRINGFIELD,**                   represented by **Cassandra Crawford**
**MASSACHUSETTS**                                          (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Graham Provost**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Toby R. Merrill**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Benjamin James Grillot**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DEEP SOUTH CENTER FOR**         represented by    **Andrew Saavedra**
**ENVIRONMENTAL JUSTICE**                          (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Deena Tumeh**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Hana Veselka Vizcarra**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Linnet Rose Davis–Stermitz**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Mary Prothero**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Benjamin James Grillot**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DOWNWINDERS AT RISK**           represented by    **Andrew Saavedra**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Deena Tumeh**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Hana Veselka Vizcarra**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Linnet Rose Davis–Stermitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Prothero**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HEALTH RESOURCES IN ACTION**        represented by    **Andrew Saavedra**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deena Tumeh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hana Veselka Vizcarra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linnet Rose Davis–Stermitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Prothero**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**INSTITUTE FOR SUSTAINABLE
COMMUNITIES**        represented by    **Andrew Saavedra**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deena Tumeh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hana Veselka Vizcarra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linnet Rose Davis–Stermitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Prothero**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary DiBianco**
LAWYERS FOR GOOD
GOVERNMENT
1318 F Street N.W.
Pmb 181
Washington, DC 20004
404–913–5529
Email: gary@l4gg.org
*ATTORNEY TO BE NOTICED*

**Jillian Blanchard**
LAWYERS FOR GOOD
GOVERNMENT
1318 F Street N.W.
Pmb 181
Washington, DC 20004
404–913–5529
Email: jillian@l4gg.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Larissa Mika Koehler**
LAWYERS FOR GOOD
GOVERNMENT
1319 F Street NW
Pmb 181
Washington, DC 20004

224–216–3885
Email: larissa@l4gg.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**INTER–TRIBAL COUNCIL OF MICHIGAN**                    represented by    **Andrew Saavedra**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deena Tumeh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hana Veselka Vizcarra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linnet Rose Davis–Stermitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Prothero**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary DiBianco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jillian Blanchard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Larissa Mika Koehler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KALAMAZOO COUNTY,**
**MICHIGAN**

represented by **Cassandra Crawford**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary DiBianco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Graham Provost**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jillian Blanchard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Larissa Mika Koehler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Toby R. Merrill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LOWCOUNTRY ALLIANCE FOR**
**MODEL COMMUNITIES**

represented by **Irena Como**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James S. Whitlock**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberley Hunter**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARTIN LUTHER KING JR.
COUNTY, WASHINGTON**

represented by **Alison Chinn Holcomb**
KING COUNTY EXECUTIVE
General Counsel
401 5th Ave
Suite 800
Seattle, WA 98104
206–477–2720
Email: aholcomb@kingcounty.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cassandra Crawford**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham Provost**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Toby R. Merrill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NATIVE VILLAGE OF KIPNUK**

represented by **Cassandra Crawford**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary DiBianco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Graham Provost**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jillian Blanchard**

12

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Larissa Mika Koehler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Toby R. Merrill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**PARKS ALLIANCE OF
LOUISVILLE, INC.**                  represented by  **Irena Como**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James S. Whitlock**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberley Hunter**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**PITTSBURGH CONSERVATION
CORPS**                            represented by  **Irena Como**
*doing business as*                                (See above for address)
LANDFORCE                                          *LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James S. Whitlock**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Kimberley Hunter**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

Plaintiff

**PUSH BUFFALO**    represented by    **Andrew Saavedra**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deena Tumeh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hana Veselka Vizcarra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linnet Rose Davis–Stermitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Prothero**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

Plaintiff

**SOUTHWEST RENEWAL**    represented by    **Irena Como**
**FOUNDATION OF HIGH POINT,**    (See above for address)
**INC.**    *LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James S. Whitlock**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberley Hunter**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TREASURE ISLAND MOBILITY**
**MANAGEMENT AGENCY**

represented by **Cassandra Crawford**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham Provost**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julie Wilensky**
(See above for address)
*TERMINATED: 08/14/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mollie Mindes Lee**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara J. Eisenberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Toby R. Merrill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yvonne Mere**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WE ACT FOR ENVIRONMENTAL
JUSTICE**
*on behalf of themselves and all others
similarly situated*

represented by  **Andrew Saavedra**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deena Tumeh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hana Veselka Vizcarra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linnet Rose Davis–Stermitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Prothero**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin James Grillot**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES
ENVIRONMENTAL PROTECTION
AGENCY**

represented by  **Jessica Lundberg**
DOJ–Civ
1100 L St NW
Washington, DC 20004
202–427–7659
Email: jessica.a.lundberg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LEE M. ZELDIN**
*in his official capacity as Administrator*

represented by  **Jessica Lundberg**
(See above for address)

|  |  |  |
|---|---|---|
| *of the United States Environmental Protection Agency* |  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **STATE OF NEW YORK** | represented by | **Nathan B. Shulock**<br>NYS OFFICE OF THE ATTORNEY GENERAL<br>The Capitol<br>Albany, NY 12224<br>518–776–2422<br>Email: nathan.shulock@ag.ny.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Rachel Genna Briggs**<br>CONSERVATION LAW FOUNDATION<br>62 Summer Street<br>Boston, MA 02110<br>808–542–0780<br>Email: rbriggs@clf.org<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **GATHER** | represented by | **Alexandra St. Pierre**<br>CONSERVATION LAW FOUNDATION<br>62 Summer Street<br>Boston, MA 02110<br>617–850–1732<br>Email: aestpierre@clf.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Chloe Fross**<br>CONSERVATION LAW FOUNDATION<br>62 Summer Street<br>Boston, MA 02110<br>617–850–1730<br>Email: cfross@clf.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Erica Kyzmir–McKeon**<br>CONSERVATION LAW FOUNDATION<br>62 Summer Street<br>Boston, MA 02110<br>607–743–4260<br>Email: ekyzmir–mckeon@clf.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS** | represented by | **Alexandra St. Pierre**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Chloe Fross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Kyzmir–McKeon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **CLEAN AIR COALITION OF WESTERN NEW YORK** | represented by | **Alexandra St. Pierre**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Chloe Fross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Kyzmir–McKeon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**CLIMATE AND ENERGY PROJECT**                represented by    **Alexandra St. Pierre**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chloe Fross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Kyzmir–McKeon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**CONNECTICUT ROUNDTABLE ON**        represented by    **Alexandra St. Pierre**
**CLIMATE AND JOBS**                                      (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chloe Fross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Kyzmir–McKeon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**EASTERN RHODE ISLAND**              represented by    **Alexandra St. Pierre**
**CONSERVATION DISTRICT**                                (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chloe Fross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Kyzmir–McKeon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**EMERALD CITIES**            represented by  **Alexandra St. Pierre**
**COLLABORATIVE**                            (See above for address)
                                             *LEAD ATTORNEY*
                                             *PRO HAC VICE*
                                             *ATTORNEY TO BE NOTICED*

                                             **Chloe Fross**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Erica Kyzmir–McKeon**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *PRO HAC VICE*
                                             *ATTORNEY TO BE NOTICED*

                                             **Rachel Genna Briggs**
                                             (See above for address)
                                             *PRO HAC VICE*
                                             *ATTORNEY TO BE NOTICED*

**Amicus**

**ENGINEERS WITHOUT BORDERS**   represented by  **Alexandra St. Pierre**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

                                                **Chloe Fross**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Kyzmir–McKeon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**ERIE COUNTY RESTORATIVE
JUSTICE COALITION**                represented by  **Alexandra St. Pierre**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chloe Fross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Kyzmir–McKeon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**GREENROOTS**                represented by  **Alexandra St. Pierre**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chloe Fross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Kyzmir–McKeon**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**HEALTHY BOURBON COUNTY ACTION TEAM**

represented by **Alexandra St. Pierre**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chloe Fross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Kyzmir–McKeon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**CITY OF OAKRIDGE**

represented by **Alexandra St. Pierre**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chloe Fross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Kyzmir–McKeon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**RACIAL & ENVIRONMENTAL**          represented by  **Alexandra St. Pierre**
**JUSTICE COMMITTEE**                              (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

**Chloe Fross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Kyzmir–McKeon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**RHODE ISLAND SCHOOL**            represented by  **Alexandra St. Pierre**
**RECYCLING PROJECT**                              (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

**Chloe Fross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Kyzmir–McKeon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**SANTA FE GREEN CHAMBER OF COMMERCE**

represented by **Alexandra St. Pierre**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chloe Fross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Kyzmir–McKeon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**TRANSPORTATION FOR MASSACHUSETTS**

represented by **Alexandra St. Pierre**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chloe Fross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Kyzmir–McKeon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**URBAN SUSTAINABILITY DIRECTORS NETWORK**

represented by **Alexandra St. Pierre**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Chloe Fross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Kyzmir–McKeon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Genna Briggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2025 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number ADCDC–11776713) filed by HEALTH RESOURCES IN ACTION, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., CITY OF SACRAMENTO, CALIFORNIA, NATIVE VILLAGE OF KIPNUK, 2C MISSISSIPPI, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, APPALACHIAN VOICES, PARKS ALLIANCE OF LOUISVILLE, INC., WE ACT FOR ENVIRONMENTAL JUSTICE, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, INTER–TRIBAL COUNCIL OF MICHIGAN, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, AIR ALLIANCE HOUSTON, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, INSTITUTE FOR SUSTAINABLE COMMUNITIES, PUSH BUFFALO, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, CITY OF SPRINGFIELD, MASSACHUSETTS, ALLEGHENY COUNTY, PENNSYLVANIA, PITTSBURGH CONSERVATION CORPS (D/B/A LANDFORCE), DOWNWINDERS AT RISK, BESSEMER HISTORICAL SOCIETY (D/B/A STEELWORKS CENTER OF THE WEST). (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Summons Summons for EPA, # 3 Summons Summons for Lee Zeldin, # 4 Exhibit Exhibit 1)(Grillot, Benjamin) (Attachment 1 replaced on 6/26/2025) (znmw). (Entered: 06/25/2025) |
| 06/25/2025 | 2 | NOTICE of Appearance by Toby R. Merrill on behalf of ALLEGHENY COUNTY, PENNSYLVANIA, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, KALAMAZOO COUNTY, MICHIGAN, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY (Merrill, Toby) (Entered: 06/25/2025) |
| 06/26/2025 | | Case Assigned to Judge Paul L. Friedman. (znmw) (Entered: 06/26/2025) |
| 06/26/2025 | 3 | SUMMONS (2) Issued Electronically as to UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE M. ZELDIN. (Attachments: # 1 Notice and |

| | | |
|---|---|---|
| | | Consent)(znmw) (Entered: 06/26/2025) |
| 06/26/2025 | | NOTICE OF NEW CASE ERROR regarding 1 Complaint,,,,. The following error(s) need correction: Missing summonses– U.S. government. When naming a U.S. government agent or agency as a defendant, you must supply a summons for each defendant & two additional summonses for the U.S. Attorney & U.S. Attorney General. Please submit using the event Request for Summons to Issue. (znmw) (Entered: 06/26/2025) |
| 06/26/2025 | 4 | REQUEST FOR SUMMONS TO ISSUE *Jeanine Ferris Pirro* filed by HEALTH RESOURCES IN ACTION, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., CITY OF SACRAMENTO, CALIFORNIA, NATIVE VILLAGE OF KIPNUK, 2C MISSISSIPPI, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, APPALACHIAN VOICES, PARKS ALLIANCE OF LOUISVILLE, INC., WE ACT FOR ENVIRONMENTAL JUSTICE, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, INTER–TRIBAL COUNCIL OF MICHIGAN, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, AIR ALLIANCE HOUSTON, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, INSTITUTE FOR SUSTAINABLE COMMUNITIES, PUSH BUFFALO, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, CITY OF SPRINGFIELD, MASSACHUSETTS, ALLEGHENY COUNTY, PENNSYLVANIA, PITTSBURGH CONSERVATION CORPS, DOWNWINDERS AT RISK, BESSEMER HISTORICAL SOCIETY. Related document: 1 Complaint,,,, filed by 2C MISSISSIPPI, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, ALLEGHENY COUNTY, PENNSYLVANIA, CITY OF SPRINGFIELD, MASSACHUSETTS, AIR ALLIANCE HOUSTON, INSTITUTE FOR SUSTAINABLE COMMUNITIES, NATIVE VILLAGE OF KIPNUK, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, PARKS ALLIANCE OF LOUISVILLE, INC., SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., APPALACHIAN VOICES, PUSH BUFFALO, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, DOWNWINDERS AT RISK, KALAMAZOO COUNTY, MICHIGAN, BESSEMER HISTORICAL SOCIETY, HEALTH RESOURCES IN ACTION, CITY OF SACRAMENTO, CALIFORNIA, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, WE ACT FOR ENVIRONMENTAL JUSTICE, INTER–TRIBAL COUNCIL OF MICHIGAN, PITTSBURGH CONSERVATION CORPS.(Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 5 | REQUEST FOR SUMMONS TO ISSUE *Pamela Bondi* filed by HEALTH RESOURCES IN ACTION, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., CITY OF SACRAMENTO, CALIFORNIA, NATIVE VILLAGE OF KIPNUK, 2C MISSISSIPPI, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, APPALACHIAN VOICES, PARKS ALLIANCE OF LOUISVILLE, INC., WE ACT FOR ENVIRONMENTAL JUSTICE, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, INTER–TRIBAL COUNCIL OF MICHIGAN, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, AIR ALLIANCE HOUSTON, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, INSTITUTE FOR SUSTAINABLE COMMUNITIES, PUSH BUFFALO, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, CITY OF SPRINGFIELD, MASSACHUSETTS, ALLEGHENY COUNTY, PENNSYLVANIA, PITTSBURGH CONSERVATION CORPS, DOWNWINDERS AT RISK, BESSEMER HISTORICAL SOCIETY. |

