IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Appalachian Voices, *et al.*,

    *Plaintiffs*,

v.

United States Environmental Protection Agency, *et al.*,

    *Defendants*.

Civil Action No. 25-1982 (RJL)

## ORDER

September 25th, 2025 [Dkt. #101]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Emergency Motion for Injunction Pending Appeal [Dkt. #101] is **DENIED**.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge