IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Appalachian Voices, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>United States Environmental Protection Agency, *et al.*,<br><br>   *Defendants*. | Civil Action No. 25-1982 (RJL) |

## NOTICE OF WITHDRAWAL OF COUNSEL

  Pursuant to Local Civil Rule 83.6(b), Alison Chinn Holcomb, counsel of record* for Plaintiff Martin Luther King, Jr. County, hereby provides notice of her withdrawal from representation in this proceeding. No trial date has been set, and Plaintiff Martin Luther King, Jr. County continues to be represented by the following attorneys:

  David J. Hackett*
  General Counsel to King County Executive and Special Deputy Prosecutor
  OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
  401 5th Avenue, Suite 800
  Seattle, WA 98104
  (206) 477-9483
  David.Hackett@kingcounty.gov

  Ben Grillot (D.C. Bar No. 982114)
  SOUTHERN ENVIRONMENTAL LAW CENTER
  122 C St NW, Suite 325
  Washington, DC 20001
  Telephone: (202) 828-8382
  Facsimile: (202) 347-6041
  bgrillot@selc.org

  Cassandra Crawford*
  Toby Merrill (D.C. Bar No. MA0006)
  Graham Provost (D.C. Bar No. 1780222)
  //

PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
cassandra@publicrightsproject.org
toby@publicrightsproject.org
graham@publicrightsproject.org

*Admitted pro hac vice

Dated: January 12, 2026         Respectfully submitted,

/s/ Alison Chinn Holcomb
Alison Chinn Holcomb, WSBA No. 23303
Deputy General Counsel to King County Executive and Special Deputy Prosecutor
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
aholcomb@kingcounty.gov

*Withdrawing Counsel for Plaintiff Martin Luther King, Jr. County*