IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br> *Defendants*. | Case No. 1:25-cv-01982-RJL |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Christopher Michael Sanders *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Christopher Michael Sanders, filed herewith. As set forth in Mr. Sanders' declaration, he is admitted and an active member in good standing of the Washington State Bar. This motion is supported and signed by Toby Merrill, an active member of the Bar of this Court.

Dated: February 24, 2026                                   Respectfully submitted,

*/s/ Toby Merrill*
Toby Merrill (MA0006)
Public Rights Project
490 43rd Street, Unit #115
Oakland, California 94609
(510) 214-6960 (phone)
toby@publicrightsproject.org

*Counsel for Allegheny County, Kalamazoo County, King County, Native Village of Kipnuk, City of Sacramento, City and County of San Francisco, City of Springfield and Treasure Island Mobility Management Agency*
