AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Appalachian Voices, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-01982-RJL |
| U.S. EPA, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Martin Luther King Jr. County, Washington                                                                    .


Date:    03/20/2026

/s/ Mika Kurose Rothman
*Attorney's signature*

Mika Kurose Rothman, Pro Hac Vice, WSBA#  55870
*Printed name and bar number*

401 5th Ave, Ste 800
Seattle, WA  98104

*Address*

mrothman@kingcounty.gov
*E-mail address*

(206) 263-9600
*Telephone number*

*FAX number*