AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Appalachian Voices, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:25-cv-01982-RJL |
| U.S. EPA, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Martin Luther King Jr. County, Washington                                                               .

Date:      03/20/2026

/s/ Cristy J. Craig
*Attorney's signature*

Cristy J. Craig, Pro Hac Vice, WSBA#  27451
*Printed name and bar number*

701 5th Avenue, Ste 600
Seattle, WA  98104

*Address*

cristy.craig@kingcounty.gov
*E-mail address*

(206) 477-1120
*Telephone number*

*FAX number*