**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APPALACHIAN VOICES, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| *on behalf of themselves and* ) | |
| *all others similarly situated* ) | Civil Action No. 1:25-cv-01982-PLF |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES ) | |
| ENVIRONMENTAL PROTECTION ) | |
| AGENCY, et al., ) | |
| ) | |
| *Defendants*. ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Plaintiffs Air Alliance Houston, Bessemer Historical Society (d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Inter-tribal Council of Michigan, PUSH Buffalo, and WE ACT for Environmental Justice hereby notify the Court of the withdrawal of Molly Prothero as counsel for these Plaintiffs in the above-captioned case. Hana Vizcarra, Deena Tumeh, Linnet Davis-Stermitz, and Andrew Saavedra will continue to represent these Plaintiffs.

DATED: June 9, 2026                    Respectfully Submitted,

                                       /s/ *Molly Prothero*
                                       Molly Prothero
                                       Hana Vizcarra
                                       Deena Tumeh
                                       Linnet Davis-Stermitz
                                       Andrew Saavedra
                                       Earthjustice
                                       1250 I (Eye) St NW, Fourth Floor
                                       Washington DC 20005
                                       (202) 667-4500
                                       mprothero@earthjustice.org

1

hvizcarra@earthjustice.org
dtumeh@earthjustice.org
ldavisstermitz@earthjustice.org
asaavedra@earthjustice.org

*Counsel for Air Alliance Houston, Bessemer Historical Society (d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Inter-tribal Council of Michigan, PUSH Buffalo, and WE ACT for Environmental Justice*

2