# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5333** **September Term, 2026**

**1:25-cv-01982-RJL**

**Filed On: September 11, 2026** [2192611]

Appalachian Voices, et al.,

Appellants

Institute for Sustainable Communities,

Appellee

v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency,

Appellees

**M A N D A T E**

In accordance with the judgment of July 21, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed July 21, 2026