**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APPALACHIAN VOICES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01982-RJL |

**JOINT STATUS REPORT**

The parties jointly submit this status report pursuant to the Court's minute order dated September 15, 2026 requesting that the parties "inform the Court of the parties' proposed next steps in this matter, including whether additional briefing is needed." Because the D.C. Circuit vacated this Court's dismissal decision and remanded the case for this Court "to determine whether this case is moot," the parties agree that additional briefing and argument on mootness would aid in the Court's resolution of that issue, as a threshold matter.

Accordingly, the parties propose the following supplemental briefing schedule:

- October 28, 2026 – United States files an Opening Brief on Mootness
- November 18, 2026 – Plaintiffs file a Response Brief on Mootness
- December 2, 2026 – United States files a Reply Brief on Mootness

The parties propose that the Opening Brief be limited to 20 pages, the Response Brief to 20 pages, and the Reply Brief to 10 pages. Should the Court request it, the parties are available for argument following the close of briefing either before December 21 or after January 1.

Dated: October 14, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Jessica A. Lundberg
Jessica A. Lundberg (WA Bar No. 60100)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 880-0344
Email: jessica.a.lundberg@usdoj.gov

*Attorneys for Defendants.*

Respectfully submitted,

/s/ Ben Grillot
Ben Grillot (D.C. Bar No. 982114)
Kimberley Hunter (N.C. Bar No. 41333)
(*Pro Hac Vice*)
Irena Como (N.C. Bar No. 51812)
(*Pro Hac Vice*)
James Whitlock (N.C. Bar No. 34304)
(*Pro Hac Vice*)
SOUTHERN ENVIRONMENTAL LAW CENTER
500 New Jersey Avenue NW, Suite 600
Washington, D.C. 20001
Telephone: (202) 828-8382
Facsimile: (202) 347-6041
bgrillot@selc.org
kmeyer@selc.org
icomo@selc.org
jwhitlock@selc.org

*Counsel for Appalachian Voices, 2°C Mississippi, Lowcountry Alliance for Model Communities, Parks Alliance of Louisville, Pittsburgh Conservation Corps (d/b/a Landforce) and Southwest Renewal Foundation and Proposed Class Counsel.*

/s/ Hana V. Vizcarra
Hana V. Vizcarra (D.C. Bar No. 1011750)
Deena Tumeh (D.C. Bar No. 1741543)
Linnet Davis-Stermitz (WA Bar No. 63190)
(*Pro Hac Vice*)
Andrew Saavedra (N.Y. Bar No. 6062814)
(*Pro Hac Vice*)
EARTHJUSTICE
1250 I Street NW, 4th Floor
Washington, D.C. 20005
(202) 667-4500
hvizcarra@earthjustice.org
dtumeh@earthjustice.org
ldavisstermitz@earthjustice.org
asaavedra@earthjustice.org

*Counsel for Air Alliance Houston, Bessemer Historical Society (d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Institute for*

*Sustainable Communities, Inter-Tribal Council of Michigan, PUSH Buffalo, and WE ACT for Environmental Justice and Proposed Class Counsel.*

/s/ Toby Merrill
Toby Merrill† (D.D.C. Bar ID MA0006)
Graham Provost‡ (D.C. Bar No. 1780222)
(*Pro Hac Vice*)
Elaine Poon‡‡ (VA Bar No. 91963)
(*Pro Hac Vice*)
Cassandra Crawford†† (N.C. Bar No. 45369)
(*Pro Hac Vice*)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
toby@publicrightsproject.org
graham@publicrightsproject.org
elaine@publicrightsproject.org
cassandra@publicrightsproject.org

*Counsel for Allegheny County, Kalamazoo County, King County, Native Village of Kipnuk, City of Sacramento, City and County of San Francisco, City of Springfield and Treasure Island Mobility Management Agency, and Proposed Class Counsel.*

/s/ Gary DiBianco
Gary DiBianco (D.C. Bar No. 458669)
Jillian Blanchard (CA Bar No. 203593)
(*Pro Hac Vice*)
Larissa Koehler (CA Bar No. 289581)
(*Pro Hac Vice*)
LAWYERS FOR GOOD GOVERNMENT
6218 Georgia Avenue NW, # 5001
Washington, D.C. 20011
(202) 258-6826
Gary@lawyersforgoodgovernment.org
Jillian@lawyersforgoodgovernment.org
Larissa@lawyersforgoodgovernment.org

*Co-Counsel for Institute for Sustainable Communities, Native Village of Kipnuk, Inter-Tribal Council of Michigan, and Kalamazoo County.*

*/s/ Julie Wilensky*
David Chiu (CA Bar No. 189542)
*San Francisco City Attorney*
Yvonne R. Meré (CA Bar No. 175394)
(*Pro Hac Vice*)
*Chief Deputy City Attorney*
Mollie M. Lee (CA Bar No. 251404)
(*Pro Hac Vice* forthcoming)
*Chief of Strategic Advocacy*
Sara J. Eisenberg (CA Bar No. 269303)
(*Pro Hac Vice*)
*Chief of Complex and Affirmative Litigation*
Julie Wilensky (CA Bar No. 271765)
(*Pro Hac Vice*)
*Deputy City Attorney*
1390 Market Street, 7th Floor
San Francisco, CA 94102
Telephone: (415) 554-4274
yvonne.mere@sfcityatty.org
mollie.lee@sfcityatty.org
sara.eisenberg@sfcityatty.org
julie.wilensky@sfcityatty.org

*Counsel for Plaintiffs City and County of San Francisco and Treasure Island Mobility Management Agency.*

*/s/ Christopher M. Sanders*
Christopher M. Sanders
(*Pro Hac Vice*)
General Counsel to the King County Executive
Cristy J. Craig
(*Pro Hac Vice*)
Senior Deputy Prosecuting Attorney
Mika Rothman
(*Pro Hac Vice*)
Deputy General Counsel
OFFICE OF KING COUNTY PROSECUTING ATTORNEY
LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
*chrsanders@kingcounty.gov*
*cristy.craig@kingcounty.gov*
*mrothman@kingcounty.gov*

*Attorneys for Plaintiff Martin Luther King, Jr. County.*

† Admitted in Massachusetts. Not admitted in California.
†† Admitted in North Carolina. Not admitted in California.
‡ Admitted in D.C. Not admitted in California.
‡‡ Admitted in Virginia. Not admitted in California.