# EXHIBIT 3

Diversified Reporting Services, Inc.
RPTS GONZALEZ/EUELL/MORRIS
HIF133000

MARKUP OF BUDGET RECONCILIATION TEXT
TUESDAY, MAY 13, 2025
House of Representatives,
Committee on Energy and Commerce,
Washington, D.C.

The committee met, pursuant to call, at 10:37 a.m. in Room 2123, Rayburn House Office Building, Hon. Brett Guthrie [chair of the committee] presiding.

Present: Representatives Guthrie, Latta, Griffith, Bilirakis, Hudson, Carter of Georgia, Palmer, Dunn, Joyce, Weber, Allen, Balderson, Fulcher, Pfluger, Harshbarger, Miller-Meeks, Cammack, Obernolte, James, Bentz, Houchin, Fry, Lee, Langworthy, Kean, Rulli, Evans, Goldman, Fedorchak; Pallone, DeGette, Schakowsky, Matsui, Castor, Tonko, Clarke, Ruiz, Peters, Dingell, Veasey, Kelly, Barragan, Soto, Schrier, Trahan, Fletcher, Ocasio-Cortez, Auchincloss, Carter of Louisiana, Menendez, Mullin, Landsman, and McClellan.

Staff Present: Ansley Boylan, Director of Operations; Byron Brown, Chief Counsel; Clara Cargile, Professional Staff Member; Marjorie Connell, Director of Archives; Jessica Donlon, General Counsel; Brian Fahey, Professional Staff Member; Kristin Fritsch, Professional Staff Member; Andrew Furman, Professional Staff Member; Seth Gold, Professional Staff Member; Sydney Greene, Director of Finance and Logistics; Jay Gulshen, Chief Counsel; Emily Hale, Staff Assistant; Kate Harper (O'Connor), Chief Counsel; Christen Harsha, Senior Counsel; Brittany Havens, Chief Counsel; Natalie Hellman, Professional Staff Member; Heidi High, Senior Counsel; Annabelle Huffman, Clerk; Calvin Huggins, Clerk; Megan Jackson, Staff Director; Noah Jackson, Clerk; Adam Joseph, Digital Director; Daniel Kelly; Press Secretary; Patrick Kelly, Staff Assistant; Sophie Khanahmadi, Deputy Staff Director; Alex Khlopin, Clerk; Brayden Lacefield, Special Assistant; Giulia Leganski, Chief Counsel; John Lin, Senior Counsel; Molly Lolli (Brimmer), Counsel; Mary Martin, Chief Counsel; Sarah Meier, Counsel and Parliamentarian; Joel Miller, Chief Counsel; Ben Mullaney, Press Secretary; Elaina Murphy, Professional Staff Member; Kaitlyn Peterson, Policy Analyst; Kristen Pinnock, GAO Detailee; Gavin Proffitt, Professional Staff Member; Evangelos Razis, Professional Staff Member; Seth Ricketts, Special Assistant; Jake Riith, Staff Assistant; Dylan Rogers, Professional Staff Member;

Jackson Rudden, Staff Assistant; Chris Sarley, Member Services/Stakeholder Director; Emma Schultheis, Clerk; Alan Slobodin, Chief Investigative Counsel; Peter Spencer, Senior Professional Staff Member; Kaley Stidham, Press Assistant; James Stursberg, Professional Staff Member; Joanne Thomas, Counsel; Dray Thorne, Director of Information Technology; Matt VanHyfte, Communications Director; Katharine Willey, Senior Counsel; Katie West, Press Secretary; Nick Wooldridge, Professional Staff Member; Lydia Abma, Minority Policy Analyst; Hannah Anton, Minority Policy Analyst; Sam Avila, Minority Health Fellow; Shana Beavin, Minority Professional Staff Member; Jennifer Black, FDA Detailee; Jacquelyn Bolen, Minority Counsel; Keegan Cardman, Minority Staff Assistant; Giancarlo Ceja, Minority ENV Fellow; Timia Crisp, Minority Professional Staff Member; Parul Desai, Minority Staff Director; Austin Flack, Minority Professional Staff Member; Waverly Gordon, Minority Deputy Staff Director and General Counsel; Tiffany Guarascio, Minority Staff Director; Anthony Gutierrez, Minority Professional Staff Member; Caitlin Haberman, Minority Staff Director, ENV; Perry Hamilton, Minority Member Services and Outreach Manager; Lisa Hone, Minority Chief Counsel, CMT; Saha Khaterzai, Minority Professional Staff Member; Elizabeth Kittrie, Minority Health Fellow; Mackenzie Kuhl, Minority Digital Manager; Una Lee, Minority Chief Counsel, HE; Gayle Mauser, Minority Health

Advisor; Will McAuliffe, Minority Chief Counsel, OI; Dan Miller, Minority Professional Staff Member; Matt Moore, Minority Press Assistant; Constance O'Connor, Minority Senior Counsel; Christina Parisi, Minority Professional Staff Member; Kristopher Pittard, Minority Professional Staff Member; Emma Roehrig, Minority Staff Assistant; Kylea Rogers, Minority Policy Analyst; Phoebe Rouge, Minority FTC Detailee; Harry Samuels, Minority Counsel; Sanil Harikrishnan, Minority Press Intern; Michael Scurato, Minority FCC Detailee; Andrew Souvall, Minority Director of Communications, Outreach, and Member Services; Medha Surampudy, Minority Professional Staff Member; Johanna Thomas, Minority Counsel; Hannah Treger, Minority Intern; Caroline Wood, Minority Research Analyst; Tuley Wright, Minority Staff Director, ENG; and C.J. Young, Minority Deputy Communications Director.

