# EXHIBIT 4

**Table 6.**

**Estimated Budgetary Effects of an Amendment in the Nature of a Substitute to H.R. 1, the One Big Beautiful Bill Act, Relative to CBO's January 2025 Baseline**

**Title VI, Senate Committee on Environment and Public Works**

**As posted on the website of the Senate Committee on the Budget on June 27, 2025**

https://tinyurl.com/2ejs4ut5

| | | | By Fiscal Year, Millions of Dollars | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2025-2029 | 2025-2034 |
| | | | Increases or Decreases (-) in Direct Spending | | | | | | | | | | | |
| Sec. | 60016 | Rescission of Funding for Environmental and Climate Justice Block Grants | | | | | | | | | | | | |
| | | Budget Authority | -516 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -516 | -516 |
| | | Estimated Outlays | -33 | -50 | -60 | -60 | -60 | -40 | -30 | 0 | 0 | 0 | -263 | -333 |