# EXHIBIT 5

Message

**From**: Lane, Gary [Lane.Gary@epa.gov]
**Sent**: 3/10/2025 5:58:59 PM
**To**: Jennette, Vonda [Jennette.Vonda@epa.gov]
**CC**: Henry, Latonya [Henry.Latonya@epa.gov]; Gulamali, Adil [Gulamali.Adil@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]
**Subject**: RE: Place Hold/ Control in ASAP - 8 programs

Thanks

---

**From:** Jennette, Vonda <Jennette.Vonda@epa.gov>
**Sent:** Monday, March 10, 2025 1:58 PM
**To:** Lane, Gary <Lane.Gary@epa.gov>
**Cc:** Henry, Latonya <Henry.Latonya@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Recipients typically have 120 days to submit the FFR.

*Vonda K. Jennette*, Director
OCFO, Office of the Controller, RTP Finance Division
109 TW Alexander Dr
Mail Code AA 216-01
RTP, NC 27711

Email: jennette.vonda@epa.gov
Call me on teams | Mobile: 919-797-5260

---

**From:** Lane, Gary <Lane.Gary@epa.gov>
**Sent:** Monday, March 10, 2025 1:50 PM
**To:** Jennette, Vonda <Jennette.Vonda@epa.gov>
**Cc:** Henry, Latonya <Henry.Latonya@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Thanks for the info. We are trying to get a sense of timing of the FFR process and thinking ahead in the event these funds are rescinded in future appropriations.

With the FFR process what is the likely hood funds will be deobligated in the coming weeks or months?

---

**From:** Jennette, Vonda <Jennette.Vonda@epa.gov>
**Sent:** Monday, March 10, 2025 1:37 PM
**To:** Lane, Gary <Lane.Gary@epa.gov>
**Cc:** Henry, Latonya <Henry.Latonya@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Hi Gary. We don't process a deobligation until we get the final financial report. We have not been instructed to deobligate without following the normal process.

*Vonda K. Jennette*, Director
OCFO, Office of the Controller, RTP Finance Division
109 TW Alexander Dr
Mail Code AA 216-01

RTP, NC 27711

Email: jennette.vonda@epa.gov
Call me on teams | Mobile: 919-797-5260

---

**From:** Lane, Gary <Lane.Gary@epa.gov>
**Sent:** Monday, March 10, 2025 9:58 AM
**To:** Jennette, Vonda <Jennette.Vonda@epa.gov>
**Cc:** Henry, Latonya <Henry.Latonya@epa.gov>
**Subject:** FW: Place Hold/ Control in ASAP - 8 programs

Hi Vonda – when will the funds for the below Grants be deobligated? I'm assuming they all currently obligated.

---

**From:** Gulamali, Adil <Gulamali.Adil@epa.gov>
**Sent:** Friday, March 7, 2025 4:29 PM
**To:** Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Puglisi, Peter <puglisi.peter@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Thanks Charlene and Gary. Have a good weekend

Adil

---

**From:** Johnson, Charlene <Johnson.Charlene@epa.gov>
**Sent:** Friday, March 7, 2025 4:24 PM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Puglisi, Peter <puglisi.peter@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Attached is a list of awards suspended by CFDA/Assistance Listings, per email thread below.

Have a good weekend!

**Charlene A. Johnson**
Lead Financial Specialist | U.S. EPA | Grants Services Branch |OCFO-OC-RTP-Finance Division, NC | Phone: 919.541.3582 | Org Email: rtpfc-grants@epa.gov
EPA Finance Home Page: http://www2.epa.gov/financial | Search for SF425: https://www.epa.gov/grants/epa-grantee-forms | Forward payments & SF425: rtpfc-grants@epa.gov

Let us know how we're doing RTP-FC Customer Service Survey

**Please consider the environment before printing this e-mail**

---

**From:** Lane, Gary <Lane.Gary@epa.gov>
**Sent:** Friday, March 7, 2025 1:16 PM
**To:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Puglisi, Peter <puglisi.peter@epa.gov>; Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

I added the PRCs associated with EJ "Grant / BOC 41) programs for Base and IRA appropriations below. I'm assuming all but he last 2 CFDA listings are associated with Base appropriations/PRCs.

| | CFDA/Assistance Listing Title |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program - 000W57 |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice - 000W57 |
| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program - 000W57 |
| 66.604 | Environmental Justice Small Grant Program - 000W57 |
| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues - 000W57 |
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) 000W57 |
| 66.616 | Environmental and Climate Justice Block Grant Program (000W57XKS; 000W57XK1; 000A57XK1; 000L57XK1) |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products (000A95XCL; 000C95XCL; 000F95XCL; 000JMMXCL; 000MMMXCL; 000NMMXCL; 000YMMXCL) |

**From:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Sent:** Friday, March 7, 2025 12:14 PM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Puglisi, Peter <puglisi.peter@epa.gov>; Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Yes Gary's team can assist with detailed crosswalk.

Low Embodied Carbon is any PRC with CL at the end in the RPIO Activity string.

The others are in PP 57.

**From:** Gulamali, Adil <Gulamali.Adil@epa.gov>
**Sent:** Friday, March 7, 2025 12:07 PM
**To:** Puglisi, Peter <puglisi.peter@epa.gov>; Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Received confirmation. Please lock and if it is going to take longer than today let me know. Also, provide a list of the grants paused. Thanks

OB: will be able to provide a crosswalk for the below to help us identify the grants in ASAP.

Adil

**From:** Gulamali, Adil
**Sent:** Friday, March 7, 2025 11:57 AM
**To:** Puglisi, Peter <puglisi.peter@epa.gov>; Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Hold- until I got confirmation from Travis

Adil

**From:** Gulamali, Adil
**Sent:** Friday, March 7, 2025 11:55 AM
**To:** Puglisi, Peter <puglisi.peter@epa.gov>; Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>
**Subject:** FW: Place Hold/ Control in ASAP - 8 programs

Please see below. Confirm once done. Any questions let me know. Thanks

Adil

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, March 7, 2025 11:53 AM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Cc:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Place Hold/ Control in ASAP - 8 programs

All, we just had a check-in with Travis and as part of a broader effort related to certain grant programs, please put a control on ASAP accounts for all grants funded under the following grant programs so recipients cannot draw funds.

| CFDA/Assistance Number Listing | CFDA/Assistance Listing Title |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues |
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) |

| | |
|---|---|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |