# EXHIBIT 6

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA
CASE NUMBER 25-5122

--------------------------------
CLIMATE UNITED FUND,
Plaintiff,
vs.
CITIBANK, N.A.,
Defendant.
--------------------------------

HEARING BEFORE
HON. SRIKANTH SRINIVASAN
HON. PATRICIA MILLETT
HON. CORNELIA PILLARD
HON. ROBERT WILKINS
HON. GREGORY KATSAS
HON. NEOMI RAO
HON. JUSTIN WALKER
HON. JULIANNA MICHELLE CHILDS
HON. FLORENCE PAN
HON. BRADLEY GARCIA

At The United States Court of Appeals
for the DC Circuit
February 24, 2026
9:30 A.M.

Transcribed by: Tracy D. Daniels, RPR
Notary Public

Citibank. Usually the money is in a government account and there's closeout. And as part of a closeout process, they do a reconciliation. And let's say we figure out, all right, we owe them a million dollars. The money comes out of that account and goes to the plaintiffs from that account.

It sits there until -- it doesn't get technically deobligated until closeout is done. So it's there and available for closeout purposes.

THE COURT: But still obligated until the closeout process is complete?

MR. ROTH: That's how the regs are supposed to work, yes.

THE COURT: Can I just make sure I understand the government's view of how the cause of action, the statutory cause of action and remedies are supposed to work? Suppose, hypothetical -- not saying this is what happened here. Let's suppose that in February of last year, President, EPA administrator, all of the relevant parties said, we are terminating this program and calling back all of the money and we are not going to reobligate those funds. Would you agree that that would violate the inflation reduction?