| | | |
|---|---|---|
| | | Related document: 1 Complaint,,,, filed by 2C MISSISSIPPI, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, ALLEGHENY COUNTY, PENNSYLVANIA, CITY OF SPRINGFIELD, MASSACHUSETTS, AIR ALLIANCE HOUSTON, INSTITUTE FOR SUSTAINABLE COMMUNITIES, NATIVE VILLAGE OF KIPNUK, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, PARKS ALLIANCE OF LOUISVILLE, INC., SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., APPALACHIAN VOICES, PUSH BUFFALO, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, DOWNWINDERS AT RISK, KALAMAZOO COUNTY, MICHIGAN, BESSEMER HISTORICAL SOCIETY, HEALTH RESOURCES IN ACTION, CITY OF SACRAMENTO, CALIFORNIA, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, WE ACT FOR ENVIRONMENTAL JUSTICE, INTER–TRIBAL COUNCIL OF MICHIGAN, PITTSBURGH CONSERVATION CORPS.(Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 6 | NOTICE of Appearance by Gary DiBianco on behalf of INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, NATIVE VILLAGE OF KIPNUK (DiBianco, Gary) (Entered: 06/26/2025) |
| 06/26/2025 | 7 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by 2C MISSISSIPPI (Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 8 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AIR ALLIANCE HOUSTON (Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 9 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by BESSEMER HISTORICAL SOCIETY (Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 10 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by DOWNWINDERS AT RISK (Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 11 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE (Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 12 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by HEALTH RESOURCES IN ACTION (Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 13 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by INSTITUTE FOR SUSTAINABLE COMMUNITIES (Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 14 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by INTER–TRIBAL COUNCIL OF MICHIGAN (Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 15 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by PUSH BUFFALO (Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 16 | |

| | | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by WE ACT FOR ENVIRONMENTAL JUSTICE (Grillot, Benjamin) (Entered: 06/26/2025) |
|---|---|---|
| 06/26/2025 | 17 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by APPALACHIAN VOICES (Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 18 | NOTICE of Appearance by Hana Veselka Vizcarra on behalf of AIR ALLIANCE HOUSTON, BESSEMER HISTORICAL SOCIETY, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, PUSH BUFFALO, WE ACT FOR ENVIRONMENTAL JUSTICE (Vizcarra, Hana) (Entered: 06/26/2025) |
| 06/26/2025 | 19 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES (Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 20 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Andrew Saavedra, Filing fee $ 100, receipt number ADCDC–11779592. Fee Status: Fee Paid. by AIR ALLIANCE HOUSTON, BESSEMER HISTORICAL SOCIETY, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, PUSH BUFFALO, WE ACT FOR ENVIRONMENTAL JUSTICE. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Vizcarra, Hana) (Entered: 06/26/2025) |
| 06/26/2025 | 21 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by PARKS ALLIANCE OF LOUISVILLE, INC. (Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 22 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by PITTSBURGH CONSERVATION CORPS (Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 23 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC. (Grillot, Benjamin) (Entered: 06/26/2025) |
| 06/27/2025 | 24 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Linnet Davis–Stermitz, Filing fee $ 100, receipt number ADCDC–11781953. Fee Status: Fee Paid. by AIR ALLIANCE HOUSTON, BESSEMER HISTORICAL SOCIETY, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, PUSH BUFFALO, WE ACT FOR ENVIRONMENTAL JUSTICE. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Vizcarra, Hana) (Entered: 06/27/2025) |
| 06/27/2025 | 25 | NOTICE of Appearance by Mary Prothero on behalf of AIR ALLIANCE HOUSTON, BESSEMER HISTORICAL SOCIETY, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, |

| | | |
|---|---|---|
| | | INTER–TRIBAL COUNCIL OF MICHIGAN, PUSH BUFFALO, WE ACT FOR ENVIRONMENTAL JUSTICE (Prothero, Mary) (Entered: 06/27/2025) |
| 06/27/2025 | 26 | NOTICE of Appearance by Deena Tumeh on behalf of AIR ALLIANCE HOUSTON, BESSEMER HISTORICAL SOCIETY, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, PUSH BUFFALO, WE ACT FOR ENVIRONMENTAL JUSTICE (Tumeh, Deena) (Entered: 06/27/2025) |
| 06/27/2025 | 27 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jillian Blanchard, Filing fee $ 100, receipt number ADCDC–11782408. Fee Status: Fee Paid. by INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, NATIVE VILLAGE OF KIPNUK. (Attachments: # 1 Declaration Declaration in Support of Motion to Appear Pro Hac Vice)(DiBianco, Gary) (Entered: 06/27/2025) |
| 06/27/2025 | 28 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Larissa Koehler, Filing fee $ 100, receipt number ADCDC–11782415. Fee Status: Fee Paid. by INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, NATIVE VILLAGE OF KIPNUK. (Attachments: # 1 Declaration Declaration in Support of Motion to Appear Pro Hac Vice)(DiBianco, Gary) (Entered: 06/27/2025) |
| 06/27/2025 | | MINUTE ORDER granting 24 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on June 27, 2025. (lcao) (Entered: 06/27/2025) |
| 06/27/2025 | | MINUTE ORDER granting 20 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on June 27, 2025. (lcao) (Entered: 06/27/2025) |
| 06/27/2025 | 29 | MOTION for Preliminary Injunction by 2C MISSISSIPPI, AIR ALLIANCE HOUSTON, ALLEGHENY COUNTY, PENNSYLVANIA, APPALACHIAN VOICES, BESSEMER HISTORICAL SOCIETY, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, PUSH BUFFALO, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, WE ACT FOR ENVIRONMENTAL JUSTICE. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order Attachment A, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit U, # 24 Exhibit V, # 25 Exhibit W, # 26 Exhibit X, # 27 Exhibit Z, # 28 Exhibit AA, # 29 |

| | | |
|---|---|---|
| | | Exhibit BB, # <u>30</u> Exhibit CC, # <u>31</u> Exhibit DD, # <u>32</u> Exhibit EE, # <u>33</u> Exhibit FF, # <u>34</u> Exhibit GG, # <u>35</u> Exhibit HH, # <u>36</u> Exhibit II, # <u>37</u> Exhibit JJ, # <u>38</u> Exhibit KK, # <u>39</u> Exhibit LL, # <u>40</u> Exhibit MM, # <u>41</u> Exhibit NN, # <u>42</u> Exhibit Y)(Vizcarra, Hana) (Entered: 06/27/2025) |
| 06/27/2025 | <u>30</u> | MOTION to Certify Class by 2C MISSISSIPPI, AIR ALLIANCE HOUSTON, ALLEGHENY COUNTY, PENNSYLVANIA, APPALACHIAN VOICES, BESSEMER HISTORICAL SOCIETY, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, PUSH BUFFALO, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, WE ACT FOR ENVIRONMENTAL JUSTICE. (Attachments: # <u>1</u> Memorandum in Support Memorandum in Support of Motion to Certify Class, # <u>2</u> Exhibit Exhibit 1, # <u>3</u> Exhibit Exhibit 2, # <u>4</u> Exhibit Exhibit 3, # <u>5</u> Exhibit Exhibit 4, # <u>6</u> Exhibit Exhibit 5, # <u>7</u> Exhibit Exhibit 6, # <u>8</u> Exhibit Exhibit 7, # <u>9</u> Exhibit Exhibit 8, # <u>10</u> Exhibit Exhibit 9, # <u>11</u> Exhibit Exhibit 10, # <u>12</u> Exhibit Exhibit 11, # <u>13</u> Text of Proposed Order Proposed Order)(Grillot, Benjamin) (Entered: 06/27/2025) |
| 06/30/2025 | <u>31</u> | SUMMONS (2) Issued Electronically as to U.S. Attorney and U.S. Attorney General (Attachments: # <u>1</u> Notice and Consent)(zjm) (Entered: 06/30/2025) |
| 06/30/2025 | | NOTICE OF ERROR regarding <u>27</u> MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jillian Blanchard, Filing fee $ 100, receipt number ADCDC–11782408. Fee Status: Fee Paid., <u>28</u> MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Larissa Koehler, Filing fee $ 100, receipt number ADCDC–11782415. Fee Status: Fee Paid.. The following error(s) need correction: Pro Hac Vice motion must be accompanied by a Declaration which include the attorneys office address and telephone number. Please refile using the event Declaration. The motion must also be accompanied by a Certificate of Good Standing issued within the last 30 days (LCvR 83.2(c)(2)). Please file certificate as an Errata (zjm) (Entered: 06/30/2025) |
| 07/01/2025 | <u>32</u> | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Irena Como, Filing fee $ 100, receipt number ADCDC–11789593. Fee Status: Fee Paid. by 2C MISSISSIPPI, AIR ALLIANCE HOUSTON, ALLEGHENY COUNTY, PENNSYLVANIA, APPALACHIAN VOICES, BESSEMER HISTORICAL SOCIETY, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, PUSH BUFFALO, SOUTHWEST |

| | | |
|---|---|---|
| | | RENEWAL FOUNDATION OF HIGH POINT, INC., TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, WE ACT FOR ENVIRONMENTAL JUSTICE. (Attachments: # 1 Exhibit Declaration of Irena Como, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order)(Grillot, Benjamin) (Entered: 07/01/2025) |
| 07/01/2025 | 33 | DECLARATION *OF LARISSA KOEHLER* by INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, NATIVE VILLAGE OF KIPNUK re 28 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Larissa Koehler, Filing fee $ 100, receipt number ADCDC–11782415. Fee Status: Fee Paid.. (DiBianco, Gary) (Entered: 07/01/2025) |
| 07/01/2025 | 34 | ERRATA *CERIFICATE OF GOOD STANDING* by INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, NATIVE VILLAGE OF KIPNUK re 28 Motion for Leave to Appear Pro Hac Vice,. (DiBianco, Gary) (Entered: 07/01/2025) |
| 07/01/2025 | 35 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– James S. Whitlock, Filing fee $ 100, receipt number ADCDC–11790057. Fee Status: Fee Paid. by 2C MISSISSIPPI, AIR ALLIANCE HOUSTON, ALLEGHENY COUNTY, PENNSYLVANIA, APPALACHIAN VOICES, BESSEMER HISTORICAL SOCIETY, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, PUSH BUFFALO, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, WE ACT FOR ENVIRONMENTAL JUSTICE. (Attachments: # 1 Exhibit Declaration of James S. Whitlock, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order)(Grillot, Benjamin) (Entered: 07/01/2025) |
| 07/01/2025 | 36 | NOTICE of Change of Address by Gary DiBianco (DiBianco, Gary) (Entered: 07/01/2025) |
| 07/01/2025 | 37 | DECLARATION *OF JILLIAN BLANCHARD* by INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, NATIVE VILLAGE OF KIPNUK re 27 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jillian Blanchard, Filing fee $ 100, receipt number ADCDC–11782408. Fee Status: Fee Paid.. (DiBianco, Gary) (Entered: 07/01/2025) |
| 07/01/2025 | 38 | ERRATA *CERIFICATE OF GOOD STANDING* by INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, NATIVE VILLAGE OF KIPNUK re 27 Motion for Leave to Appear Pro Hac Vice,. (DiBianco, Gary) (Entered: 07/01/2025) |
| 07/02/2025 | 39 | ORDER directing parties to meet and confer and file a joint status report. See Order for details. Signed by Judge Paul L. Friedman on July 2, 2025. (lcao) (Entered: |

| | | |
|---|---|---|
| | | 07/02/2025) |
| 07/02/2025 | | MINUTE ORDER granting 35 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on July 2, 2025. (lcao) (Entered: 07/02/2025) |
| 07/02/2025 | | MINUTE ORDER granting 32 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on July 2, 2025. (lcao) (Entered: 07/02/2025) |
| 07/02/2025 | | MINUTE ORDER granting 27 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on July 2, 2025. (lcao) (Entered: 07/02/2025) |
| 07/02/2025 | | MINUTE ORDER granting 28 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on July 2, 2025. (lcao) (Entered: 07/02/2025) |
| 07/02/2025 | 40 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Kimberley Claire Hunter, Filing fee $ 100, receipt number ADCDC–11792682. Fee Status: Fee Paid. by 2C MISSISSIPPI, AIR ALLIANCE HOUSTON, ALLEGHENY COUNTY, PENNSYLVANIA, APPALACHIAN VOICES, BESSEMER HISTORICAL SOCIETY, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, PUSH BUFFALO, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, WE ACT FOR ENVIRONMENTAL JUSTICE. (Attachments: # 1 Exhibit Declaration of Kimberley Claire Hunter, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order)(Grillot, Benjamin) (Entered: 07/02/2025) |
| 07/02/2025 | 41 | ERRATA by 2C MISSISSIPPI, AIR ALLIANCE HOUSTON, ALLEGHENY COUNTY, PENNSYLVANIA, APPALACHIAN VOICES, BESSEMER HISTORICAL SOCIETY, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, PUSH BUFFALO, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., TREASURE ISLAND MOBILITY |