I will recognize myself to speak on the amendment, and yield to my good friend from Virginia.

*Mr. Griffith. Thank you, Mr. Chairman. I just want to point out that these provisions that we are talking about only apply as far, as this bill is concerned, to the unobligated balances. So if a grant was already given, as far as this bill is concerned, then that would still be going forward.

*The Chair. So would you yield back to me?

So everyone that was listed, if the grants had been awarded as projects or not --

*Mr. Griffith. If the grant has already been granted and the money is obligated, then this -- then our language does not affect that.

*Mrs. Fletcher. Will the gentleman yield?

*The Chair. The -- yes, it is my time. Yes, I will yield.

*Mrs. Fletcher. Thank you, Mr. Chairman.

*The Chair. Yes.

*Mrs. Fletcher. I just want to clarify. I understand the statement to be that this particular legislation doesn't deal with the already-obligated funds. But isn't it true that the administration is rescinding the grants and pulling back the money from the projects like my colleague from New Jersey was just explaining?

I know that there have been grants under various programs in my community. One, for example, to help build sidewalks and tree canopy. It is amazing to think about. In my district there is a 17-degree difference in the temperature during the summer between the poorest neighborhoods and the wealthiest. And they have no trees, they have no tree canopy. There is this great program to try to build sidewalks, put in trees, and address some of these challenges that -- it gets real hot in Houston, and this is a really important program. But I know the funds for that have been revoked.

And so is the statement that this won't do anything to those, but there are still these grants being revoked? Or are we trying to preserve those grants in this legislation and just -- the already-obligated funds, are we protecting those in this?

*The Chair. Well, this legislation does not take -- does not close the grants on any obligated funds, and that -- the executive actions --

*Mr. Carter of Louisiana. Will the gentleman yield?

*The Chair. My understanding -- and I will yield to my friend from Virginia, if you would like to answer that.

*Mr. Carter of Louisiana. Will the gentleman yield?

*Mr. Griffith. I am happy to say that I don't --

*The Chair. Louisiana, my friend from Virginia, and

then I will yield to you.

*Mr. Griffith. I don't know what the administration is doing, per se, to the specific --

*Mr. Carter of Louisiana. I can help --

*Mr. Griffith. -- grants that were mentioned, but I would say that this amendment specifically talks about the unobligated amounts, as well, so that whether it be the bill or the amendment, this action that we take does not impact that action that may or may not be going on in the administration.

I know it is confusing for folks back home, as well, to understand that not -- the administration does not always tell us everything they are doing because they are doing so many things.

*Mr. Carter of Louisiana. Will the gentleman yield briefly?

*Mr. Griffith. And while I --

*Mr. Carter of Louisiana. I will address that.

*The Chair. I will yield to you in a second. Let him finish, yes.

*Mr. Griffith. I don't have the floor. I have been yielded time, so I have to finish and then I yield back --

*Mr. Carter of Louisiana. Fair enough, sir.

*Mr. Griffith. -- to the chair.

And so I can't speak for the administration on this.

That is a whole different ball game.

But what we are debating tonight is the bill in front of us. And what we are debating right now is the amendment. Neither the bill in front of us nor the amendment deal with the issues that the gentleman previously raised. And so that is why I ask folks to vote no on the amendment and yes on the bill.

*The Chair. Thank you.

The gentleman from Louisiana, I yield to you.

*Mr. Carter of Louisiana. And I am happy to have an opportunity to address that, because those comments are not exactly correct.

If the Administrator Zeldin is successful in terminating these critical grant programs in his misguided attempt to gut the agency, these grants will be subject to rescission. It is very clear. So the notion that it has been awarded, it is not going to be impacted, that is a little disingenuous. So I want to clear that up for the record.

I yield.

*The Chair. Thank you. I yield, but -- to the -- back to the gentleman from Virginia.

You want to -- okay I will -- do you want to speak, the gentleman from Virginia? Go ahead.

*Mr. Griffith. And what I would say, Mr. Chairman, is that that may be true for a future rescission, but we can't

rescind expenditures that have already been obligated.

*Mr. Carter of Louisiana. Oh --

*Mr. Griffith. And for purposes of this reconciliation, we can't look at the crystal ball and decide what might happen in the future.

*Mr. Carter of Louisiana. Mr. chairman, will you yield?

*The Chair. Let me finish and --

*Mr. Griffith. So I would just have to say, Mr. Chairman, that, you know, if you wanted to game it out three or four steps, the gentleman may be correct at some point. We might have this again for a different decision. But as of tonight, as of right now, that money is not available to us because it has been obligated. If it has been -- if it is unobligated at the time of passage, then we would have -- then that might be a different story. But as of right now that is not the case.

*The Chair. I got 20 seconds.

*Mr. Carter of Louisiana. Twenty seconds. So I am so happy to hear Mr. Griffin [sic] say that money that has been appropriated can't be taken back. Would you be willing to say that to the Trump Administration who is cutting money that this Congress has appropriated --

*The Chair. Well --

*Mr. Carter of Louisiana. -- all over the country? And if what you say is correct, then I would love to see that