| | | |
|---|---|---|
| | | MANAGEMENT AGENCY, WE ACT FOR ENVIRONMENTAL JUSTICE re 30 Motion to Certify Class,,,,. (Attachments: # 1 Exhibit Corrected Motion to Certify Class)(Grillot, Benjamin) (Entered: 07/02/2025) |
| 07/02/2025 | 42 | NOTICE of Appearance by Jessica Lundberg on behalf of All Defendants (Lundberg, Jessica) (Entered: 07/02/2025) |
| 07/02/2025 | 43 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Graham Provost, Filing fee $ 100, receipt number ADCDC–11794045. Fee Status: Fee Paid. by ALLEGHENY COUNTY, PENNSYLVANIA, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, KALAMAZOO COUNTY, MICHIGAN, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY. (Attachments: # 1 Declaration Decl. of Graham Provost, # 2 Supplement Cert. of Good Standing for Graham Provost)(Merrill, Toby) (Entered: 07/02/2025) |
| 07/02/2025 | 44 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Elaine Poon, Filing fee $ 100, receipt number ADCDC–11794066. Fee Status: Fee Paid. by ALLEGHENY COUNTY, PENNSYLVANIA, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, KALAMAZOO COUNTY, MICHIGAN, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY. (Attachments: # 1 Declaration Decl. of Elaine Poon, # 2 Supplement Cert. of Good Standing for Elaine Poon)(Merrill, Toby) (Entered: 07/02/2025) |
| 07/02/2025 | 45 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Cassandra Crawford, Filing fee $ 100, receipt number ADCDC–11794070. Fee Status: Fee Paid. by ALLEGHENY COUNTY, PENNSYLVANIA, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, KALAMAZOO COUNTY, MICHIGAN, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY. (Attachments: # 1 Declaration Decl. of Cassandra Crawford, # 2 Supplement Cert. of Good Standing for Cassandra Crawford)(Merrill, Toby) (Entered: 07/02/2025) |
| 07/02/2025 | 46 | Joint STATUS REPORT by 2C MISSISSIPPI, AIR ALLIANCE HOUSTON, ALLEGHENY COUNTY, PENNSYLVANIA, APPALACHIAN VOICES, BESSEMER HISTORICAL SOCIETY, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, PUSH BUFFALO, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, WE ACT FOR ENVIRONMENTAL JUSTICE. (Vizcarra, Hana) (Entered: 07/02/2025) |
| 07/03/2025 | 47 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Irena Como on behalf of 2C MISSISSIPPI, APPALACHIAN VOICES, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC. (Como, Irena) (Entered: 07/03/2025) |
| 07/03/2025 | | MINUTE ORDER: in light of the parties' 46 Joint Status Report, defendants shall file their response to plaintiffs' 29 Motion for Preliminary Injunction on or before July 14, 2025. Defendants shall file their response to plaintiffs' 30 Motion in Support of Class Certification on or before July 16, 2025. Plaintiffs shall file their reply in support of their 29 Motion for Preliminary Injunction on or before July 18, 2025. Plaintiffs shall file their reply in support of their 30 Motion in Support of Class Certification on or before July 21, 2025. The parties shall appear for oral argument on July 23, 2025 at 3:00 p.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001. SO ORDERED. Signed by Judge Paul L. Friedman on July 3, 2025. (lcao) (Entered: 07/03/2025) |
| 07/03/2025 | | MINUTE ORDER granting 40 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on July 3, 2025. (lcao) (Entered: 07/03/2025) |
| 07/03/2025 | | MINUTE ORDER granting 43 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on July 3, 2025. (lcao) (Entered: 07/03/2025) |
| 07/03/2025 | | MINUTE ORDER granting 45 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on July 3, 2025. (lcao) (Entered: 07/03/2025) |
| 07/03/2025 | 48 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Julie Hayden Wilensky, Filing fee $ 100, receipt number ADCDC–11795549. Fee Status: Fee Paid. by CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA. (Attachments: # 1 Declaration Decl. and Cert. of Good Standing for Julie Wilensky)(Merrill, Toby) Docket text modified on 7/3/2025 (zhcn). (Entered: 07/03/2025) |
| 07/03/2025 | 49 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Yvonne Rosil Mere, Filing fee $ 100, receipt number ADCDC–11795592. Fee Status: Fee Paid. by CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA. (Attachments: # 1 Declaration Decl. and Cert. of Good Standing for Yvonne Mere)(Merrill, Toby) Docket text modified on 7/3/2025 (zhcn). (Entered: 07/03/2025) |
| 07/03/2025 | 50 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Alison Chinn Holcomb, Filing fee $ 100, receipt number ADCDC–11795603. Fee Status: Fee Paid. by MARTIN LUTHER KING JR. COUNTY, WASHINGTON. (Attachments: # 1 Declaration Decl. and Cert. of Good Standing for Alison Holcomb)(Merrill, Toby) Docket text modified on 7/3/2025 (zhcn). (Entered: 07/03/2025) |
| 07/03/2025 | 51 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– David J. Hackett, Filing fee $ 100, receipt number ADCDC–11795632. Fee Status: Fee Paid. by MARTIN LUTHER KING JR. COUNTY, WASHINGTON. (Attachments: # 1 Declaration Decl. and Cert of Good Standing for David Hackett)(Merrill, Toby) |

| | | |
|---|---|---|
| | | (Entered: 07/03/2025) |
| 07/03/2025 | 52 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Sara Jennifer Eisenberg, Filing fee $ 100, receipt number ADCDC–11795656. Fee Status: Fee Paid. by CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA. (Attachments: # 1 Declaration Decl. and Cert of Good Standing for Sara Eisenberg)(Merrill, Toby) (Entered: 07/03/2025) |
| 07/03/2025 | | MINUTE ORDER granting 44 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on July 3, 2025. (ATM) (Entered: 07/03/2025) |
| 07/03/2025 | | Set/Reset Deadlines:( Responses due by 7/14/2025, Replies due by 7/21/2025.), Set/Reset Hearings:( Motion Hearing set for 7/23/2025 at 03:00 PM in Courtroom 29A– In Person before Judge Paul L. Friedman.) (tj) (Entered: 07/03/2025) |
| 07/03/2025 | 53 | NOTICE of Appearance by Cassandra Crawford on behalf of ALLEGHENY COUNTY, PENNSYLVANIA, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, KALAMAZOO COUNTY, MICHIGAN, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY (Crawford, Cassandra) (Entered: 07/03/2025) |
| 07/03/2025 | | MINUTE ORDER granting 48 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on July 3, 2025. (ATM) (Entered: 07/03/2025) |
| 07/03/2025 | | MINUTE ORDER granting 49 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on July 3, 2025. (ATM) (Entered: 07/03/2025) |
| 07/03/2025 | | MINUTE ORDER granting 50 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on July 3, 2025. (ATM) (Entered: 07/03/2025) |
| 07/03/2025 | | MINUTE ORDER granting 51 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on July 3, 2025. (ATM) (Entered: 07/03/2025) |
| 07/03/2025 | | MINUTE ORDER granting 52 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on July 3, 2025. (ATM) (Entered: 07/03/2025) |
| 07/03/2025 | 54 | NOTICE of Appearance by Andrew Saavedra on behalf of AIR ALLIANCE HOUSTON, BESSEMER HISTORICAL SOCIETY, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, PUSH BUFFALO, WE ACT FOR |

| | | ENVIRONMENTAL JUSTICE (Saavedra, Andrew) (Entered: 07/03/2025) |
|---|---|---|
| 07/03/2025 | 55 | NOTICE of Appearance by Larissa Mika Koehler on behalf of INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, NATIVE VILLAGE OF KIPNUK (Koehler, Larissa) (Entered: 07/03/2025) |
| 07/03/2025 | 56 | NOTICE of Appearance by Julie Wilensky on behalf of CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY (Wilensky, Julie) (Entered: 07/03/2025) |
| 07/03/2025 | 57 | NOTICE of Appearance by Sara J. Eisenberg on behalf of CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY (Eisenberg, Sara) (Entered: 07/03/2025) |
| 07/03/2025 | 58 | NOTICE of Appearance by Yvonne Mere on behalf of CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY (Mere, Yvonne) (Entered: 07/03/2025) |
| 07/04/2025 | 59 | NOTICE of Appearance by Kimberley Hunter on behalf of 2C MISSISSIPPI, APPALACHIAN VOICES, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC. (Hunter, Kimberley) (Entered: 07/04/2025) |
| 07/07/2025 | 60 | RESPONSE re 29 MOTION for Preliminary Injunction *by Amici States in Support of Plaintiffs* filed by STATE OF NEW YORK. (Shulock, Nathan) (Entered: 07/07/2025) |
| 07/08/2025 | 61 | NOTICE of Appearance by James S. Whitlock on behalf of 2C MISSISSIPPI, APPALACHIAN VOICES, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC. (Whitlock, James) (Entered: 07/08/2025) |
| 07/09/2025 | 62 | Case randomly reassigned to Judge Richard J. Leon. Judge Paul L. Friedman is no longer assigned to the case. (ztnr) (Entered: 07/09/2025) |
| 07/10/2025 | 63 | NOTICE of Appearance by Graham Provost on behalf of ALLEGHENY COUNTY, PENNSYLVANIA, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, KALAMAZOO COUNTY, MICHIGAN, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY (Provost, Graham) (Entered: 07/10/2025) |
| 07/10/2025 | | MINUTE ORDER. Due to a scheduling conflict with another case, it is hereby ORDERED that the hearing set for July 23, 2025 at 3:00 PM is VACATED. It is further ORDERED that the parties shall meet and confer and file a joint status report by July 15, 2025, proposing additional dates that the parties are available to appear for oral argument on plaintiffs' motions. SO ORDERED. Signed by Judge Richard J. Leon on 7/10/2025. (lcrjl2) (Entered: 07/10/2025) |
| 07/11/2025 | 64 | NOTICE of Appearance by Linnet Rose Davis–Stermitz on behalf of AIR ALLIANCE HOUSTON, BESSEMER HISTORICAL SOCIETY, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE |

| | | |
|---|---|---|
| | | COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, PUSH BUFFALO, WE ACT FOR ENVIRONMENTAL JUSTICE (Davis–Stermitz, Linnet) (Entered: 07/11/2025) |
| 07/11/2025 | 65 | Joint STATUS REPORT by 2C MISSISSIPPI, AIR ALLIANCE HOUSTON, ALLEGHENY COUNTY, PENNSYLVANIA, APPALACHIAN VOICES, BESSEMER HISTORICAL SOCIETY, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, PUSH BUFFALO, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., STATE OF NEW YORK, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, WE ACT FOR ENVIRONMENTAL JUSTICE. (Grillot, Benjamin) (Entered: 07/11/2025) |
| 07/14/2025 | 66 | MOTION to Dismiss by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE M. ZELDIN. (Lundberg, Jessica) (Entered: 07/14/2025) |
| 07/14/2025 | 67 | Memorandum in opposition to re 29 MOTION for Preliminary Injunction filed by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE M. ZELDIN. (Lundberg, Jessica) (Entered: 07/14/2025) |
| 07/15/2025 | | MINUTE ORDER. Upon consideration of the parties join status report, the parties shall convene for a hearing on the motions pending before the Court on August 5, 2025 at 4:00 PM in Courtroom 18 before Judge Richard J. Leon (In Person). SO ORDERED. Signed by Judge Richard J. Leon on 7/15/2025. (lcrjl2) (Entered: 07/15/2025) |
| 07/16/2025 | 68 | Memorandum in opposition to re 30 MOTION to Certify Class filed by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE M. ZELDIN. (Lundberg, Jessica) (Entered: 07/16/2025) |
| 07/17/2025 | 69 | NOTICE of Appearance by Chloe Fross on behalf of Gather, American Society of Adaptation Professionals, Clean Air Coalition of Western New York, Climate and Energy Project, Connecticut Roundtable on Climate and Jobs, Eastern Rhode Island Conservation District, Emerald Cities Collaborative, Engineers Without Borders, Erie County Restorative Justice Coalition, GreenRoots, Healthy Bourbon County Action Team, City of Oakridge, Racial & Environmental Justice Committee, Rhode Island School Recycling Project, Santa Fe Green Chamber of Commerce, Transportation for Massachusetts, Urban Sustainability Directors Network (Fross, Chloe) (Entered: 07/17/2025) |
| 07/17/2025 | 70 | Unopposed MOTION for Leave to File Amicus Brief by GATHER, AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS, CLEAN AIR COALITION OF WESTERN NEW YORK, CLIMATE AND ENERGY PROJECT, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS, EASTERN RHODE ISLAND CONSERVATION DISTRICT, EMERALD CITIES COLLABORATIVE, ENGINEERS WITHOUT BORDERS, ERIE COUNTY RESTORATIVE JUSTICE COALITION, GREENROOTS, HEALTHY BOURBON COUNTY ACTION |

| | | |
|---|---|---|
| | | TEAM, CITY OF OAKRIDGE, RACIAL & ENVIRONMENTAL JUSTICE COMMITTEE, RHODE ISLAND SCHOOL RECYCLING PROJECT, SANTA FE GREEN CHAMBER OF COMMERCE, TRANSPORTATION FOR MASSACHUSETTS, URBAN SUSTAINABILITY DIRECTORS NETWORK. (Attachments: # 1 Proposed Amicus Brief, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q)(Fross, Chloe) (Entered: 07/17/2025) |
| 07/17/2025 | 71 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Alexandra Enriquez St. Pierre, Filing fee $ 100, receipt number ADCDC–11825758. Fee Status: Fee Paid. by AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS, CITY OF OAKRIDGE, CLEAN AIR COALITION OF WESTERN NEW YORK, CLIMATE AND ENERGY PROJECT, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS, EASTERN RHODE ISLAND CONSERVATION DISTRICT, EMERALD CITIES COLLABORATIVE, ENGINEERS WITHOUT BORDERS, ERIE COUNTY RESTORATIVE JUSTICE COALITION, GATHER, GREENROOTS, HEALTHY BOURBON COUNTY ACTION TEAM, RACIAL & ENVIRONMENTAL JUSTICE COMMITTEE, RHODE ISLAND SCHOOL RECYCLING PROJECT, SANTA FE GREEN CHAMBER OF COMMERCE, TRANSPORTATION FOR MASSACHUSETTS, URBAN SUSTAINABILITY DIRECTORS NETWORK. (Attachments: # 1 Exhibit A. Declaration, # 2 Exhibit B. Certificate of Good Standing, # 3 Exhibit C. PO)(Fross, Chloe) (Entered: 07/17/2025) |
| 07/17/2025 | 72 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Erica Kyzmir–McKeon, Filing fee $ 100, receipt number ADCDC–11825792. Fee Status: Fee Paid. by AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS, CITY OF OAKRIDGE, CLEAN AIR COALITION OF WESTERN NEW YORK, CLIMATE AND ENERGY PROJECT, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS, EASTERN RHODE ISLAND CONSERVATION DISTRICT, EMERALD CITIES COLLABORATIVE, ENGINEERS WITHOUT BORDERS, ERIE COUNTY RESTORATIVE JUSTICE COALITION, GATHER, GREENROOTS, HEALTHY BOURBON COUNTY ACTION TEAM, RACIAL & ENVIRONMENTAL JUSTICE COMMITTEE, RHODE ISLAND SCHOOL RECYCLING PROJECT, SANTA FE GREEN CHAMBER OF COMMERCE, TRANSPORTATION FOR MASSACHUSETTS, URBAN SUSTAINABILITY DIRECTORS NETWORK. (Attachments: # 1 Exhibit A. Declaration, # 2 Exhibit B. Certificate of Good Standing, # 3 Exhibit C. PO)(Fross, Chloe) (Entered: 07/17/2025) |
| 07/17/2025 | 73 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Heidi H. Trimarco, Filing fee $ 100, receipt number ADCDC–11825808. Fee Status: Fee Paid. by AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS, CITY OF OAKRIDGE, CLEAN AIR COALITION OF WESTERN NEW YORK, CLIMATE AND ENERGY PROJECT, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS, EASTERN RHODE ISLAND CONSERVATION DISTRICT, EMERALD CITIES COLLABORATIVE, ENGINEERS WITHOUT BORDERS, ERIE COUNTY RESTORATIVE JUSTICE COALITION, GATHER, GREENROOTS, HEALTHY BOURBON COUNTY ACTION TEAM, RACIAL & ENVIRONMENTAL JUSTICE COMMITTEE, RHODE ISLAND SCHOOL RECYCLING PROJECT, SANTA FE GREEN CHAMBER OF COMMERCE, TRANSPORTATION FOR MASSACHUSETTS, URBAN SUSTAINABILITY DIRECTORS NETWORK. (Attachments: # 1 Exhibit A. Declaration, # 2 Exhibit B. |

| | | |
|---|---|---|
| | | Certificate of Good Standing, # 3 Exhibit C. PO)(Fross, Chloe) (Entered: 07/17/2025) |
| 07/17/2025 | 74 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Rachel Genna Briggs, Filing fee $ 100, receipt number ADCDC–11825840. Fee Status: Fee Paid. by AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS, CITY OF OAKRIDGE, CLEAN AIR COALITION OF WESTERN NEW YORK, CLIMATE AND ENERGY PROJECT, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS, EASTERN RHODE ISLAND CONSERVATION DISTRICT, EMERALD CITIES COLLABORATIVE, ENGINEERS WITHOUT BORDERS, ERIE COUNTY RESTORATIVE JUSTICE COALITION, GATHER, GREENROOTS, HEALTHY BOURBON COUNTY ACTION TEAM, RACIAL & ENVIRONMENTAL JUSTICE COMMITTEE, RHODE ISLAND SCHOOL RECYCLING PROJECT, SANTA FE GREEN CHAMBER OF COMMERCE, TRANSPORTATION FOR MASSACHUSETTS, URBAN SUSTAINABILITY DIRECTORS NETWORK. (Attachments: # 1 Exhibit A. Declaration, # 2 Exhibit B. Certificate of Good Standing, # 3 Exhibit C. PO)(Fross, Chloe) (Entered: 07/17/2025) |
| 07/17/2025 | 75 | NOTICE of Appearance by Alison Chinn Holcomb on behalf of MARTIN LUTHER KING JR. COUNTY, WASHINGTON (Holcomb, Alison) (Main Document 75 replaced on 7/18/2025) (mg). (Entered: 07/17/2025) |
| 07/18/2025 | 76 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Mollie Mindes Lee, Filing fee $ 100, receipt number ADCDC–11827595. Fee Status: Fee Paid. by CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA. (Attachments: # 1 Declaration Decl of Lee, # 2 Supplement Cert of Good Standing)(Merrill, Toby) (Entered: 07/18/2025) |
| 07/18/2025 | 77 | REPLY to opposition to motion re 29 Motion for Preliminary Injunction,,,,,, filed by 2C MISSISSIPPI, AIR ALLIANCE HOUSTON, ALLEGHENY COUNTY, PENNSYLVANIA, APPALACHIAN VOICES, BESSEMER HISTORICAL SOCIETY, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, PUSH BUFFALO, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, WE ACT FOR ENVIRONMENTAL JUSTICE. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Vizcarra, Hana) (Entered: 07/18/2025) |
| 07/21/2025 | 78 | REPLY to opposition to motion re 30 Motion to Certify Class,,,, filed by 2C MISSISSIPPI, AIR ALLIANCE HOUSTON, ALLEGHENY COUNTY, PENNSYLVANIA, APPALACHIAN VOICES, BESSEMER HISTORICAL SOCIETY, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL |

| | | |
|---|---|---|
| | | COMMUNITIES, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, PUSH BUFFALO, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, WE ACT FOR ENVIRONMENTAL JUSTICE. (Vizcarra, Hana) (Entered: 07/21/2025) |
| 07/21/2025 | 79 | ERRATA *MOTION for Leave to Appear Pro Hac Vice* by AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS, CITY OF OAKRIDGE, CLEAN AIR COALITION OF WESTERN NEW YORK, CLIMATE AND ENERGY PROJECT, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS, EASTERN RHODE ISLAND CONSERVATION DISTRICT, EMERALD CITIES COLLABORATIVE, ENGINEERS WITHOUT BORDERS, ERIE COUNTY RESTORATIVE JUSTICE COALITION, GATHER, GREENROOTS, HEALTHY BOURBON COUNTY ACTION TEAM, RACIAL & ENVIRONMENTAL JUSTICE COMMITTEE, RHODE ISLAND SCHOOL RECYCLING PROJECT, SANTA FE GREEN CHAMBER OF COMMERCE, TRANSPORTATION FOR MASSACHUSETTS, URBAN SUSTAINABILITY DIRECTORS NETWORK re 72 Motion for Leave to Appear Pro Hac Vice,,,. (Attachments: # 1 Exhibit A. Declaration, # 2 Exhibit B. Certificate of Good Standing, # 3 Exhibit C. Proposed Order)(Fross, Chloe) (Entered: 07/21/2025) |
| 07/21/2025 | 80 | ERRATA *MOTION for Leave to Appear Pro Hac Vice* by AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS, CITY OF OAKRIDGE, CLEAN AIR COALITION OF WESTERN NEW YORK, CLIMATE AND ENERGY PROJECT, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS, EASTERN RHODE ISLAND CONSERVATION DISTRICT, EMERALD CITIES COLLABORATIVE, ENGINEERS WITHOUT BORDERS, ERIE COUNTY RESTORATIVE JUSTICE COALITION, GATHER, GREENROOTS, HEALTHY BOURBON COUNTY ACTION TEAM, RACIAL & ENVIRONMENTAL JUSTICE COMMITTEE, RHODE ISLAND SCHOOL RECYCLING PROJECT, SANTA FE GREEN CHAMBER OF COMMERCE, TRANSPORTATION FOR MASSACHUSETTS, URBAN SUSTAINABILITY DIRECTORS NETWORK re 74 Motion for Leave to Appear Pro Hac Vice,,,. (Attachments: # 1 Exhibit A. Declaration, # 2 Exhibit B. Certificate of Good Standing, # 3 Exhibit C. Proposed Order)(Fross, Chloe) (Entered: 07/21/2025) |
| 07/22/2025 | | MINUTE ORDER. It is hereby ORDERED that the 70 Unopposed Motion for Leave to File Amicus Brief is GRANTED. The Amicus Brief attached to the Motion [70−1] is deemed filed with the Court upon entry of this order. SO ORDERED. Signed by Judge Richard J. Leon on 7/22/2025. (lcrjl2) (Entered: 07/22/2025) |
| 07/22/2025 | | MINUTE ORDER. It is hereby ORDERED that the 72 Motion for Leave to Appear Pro Hac Vice is GRANTED. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. SO ORDERED. Signed by Judge Richard J. Leon on 7/22/2025. (lcrjl2) (Entered: 07/22/2025) |
| 07/22/2025 | | MINUTE ORDER. Upon consideration of the 73 Motion to Admit Heidi Trimarco Pro Hac Vice, it is hereby ORDERED that the motion is DENIED for failure to comply with Local Rule 83.2(e)(2)'s requirement that the motion "be accompanied by a certificate of the court or bar for the state in which the applicant regularly practices, which has been issued within thirty (30) days of filing." Exhibit B attached to the |

| | | |
|---|---|---|
| | | motion is not a certification that complies with the local rules. SO ORDERED. Signed by Judge Richard J. Leon on 7/22/2025. (lcrjl2) (Entered: 07/22/2025) |
| 07/22/2025 | | MINUTE ORDER. It is hereby ORDERED that the 74 Motion for Leave to Appear Pro Hac Vice is GRANTED. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. SO ORDERED. Signed by Judge Richard J. Leon on 7/22/2025. (lcrjl2) (Entered: 07/22/2025) |
| 07/22/2025 | | MINUTE ORDER. It is hereby ORDERED that the 76 Motion for Leave to Appear Pro Hac Vice is GRANTED. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. SO ORDERED. Signed by Judge Richard J. Leon on 7/22/2025. (lcrjl2) (Entered: 07/22/2025) |
| 07/22/2025 | 81 | AMICUS BRIEF by AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS, CITY OF OAKRIDGE, CLEAN AIR COALITION OF WESTERN NEW YORK, CLIMATE AND ENERGY PROJECT, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS, EASTERN RHODE ISLAND CONSERVATION DISTRICT, EMERALD CITIES COLLABORATIVE, ENGINEERS WITHOUT BORDERS, ERIE COUNTY RESTORATIVE JUSTICE COALITION, GATHER, GREENROOTS, HEALTHY BOURBON COUNTY ACTION TEAM, RACIAL & ENVIRONMENTAL JUSTICE COMMITTEE, RHODE ISLAND SCHOOL RECYCLING PROJECT, SANTA FE GREEN CHAMBER OF COMMERCE, TRANSPORTATION FOR MASSACHUSETTS, URBAN SUSTAINABILITY DIRECTORS NETWORK. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q)(mg) (Entered: 07/22/2025) |
| 07/23/2025 | | MINUTE ORDER. It is hereby ORDERED that the 71 Motion for Leave to Appear Pro Hac Vice is GRANTED. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. SO ORDERED. Signed by Judge Richard J. Leon on 7/23/2025. (lcrjl2) (Entered: 07/23/2025) |
| 07/23/2025 | 82 | NOTICE of Appearance by Jillian Blanchard on behalf of INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, NATIVE VILLAGE OF KIPNUK (Blanchard, Jillian) (Entered: 07/23/2025) |
| 07/25/2025 | 83 | NOTICE of Appearance by Erica Kyzmir–McKeon on behalf of AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS, CITY OF OAKRIDGE, CLEAN AIR COALITION OF WESTERN NEW YORK, CLIMATE AND ENERGY PROJECT, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS, EASTERN RHODE ISLAND CONSERVATION DISTRICT, EMERALD CITIES COLLABORATIVE, ENGINEERS WITHOUT BORDERS, ERIE COUNTY RESTORATIVE JUSTICE COALITION, GATHER, GREENROOTS, HEALTHY BOURBON COUNTY ACTION TEAM, RACIAL & ENVIRONMENTAL JUSTICE COMMITTEE, RHODE ISLAND SCHOOL RECYCLING PROJECT, SANTA FE GREEN CHAMBER OF COMMERCE, TRANSPORTATION FOR MASSACHUSETTS, URBAN SUSTAINABILITY DIRECTORS NETWORK (Kyzmir–McKeon, Erica) (Entered: 07/25/2025) |

| 07/25/2025 | 84 | NOTICE of Appearance by Alexandra St. Pierre on behalf of AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS, CITY OF OAKRIDGE, CLEAN AIR COALITION OF WESTERN NEW YORK, CLIMATE AND ENERGY PROJECT, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS, EASTERN RHODE ISLAND CONSERVATION DISTRICT, EMERALD CITIES COLLABORATIVE, ENGINEERS WITHOUT BORDERS, ERIE COUNTY RESTORATIVE JUSTICE COALITION, GATHER, GREENROOTS, HEALTHY BOURBON COUNTY ACTION TEAM, RACIAL & ENVIRONMENTAL JUSTICE COMMITTEE, RHODE ISLAND SCHOOL RECYCLING PROJECT, SANTA FE GREEN CHAMBER OF COMMERCE, TRANSPORTATION FOR MASSACHUSETTS, URBAN SUSTAINABILITY DIRECTORS NETWORK (St. Pierre, Alexandra) (Entered: 07/25/2025) |
|---|---|---|
| 07/25/2025 | 85 | NOTICE of Appearance by Mollie Mindes Lee on behalf of CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY (Lee, Mollie) (Entered: 07/25/2025) |
| 07/28/2025 | 86 | NOTICE of Appearance by Rachel Genna Briggs on behalf of AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS, CITY OF OAKRIDGE, CLEAN AIR COALITION OF WESTERN NEW YORK, CLIMATE AND ENERGY PROJECT, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS, EASTERN RHODE ISLAND CONSERVATION DISTRICT, EMERALD CITIES COLLABORATIVE, ENGINEERS WITHOUT BORDERS, ERIE COUNTY RESTORATIVE JUSTICE COALITION, GATHER, GREENROOTS, HEALTHY BOURBON COUNTY ACTION TEAM, RACIAL & ENVIRONMENTAL JUSTICE COMMITTEE, RHODE ISLAND SCHOOL RECYCLING PROJECT, SANTA FE GREEN CHAMBER OF COMMERCE, STATE OF NEW YORK, TRANSPORTATION FOR MASSACHUSETTS, URBAN SUSTAINABILITY DIRECTORS NETWORK (Briggs, Rachel) (Entered: 07/28/2025) |
| 07/28/2025 | 87 | Memorandum in opposition to re 66 MOTION to Dismiss filed by 2C MISSISSIPPI, AIR ALLIANCE HOUSTON, ALLEGHENY COUNTY, PENNSYLVANIA, APPALACHIAN VOICES, BESSEMER HISTORICAL SOCIETY, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, PUSH BUFFALO, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, WE ACT FOR ENVIRONMENTAL JUSTICE. (Attachments: # 1 Exhibit 1)(Vizcarra, Hana) (Entered: 07/28/2025) |
| 07/30/2025 | 88 | MOTION for Extension of Time to File Response/Reply as to 66 MOTION to Dismiss by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE M. ZELDIN. (Lundberg, Jessica) (Entered: 07/30/2025) |
| 07/30/2025 | 89 | Consent MOTION to Allow Remote Listening to August 5, 2025 Hearing Via Public Access Audio Line by ALLEGHENY COUNTY, PENNSYLVANIA, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, |

| | | |
|---|---|---|
| | | CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, KALAMAZOO COUNTY, MICHIGAN, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY. (Attachments: # 1 Text of Proposed Order)(Crawford, Cassandra) (Entered: 07/30/2025) |
| 07/31/2025 | 90 | NOTICE of Appearance by Elaine Poon on behalf of CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, KALAMAZOO COUNTY, MICHIGAN, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY (Poon, Elaine) (Main Document 90 replaced on 7/31/2025) (znmw). (Entered: 07/31/2025) |
| 07/31/2025 | | MINUTE ORDER. The Court has scheduled a hearing for August 5, 2025 at 4:00 PM on the parties' pending motions. See Min. Order (Jul. 15, 2025). The parties shall come prepared to argue plaintiffs' motion for a preliminary injunction and defendants' motion to dismiss. Each party shall designate one counsel to argue both motions. The order of the hearing will be as follows: 20 minutes for plaintiffs' argument on both motions; 20 minutes for defendants' argument on both motions; 5 minutes rebuttal from plaintiffs; and 5 minutes rebuttal from defendants. Plaintiffs have also requested remote access for the hearing, but the Court generally does not permit public access audio lines. Accordingly, it is ORDERED that plaintiffs' 89 Motion to Allow Remote Listening is DENIED; it is further ORDERED that defendants' 88 Motion for an Extension to File their Reply in Support of their Motion to Dismiss is DENIED. Defendants shall file their reply no later than August 4, 2025. SO ORDERED. Signed by Judge Richard J. Leon on 7/31/2025. (lcrjl2) (Entered: 07/31/2025) |
| 08/01/2025 | | Set/Reset Deadlines: Replies due by 8/4/2025. (zljn) (Entered: 08/01/2025) |
| 08/04/2025 | 91 | REPLY to opposition to motion re 66 Motion to Dismiss filed by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE M. ZELDIN. (Lundberg, Jessica) (Entered: 08/04/2025) |
| 08/05/2025 | | Minute Entry for Motions Hearing held before Judge Richard J. Leon on 8/5/2025. Oral arguments submitted on Plaintiffs' Motion 29 for Preliminary Injunction and Defendants' Motion 66 to Dismiss. Court takes matters under advisement. Forthcoming Order. Court Reporter: Chandra Kean. (zljn) (Entered: 08/05/2025) |
| 08/12/2025 | 92 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. All Plaintiffs, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 7/3/2025., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 7/3/2025. ( Answer due for ALL FEDERAL DEFENDANTS by 9/1/2025.) (Attachments: # 1 Exhibit Return Receipt – EPA, # 2 Exhibit Return Receipt – Zeldin, # 3 Exhibit Return Receipt – U.S Attorney General, # 4 Exhibit Return Receipt – U.S Attorney)(Grillot, Benjamin) (Entered: 08/12/2025) |
| 08/12/2025 | 93 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY served on 7/1/2025. (See docket entry 92 to view document) (mg) (Entered: 08/13/2025) |
| 08/14/2025 | 94 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY. Attorney Julie Wilensky terminated. (Wilensky, Julie) |

| | | (Entered: 08/14/2025) |
|---|---|---|
| 08/22/2025 | 95 | NOTICE OF SUPPLEMENTAL AUTHORITY by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE M. ZELDIN (Attachments: # 1 Supplement)(Lundberg, Jessica) (Entered: 08/22/2025) |
| 08/25/2025 | 96 | NOTICE OF SUPPLEMENTAL AUTHORITY by 2C MISSISSIPPI, AIR ALLIANCE HOUSTON, ALLEGHENY COUNTY, PENNSYLVANIA, AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS, APPALACHIAN VOICES, BESSEMER HISTORICAL SOCIETY, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF OAKRIDGE, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, CLEAN AIR COALITION OF WESTERN NEW YORK, CLIMATE AND ENERGY PROJECT, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, EASTERN RHODE ISLAND CONSERVATION DISTRICT, EMERALD CITIES COLLABORATIVE, ENGINEERS WITHOUT BORDERS, ERIE COUNTY RESTORATIVE JUSTICE COALITION, GATHER, GREENROOTS, HEALTH RESOURCES IN ACTION, HEALTHY BOURBON COUNTY ACTION TEAM, INSTITUTE FOR SUSTAINABLE COMMUNITIES, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, PUSH BUFFALO, RACIAL & ENVIRONMENTAL JUSTICE COMMITTEE, RHODE ISLAND SCHOOL RECYCLING PROJECT, SANTA FE GREEN CHAMBER OF COMMERCE, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., STATE OF NEW YORK, TRANSPORTATION FOR MASSACHUSETTS, TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, URBAN SUSTAINABILITY DIRECTORS NETWORK, WE ACT FOR ENVIRONMENTAL JUSTICE (Grillot, Benjamin) (Entered: 08/25/2025) |
| 08/27/2025 | 97 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Heidi H. Trimarco, Filing fee $ 100, receipt number ADCDC–11917359. Fee Status: Fee Paid. by AMERICAN SOCIETY OF ADAPTATION PROFESSIONALS, CITY OF OAKRIDGE, CLEAN AIR COALITION OF WESTERN NEW YORK, CLIMATE AND ENERGY PROJECT, CONNECTICUT ROUNDTABLE ON CLIMATE AND JOBS, EASTERN RHODE ISLAND CONSERVATION DISTRICT, EMERALD CITIES COLLABORATIVE, ENGINEERS WITHOUT BORDERS, ERIE COUNTY RESTORATIVE JUSTICE COALITION, GATHER, GREENROOTS, HEALTHY BOURBON COUNTY ACTION TEAM, RACIAL & ENVIRONMENTAL JUSTICE COMMITTEE, RHODE ISLAND SCHOOL RECYCLING PROJECT, SANTA FE GREEN CHAMBER OF COMMERCE, TRANSPORTATION FOR MASSACHUSETTS, URBAN SUSTAINABILITY DIRECTORS NETWORK. (Attachments: # 1 Exhibit A. Declaration, # 2 Exhibit B. Certificate of Good Standing, # 3 Exhibit C. Proposed Order)(Fross, Chloe) (Entered: 08/27/2025) |
| 08/29/2025 | | MINUTE ORDER. It is hereby ORDERED that the 97 Motion for Leave to Appear Pro Hac Vice is GRANTED. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. SO ORDERED. Signed by Judge Richard J. Leon on 8/29/2025. (lcrjl2) (Entered: 08/29/2025) |

| 08/29/2025 | 98 | MEMORANDUM OPINION. Signed by Judge Richard J. Leon on 8/29/2025. (lcrjl2) (Entered: 08/29/2025) |
|---|---|---|
| 08/29/2025 | 99 | ORDER. Consistent with the attached Order, plaintiffs' 29 Motion for Preliminary Injunction DENIED; plaintiffs' 30 Motion to Certify Class is DENIED; and defendants' 66 Motion to Dismiss is GRANTED. See attached Order for details. Signed by Judge Richard J. Leon on 8/29/2025. (lchb) Modified text to correct spelling on 9/1/2025 (zljn). (Entered: 08/29/2025) |
| 09/16/2025 | 100 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 98 Memorandum & Opinion, 99 Order on Motion for Preliminary Injunction,, Order on Motion to Certify Class,, Order on Motion to Dismiss, by 2C MISSISSIPPI, AIR ALLIANCE HOUSTON, ALLEGHENY COUNTY, PENNSYLVANIA, APPALACHIAN VOICES, BESSEMER HISTORICAL SOCIETY, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, PUSH BUFFALO, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, WE ACT FOR ENVIRONMENTAL JUSTICE. Filing fee $ 605, receipt number ADCDC–11961868. Fee Status: Fee Paid. Parties have been notified. (Grillot, Benjamin) Modified docket text to add party, pursuant to Counsel on 9/17/2025 (mg). (Entered: 09/16/2025) |
| 09/16/2025 | 101 | Emergency MOTION for Injunction *Pending Appeal* by 2C MISSISSIPPI, AIR ALLIANCE HOUSTON, ALLEGHENY COUNTY, PENNSYLVANIA, APPALACHIAN VOICES, BESSEMER HISTORICAL SOCIETY, CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, CITY OF SACRAMENTO, CALIFORNIA, CITY OF SPRINGFIELD, MASSACHUSETTS, DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE, DOWNWINDERS AT RISK, HEALTH RESOURCES IN ACTION, INTER–TRIBAL COUNCIL OF MICHIGAN, KALAMAZOO COUNTY, MICHIGAN, LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES, MARTIN LUTHER KING JR. COUNTY, WASHINGTON, NATIVE VILLAGE OF KIPNUK, PARKS ALLIANCE OF LOUISVILLE, INC., PITTSBURGH CONSERVATION CORPS, PUSH BUFFALO, SOUTHWEST RENEWAL FOUNDATION OF HIGH POINT, INC., TREASURE ISLAND MOBILITY MANAGEMENT AGENCY, WE ACT FOR ENVIRONMENTAL JUSTICE. (Attachments: # 1 Exhibit 1 – Letter, # 2 Exhibit 2 – Email, # 3 Text of Proposed Order)(Grillot, Benjamin) (Entered: 09/16/2025) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| APPALACHIAN VOICES, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-01982-RJL |
| | ) | |
| UNITED STATES | ) | |
| ENVIRONMENTAL PROTECTION | ) | |
| AGENCY, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given this 16th day of September, 2025, that all Plaintiffs except the Institute for Sustainable Communities hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Orders entered by this Court on August 29, 2025 (Dkts. 98, 99).

**Dated:** September 16, 2025         Respectfully submitted,

*/s/ Ben Grillot*
Ben Grillot (D.C. Bar No. 982114)
Kimberley Hunter (N.C. Bar No. 41333)
(*Pro Hac Vice*)
Irena Como (N.C. Bar No. 51812)
(*Pro Hac Vice*)
James Whitlock (N.C. Bar No. 34304)
(*Pro Hac Vice*)
SOUTHERN ENVIRONMENTAL LAW CENTER
122 C St NW, Suite 325
Washington, DC 20001
Telephone: (202) 828-8382
Facsimile: (202) 347-6041
bgrillot@selc.org
kmeyer@selc.org
icomo@selc.org
jwhitlock@selc.org

*Counsel for Appalachian Voices, 2°C Mississippi,*

46

*Lowcountry Alliance for Model Communities, Parks Alliance of Louisville, Pittsburgh Conservation Corps (d/b/a Landforce) and Southwest Renewal Foundation and Proposed Class Counsel.*

*/s/ Hana V. Vizcarra*
Hana V. Vizcarra (D.C. Bar No. 1011750)
Deena Tumeh (D.C. Bar No. 1741543)
Linnet Davis-Stermitz (WA Bar No. 63190)
(*Pro Hac Vice*)
Molly Prothero (D.C. Bar No. 1779237)
Andrew Saavedra (N.Y. Bar No. 6062814)
(*Pro Hac Vice*)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
hvizcarra@earthjustice.org
dtumeh@earthjustice.org
ldavisstermitz@earthjustice.org
mprothero@earthjustice.org
asaavedra@earthjustice.org

*Counsel for Air Alliance Houston, Bessemer Historical Society (d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Inter-Tribal Council of Michigan, PUSH Buffalo, and WE ACT for Environmental Justice and Proposed Class Counsel.*

*/s/ Toby Merrill*
Toby Merrill (D.D.C. Bar ID MA0006)
Graham Provost (D.C. Bar No. 1780222)
(*Pro Hac Vice*)
Elaine Poon (VA Bar No. 91963)
(*Pro Hac Vice*)
Cassandra Crawford (N.C. Bar No. 45369)
(*Pro Hac Vice*)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
toby@publicrightsproject.org
graham@publicrightsproject.org
elaine@publicrightsproject.org

cassandra@publicrightsproject.org

*Counsel for Allegheny County, Kalamazoo County, King County, Native Village of Kipnuk, City of Sacramento, City and County of San Francisco, City of Springfield and Treasure Island Mobility Management Agency, and Proposed Class Counsel.*

/s/ Gary DiBianco
Gary DiBianco (D.C. Bar No. 458669)
Jillian Blanchard (CA Bar No. 203593)
(*Pro Hac Vice*)
Larissa Koehler (CA Bar No. 289581)
(*Pro Hac Vice*)
LAWYERS FOR GOOD GOVERNMENT
6218 Georgia Avenue NW, # 5001
Washington, D.C. 20011
(202) 258-6826
Gary@lawyersforgoodgovernment.org
Jillian@lawyersforgoodgovernment.org
Larissa@lawyersforgoodgovernment.org

*Co-Counsel for Native Village of Kipnuk, Inter-Tribal Council of Michigan, and Kalamazoo County.*

/s/ Yvonne R. Meré
David Chiu (CA Bar No. 189542)
*San Francisco City Attorney*
Yvonne R. Meré (CA Bar No. 175394)
(*Pro Hac Vice*)
*Chief Deputy City Attorney*
Mollie M. Lee (CA Bar No. 251404)
(*Pro Hac Vice*)
*Chief of Strategic Advocacy*
Sara J. Eisenberg (CA Bar No. 269303)
(*Pro Hac Vice*)
*Chief of Complex and Affirmative Litigation*
1390 Market Street, 7th Floor
San Francisco, CA 94102
Telephone: (415) 554-4274
yvonne.mere@sfcityatty.org
mollie.lee@sfcityatty.org
sara.eisenberg@sfcityatty.org

*Counsel for Plaintiffs City and County of San Francisco and Treasure Island Mobility Management Agency.*

*/s/ Alison Holcomb*
David J. Hackett
(*Pro Hac Vice*)
General Counsel to King County Executive &amp;
Special Deputy Prosecutor
Alison Holcomb
(*Pro Hac Vice*)
Deputy General Counsel to King County Executive and
Special Deputy Prosecutor
OFFICE OF KING COUNTY PROSECUTING ATTORNEY
LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
*David.Hackett@kingcounty.gov*
*aholcomb@kingcounty.gov*

*Counsel for Plaintiff Martin Luther King, Jr. County.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Appalachian Voices, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>v.<br><br>United States Environmental Protection<br>Agency, *et al.*,<br><br>　　　　　*Defendants*. | Civil Action No. 25-1982 (RJL) |

## ORDER

August 29, 2025 [Dkt. #29, 30, 66]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for Preliminary Injunction [Dkt. #29] is **DENIED**; it is further

**ORDERED** that plaintiffs' Motion for Class Certification [Dkt. #30] is **DENIED**; it is further

**ORDERED** that defendants' Motion to Dismiss [Dkt. #66] is **GRANTED**.

**SO ORDERED**.


RICHARD J. LEON
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Appalachian Voices, *et al.*,

            *Plaintiffs,*

*v.*

United States Environmental Protection
Agency, *et al.*,

            *Defendants.*

Civil Action No. 25-1982 (RJL)

## MEMORANDUM OPINION

August 29, 2025 [Dkt. #29, 30, 66]

Plaintiffs, twenty-three recipients of Environmental and Climate Justice Block Grants, bring this suit individually and on behalf of a class of others similarly situated against the United States Environmental Protection Agency ("EPA") and EPA Administrator Lee Zeldin in his official capacity (collectively, "defendants") for relief from the termination of their grants. They allege that defendants terminated Environmental and Climate Justice Block Grants in violation of the separation of powers, Presentment Clause, U.S. Const. art. I, § 7, cl. 2–3, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 706. Accompanying their Complaint, plaintiffs move for a preliminary injunction and to certify a Federal Rule of Civil Procedure 23(b)(2) class for all entities that received Environmental and Climate Justice Block Grants, excluding those entities that have sued in other courts. Defendants move to dismiss the suit for lack of subject-matter jurisdiction and plaintiffs' failure to state a claim for relief. For the reasons set forth below, I **GRANT** defendants' motion to dismiss, **DENY** plaintiffs' motion for preliminary injunction, and

**DENY** plaintiffs' motion for class certification.

## BACKGROUND

### I.    Statutory and Factual Background

In 2022, as part of the Inflation Reduction Act ("IRA"), Congress amended the Clean Air Act to create the Environmental and Climate Justice Block Grants. *See* Pub. L. No. 117-169, § 60201, 136 Stat. 1818, 2078 (2022) (codified at 42 U.S.C. § 7438). In the amendment, Congress appropriated $2.8 billion to EPA to award grants for climate projects and an additional $200 million for technical assistance to support grant recipients. 42 U.S.C. §§ 7438(a)–(b). The statute provides that EPA "shall use" the appropriated funds "to award grants for periods of up to 3 years to eligible entities to carry out [eligible activities] that benefit disadvantaged communities, as defined by the Administrator." *Id.* § 7438(b)(1). An "eligible entity" is: (i) "a partnership between . . . an Indian tribe, a local government, or an institution of higher education; . . . and a community-based nonprofit organization;" (ii) "a community-based nonprofit organization;" or (iii) "a partnership of community-based nonprofit organizations." *Id.* § 7438(b)(3). Eligible entities may use a grant awarded for one of the activities enumerated in the statute. *See id.* § 7438(b)(2).

EPA then developed four grant programs and a technical assistance program. Complaint ("Compl.") [Dkt. #1] ¶¶ 9, 64. The four grant programs are the Community Change Grants Program, the Environmental Justice Collaborative Problem Solving Cooperative Agreement Program, the Government-to-Government Program, and the Environmental Justice Thriving Communities Technical Assistance Centers Program. *Id.* at ¶¶ 67, 83, 90, 95. EPA awarded hundreds of grants and provided periodic reimbursement

2

to grant recipients. *Id.* at ¶ 11.

On January 20, 2025, the President issued two executive orders implicating the Environmental and Climate Justice Block Grants. Executive Order 14,154, entitled "Unleashing American Energy," instructs, in part, that "[a]ll agencies shall immediately pause the disbursement of funds appropriated through the Inflation Reduction Act of 2022 . . . and shall review their processes, policies, and programs for issuing grants, loans, contracts, or any other financial disbursements of such appropriate funds for consistency with the law and the policy outlined" in the order. 90 Fed. Reg. 8353, 8357 (2025); *see* Compl. ¶¶ 101–03. The second, Executive Order 14,151, entitled "Ending Radical and Wasteful Government DEI Programs and Preferencing," instructs federal agencies, in part, to provide the director of the Office of Management and Budget with a list of all "Federal Grantees" who received Federal funding for "environmental justice" programs and orders agencies to "terminate" all "environmental justice" offices and positions. 90 Fed. Reg. 8339, 8339–40 (2025); *see* Compl. ¶¶ 105–07.

Shortly after the President issued these executive orders, EPA began implementing them. The agency first froze all grant funding authorized under the IRA and prohibited grant recipients from drawing additional funds. Compl. ¶¶ 13–14, 109–10. EPA then terminated grant awards under the Environmental and Climate Justice Block Grant program *en masse*. *Id.* at ¶ 14. From February through May 2025, EPA sent form letters to grant recipients, notifying them that their grants were terminate for "policy reasons." *Id.* at ¶¶ 113–15.

During this period, grant recipients began challenging EPA's terminations. On

3

March 19, 2025, thirty-eight grant recipients sued in the District of South Carolina, alleging that the freezing of their funds and termination of their grants violated their rights under the United States Constitution and the APA. *See Sustainability Inst. v. Trump*, No. 2:25-cv-2152, 2025 WL 1486979, at *1 (D.S.C. May 20, 2025); *see generally* Compl., ECF No. 1, *Sustainability Inst.*, 2:25-cv-2152 (D.S.C.). Not long after, on April 2, 2025, three additional grant recipients sued in the District of Maryland, alleging that the termination of their grants violate the APA, their rights under the Constitution, and various federal regulations. *See Green & Healthy Homes Initiative, Inc. v. EPA*, No. 25-cv-1096, 2025 WL 1697463, at *1 (D. Md. June 17, 2025); Compl., ECF No. 1, *Green & Healthy Homes Initiative*, No. 25-cv-1096 (D. Md.). The district court in *Sustainability Institute* entered judgement on the APA claims, and the district court in *Green & Health Homes Initiative* held that EPA's termination of the grants violated the APA. *See Sustainability Inst.*, 2025 WL 1486979, at *3; *Green & Healthy Homes Initiative*, 2025 WL 1697463, at *21. The Fourth Circuit subsequently stayed the district court's order in *Sustainability Institute*, holding that the Tucker Act likely divests the district court of jurisdiction. No. 25-1575, 2025 WL 1587100, at *1–2 (4th Cir. June 5, 2025).

On July 3, 2025, Congress passed the "One Big Beautiful Bill." It included a rescission of funding for the Environmental and Climate Justice Block Grants. *See* H.R. 1, 119th Cong. § 60016 (2025). The bill rescinds "[t]he unobligated balances of amounts made available to carry out" the Environmental and Climate Justice Grants. *Id.*

## II.    Procedural History

Prior to the passage of the rescission bill, on June 25, 2025, plaintiffs brought this

4

suit, alleging that EPA's termination of the Environmental and Climate Justice Block Grants program violates the separation of powers and the Presentment Clause. Compl. ¶¶ 175–85. They also alleged that the terminations were arbitrary and capricious, and contrary to law, under the APA. *Id.* at ¶¶ 186–213.

Shortly thereafter—and several months after EPA began grant terminations— plaintiffs moved for a preliminary injunction and class certification, seeking "urgent injunctive relief to restore the Environmental and Climate Justice Block Grant program." *See* Pls.' Mot. for PI ("PI Mot.") [Dkt. #29]; Pls.' Br. in Supp. of PI Mot. ("Pls.' Br.") [Dkt. #29-1] at 2; Pls.' Reply in Supp. of PI Mot. ("Pls.' Reply") [Dkt. #77]; Pls.' Mot. for Class Cert. ("Class Cert. Mot.") [Dkt. #30]. Defendants oppose and move to dismiss the case. *See* Defs.' Mot. to Dismiss & Opp'n to PI Mot. ("MTD") [Dkt. # 66]; Defs.' Opp'n to Class Cert. Mot. [Dkt. #68]; Pls.' Opp'n to MTD ("Pls.' Opp'n") [Dkt. #87]; Defs.' Reply in Supp. of MTD ("Defs.' Reply") [Dkt. #91]. In addition, nineteen states and the District of Columbia, and a group of nonprofit organizations that were beneficiaries of the grantees, filed amicus briefs in support of plaintiffs' motion for a preliminary injunction. *See generally* Amici State Br. [Dkt. #60]; Nonprofit Amici Br. [Dkt. #81]. The Court held a hearing on plaintiffs' motion for preliminary injunction and defendants' motion to dismiss on August 5, 2025. The motions are ripe for review.

## LEGAL STANDARDS

Defendants move to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). When evaluating a Rule 12(b) motion, the Court may consider "the facts alleged in the Complaint, any documents either attached to or incorporated in the

complaint and matters of which [the Court] may take judicial notice." *EEOC v. St. Francis Xavier Parochial Sch.*, 117 F.3d 621, 624 (D.C. Cir. 1997). A Rule 12(b)(1) motion tests the Court's subject-matter jurisdiction. Fed. R. Civ. P. 12(b)(1). "'Federal courts are courts of limited jurisdiction,' possessing 'only that power authorized by the Constitution and statute.'" *Gunn v. Minton*, 568 U.S. 251, 256 (2013) (quoting *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994)). Plaintiffs bears the burden of demonstrating the Court's subject-matter jurisdiction over the claims at issue. *See Arpaio v. Obama*, 797 F.3d 11, 19 (D.C. Cir. 2015) (citing *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 561 (1992)).

A Rule 12(b)(6) motion to dismiss for failure to state a claim tests the legal sufficiency of the Complaint. *See* Fed. R. Civ. P. 12(b)(6); *Herron v. Fannie Mae*, 861 F.3d 160, 173 (D.C. Cir. 2017). To survive a Rule 12(b)(6) motion, the "complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). The Complaint must include "factual content" sufficient to allow the Court "to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.*

Plaintiffs move for a preliminary injunction, which is "an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief." *Winter v. NRDC*, 555 U.S. 7, 22 (2008). "A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and

6

that an injunction is in the public interest." *Huisha-Huisha v. Mayorkas*, 27 F.4th 718, 727 (D.C. Cir. 2022) (quoting *Winter*, 555 U.S. at 20). A likelihood of success on the merits includes plaintiffs' ability to successfully establish this Court's jurisdiction. *See Elec. Privacy Info. Ctr. v. Dep't of Corrections*, 928 F.3d 95, 104 (D.C. Cir. 2019). Further, the last two factors merge when the Government is the opposing party. *Shawnee Tribe v. Mnuchin*, 984 F.3d 94, 102 (D.C. Cir. 2021).

## ANALYSIS

Defendants argue that this case requires dismissal. They argue that the Court lacks subject-matter jurisdiction because plaintiffs' claims belong in the Court of Federal Claims under the Tucker Act; Congress's rescission of the "unobligated balance amounts" of the Environmental and Justice Block Grants moots plaintiffs' claims; and the Court lacks jurisdiction to review EPA's discretionary decision regarding how to allocate funds. MTD at 7–18. Defendants also argue that plaintiffs have not put forward independent constitutional claims. *Id.* at 25. Plaintiffs respond that this Court has subject-matter jurisdiction because they challenge the wholesale dismantling of the Environmental Justice and Climate Justice Block Grants program—rather than individual grant terminations— seek forward-looking equitable relief, and challenge actions that were not committed to EPA's discretion. Pls.' Reply at 5–18. They also argue that their grant funds are still obligated, so Congress's rescission bill does not moot their claims. *Id.* at 2–5.

Unfortunately for the plaintiffs, I have concluded that their claims warrant dismissal. I do not have jurisdiction over plaintiffs' APA claims under the Tucker Act, and plaintiffs' requested injunctive relief is incompatible with the Government's sovereign immunity.

7

Plaintiffs also do not have a cause of action for either of their constitutional claims, so those claims warrant dismissal as well. Because the Court lacks subject-matter jurisdiction under the Tucker Act, I do not address whether Congress's rescission of unobligated funds appropriated for the Environmental and Climate Justice Block Grants moots plaintiffs' claims, nor whether EPA's actions were committed to agency discretion.

## I.    Administrative Procedure Act Claims

"The United States and its agencies are generally immune from suit in federal court absent a clear and unequivocal waiver of sovereign immunity." *Crowley Gov't Servs., Inc. v. Gen. Servs. Admin.*, 38 F.4th 1099, 1105 (D.C. Cir. 2022). Under the APA, Congress has waived sovereign immunity for lawsuits by "[a] person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, . . . [and] seeking relief other than money damages." 5 U.S.C. § 702; *see Crowley*, 38 F.4th at 1105–06. This waiver does not apply "if any other statute that grants consent to suit expressly or impliedly forbids the relief which is sought." *Crowley*, 38 F.4th at 1106 (quoting *Perry Cap. LLC v. Mnuchin*, 864 F.3d 591, 618 (D.C. Cir. 2017)); 5 U.S.C. § 702.

The Tucker Act grants jurisdiction to the Court of Federal Claims for "any claim against the United States founded . . . upon any express or implied contract with the United States[.]" 28 U.S.C. § 1491. Our Circuit has "interpreted the Tucker Act as providing the *exclusive* remedy for contract claims against the government, at least *vis a vis* the APA." *Transohio Savings Bank v. Director, Off. of Thrift Supervision*, 967 F.2d 598, 609 (D.C. Cir. 1992), *abrogated on other grounds as recognized in Perry Cap.*, 864 F.3d at 620.

8

Courts must therefore determine whether "action against the United States . . . is *at its essence* a contract claim." *Crowley*, 38 F.4th at 1106 (quoting *Megapulse, Inc. v. Lewis*, 672 F.2d 959, 967 (D.C. Cir. 1982)).

That inquiry requires an individualized assessment based on the source of the plaintiffs' rights and the nature of the relief that they seek. *Id.* To determine the source of the rights upon which the plaintiff bases his claims, the Court analyzes whether "the plaintiff's asserted rights and the government's purported authority arise from statute," "whether the plaintiff's rights 'exist[ ] prior to and apart from rights created under the contract,'" and "whether the plaintiff 'seek[s] to enforce any duty imposed upon' the government 'by the . . . relevant contracts to which' the government 'is a party[.]'" *Id.* at 1107 (quoting *Perry Cap.*, 864 F.3d at 619). In analyzing the type of relief sought, "[t]he crux of this inquiry . . . boils down to whether the plaintiff effectively seeks to attain money damages in the suit." *Id.* The Supreme Court has not, however, adopted our Circuit's two-part test.

Plaintiffs bring three APA claims. First, they allege that defendants acted arbitrarily and capriciously, in violation of the APA, by terminating the grant program because defendants did not engage in a "reasoned analysis," did not consider the "serious reliance interests" of plaintiffs, acted "on factors which Congress has not intended [EPA] to consider," and failed to consider how the terminations would impact the "primary goal[s]" of the Clean Air Act. Compl. ¶¶ 186–96 (Count III); *see* 5 U.S.C. § 706(2)(A). Second, they allege defendants acted contrary to law, in violation of the APA, by exceeding EPA's statutory authority, by acting unconstitutionally, and by acting "not in accordance with"

9

the Clean Air Act and the Impound Control Act, 2 U.S.C. § 683, when EPA terminated the grant program. Compl. ¶¶ 197–205 (Count IV); *see* 5 U.S.C. §§ 706(2)(A)–(C). Third, plaintiffs allege that defendants acted contrary to law, in violation of the APA, by violating the "Community Change Grants Terms and Conditions," by exceeding EPA's statutory authority, and by acting unconstitutionally when it de-obligated all funding for the grant programs. Compl. ¶¶ 206–13 (Count V); *see* 5 U.S.C. §§ 706(2)(A), (B).

As relief for defendants' claimed violations, plaintiffs seek both a declaratory and injunctive order. *See* Compl. at 44–45 (Prayer for Relief). They seek a declaration from the Court holding defendants' termination of the grant program and individual grants as unlawful. *Id.* at 44. As for the injunction, plaintiffs request an order that sets aside EPA's termination of the Environmental and Climate Justice Block Grants, prohibits "EPA from taking action to termination grant programs"; "[r]equire[s] EPA to reinstate all grant awards"; "[r]equire[s] EPA to make adequate staffing and other resources available to effectuate the grant programs"; and "[r]equire[s] EPA to extend the period of performance to allow Plaintiffs and class members to complete the period of performance specified in their grant agreements, accounting for the time between the time they lost access to their grant funding and [the date of relief.]" *Id.* at 44–45.

A.    Arbitrary-and-Capricious Claim

Starting with plaintiffs' arbitrary-and-capricious claim, the Court lacks jurisdiction under *Department of Education v. California*, 145 S. Ct. 966 (2025) (per curiam). There, several states sued the Secretary of Education for terminating "all grants previously awarded" under congressionally funded programs. *California v. Dep't of Educ.*, 769 F.

10

Supp. 3d 72, 75 (D. Mass. 2025). The district court held that the Department of Education's grant terminations were arbitrary and capricious under the APA because the agency had failed to conduct individualized analyses or offer a reasoned explanation for its *en masse* grant terminations. *Id.* at 77. As a remedy, the district court ordered defendants to "immediately restore Plaintiff States to the pre-existing status quo prior to the termination under all previously awarded . . . grants for recipients in Plaintiff States," among other things. *Id.* at 76–78, 80. The Supreme Court subsequently stayed the district court's order because "the Government is likely to succeed in showing the District Court lacked jurisdiction to order the payment of money under the APA." *California*, 145 S. Ct. at 968. The Supreme Court reasoned that "the APA's limited waiver of immunity does not extend to orders 'to enforce a contractual obligation to pay money' along the lines of what the District Court ordered here." *Id.* (quoting *Great-West Life & Annuity Ins. Co. v. Knudson*, 534 U.S. 204, 212 (2002)). "Instead, the Tucker Act grants the Court of Federal Claims jurisdiction over suits based on 'any express or implied contract with the United States.'" *Id.* (quoting 28 U.S.C. § 1491(a)(1)).

The Supreme Court affirmed its decision in *National Institutes of Health v. American Public Health Association*, No. 25A103, 2025 WL 2415669, at *1 (U.S. Aug. 21, 2025). There, the National Institutes of Health ("NIH") changed its funding to align with changed police priorities mandated by several executive orders. *Id.* (Barrett, J., concurring in part). In doing so, NIH issued internal guidance documents describing those priorities and terminating numerous grants. *Id.* (Barrett, J., concurring in part). The district court declared unlawful and vacated both the guidance and the individual grant

11

terminations under the APA. *Id.* (Barrett, J., concurring in part). The Supreme Court subsequently stayed the district court's judgment vacating the Government's termination of the individual grants. *Id.* The Supreme Court reasoned that the APA's "limited waiver of [sovereign] immunity" does not provide courts with jurisdiction "to order relief designed to enforce any 'obligation to pay money' pursuant to those grants." *Id.* (quoting *California*, 145 S. Ct. at 968).

Plaintiffs' arbitrary-and-capricious claim closely aligns with the claim at issue in *California*. Like in *California*, plaintiffs' challenge here involves a statute that requires the Executive Branch to issue grants for specified purposes; the Executive Branch terminated those grants *en mass* with a boilerplate explanation; and plaintiffs challenged the agency's terminations under the APA. *See* Compl. ¶¶ 186–96; *California*, 145 S. Ct. at 970–71, 975. Here too plaintiffs request that the Court order "EPA to reinstate all grant awards" and request extended time to perform on their grants. Compl. at 45. In other words, plaintiffs request that the Court return plaintiffs to the status quo prior to EPA's termination of their grants. I cannot issue such relief in light of the Supreme Court's holding in *California*. *See Nat'l Insts. of Health*, 2025 WL 2415669, at *4 (Gorsuch, J., concurring in part and dissenting in part) ("[W]hen this Court issues a decision, it constitutes a precedent that commands respect in lower courts."); *see also Harris Cnty. v. Kennedy*, No. 25-cv-1275, 2025 WL 1707665, at *6–7, *14–15 (D.D.C. 2025) (finding that an APA arbitrary-and-capricious claim is subject to *California*'s bar); *Vera Inst. of Just. v. U.S. Dep't of Just.*, No. 25-cv-1643, 2025 WL 1865160, at *10–11 (D.D.C. July 7, 2025) (same).

12

Plaintiffs respond that *California* does not defeat this Court's jurisdiction because they seek "declaratory relief from global decision made in direct conflict with Congressional direction." Pls.' Opp'n at 24. Specifically, they ask the Court to "[i]ssue a declaratory judgment that the termination of grant programs mandated by Section 138 of the Clean Air Act . . . and the termination of legally-obligated grant awards issued under those programs violate the United States Constitution and the APA . . . ." Compl. at 44. Plaintiffs, however, bundled together EPA's discrete actions (*i.e.*, the termination of individual grants), presented it as global events (*i.e.*, the termination of the Environmental and Climate Justice Block Grants programs)—and then crafted its claims as programmatic challenges instead of challenges to EPA's individual grant terminations. *See, e.g., id.* at ¶ 3 ("EPA's termination of the program is unlawful."). Plaintiffs cannot artfully plead around the Tucker Act by mounting a programmatic challenge to EPA's decision to cease a contractual relationship with them. *See Crowley*, 38 F.4th at 1107 ("[W]e have cautioned plaintiffs that this court prohibits the creative drafting of complaints . . . to avoid the jurisdictional consequences of the Tucker Act." (cleaned up)).

Moreover, plaintiffs' requested declaration, holding that the termination of the grant awards is unlawful, does not have "considerable value" independent of the "future potential for monetary relief." *See Kidwell v. Dep't of Army*, 56 F.3d 279, 284 (D.C. Cir. 1995) (internal quotation marks omitted). Such "non-monetary relief has little, if any, independent value from the future potential of monetary recovery." *Vera Inst. of Just.*, 2025 WL 1865160, at *13. Without reinstatement of plaintiffs' grants, they will receive no monetary relief, which is what they ultimately hope to attain. *See* Compl. at 44–45;

13

Proposed Preliminary Injunction Order [Dkt. #29-2] at 1–2 ("Defendants shall immediately resume the processing, disbursement, and payment of Plaintiffs' and Class Members' grants, and release funds previously withheld due to termination of the Environmental and Climate Justice Block Grant program[.]").

Accordingly, plaintiffs have not established the Court's jurisdiction over their arbitrary-and-capricious claim.  I therefore deny injunctive relief and grant dismissal of plaintiffs' arbitrary-and-capricious claim.

B.    Contrary-to-Law Claims

The Court also lacks jurisdiction over plaintiffs' contrary-to-law claims.  Several of my colleagues have cabined *California*'s application to arbitrary-and-capricious claims, as opposed to all claims brought under the APA.  *See, e.g.*, *Harris Cnty.*, 2025 WL 1707665, at *6–7, *14–15; *Vera Inst. of Just.*, 2025 WL 1865160, at *12.  I do not need to reach this issue because the Tucker Act bars plaintiffs' contrary-to-law claims under our Circuit's precedent.  *See Crowley*, 38 F.4th at 1106.

Our Circuit's decisions in *Spectrum Leasing Corp. v. United States*, 764 F.2d 891 (D.C. Cir. 1985), and *Ingersoll-Rand Co. v. United States*, 780 F.2d 74 (D.C. Cir. 1985), are instructive.  In *Spectrum Leasing*, General Services Administration ("GSA") awarded a contract to Spectrum to develop a data communications network.  764 F.2d at 892. Subsequently, GSA did not pay Spectrum's invoices, and Spectrum sued alleging that GSA violated the Debt Collection Act.  *Id.*  As relief, Spectrum sought a declaration that GSA violated Spectrum's rights under the Debt Collection Act and "an injunction compelling GSA to cease withholding hardware and maintenance payments under the contract."  *Id.*

14

Our Circuit held that Spectrum's suit belonged in the Court of Federal Claims because it sought "an injunction requiring the government to pay monie owed for computer hardware," and "[t]he right to these payments is created in the first instance by the contract, not by the Debt Collection Act." *Id.* at 894. Our Circuit reasoned that, "even if [the Debt Collection Act] applied," it "confers no such right in the absence of the contract itself"; "the Act in no way creates the substantive right to the remedy Spectrum seeks." *Id.*

Similarly, in *Ingersoll-Rand*, the Air Force contracted with Ingersoll-Rand to supply air compressors. 780 F.2d at 75. The Air Force terminated its contract pursuant to Federal Acquisition Regulation 52.249-2(a), "which was incorporated into the contract." *Id.* Ingersoll-Rand sued, claiming that the Air Force's decision to terminate the contract violated two other federal regulation and was arbitrary and capricious under the APA. *Id.* It sought a declaration that the contract termination was unlawful and an injunction requiring the Air Force to "reinstat[e] the original award of the contract." *Id.* at 79–80. Our Circuit held that the district court did not have jurisdiction because the suit was inherently contractual. *Id.* It acknowledged that plaintiffs sought "only a declaratory and injunctive order" but that "the essence" of the claim was "a request for specific performance of the original contract." *Id.*

Here too the source of plaintiffs' rights is contractual. *See Columbus Reg'l Hosp. v. United States*, 990 F.3d 1330, 1338 (Fed. Cir. 2021) ("treating federal grant agreements as contracts when the standard conditions for a contract are satisfied, including that the federal entity agrees to be bound"). The Clean Air Act does not entitle grant funds to any particular entity "in the absence of the contract itself." *See Spectrum Leasing*, 764 F.2d at

15

894. Instead, it provides that EPA shall award grants to "*eligible entities* to carry out [eligible] activities . . . that benefit disadvantaged communities, as defined by the Administrator." 42 U.S.C. § 7438(b)(1) (emphasis added). Thus, plaintiffs' "right to . . . payments arose only upon creation and satisfaction of its contract[s] with the government; in no sense did it exist independently of [those] contract[s]." *Spectrum Leasing*, 764 F.2d at 894.

That distinguishes the present action from *Widakuswara v. Lake* (*Widakuswara II*), No. 25-5144, 2025 WL 1288817, at *1 (D.C. Cir. May 3, 2025) (per curiam). *See Widakuswara v. Lake* (*Widakuswara IV*), No. 25-5144, 2025 WL 1521355, at *1 (D.C. Cir. May 28, 2025) ("substantially" adopting Judge Pillard's reasoning in *Widakuswara II*). In *Widakuswara,* plaintiffs sued when the Executive Branch sought to reduce the United States Agency for Global Media to the minimum level of operations. 2025 WL 1288817, at *1. In doing so, the Executive Branch terminated funds that Congress had explicitly appropriated in the statute for federally created entities. *Id.* at *11 (Pillard, J., dissenting). Our Circuit, sitting en banc, found that plaintiffs were likely to show that the district court had jurisdiction over plaintiffs' grant-related claims, in part, because plaintiffs' source of rights arose from statute. *See id.*; *Widakuswara IV*, 2025 WL 1521355, at *1. Here, by contrast, because the Clean Air Act did not create an entitlement for plaintiffs, their rights in no way "precedes the individual grants." *See Wadakuswara II*, 2025 WL 1521355, at *12 (Pillard, J., dissenting).

Further, it is "possible to conceive of" plaintiffs' claim that defendants acted contrary to law by allegedly de-obligating congressional funding for the Environmental

16

and Climate Justice Block Grants "as entirely contained within the terms of the contract[s]." *See Ingersoll-Rand*, 780 F.2d at 78; Compl. ¶¶ 206–13 (Count V).    The Community Change Grants Program terms stipulate that, if EPA de-obligates any awarded funds, it must "re-obligate them by an award to another Community Change Grant recipient receiving an award . . . ." Compl. ¶ 209 (quoting Compl., Ex. 1-K ("CCG Grant Terms & Conditions") [Dkt. #1-4] at 16). These terms and conditions are "required for all CCG [Community Change Grant] awards." CCG Grant Terms & Conditions at 1.  The Court must therefore look back to the awards themselves and ask whether plaintiffs' contracts forbade defendants' challenged conduct. This, of course, is a classic contract question that belongs in the Court of Federal Claims. *See Ingersoll-Rand*, 780 F.2d at 77–80 (Tucker Act applies to claims that the Government's termination of a contract violated statutes or regulations incorporated therein).

Plaintiffs' requested relief also signifies that I do not have jurisdiction over both contrary-to-law claims.    Plaintiffs seek a court order instructing the Government to reinstate their grant awards and extend the period of performance specified in their grant agreements. *See* Compl. at 44–45.    Essentially, they seek continued payment on their grants, but this is "the classic contractual remedy of specific performance." *Spectrum Leasing*, 764 F.2d at 894.    Though plaintiffs insist that they only request "forward-looking, equitable relief," their "creative drafting" of the Complaint cannot "avoid the jurisdictional consequences of the Tucker Act." *See Crowley*, 38 F.4th at 1107.    Put simply, I *cannot* order the Government to reinstate contracts and pay money due on them. *See Spectrum Leasing*, 764 F.2d at 894; *California*, 145 S. Ct. at 968–69, 972 ("Government is likely to

17

succeed in showing the District Court lacked jurisdiction to order" that the Department of Education restore the grant program to the "pre-existing status quo" under the APA). Such a request "must be resolved by the Claims Court." *Ingersoll-Rand*, 780 F.2d at 80.

The Supreme Court's decision in *Bowen v. Massachusetts*, 487 U.S. 879 (1988) does not permit otherwise. *See* Pls.' Opp'n at 20–21. In *Bowen*, the Supreme Court addressed the difference between money damages and equitable relief under APA § 702. *See* 487 U.S. at 893–96; 5 U.S.C. § 702 (APA's waiver of sovereign immunity applies to suits that seek "relief other than money damages"). There, Massachusetts sought judicial review of the Secretary of the Department of Health and Human Service's decision to disallow reimbursement of certain expenses. *Id.* at 882–87. The Supreme Court held that § 702's reference to "other than money damages" invoked the distinction between "damages" that "refers to a sum of money used as compensatory relief'" and "specific remedies" that "'are not substitute remedies at all, but attempt to give the plaintiff the very thing to which he was entitled.'" *Id.* at 895 (quoting D. Dobbs, *Handbook on the Law of Remedies* 135 (1973)).

"Applying that dichotomy to the case in front of it," the Supreme Court "determined that Massachusetts' suit to enforce a statutory *entitlement* to receive withheld federal grant-in-aid money was a suit for specific relief" and thus was permitted under the APA. *Hubbard v. Adm'r, EPA*, 982 F.2d 531, 536 (D.C. Cir. 1992). That "the entitlement was a cash allotment did not alter the Court's conclusion: 'The State's suit . . . is not a suit seeking money in *compensation* for the damage sustained by the failure of the Federal Government to pay as mandated; rather, it is a suit seeking to enforce the statutory mandate

itself, which happens to be one for the payment of money.'" *Id.* (quoting *Bowen*, 487 U.S. at 900).

*Bowen*, however, does not control here.  *See California*, 145 S. Ct. at 968 (distinguishing the relief in *Bowen* from the relief that the district court ordered).  Plaintiffs do not seek to enforce a statutory entitlement to payment, but rather enforce and amend their grant agreements with the Government.  *See* Compl. at 44–45.  An order reinstating plaintiffs' grants and extending their time for performance compensates plaintiffs for EPA's terminations.  Moreover, *Bowen* "did not address the 'impliedly forbids' limitation on the APA's waiver of sovereign immunity"—that is, that the Tucker Act bars an APA action in federal district court that is based on contractual claims.  *See Transohio*, 967 F.2d at 613.  I fail to see how it may order the relief plaintiffs seek under the APA.

Accordingly, plaintiffs have not established the Court's jurisdiction over their contrary-to-law claims, and as such, I deny injunctive relief and grant dismissal as to these claims as well.

## II.    **Constitutional Claims**

Turning next to the constitutional claims, plaintiffs' attempt to package their challenge to EPA's grant terminations as constitutional violations does not alter the Court's conclusion that the Court of Federal Claims has exclusive jurisdiction here.  Plaintiffs lack a cause of action to press both their separation-of-powers and Presentment Clause claims.

In *Dalton v. Specter*, the Supreme Court has rejected the notion "that every action by the President, or by another executive official, in excess of his statutory authority is *ipso facto* in violation of the Constitution."  511 U.S. 462, 472 (1994).  The Supreme Court

explained that the Constitution is implicated when the challenged executive acts are taken by "inherent constitutional" authority or when the statute that the Executive Branch relies on for authority is itself unconstitutional. *See id.* at 473 & n.5. Our Circuit interprets *Dalton* as prohibiting a plaintiff from "bring[ing] a freestanding constitutional claim if the underlying alleged violation and claimed authority are statutory." *Glob. Health Council v. Trump*, No. 25-5097, 2025 WL 2480618, at *1 (D.C. Cir. Aug. 13, 2025).

Plaintiffs' constitutional claims here are predicated on "underlying statutory violations"—that defendants have violated, and are continuing to violate, the Clean Air Act and the IRA. *See id.* at *8; Compl. ¶¶ 175–77, 182–84. Plaintiffs allege that defendants violated the separation of powers by exceeding their statutory authority by not "carry[ing] out ... congressionally mandated programs and ... obligat[ing] and distribut[ing] the funds that Congress appropriated for these programs." *Id.* at ¶ 173; *see also id.* at ¶¶ 166–79. They do not allege that defendants claimed to have acted under "inherent constitutional power." *See Dalton*, 511 U.S. at 473; Compl. ¶ 176 ("EPA did not identify any statutory, regulatory, or constitutional authority to terminate congressionally appropriated funds based on the President's policy preferences."). Plaintiffs also allege defendants violated the Presentment Clause because they "unlawfully amend[ed] the spending provisions of the IRA by ending grant programs mandated by Congress, based on *presidential* policies that are wholly different than *Congress's* directives for the funds and programs." *Id.* at ¶ 183; *see also id.* at ¶¶ 180–85. But claims "alleging that [an agency] has exceed [its] statutory authority are not 'constitutional' claims." *Dalton*, 511 U.S. at 473; *see Glob. Health Council*, 2025 WL 2480618, at *8–9 (plaintiffs lacked a

20

cause of action under *Dalton* for their separation-of-powers claim because the claim was predicated on underlying statutory violations). Plaintiffs, however, may not circumvent the Tucker Act and the APA's non-reviewability provision by reframing an alleged statutory violation as constitutional claims. *See Validata Chemical Servs. v. U.S. Dep't of Energy*, 169 F. Supp. 3d 69, 89 (D.D.C. 2016) (rejecting attempt to "reframe" an APA claim "as a constitutional due process challenge" to evade the Tucker Act).

Plaintiffs rely on *Chamber of Commerce of the United States v. Reich*, 74 F.3d 1322 (D.C. Cir. 1996) to argue that *Dalton* has no applicability here. *See* Pls.' Opp'n at 13–14 ("*Dalton* merely stands for the proposition that when a statute contains *no limitations* on the President's exercise of that authority, judicial review of an abuse of discretion claim is not available."). *Reich*, however, only addressed the Supreme Court's holding concerning whether a statutory cause of action against the President exists outside the APA. *See Reich*, 74 F.3d at 1330–32; *see also Am. Forest Res. Council v. United States*, 77 F.4th 787, 797 (D.C. Cir. 2023), *cert. denied*, 144 S. Ct. 1110 (2024) ("*Dalton* has no force where, as here, 'the claim instead is that the presidential action . . . independently violates [another statute].'" (quoting *Reich*, 74 F.3d at 1332)). It does not address the Supreme Court's holding that "statutory claims cannot be transformed into constitutional ones." *Glob. Health Council*, 2025 WL 2480618, at \*8. Therefore, *Dalton* controls this action.

In sum, plaintiffs have not stated a cause of action for either of their constitutional clams. As such, I deny injunctive relief and grant dismissal of these claims.

## CONCLUSION

For the foregoing reasons, I **GRANT** defendants' motion to dismiss, **DENY**

21

plaintiffs' motion for preliminary injunction, and **DENY** plaintiffs' motion for class certification. An Order consistent with the above accompanies this Memorandum Opinion.

RICHARD J. LEON
United States District Judge

22